Jul-05-2007 12:20 PM   SAVIANO PC | savvy1   212-532-7651

AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

SOUTHERN DISTRICT OF NEW YORK

CHRISTIAN AUGUSTIN VON HASSELL a/k/a
AGOSTINO VON HASSELL,

V.

ALAIN SAINT-SAËNS and UNIVERSITY
PRESS OF THE SOUTH, INC.

SUMMONS IN A CIVIL CASE

CASE NUMBER: 07 CV 3477

JUDGE KAPLAN

TO: (Name and address of defendant)

University Press of the South, Inc.
5500 Prytania Street, PMB 421
New Orleans, Louisiana

Alain Saint-Saëns

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Donald E. Watnick
LAW OFFICES OF DONALD WATNICK
292 Madison Avenue, 17th Floor
New York, NY 10017
(212) 213-6886

an answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                  MAY 01 2007

CLERK                                                DATE

(BY) DEPUTY CLERK

3/4

Jul-05-2007 12:20 PM  SAVIANO PC   212-532-7651              4/4

AO 440 (Rev. 10/93) Summons in a Civil Action -SDNY WEB 4/99

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me¹ | 7-5-07 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Steven C. Powell | Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served Universal Press of the South, Inc thru Alice Saint Saens thru the Louisiana Secretary of State, 8549 United Plaza Blvd, Baton Rouge, Louisiana 70804 - Tara Zenner-commercial complaint specialist accepted service

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7-5-07  3:45 pm
            Date

_____
Signature of Server

BOMBET, CASHIO & ASSOCIATES
11220 North Harrell's Ferry Road
BATON ROUGE, LOUISIANA 70816-0801
(225) 275-0796 FAX (225) 272-3631
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Donald E. Watnick (DW 6019)
LAW OFFICES OF DONALD WATNICK
*Attorneys for Plaintiff*
**292 MADISON AVENUE**
**NEW YORK, NEW YORK 10017**
Office: (212) 213-6886

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTIAN AUGUSTIN VON HASSELL a/k/a,
AGOSTINO VON HASSELL,

       Plaintiff,

- against –

ALAIN SAINT-SAENS and UNIVERSITY PRESS
OF THE SOUTH, INC.,

       Defendants.

AFFIDAVIT OF SERVICE

LAW OFFICES OF DONALD WATNICK
*Attorneys for Plaintiff*
**292 MADISON AVENUE**
**NEW YORK, NEW YORK 10017**
Office: (212) 213-6886