UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
CHRISTIAN AUGUSTIN VON HASSELL a/k/a    :    Index No. 07 Civ. 3477
AGOSTINO VON HASSELL,                                      :
                                                                                         :
                          Plaintiff,                                         :
                 - vs. -                                                         :    Affidavit of Service
                                                                                         :
ALAIN SAINT-SAENS and UNIVERSITY       :
PRESS OF THE SOUTH, INC.,                              :
                          Defendants.                                   :
----------------------------------------------------------X

State of Louisiana  )
                                 ss.:
County of Jefferson )

Ryan Willi[insert name], being duly sworn, deposes and says:

1. I am over 18-years-old, am not a party to the above-entitled lawsuit, and am employed by Bombet Cashio & Associates, 11220 N. Harrells Ferry Road, Baton Rouge, LA.

2. After making repeated attempts to serve defendant Alain Saint-Saens by personal service, or by service through a person of suitable age and discretion at defendant's actual place of business, dwelling place or usual place of abode, I effected service of the Summons and Complaint in the above-entitled lawsuit by affixing, on July 16, 2007, a copy of the Summons and Complaint to the door at the address of 2132 Broadway St., New Orleans, LA. 70118, and then mailing, on July 30, 2007, a copy of the Summons and Complaint to the defendant at the addresses of 5500 Prytannia Street, PMB 421, New Orleans, LA. 70115 and 2132 Broadway St., New Orleans, LA. 70118, by first-class mail, postage pre-paid, in an envelopes bearing the legend "personal and confidential" and not indicating on the outside

thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the person to be served.

                                                  _____
                                                  [INSERT NAME OF AFFIANT]

Sworn to this ~~Y~~

Day of ~~July~~, 2007
     August

_____
Notary Public

      HAROLD A. BUCHLER, JR.
          NOTARY PUBLIC
   JEFFERSON PARISH, LOUISIANA
    MY COMMISSION IS FOR LIFE
        NOTARY ID 12197

Index No. 07 Civ. 3477

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CHRISTIAN AUGUSTIN VON HASSELL a/k/a

Plaintiff,

- against –

ALAIN SAINT-SAENS and UNIVERSITY PRESS OF THE SOUTH,

Defendant.

---

AFFIDAVIT OF SERVICE OF
ALAIN SAINT-SAENS

---

**LAW OFFICES OF DONALD WATNICK**
*Attorney for Plaintiff*
**292 MADISON AVENUE
NEW YORK, NEW YORK  10017**
Office:  (212) 213-6886
Facsimile:  (212) 972-2245