Donald E. Watnick (DW 6019)
LAW OFFICES OF DONALD WATNICK
292 Madison Avenue, 17th Floor
New York, New York 10017
(212) 213-6886
*Attorneys for Plaintiff*
*Christian Augustin von Hassell*
*a/k/a Agostino von Hassell*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CHRISTIAN AUGUSTIN VON HASSELL a/k/a    :
AGOSTINO VON HASSELL,                   :     07 Civ.3477 (LAK)
                                        :
                Plaintiff,              :
    - against -                         :
                                        :     NOTICE OF MOTION FOR A
                                        :     DEFAULT JUDGMENT
ALAIN SAINT-SAËNS and UNIVERSITY        :
PRESS OF THE SOUTH, INC.,               :
                                        :
                Defendants.             :
                                        :
------------------------------------------------------------X

    PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 55, upon the annexed Certificate of Default as to Defendant University Press of the South, Inc. ("UNPS") entered by the Clerk of this Court on August 13, 2007 and Declaration of Donald E. Watnick, Esq., and the exhibits annexed thereto, and the prior proceedings in this case, Plaintiff CHRISTIAN AUGUSTIN VON HASSELL a/k/a AGOSTINO VON HASSELL, will hereby move this Court, at the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York 10007, Courtroom 12D, as soon as counsel may be heard, for entry of an immediate Default Judgment against Defendant UNPS, and the scheduling of a hearing at which to assess the amount of damages and other relief to be awarded to Plaintiff from Defendant UNPS.

Dated: New York, New York
August 14, 2007

          LAW OFFICES OF DONALD WATNICK

          By: _____
               Donald E. Watnick (DW 6019)
          292 Madison Avenue – 17th Floor
          New York, New York 10017
          (212) 213-6886
          *Attorneys for Plaintiff*
          *Christian Augustin von Hassell a/k/a Agostino*
          *von Hassel*

**Of Counsel:**

Edward F. Maluf (EM 6884)
BINGHAM McCUTCHEN LLP
399 Park Avenue
New York, New York 10022
(212) 705-7000