UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CHRISTIAN AUGUSTIN VON HASSELL a/k/a :
AGOSTINO VON HASSELL,                :         07 Civ.3477 (LAK)
                                     :
            Plaintiff,               :
   - against -                       :
                                     :         **CLERK'S CERTIFICATE**
ALAIN SAINT-SAËNS and UNIVERSITY     :
PRESS OF THE SOUTH, INC.,            :
                                     :
            Defendants.              :
                                     :
------------------------------------------------------------X

   I, J. MICHAEL MCMAHON, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action commenced on May 1, 2007 with the filing of a summons and complaint, a copy of the summons and amended complaint was served upon Defendant University Press of the South, Inc. on July 5, 2007, by serving the Secretary of State of the State of Louisiana and proof of such service was filed on July 30, 2007.

   I further certify that the docket entries indicate that the Defendant University Press of the South, Inc. has not filed an answer or otherwise moved with respect to the complaint herein. The default of the Defendant University Press of the South, Inc. is hereby noted.

Dated: New York, New York
       August 13 2007

                                              **J. MICHAEL MCMAHON**
                                              Clerk of Court

                                              By: _____
                                                     Deputy Clerk