Donald E.  Watnick (DW 6019)
LAW OFFICES OF DONALD WATNICK
292 Madison Avenue, 17th Floor
New York, New York 10017
(212) 213-6886
*Attorneys for Plaintiff*
*Christian Augustin von Hassell*
*a/k/a Agostino von Hassell*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
CHRISTIAN AUGUSTIN VON HASSELL a/k/a      :
AGOSTINO VON HASSELL,                                      :          07 Civ.3477 (LAK)
                                                                            :
                                        Plaintiff,                       :
                - against -                                            :
                                                                            :          <u>DEFAULT JUDGMENT</u>
ALAIN SAINT-SAËNS and UNIVERSITY     :
PRESS  OF THE SOUTH, INC.,                              :
                                                                            :
                                        Defendants.                  :
                                                                            :
-------------------------------------------------------------- X

        This action having been commenced on May 1, 2007 by the filing of the Summons and

Complaint, and an Amended Complaint having been filed on May 30, 2007, and a copy of the

Summons and Amended Complaint having been served upon defendant University Press of the

South, Inc. ("UNPS") on July 5. 2007, by serving UNPS, pursuant to Fed. R. Civ. 4(h) and 4(e),

through the Louisiana Secretary of State, and proof of service having been filed on July 31, 2007,

and defendant UNPS not having answered the Amended Complaint, and the time for answering

the Amended Complaint having expire, it is

        ORDERED, ADJUGED AND DECREEED: That the plaintiff shall have judgment against

defendant UNPS on each of the alleged causes of action in the Amended Complaint, in an amount

determined by the Court, pursuant to Fed. R. Civ. P. 55(b)(2), in the amount of $_____, with

interest at ___% from _____ amounting to $_____, plus attorneys' fees amounting to

$_____, plus costs and disbursements of this action in the amount of $_____,

amounting in all to $_____.


Dated:  New York, New York
            August __, 2007


_____
U.S.D. J.

This document was entered on the docket on
_____ __, 2007