**EXHIBIT B**

Donald Watnick

From: NYSD_ECF_Pool@nysd.uscourts.gov
Sent: Monday, July 30, 2007 3:51 PM
To: deadmail@nysd.uscourts.gov
Subject: Activity in Case 1:07-cv-03477-LAK Von Hassel v. Saint-Saens Affidavit of Service Complaints

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

U.S. District Court

United States District Court for the Southern District of New York

Notice of Electronic Filing

The following transaction was entered by Watnick, Donald on 7/30/2007 at 3:51 PM EDT and filed on 7/30/2007

Case Name: Von Hassel v. Saint-Saens
Case Number: 1:07-cv-3477
Filer: Christian Augustin Von Hassel
Document Number: 5

Docket Text:
AFFIDAVIT OF SERVICE of Summons and Amended Complaint,. University Press of the South, Inc. served on 7/5/2007, answer due 7/25/2007. Service was accepted by Tara Zeprowski, State of La., Sec. of State. Document filed by Christian Augustin Von Hassel. (Watnick, Donald)

1:07-cv-3477 Notice has been electronically mailed to:

Donald E. Watnick    dwatnick@watnicklaw.com

1:07-cv-3477 Notice has been delivered by other means to:

The following document(s) are associated with this transaction:

Document description: Main Document
Original filename: n/a
Electronic document Stamp:
[STAMP dcecfStamp_ID=1008691343 [Date=7/30/2007] [FileNumber=3632857-0
] [067aecbc26db8f526307376207b5fcf4ce07e60f11ca5a64926e8a858bb4867f6aa
811c1d682f8d780bfae0f0c73d77e8b0b5ab305f9d47e23e5bcad3099fe66]]

1

AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

JUDGE KAPLAN

SOUTHERN DISTRICT OF NEW YORK

CHRISTIAN AUGUSTIN VON HASSELL a/k/a
AGOSTINO VON HASSELL,

V.

ALAIN SAINT-SAËNS and UNIVERSITY
PRESS OF THE SOUTH, INC.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: **07 CV 3477**

TO: (Name and address of defendant)

University Press of the South, Inc.
5500 Prytania Street, PMB 421
New Orleans, Louisiana

Alain Saint-Saëns

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Donald E. Watnick
LAW OFFICES OF DONALD WATNICK
292 Madison Avenue, 17th Floor
New York, NY 10017
(212) 213-6886

an answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

MAY 0 1 2007

(BY) DEPUTY CLERK          DATE

AO 440 (Rev. 10/93) Summons in a Civil Action -SDNY WEB 4/99

## RETURN OF SERVICE

Service of the Summons and Complaint was made by me[1]

NAME OF SERVER (PRINT): Steven G. Powell

DATE: 7-5-07

TITLE: Process Server

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): Served University Press of the South Inc. via Alain Saint Saens, Louisiana 70XXX - Irma Zaporowski, commercial compliance specialist accepted papers

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          |       |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 7-5-07 / 3:45 p.m.

Signature of Server: [signed]

Address of Server: BOMBET, CASHIO & ASSOCIATES
11220 North Harrell's Ferry Road
BATON ROUGE, LOUISIANA 70816-0801
(225) 275-0796  FAX (225) 272-3631

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**EXHIBIT C**

Donald E. Watnick (DW 6019)
LAW OFFICES OF DONALD WATNICK
292 Madison Avenue, 17th Floor
New York, New York 10017
(212) 213-6886
*Attorneys for Plaintiff*
*Christian Augustin von Hassell*
*a/k/a Agostino von Hassell*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CHRISTIAN AUGUSTIN VON HASSELL a/k/a
AGOSTINO VON HASSELL,

        Plaintiff,

- against -

ALAIN SAINT-SAËNS and UNIVERSITY
PRESS OF THE SOUTH, INC.,

        Defendants.
------------------------------------------------------------X

07 Civ.3477 (LAK)

APPLICATION FOR A
CERTIFICATE OF DEFAULT

PLEASE TAKE NOTICE that, upon the annexed Declaration of Donald E. Watnick, Esq., and the exhibits annexed thereto, and the prior proceedings in this case, Plaintiff CHRISTIAN AUGUSTIN VON HASSELL a/k/a AGOSTINO VON HASSELL, hereby applies to the Clerk of this Court, pursuant to Fed. R. Civ. P. 55 and Local Rule 55.1 of this Court, for a

Certificate of Default with respect to Defendant University Press of the South, Inc.

