UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
CHRISTIAN AUGUSTIN VAN HASSEL, etc.,

                Plaintiff,

     -against-                                      07 Civ. 3477 (LAK)

ALAIN SAINT-SAËNS, et ano.,

                Defendants.
------------------------------------------------------------x

### ORDER

LEWIS A. KAPLAN, *District Judge.*

       Plaintiff's motion for a default judgment against defendant University Press of the South, Inc., is granted. The matter is referred to a magistrate judge for an inquest, which may await resolution of the action against the other defendant.

       SO ORDERED.

Dated:     September 5, 2007

                                                         _____
                                                         Lewis A. Kaplan
                                                 United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/6/07