UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
CHRISTINA AUGUSTIN VON HASSELL a/k/a :
AGOSTINO VON HASSELL,
:
                                     07 Civ. 3477 (LAK)

          Plaintiff,    :

                                     **CLERK'S CERTIFICATE**

 - against -    :

:
ALAIN SAINT-SAENS and UNIVERSITY   :
PRESS OF THE SOUTH, INC.,
:
          Defendants.   :
-------------------------------------------------------------X

    I, J. MICHAEL MCMAHON, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action commenced on May 1, 2007 with the filing of a summons and complaint, a copy of the summons and amended complaint was served upon Defendant Alain Saint-Saens by "AFFIX AND MAIL," pursuant to Fed. R.Civ.P. 4(e)(1), which incorporates N.Y. C.P.L.R. 308(4), on July 16, 2007 and July 30, 2007, and proof of such service was filed on August 13, 2007.

    I further certify that the docket entries indicate that the Defendant Alain Saint-Saens has not filed an answer or otherwise moved with respect to the complaint herein. The default of the Defendant Alain Saint-Saens is hereby noted.

Dated: New York, New York
       August ___, 2007

                                            J. MICHAEL MCMAHON
                                            Clerk of the Court

                                            Deputy Clerk