Donald E. Watnick (DW 6019)
LAW OFFICES OF DONALD WATNICK
292 Madison Avenue, 17th Floor
New York, New York 10017
(212) 213-6886
*Attorneys for Plaintiff*
*Christian Augustin von Hassell*
*a/k/a Agostino von Hassell*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
CHRISTIAN AUGUSTIN VON HASSELL a/k/a     :
AGOSTINO VON HASSELL,                             :          07 Civ.3477 (LAK)
                                                  :
                Plaintiff,                        :
     - against -                                  :
                                                  :          DEFAULT JUDGMENT
                                                  :
ALAIN SAINT-SAËNS and UNIVERSITY                  :
PRESS OF THE SOUTH, INC.,                         :
                                                  :
                Defendants.                       :
                                                  :
-------------------------------------------------------------X

     This action having been commenced on May 1, 2007 by the filing of the Summons and Complaint, and an Amended Complaint having been filed on May 30, 2007, and a copy of the Summons and Amended Complaint having been served upon defendant Alain Saint-Saens ("Saint-Saens"), pursuant to Fed. R. Civ. 4(e), which incorporates N.Y.C.P.L.R. 313 and 308(4), by affixing it to the door of his actual place of business and dwelling place or usual place on July 16, 2007, and mailing it to his actual place of business and residence on July 30, 2007, and proof of service having been filed on August 13, 2007, and defendant Saint-Saens not having answered the Amended Complaint, and the time for answering the Amended Complaint having expired, and the Clerk having entered a Certificate of Default on September 5, 2007, it is

     ORDERED, ADJUGED AND DECREEED: That the plaintiff shall have judgment against defendant Saint-Saens on each of the alleged causes of action in the Amended Complaint, in an

2

amount determined by the Court, pursuant to Fed. R. Civ. P. 55(b)(2), in the amount of

$_____, with interest at ___% from _____ amounting to $_____, plus attorneys' fees

amounting to $_____, plus costs and disbursements of this action in the amount of

$_____, amounting in all to $_____.


Dated:  New York, New York
        September __, 2007

                                                        _____
                                                        U.S.D. J.

                                                        This document was entered on the docket on
                                                        _____ __, 2007