EXHIBIT B

## Service of Process:

1:07-cv-03477-LAK Von Hassel v. Saint-Saens
ECF



U.S. District Court

United States District Court for the Southern District of New York

### Notice of Electronic Filing

The following transaction was entered by Watnick, Donald on 8/10/2007 at 5:11 PM EDT and filed on 8/10/2007
**Case Name:**       Von Hassel v. Saint-Saens
**Case Number:**     1:07-cv-3477
**Filer:**           Christian Augustin Von Hassel
**Document Number:** 6

**Docket Text:**
AFFIDAVIT OF SERVICE of Summons and Amended Complaint,. Alain Saint-Saens served on 7/30/2007, answer due 8/20/2007. Service was made by affix and mail. Document filed by Christian Augustin Von Hassel. (Watnick, Donald)


**1:07-cv-3477 Notice has been electronically mailed to:**

Donald E. Watnick    dwatnick@watnicklaw.com

**1:07-cv-3477 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=8/10/2007] [FileNumber=3676917-0
] [6972eee1d07c80e77ff6319f0702757593f542f306982cf4d1073f9a75533b6580c
81d84fbebc07732f579e15c9f6db874f54e611e5f63e6dd15d661188d5c86]]

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
CHRISTIAN AUGUSTIN VON HASSELL a/k/a   :   Index No. 07 Civ. 3477
AGOSTINO VON HASSELL,
                                                                            :
                    Plaintiff,                                     :
          - vs. -                                                  :   Affidavit of Service
                                                                            :
ALAIN SAINT-SAENS and UNIVERSITY       :
PRESS OF THE SOUTH, INC.,
                    Defendants.                               :
----------------------------------------------------------X

State of Louisiana  )
                                ) ss.:
County of Jefferson )

Ryan Willis [insert name], being duly sworn, deposes and says:

1. I am over 18-years-old, am not a party to the above-entitled lawsuit, and am employed by Bombet Cashio & Associates, 11220 N. Harrells Ferry Road, Baton Rouge, LA.

2. After making repeated attempts to serve defendant Alain Saint-Saens by personal service, or by service through a person of suitable age and discretion at defendant's actual place of business, dwelling place or usual place of abode, I effected service of the Summons and Complaint in the above-entitled lawsuit by affixing, on July 16, 2007, a copy of the Summons and Complaint to the door at the address of 2132 Broadway St., New Orleans, LA. 70118, and then mailing, on July 30, 2007, a copy of the Summons and Complaint to the defendant at the addresses of 5500 Prytannia Street, PMB 421, New Orleans, LA. 70115 and 2132 Broadway St., New Orleans, LA. 70118, by first-class mail, postage pre-paid, in an envelopes bearing the legend "personal and confidential" and not indicating on the outside

thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the person to be served.

                                                      _____
                                                      [INSERT NAME OF AFFIANT]

Sworn to this 5

Day of ~~July~~, 2007
     August

_____
Notary Public

    HAROLD A. BUCHLER, JR.
        NOTARY PUBLIC
  JEFFERSON PARISH, LOUISIANA
   MY COMMISSION IS FOR LIFE
      NOTARY ID 12197

EXHIBIT C

Department of Defense Manpower Data Center                              AUG-30-2007 11:36:22



Military Status Report
Pursuant to the Servicemembers Civil Relief Act

| Last Name | First/Middle | Begin Date | Active Duty Status | Service/Agency |
|---|---|---|---|---|
| SAINT-SAENS | alain | | Based on the information you have furnished, the DMDC does not possess any information indicating that the individual is currently on active duty. | |

Upon searching the information data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the current status of the individual as to all branches of the Military. **HOWEVER, WITHOUT A SOCIAL SECURITY NUMBER, THE DEPARTMENT OF DEFENSE MANPOWER DATA CENTER CANNOT AUTHORITATIVELY ASSERT THAT THIS IS THE SAME INDIVIDUAL THAT YOUR QUERY REFERS TO. NAME AND DATE OF BIRTH ALONE DO NOT UNIQUELY IDENTIFY AN INDIVIDUAL.**

*Mary M. Snavely-Dixon*

---

Mary M. Snavely-Dixon, Director
Department of Defense - Manpower Data Center
1600 Wilson Blvd., Suite 400
Arlington, VA 22209-2593

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The Department of Defense strongly supports the enforcement of the Servicemembers Civil Relief Act [50 USCS Appx. §§ 501 et seq] (SCRA) (formerly the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual is on active duty, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's active duty status by contacting that person's Military Service via the "defenselink.mil" URL provided below. If you have evidence the person is on active-duty and you fail to obtain this additional Military Service verification, provisions of the SCRA may be invoked against you.

If you obtain further information about the person ( e.g., an SSN, improved accuracy of DOB, a middle name), you can submit your request again at this Web site and we will provide a new certificate for that query.

This response reflects current active duty status only. For historical information, please contact the Military Service SCRA points-of-contact.

EXHIBIT D

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
CHRISTIAN AUGUSTIN VAN HASSEL, etc.,

                Plaintiff,

    -against-                                      07 Civ. 3477 (LAK)

ALAIN SAINT-SAËNS, et ano.,

                Defendants.
------------------------------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        Plaintiff's motion for a default judgment against defendant University Press of the South, Inc., is granted. The matter is referred to a magistrate judge for an inquest, which may await resolution of the action against the other defendant.

        SO ORDERED.

Dated:    September 5, 2007

                                                  _____
                                                        Lewis A. Kaplan
                                                     United States District Judge

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/6/07
```