UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
CHRISTIAN AUGUSTIN VAN HASSEL, etc.,

                Plaintiff,

         -against-                     07 Civ. 3477 (LAK)

ALAIN SAINT-SAËNS, et ano.,

                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### ORDER

LEWIS A. KAPLAN, *District Judge.*

       Plaintiff's motion for a default judgment against defendant Alain Sait-Saëns is granted. The matter is referred to a magistrate judge for an inquest.

       SO ORDERED.

Dated:      January 3, 2008

                                  Lewis A. Kaplan
                            United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/4/08