UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                 :

CHRISTIAN AUGUSTIN VON HASSEL,
a/k/a AGOSTINO VON HASSELL,          :

            Plaintiff,                     :

      -against-                        :

ALAIN SAINT-SAËNS, et ano.,

                                              :

            Defendants.
                                              :
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/16/08

**SCHEDULING ORDER**

07 Civ. 3477 (LAK) (FM)

1. On January 3, 2008, Judge Lewis A. Kaplan referred this case to me so that an inquest may be held.

2. I direct plaintiff to send to me and serve on the defendants an inquest memorandum, accompanied by supporting affidavits and exhibits, setting forth its proof of damages, including the costs of this action, and, if applicable, its attorney's fees, and proposed findings of fact and conclusions of law on or before March 17, 2008.

3. I direct the defendants to send me any opposing memoranda, affidavits and exhibits, as well as any alternative findings of fact and conclusions of law (and to serve same upon plaintiff) on or before March 31, 2008. In these papers defendants must state (a) whether a hearing is requested for the purpose of cross-examining plaintiff's affiants, and (b) whether a hearing is requested for the purpose of calling witnesses and, if so, the name and address of each witness.

4. If a hearing is requested by any party, a date for the hearing shall be fixed by the Court and provided to the parties.

5.  Any request for an adjournment must be made in writing at least 48 hours prior to the scheduled date. Telephone requests for adjournments are not entertained.

6.  If no request for a hearing is made by any party prior to March 17, 2008, then I shall make my decision solely on the basis of the memoranda and affidavits without oral argument.

SO ORDERED:

Dated: New York, New York
January 15, 2008

_____
FRANK MAAS
United States Magistrate Judge

Copies to:

Honorable Lewis A. Kaplan
United States District Judge

Donald E. Watnick, Esq.
Law Offices of Donald Watnick
292 Madison Avenue, 17th Floor
New York, New York 10017
Via Facsimile @(212) 972-2245

Alain Saint-Saens
5500 Prytania Street, PMB 421
New Orleans, Louisiana 70115
Via Certified U.S. Mail

University Press of the South, Inc.
5500 Prytania Street, PMB 421
New Orleans, Louisiana 70115
Via Certified U.S. Mail