USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3\4\08

LAW OFFICES
# DONALD WATNICK
292 MADISON AVENUE
17TH FLOOR
NEW YORK, NY 10017-6314

TELEPHONE (212) 213-6886
TELEFAX (212) 972-2245
DWATNICK@WATNICKLAW.COM

**MEMO ENDORSED**

APPLICATION GRANTED
SO ORDERED

/s/ Frank Maas
Frank Maas, USMJ 3/4/08

BY FACSIMILE

Honorable Frank Maas
United States Magistrate Judge
United States District Court, Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

Re: Christian Augustin von Hassell a/k/a/ Agostino von Hassell v. Alain Saint-Saëns and University Press of the South, Inc., 07 Civ. 3477 (LAK)

March 4, 2008

Dear Judge Maas:

We represent the plaintiff in the above-entitled case, and write in reference to the annexed Scheduling Order (the "Order") for an inquest in this case. We request an adjournment of the dates for plaintiff's initial submissions to April 1, 2008 (the current date is March 17, 2008; see Order ¶ 1), defendants' responsive submissions to April 15, 2008 (the current date is March 31, 2008; see Order ¶ 2), and the date by which to request a hearing to April 1, 2008 (the current date is March 17, 2008; see Order ¶6). This is our first request for an adjournment of these dates. We are requesting this adjournment due to the travel schedule of plaintiff which will render him unavailable for a significant portion of the next two weeks. I am sending a copy of this letter to defendants, who have not appeared in this case, via regular mail. Please contact the undersigned should you have any questions about the foregoing.

Respectfully,

Donald E. Watnick

Enclosure

LAW OFFICES
# DONALD WATNICK

Honorable Frank Maas
March 4, 2008
Page 2 of 2


cc:  Alain Saint-Saens
     5500 Prytania Street, PMB 421
     New Orleans, Louisiana 70115

     University Press of the South, Inc.
     5500 Prytania Street, PMB 421
     New Orleans, Louisiana 70115

MAR-04-2008 15:54 DON WATNICK P.004/005
Case 1:07-cv-03477-LAK Document 15 Filed 03/04/2008 Page 3 of 4
Case 1:07-cv-03477-LAK-FM Document 14 Filed 01/16/2008 Page 1 of 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

CHRISTIAN AUGUSTIN VON HASSEL,
a/k/a AGOSTINO VON HASSELL,

          Plaintiff,

-against-

ALAIN SAINT-SAËNS, et ano.,

          Defendants.
------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/16/08
```

**SCHEDULING ORDER**

07 Civ. 3477 (LAK) (FM)

1. On January 3, 2008, Judge Lewis A. Kaplan referred this case to me so that an inquest may be held.

2. I direct plaintiff to send to me and serve on the defendants an inquest memorandum, accompanied by supporting affidavits and exhibits, setting forth its proof of damages, including the costs of this action, and, if applicable, its attorney's fees, and proposed findings of fact and conclusions of law on or before March 17, 2008.

3. I direct the defendants to send me any opposing memoranda, affidavits and exhibits, as well as any alternative findings of fact and conclusions of law (and to serve same upon plaintiff) on or before March 31, 2008. In these papers defendants must state (a) whether a hearing is requested for the purpose of cross-examining plaintiff's affiants, and (b) whether a hearing is requested for the purpose of calling witnesses and, if so, the name and address of each witness.

4. If a hearing is requested by any party, a date for the hearing shall be fixed by the Court and provided to the parties.

MAR-04-2008 15:54 DON WATNICK P.005/005
Case 1:07-cv-03477-LAK Document 15 Filed 03/04/2008 Page 4 of 4
Case 1:07-cv-03477-LAK-FM Document 14 Filed 01/16/2008 Page 2 of 2

5.  Any request for an adjournment must be made in writing at least 48 hours prior to the scheduled date. Telephone requests for adjournments are not entertained.

6.  If no request for a hearing is made by any party prior to March 17, 2008, then I shall make my decision solely on the basis of the memoranda and affidavits without oral argument.

SO ORDERED:

Dated: New York, New York
January 15, 2008

FRANK MAAS
United States Magistrate Judge

Copies to:

Honorable Lewis A. Kaplan
United States District Judge

Donald E. Watnick, Esq.
Law Offices of Donald Watnick
292 Madison Avenue, 17th Floor
New York, New York 10017
Via Facsimile @(212) 972-2245

Alain Saint-Saens
5500 Prytania Street, PMB 421
New Orleans, Louisiana 70115
Via Certified U.S. Mail

University Press of the South, Inc.
5500 Prytania Street, PMB 421
New Orleans, Louisiana 70115
Via Certified U.S. Mail

2