Dated: New York, New York
    August 13, 2007

                                          LAW OFFICES OF DONALD WATNICK

                                          By: /s/ Donald E. Watnick
                                               Donald E. Watnick (DW 6019)
                                          292 Madison Avenue – 17th Floor
                                          New York, New York 10017
                                          (212) 213-6886
                                          *Attorneys for Plaintiff*
                                          *Christian Augustin von Hassell a/k/a Agostino von Hassell*

Donald E. Watnick (DW 6019)
LAW OFFICES OF DONALD WATNICK
292 Madison Avenue, 17th Floor
New York, New York 10017
(212) 213-6886
*Attorneys for Plaintiff*
*Christian Augustin von Hassell*
*a/k/a Agostino von Hassell*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CHRISTIAN AUGUSTIN VON HASSELL a/k/a
AGOSTINO VON HASSELL,

                   Plaintiff,

  - against -

ALAIN SAINT-SAËNS and UNIVERSITY
PRESS OF THE SOUTH, INC.,

                  Defendants.
------------------------------------------------------------X

07 Civ. 3477 (LAK)

DECLARATION

I, DONALD E. WATNICK, an attorney duly admitted to practice law in the State of New York and this Court, hereby declare, under the penalty of perjury under the laws of the United States of America, that the following statements are true and correct:

1. I am attorney of record in the above-entitled case for Plaintiff CHRISTIAN AUGUSTIN VON HASSELL a/k/a AGOSTINO VON HASSELL, and am fully familiar with the facts set forth herein. I make this Declaration in support of Plaintiff's application for a Certificate of Default by the Clerk with respect to Defendant University Press of the South, Inc., pursuant to Fed. R. Civ. P. 55 and Local Rule 55.1 of this Court.

2. Defendant UNPS is a corporation organized under the laws of the State of Louisiana. Therefore, it is not an infant, in the military or an incompetent person.

3. On July 5, 2007, the summons and complaint was served upon Defendant UNPS

through the Secretary of State of the State of Louisiana. (A copy of the Affidavit of Service filed with this Court is annexed hereto as Exhibit A.)

4. Service was made upon Defendant UNPS through the Secretary of State in accordance with Fed. R. Civ. P. 4(h)(1) and Fed. R. Civ. 4(e)(1), which provides for service pursuant to the state laws where the District Court is located (New York) and where service is effected (Louisiana). Both Louisiana law (LSA-C.C.P. Art. 1262) and New York law (N.Y. BCL Section 306) provide for service of process on a corporation through the Secretary of State.

5. Defendant UNPS has failed to appear or otherwise defend this action. More than 20 days have passed since the date of service of the Summons and Complaint upon Defendant UNPS as required by Fed. R. Civ. P. 12. Therefore, Plaintiff is entitled to a default judgment, pursuant to Fed. R. Civ. P. 55, which provides that "[w]hen a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend as provided by these rules and that fact is made to appear by affidavit or otheriwise, the clerk shall enter the party's default."

WHEREFORE, on behalf of Plaintiff CHRISTIAN AUGUSTIN VON HASSELL a/k/a AGOSTINO VON HASSELL, I respectfully request that the Clerk of the United States District Court for the Southern District enter a Certificate of Default, in the form accompanying this application, against Defendant University Press of the South, Inc.

Executed On: August __, 2007

_____
Donald E. Watnick (DW 6019)