# Rainbow

**Rainbow Graphic & Printing Company Limited**
彩虹製版印刷有限公司
**a wholly-owned subsidiary of Next Media Limited**
壹傳媒有限公司全資附屬公司

8 Chun Ying Street, 4/F.
Tseung Kwan O Ind. Estate
Kowloon, Hong Kong
Telephone: (852) 2752-3418
Facsimile: (852) 2897-4890
香港九龍將軍澳工業邨西敝盈街8號4樓

## INVOICE

**Messrs.** The Repton Group LLC
399 Park Avenue, 26th Floor,
New York, NY 10022, USA
**Attn: Agostino von Hassell**

Invoice No. 0604001

Date: 10 April 2006

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| No.P/617655 | Film Making & Proof For :-<br><br>Military High Class Book<br><br>5 pages 4C x two kind of paper stock | | US$ 250.00 |
| | **Payment by Telegraphic transfer**<br>Banker : HSBC<br>Swift No.: HSBCHKHHHKH<br>Bank Address : 673 Nathan Road, H.K.<br>Account No. : 534-089-313-274<br>Account Name : Rainbow Graphic & Printing Co Ltd | | |

U. S. DOLLARS TWO HUNDRED FIFTY ONLY.

| | **TOTAL** | US$ | 250.00 |
|---|---|---|---|

Terms of Payment within __30__ days from the above date/C.O.D.
Interest of 1% per month will be charged to all overdue amount.
Cheque should be crossed and paid to the order of **Rainbow Graphic & Printing Co., Ltd.**

For and on behalf of
**Rainbow Graphic & Printing Co., Ltd.**

**EXHIBIT N**



THE REPTON GROUP LLC

4151

DATE: May 14, 2006

PAY TO THE ORDER OF  Univerity Prep of the South

$ 2,500 —

two thousand five hundred — DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
Park Avenue
New York, NY 10017

FOR

"004151"  ":021000021:"  006190 11"

*021305001*
05/16/2006
6565566175

This is a LEGAL COPY of
your check. You can use it
the same way you would
use the original check.

008409060808
05/15/2006  [1119000057]

061000146   05/16/2006
           6412187109
*021305001*   05/16/2006
           6556566175

↓Do not endorse or write below this line.↑



JPMORGAN CHASE BANK, N.A.
>1119000357< POSITION 4725
05/15/2006 800063-76665 900679
04         00000719255385

>1119000357< 0
00643060 05/15/2006

JPMORGAN CHASE BANK NA
A111900657<

02100021   05162006
003300    3    51
601   2283

September 1, 2006

Dr. Alain Saint-Saëns
Saint-Saëns International, Ltd
2132 Broadway
New Orleans, LA 70118

Dear Dr. Saint-Saëns:

Enclosed is one check for $250.00 to cover estimated shipping costs for the 130 free copies. I did provide you with detailed mailing instructions.

Please refund the excess to me.

Best regards,

—

Enclosure:    Check for $250.00

# $101

**Military Food Book**

**Expenses**

Purchase of books from the
University Press of the South

$680.00

# CHASE ⬡

Chase.com | Contact Us | Privacy F

Tuesday, F

My Accounts > Account Activity > Check Details

## Check Details

● Print   ● Help with this page

I'd like to...

▸ See Account ·

**CHASE PREMIER (...1988)**

**Check Number:** 3175     **Post Date:** 10/26/2006     **Amount of Check:** $680.00

**Front**   🔍 **Enlarge/Reduce Check Image**



Need help printing or saving this check?

**Back**   🔍 **Enlarge/Reduce Check Image**

Need help printing or saving this check?

**<u>EXHIBIT O</u>**

**Military Food Book**

**Expenses 2006**

Payment to John Besh for book introduction

**Olivet, LLC**
118 Byron Court
Slidell, LA 70461

Tax Id#: 90-012 3992

INVOICE

To: Agostino Von Hassell
2 Sutton Place South
New York, NY 10022

|  |  |
|---|---|
| 7,500.00 | Introduction fee by Chef John Besh for Military High Life |

TOTAL:    $7,500.00

#1858

**EXHIBIT P**

# Cultural Communications

445 Park Avenue, 9th Floor # 250
New York, NY 10022
(212) 505-1253
contact@culturalcommunications.info

BILL TO

The Repton Group LLC
Agostino von Hassell
399 Park Avenue, 26th Floor
New York, N.Y. 10022

| DATE | INVOICE # |
|------|-----------|
| 4/6/2007 | 4074 |
| TERMS | DUE DATE |
| Net 15 days | 4/21/2007 |

| DESCRIPTION | AMOUNT |
|-------------|--------|
| | 200.00 |
| Publicity & Public Relations, Military High Life $2500 - $2311 expense credit | 2,500.00 |
| Publicity & Public Relations, Alliance of Enemies | |
| *Expense accounting & receipts attached | |

| American Express, Discover, Mastercard/Visa accepted | **Total** | $2,700.00 |
|---|---|---|

# Cultural Communications

445 Park Avenue, 9th Floor # 250
New York, NY 10022
(212) 505-1253
contact@culturalcomunications.info

**BILL TO**

The Repton Group LLC
Agostino von Hassell
399 Park Avenue, 26th Floor
New York, N.Y. 10022

| DATE | INVOICE # |
|---|---|
| 3/5/2007 | 4071 |
| **TERMS** | **DUE DATE** |
| 10 days | 3/5/2007 |

| DESCRIPTION | AMOUNT |
|---|---|
| | 2,500.00 |
| | 2,500.00 |
| Publicity & Public Relations, "Military High Life" | |
| Publicity & Public Relations, "Alliance of Enemies" | |

| American Express, Discover, Mastercard/Visa accepted | **Total** | $5,000.00 |
|---|---|---|

# Cultural Communications

445 Park Avenue, 9th Floor # 250
New York, NY 10022
(212) 505-1253
contact@culturalcommunications.info

**BILL TO**

The Repton Group LLC
Agostino von Hassell
399 Park Avenue, 26th Floor
New York, N.Y. 10022

| DATE | INVOICE # |
|------|-----------|
| 12/30/2006 | 4065 |
| **TERMS** | **DUE DATE** |
| PAID | 12/30/2006 |

| DESCRIPTION | AMOUNT |
|-------------|--------|
| | 2,500.00 |
| Publicity & Public Relations, Military High Life (Dec/Jan) | 500.00 |

| American Express, Discover, Mastercard/Visa accepted | **Total** | $3,000.00 |
|---|---|---|

# Cultural Communications

445 Park Avenue, 9th Floor # 250
New York, NY 10022
(212) 505-1253
contact@culturalcomunications.info

**BILL TO**

The Repton Group LLC
Agostino von Hassell
399 Park Avenue, 26th Floor
New York, N.Y. 10022

| DATE | INVOICE # |
|------|-----------|
| 10/28/2006 | 4049 |
| **TERMS** | **DUE DATE** |
| 10 days | 10/28/2006 |

| DESCRIPTION | AMOUNT |
|-------------|--------|
| | 2,500.00 |
| Publicity & Public Relations, "Military High Life" | |

| American Express, Discover, Mastercard/Visa accepted | **Total** | $2,500.00 |
|---|---|---|

# Cultural Communications

445 Park Avenue, 9th Floor # 250
New York, NY 10022
(212) 505-1253
contact@culturalcommunications.info

**BILL TO**

The Repton Group LLC
Agostino von Hassell
399 Park Avenue, 26th Floor
New York, N.Y. 10022

| DATE | INVOICE # |
|------|-----------|
| 10/28/2006 | 4049 |
| **TERMS** | **DUE DATE** |
| 10 days | 10/28/2006 |

| DESCRIPTION | AMOUNT |
|-------------|--------|
| | 2,500.00 |
| Publicity & Public Relations, "Military High Life" | |

| American Express, Discover, Mastercard/Visa accepted | **Total** | $2,500.00 |
|---|---|---|

# Cultural Communications

445 Park Avenue, 9th Floor # 250
New York, NY 10022
(212) 505-1253
contact@culturalcomunications.info

**BILL TO**

The Repton Group LLC
Agostino von Hassell
399 Park Avenue, 26th Floor
New York, N.Y. 10022

| DATE | INVOICE # |
|------|-----------|
| 9/2/2006 | 4040 |
| **TERMS** | **DUE DATE** |
| **PAID** | 9/2/2006 |

| DESCRIPTION | AMOUNT |
|-------------|--------|
| | 2,500.00 |
| Publicity & Public Relations, "Military High Life" | |

| American Express, Discover, Mastercard/Visa accepted | **Total** | $2,500.00 |
|---|---|---|

**<u>EXHIBIT Q</u>**

Form **1099-MISC**

☐ CORRECTED (if checked)　　　(keep for your records)

| PAYER'S name, street address, city, state, ZIP code, and telephone no. | 1 Rents | OMB No. 1545-0115 | Miscellaneous Income |
|---|---|---|---|
| AGOSTINO VON HASSELL<br>UPPER SALEM, ROUTE 723<br>P.O BOYCE BOX 225<br>BOYCE, VIRGINIA 22620 | $ | **2006** | |
| | 2 Royalties | Form 1099-MISC | 39-1908847<br>Department of the Treasury — IRS |

| | 3 Other income | 4 Fed. inc. tax withheld | Copy B<br>For Recipient |
|---|---|---|---|
| | $ | | |

| PAYER'S federal identification number | RECIPIENT'S identification number | 5 Fishing boat proceeds | 6 Medical and health care payments |
|---|---|---|---|
| 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 | 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 | $ | $ |

| | 7 Nonemployee compensation | 8 Substitute payments in lieu of dividends or interest | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
|---|---|---|---|
| RECIPIENT'S name, address, and ZIP code<br>LESLIE JEAN-BART | $　9400.00 | $ | |
| | 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ ☐ | 10 Crop insurance proceeds | |
| 310 WEST 107TH STREET | 11 | 12 | |
| NEW YORK, NY 10025 | 13 Excess golden parachute payments | 14 Gross proceeds paid to an attorney | |
| Account number (see instructions) | $ | $ | |

| 068484790/1 | | | 16 State tax withheld | 17 State/Payer's state no. | 18 State income |
|---|---|---|---|---|---|
| 15a Section 409A deferrals | 15b Section 409A income | | $ | _____ | $ _____ |
| $ | $ | | $ | _____ | $ _____ |

---

## Instructions for Recipients

**Account number.** May show an account or other unique number the payer assigned to distinguish your account.

**Amounts shown may be subject to self-employment (SE) tax.** If your net income from self-employment is $400 or more, you must file a return and compute your SE tax on Schedule SE (Form 1040). See Pub. 334, Tax Guide for Small Business, for more information. If no income or social security and Medicare taxes were withheld and you are still receiving these payments, see Form 1040-ES, Estimated Tax for Individuals. Individuals must report as explained below. Corporations, fiduciaries, or partnerships report the amounts on the proper line of your tax return.

**Boxes 1 and 2.** Report rents from real estate on Schedule E (Form 1040). If you provided significant services to the tenant, sold real estate as a business, or rented personal property as a business, report on Schedule C or C-EZ (Form 1040). For royalties on timber, coal, & iron ore, see Pub. 544, Sales and Other Dispositions of Assets.

**Box 3.** Generally, report this amount on the "Other income" line of Form 1040 and identify the payment. The amount shown may be payments received as the beneficiary of a deceased employee, prizes, awards, taxable damages, Indian gaming profits, or other taxable income. See Pub. 525, Taxable and Nontaxable Income. If it is trade or business income, report this amount on Schedule C, C-EZ, or F (Form 1040).

**Box 4.** Shows backup withholding or withholding on Indian gaming profits. Generally, a payer must backup withhold at a 28% rate if you did not furnish your taxpayer identification number. See Form W-9, Request for Taxpayer Identification Number and Certification, for more information. Report this amount on your income tax return as tax withheld.

**Box 5.** An amount in this box means the fishing boat operator considers you self-employed. Report this amount on Schedule C or C-EZ (Form 1040). See Pub. 595, Tax Highlights for Commercial Fishermen.

**Box 6.** For individuals, report on Schedule C or C-EZ (Form 1040).

**Box 7.** Shows nonemployee compensation. If you are in the trade or business of catching fish, box 7 may show cash you received for the sale of fish. If payments in this box are SE income, report this amount on Schedule C, C-EZ, or F (Form 1040), and complete Schedule SE (Form 1040). You received this form instead of Form W-2 because the payer did not consider you an employee and did not withhold income tax or social security and Medicare taxes. Contact the payer if you believe this form is incorrect or has been issued in error. If you believe you are an employee, report this amount on line 7 of Form 1040 and call the IRS for information on how to report any social security and Medicare taxes.

**Box 8.** Shows substitute payments in lieu of dividends or tax-exempt interest received by your broker on your behalf as a result of a loan of your securities. Report on the "Other income" line of Form 1040.

**Box 9.** If checked, $5,000 or more of sales of consumer products was paid to you on a buy-sell, deposit-commission, or other basis. A dollar amount does not have to be shown. Report any income from your sale of these products on Schedule C or C-EZ (Form 1040).

**Box 10.** Report this amount on line 8 of Schedule F (Form 1040).

**Box 13.** Shows your total compensation of excess golden parachute payments subject to a 20% excise tax. See the Form 1040 instructions for where to report.

**Box 14.** Shows gross proceeds paid to an attorney in connection with legal services. Report only the taxable part as income on your return.

**Box 15a.** Shows current year deferrals as a nonemployee under a nonqualified deferred compensation (NQDC) plan that is subject to the requirements of section 409A. Any earnings on current and prior year deferrals are also reported.

**Box 15b.** Shows income as a nonemployee under a NQDC plan that does not meet the requirements of section 409A. This amount is also included in box 7 as nonemployee compensation. Any amount included in box 15a that is currently taxable is also included in this box. This income is also subject to a substantial additional tax to be reported on Form 1040. See "Total Tax" in the Form 1040 instructions.

**Boxes 16-18.** Shows state or local income tax withheld from the payments.

**1099-MISC**
39-1908847

6　MISBI1　NTF 2582949　Copyright 2006 Greatland/Nelco - Forms Software Only

**Form 1099-MISC** ☐ CORRECTED (if checked)

**Form 1099-MISC 2005**

OMB No. 1545-0115
39-1908647
Department of Treasury — IRS

**Miscellaneous Income**

PAYER'S name, street address, city, state, ZIP code, and telephone no.
AGOSTINO VON HASSELL
UPPER SALEM, ROUTE 723
P.O BOYCE BOX 225
BOYCE, VIRGINIA 22620

| 1 Rents | 2 Royalties | 3 Other income |
|---|---|---|
| $ | $ | $ |
| 4 Fed. Inc. tax withheld | 5 Fishing boat proceeds | 6 Medical and health care payments |
| $ | $ | $ |
| 7 Nonemployee compensation  6100.00 | 8 Substitute payments in lieu of dividends/ interest | 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ ☐ |

PAYER'S Federal Identification number   RECIPIENT'S Identification number
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   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

RECIPIENT'S name, address, and ZIP code
LESLIE JEAN-BART

310 WEST 107TH STREET
NEW YORK, NY 10025

| 10 Crop Insurance proceeds | 11 | 12 |
|---|---|---|
| 13 Excess golden parachute payments | 14 Gross proceeds paid to an attorney | 15a Section 409A deferrals |
| 15b Section 409A income | | |
| 16 State tax withheld | 17 State/Payer's state no. | 18 State income |

Account number (see instructions)
068484790/1

Copy B For Recipient (keep for your records)
This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

---

**Form 1099-MISC** ☐ CORRECTED (if checked)

**Form 1099-MISC 2005**

OMB No. 1545-0115
39-1908647
Department of Treasury — IRS

**Miscellaneous Income**

PAYER'S name, street address, city, state, ZIP code, and telephone no.
AGOSTINO VON HASSELL
UPPER SALEM, ROUTE 723
P.O BOYCE BOX 225
BOYCE, VIRGINIA 22620

| 1 Rents | 2 Royalties | 3 Other income |
|---|---|---|
| $ | $ | $ |
| 4 Fed. income tax withheld | 5 Fishing boat proceeds | 6 Medical and health care payments |
| $ | $ | $ |
| 7 Nonemployee compensation  6100.00 | 8 Substitute payments in lieu of dividends/ interest | 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ ☐ |

PAYER'S Federal Identification number   RECIPIENT'S Identification number
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   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

RECIPIENT'S name, address, and ZIP code
LESLIE JEAN-BART

310 WEST 107TH STREET
NEW YORK, NY 10025

| 10 Crop Insurance proceeds | 11 | 12 |
|---|---|---|
| 13 Excess golden parachute payments | 14 Gross proceeds paid to an attorney | 15a Section 409A deferrals |
| 15b Section 409A income | | |
| 16 State tax withheld | 17 State/Payer's state no. | 18 State income |

Account number (see instructions)
068484790/1

Copy 2
To be filed with recipient's state income tax return, when required.

5 FM15B2I   NTF 2582013   Copyright 2005 Greatland/Nelco - Forms Software Only

---

**Instructions to Recipients**

**Account number.** May show an account or other unique number the payer assigned to distinguish your account.

**Amounts shown may be subject to self-employment (SE) tax.** If your net income from self-employment is $400 or more, you must file a return and compute your SE tax on Schedule SE (Form 1040). See Pub. 533, Self-Employment Tax, for more information. If no income or social security and Medicare taxes were withheld and you are still receiving these payments, see Form 1040-ES, Estimated Tax for Individuals. Individuals must report as explained below. Corporations, fiduciaries, or partnerships report the amounts on the proper line of your tax return.

**Boxes 1 and 2.** Report rents from real estate on Schedule E (Form 1040). If you provided significant services to the tenant, sold real estate as a business, or rented personal property as a business, report on Schedule C or C-EZ (Form 1040). For royalties on timber, coal, and iron ore, see Pub. 544, Sales and Other Dispositions of Assets.

**Box 3.** Generally, report this amount on the "Other income" line of Form 1040 and identify the payment. The amount shown may be payments received as the beneficiary of a deceased employee, prizes, awards, taxable damages, Indian gaming profits, or other taxable income. See Pub. 525, Taxable and Nontaxable Income. If it is trade or business income, report this amount on Schedule C, C-EZ, or F (Form 1040).

**Box 4.** Shows backup withholding or withholding on Indian gaming profits. Generally, a payer must backup withhold at a 28% rate if you did not furnish your taxpayer identification number. See Form W-9, Request for Taxpayer Identification Number and Certification, for more information. Report this amount on your income tax return as tax withheld.

**Box 5.** An amount in this box means the fishing boat operator considers you self-employed. Report this amount on Schedule C or C-EZ (Form 1040). See Pub. 595, Tax Highlights for Commercial Fishermen.

**Box 6.** Report on Schedule C or C-EZ (Form 1040).

**Box 7.** Shows nonemployee compensation. If you are in the trade or business of catching fish, box 7 may show cash you received for the sale of fish. If payments in this box are SE income, report this amount on Schedule C, C-EZ, or F (Form 1040), and complete Schedule SE (Form 1040). You received this form instead of Form W-2 because the payer did not consider you an employee and did not withhold income tax or social security and Medicare taxes. Contact the payer if you believe this form is incorrect or has been issued in error. If you believe you are an employee, report this amount on line 7 of Form 1040 and call the IRS for information on how to report any social security and Medicare taxes.

**Box 8.** Shows substitute payments in lieu of dividends or tax-exempt interest received by your broker on your behalf as a result of a loan of your securities. Report on the "Other income" line of Form 1040.

**Box 9.** If checked, $5,000 or more of sales of consumer products was paid to you on a buy-sell, deposit-commission, or other basis. A dollar amount does not have to be shown. Generally, report any income from your sale of these products on Schedule C or C-EZ (Form 1040).

**Box 10.** Report this amount on line 6 of Schedule F (Form 1040).

**Box 13.** Shows your total compensation of excess golden parachute payments subject to a 20% excise tax. See Form 1040 instructions for where to report.

**Box 14.** Shows gross proceeds paid to an attorney in connection with legal services. Report only the taxable part as income on your return.

**Box 15a.** Shows current year deferrals as a nonemployee under a section 409A nonqualified deferred compensation (NQDC) plan. Any earnings on current and prior year deferrals must also be reported.

**Box 15b.** Shows income as a nonemployee under a NQDC plan that does not meet the requirements of section 409A. This amount is also included in box 7 as nonemployee compensation. Any amount included in box 15a that is currently taxable is also included in this box. This amount is also subject to a substantial additional tax to be reported on Form 1040. See "Total Tax" in the Form 1040 instructions.

**Boxes 16-18.** Shows state or local income tax withheld from the payments.

NEW YORK, NY 10022

| PAYER'S Federal identification number | RECIPIENT'S identification number |
|---|---|
| 13-3746109 | 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 |

RECIPIENT'S name, address, and ZIP code

LESLIE JEAN-BART

310 W 107TH STREET
NEW YORK, NY 10025

Account number (see instructions)
068484790/21

| 6 Medical and health care payments | |
|---|---|
| 7 Nonemployee compensation $ 6600.00 | 8 Substitute payments in lieu of dividends/interest | 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ |
| 10 Crop insurance proceeds | 11 | 12 |
| 13 Excess golden parachute payments $ | 14 Gross proceeds paid to an attorney $ | 15a Section 409A deferrals $ |
| 15b Section 409A income $ | | |
| 16 State tax withheld $ | 17 State/Payer's state no. | 18 State income $ |

Copy B For Recipient (keep for your records)
This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

---

| Form 1099-MISC | | ☐ CORRECTED (if checked) |
|---|---|---|

PAYER'S name, street address, city, state, ZIP code, and telephone no.

THE REPTON GROUP, LLC
399 PARK AVENUE
NEW YORK, NY 10022

| PAYER'S Federal identification number | RECIPIENT'S identification number |
|---|---|
| 13-3746109 | 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 |

RECIPIENT'S name, address, and ZIP code

LESLIE JEAN-BART

310 W 107TH STREET
NEW YORK, NY 10025

Account number (see instructions)
068484790/21

| Form 1099-MISC | 2005 | OMB No. 1545-0115 39-1906847 |
|---|---|---|
| Miscellaneous Income | | Department of the Treasury - IRS |
| 1 Rents $ | 2 Royalties $ | 3 Other income $ |
| 4 Fed. income tax withheld $ | 5 Fishing boat proceeds $ | 6 Medical and health care payments $ |
| 7 Nonemployee compensation $ 6600.00 | 8 Substitute payments in lieu of dividends/interest $ | 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ |
| 10 Crop insurance proceeds $ | 11 | 12 |
| 13 Excess golden parachute payments $ | 14 Gross proceeds paid to an attorney $ | 15a Section 409A deferrals $ |
| 15b Section 409A income $ | | |
| 16 State tax withheld $ | 17 State/Payer's state no. | 18 State income $ |

Copy 2
To be filed with recipient's state income tax return, when required.

5 FMISB2i      NTF 2582913      Copyright 2005 Greatland/Nelco - Forms Software Only

---

**Instructions to Recipients**

**Account number.** May show an account or other unique number the payer assigned to distinguish your account.

**Amounts shown** may be subject to self-employment (SE) tax. If your net income from self-employment is $400 or more, you must file a return and compute your SE tax on Schedule SE (Form 1040). See Pub. 533, Self-Employment Tax, for more information. If no income or social security and Medicare taxes were withheld and you are still receiving these payments, see Form 1040-ES, Estimated Tax for Individuals. Individuals must report as explained below. Corporations, fiduciaries, or partnerships report the amounts on the proper line of your tax return.

**Boxes 1 and 2.** Report rents from real estate on Schedule E (Form 1040). If you provided significant services to the tenant, sold real estate as a business, or rented personal property as a business, report on Schedule C or C-EZ (Form 1040). For royalties on timber, coal, and iron ore, see Pub. 544, Sales and Other Dispositions of Assets.

**Box 3.** Generally, report this amount on the "Other income" line of Form 1040 and identify the payment. The amount shown may be payments received as the beneficiary of a deceased employee, prizes, awards, taxable damages, Indian gaming profits, or other taxable income. See Pub. 525, Taxable and Nontaxable Income. If it is trade or business income, report this amount on Schedule C, C-EZ, or F (Form 1040).

**Box 4.** Shows backup withholding or withholding on Indian gaming profits. Generally, a payer must backup withhold at a 28% rate if you did not furnish your taxpayer identification number. See Form W-9, Request for Taxpayer Identification Number and Certification, for more information. Report this amount on your income tax return as tax withheld.

**Box 5.** An amount in this box means the fishing boat operator considers you self-employed. Report the amount on Schedule C or C-EZ (Form 1040). See Pub. 595, Tax Highlights for Commercial Fishermen.

**Box 6.** Report on Schedule C or C-EZ (Form 1040).

**Box 7.** Shows nonemployee compensation. If you are in the trade or business of catching fish, box 7 may show cash you received for the sale of fish. If payments in this box are SE income, report this amount on Schedule C, C-EZ, or F (Form 1040), and complete Schedule SE (Form 1040). You received this form instead of Form W-2 because the payer did not consider you an employee and did not withhold income tax or social security and Medicare taxes. Contact the payer if you believe this form is incorrect or has been issued in error. If you believe you are an employee, report this amount on line 7 of Form 1040 and call the IRS for information on how to report your social security and Medicare taxes.

**Box 8.** Shows substitute payments in lieu of dividends or tax-exempt interest received by your broker on your behalf as a result of a loan of your securities. Report on the "Other income" line of Form 1040.

**Box 9.** If checked, $5,000 or more of sales of consumer products was paid to you on a buy-sell, deposit-commission, or other basis. A dollar amount does not have to be shown. Generally, report any income from your sale of these products on Schedule C or C-EZ (Form 1040).

**Box 10.** Report this amount on line 8 of Schedule F (Form 1040).

**Box 13.** Shows your total compensation of excess golden parachute payments subject to a 20% excise tax. See the Form 1040 instructions for where to report.

**Box 14.** Shows gross proceeds paid to an attorney in connection with legal services. Report only the taxable part as income on your return.

**Box 15a.** Shows current year deferrals as a nonemployee under a section 409A nonqualified deferred compensation (NQDC) plan. Any earnings on current and prior year deferrals must also be reported.

**Box 15b.** Shows income as a nonemployee under a NQDC plan that does not meet the requirements of section 409A. This amount is also included in box 7 as nonemployee compensation. Any amount included in box 15a that is currently taxable is also included in this box. This amount is also subject to a substantial additional tax to reported on Form 1040. See "Total Tax" in the Form 1040 instructions.

**Boxes 16-18.** Shows state or local income tax withheld from the payments.

**Invoice no-** Military Cook Book/ Portugal
**Job no-**        200317Military Cook Book/ Portugal                    **Date-**1/28/03

**Soc. Sec. #:** 068/48/4790

**TO:**

**Agostino von Hassell**
**Attn:** Agostino von Hassell
2 Sutton Place South # 3H
New York, NY  10022

**RE: Photographs for Military Cook Book taken in Portugal from**
**1/7- 1/20/03.**

**EXPENSES**

**FILM-**

| | |
|---|---:|
| **17 rolls of Velvia Fujichrome ASA 50, 36exps** at $ 4.64 per | $   78.88 |
| 7 and a half boxes of 4x5 20 sheets of Quickload Velvia ASA 50 at $ 61.69 per | $  462.96 |
| **9 boxes of 4x5 Type 54 Polapan 100 at $ 45.41 Per** | **$  408.89** |

**PROCESSING**
**+**
**CONTACTS-**

| | |
|---|---:|
| 147 sheets of 4x5  film at $ 2.44 per | $  358.68 |
| 17 rolls of 35mm chromes, 36exps at $ 7.58 per | $  128.86 |

**RENTAL-**

| | |
|---|---:|
| One 1200wt  and one 2400wt  Comet power packs **(which converts to 220 voltage by simply changing the fuses)** for one week at  $ 129.90 per for a  week | $  259.80 |
| 90mm 4x5 lens **( needed for the wide spaces)** for one week | **$  108.25** |

**TRANSPORTATION-**

| | |
|---|---:|
| **To and from lab; to return final materials; to and from Newark Airport** | **$  177.00** |

**MISC.-**

| | |
|---|---:|
| **Items from museum** | **$  177.73** |

**FEE**

        8 days at  $  500 per                       $ 4000.00

**TOTAL-**                                        $ 6160.85

**SERVICE RENDERED-**

                                           $ 3870.16

**SUB TOTAL-**

                                           $ 2290.69

Please remit the sum of  **$ 2290.69** to **Leslie Jean-Bart**
                                310 West 107th Street
                                New York, NY  10025
                                **Tel.#: (212) 662-3985**

**Invoice no-** Military Cook Book/Cielo Peralta of Murray's
**Job no-**        200365Military Cook Book/Cielo Peralta of Murray's          **Date-**6/6/03

Soc. Sec. #:  068/48/4790

**TO:**

**Agostino von Hassell**
**Attn: Agostino von Hassell**
2 Sutton Place South # 3H
New York, NY  10022

**RE: Photographs for Military Cook/ Cielo Peralta of Murray's**
6/5/03.

**EXPENSES**

**FILM-**

A 3/4 box of 4x5 20 sheets of Quickload Velvia
ASA 50 at
**A half a box of 4x5 Type 54 Polapan 100 at $**          $    46.28
                                                                          $    22.70

**PROCESSING**

15 sheets of 4x5  film at $ 2.56 per          $    38.40

**TRANSPORTATION-**
**To and from location labs; to and from labs&**          $    58.00
**to return final materials.**

**MISC.**
4 prints 8x10 cibachrome
**FEE**          $ 123.83

$ 300.00

**TOTAL-**          $  589.21

Please remit the sum of **$ 589.21** to **Leslie Jean-Bart**
310 West 107th Street
New York, NY  10025
**Tel.#:** (212) 662-3985

Leslie Jean-Bart
$500.00

December 19, 2003

Check # 1279

Leslie Jean-Bart
310 West 107th Street
New York, N.Y. 10025


Payment of $300.00 for Food Book Photography

April 9, 2003

Assistants    2002

| Date | Description | Amount | Total |
|---|---|---|---|
| Jan. 3 | Leslie J-B/ Food Book | 2290.69 | |
| Jan. 5 | Harry McManus | 2369.84 | |
| Jan 7 | MM Consult BULGARIA | 625.00 | |
| 1 23 | MM Consult | 1825.00 | 7110.53 |
| 4 9 | Jackie J-B/Food Book | 300.00 | |
| 6 6 | Leslie J-B/ Food Book | 589.21 | |
| 7 1 | Leslie J-B/Moneby | 150.00 | |
| 9 3 | Business Intel. | 5500.00 | |
| 9 16 | K. Noelan 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 | 300.00 | |
| 9 26 | Simone | 8000.00 | |
| 9 28 | S. Vankaska | 500.00 | |
| 10 3 | Teresa Caido    #1128 | 3000.00 | 24944.74 |
| 10 5 | Yan Aron   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 | 250.00 | |
| 11 5 | K. Noelan | 300.00 | |
| 11 5 | Leslie J-B | 2000.00 | 27499.74 |
| 12 16 | S. Kuleyh    #1267 | 350.00 | |
| 12 19 | Leslie J-B | 500.00 | |
| 12 22 | Jawan | 1000.00 | 29349.74 |
| 12 30 | MM Consult | 1525.00 | |

**EXHIBIT R**

Subj: **Focus Camera Inc. order confirmation #20026728**
Date: 10/25/2005 1:22:46 PM Eastern Standard Time
From: orders@focuscamera.com
To: AVONHASSEL@AOL.COM

Date: Tue, 25 Oct 2005 13:23:11 -0400
X-Priority: 1
X-MSMail-Priority: High
Importance: High
X-MimeOLE: Produced By Microsoft MimeOLE V6.00.2800.1506

Focus Camera Inc. Shopping Cart Order
Most Orders are shipped within 24 hours
You can track your order the next business day by following this link:
http://focuscamera.com/sc/tracking.asp?orderid=20026728

Order No.    : 20026728

BILL TO       :
Customer Name  : Christian von Hassell
Customer ID    : 75830
Address        : 2 Sutton Place S
Address2       : 3H
                New York, NY 10022
Country       : US
Phone         : 212-832-2818
Fax           : 212-750-0831
Email         : AVONHASSEL@AOL.COM

SHIP TO       :
Name          : Christian von Hassell
Shipping Address: 2 Sutton Place S
                3H
                New York, NY 10022
Country       : US

Phone         : 212-832-2818
Email         : AVONHASSEL@AOL.COM
Shipping amount : $31.2226
Sales Tax Rate : 93.05
Total Order   : 1204.0726

CART ITEMS _____

  . Item #377385025
    Item   : 02301854
    Desc   : Fuji Fujichrome Provia RDP III 100F 4x5 Quickload 20sht
Slide Transparency Sheet Film

Quantity: 20
Price   : $53.99

Thank you for shopping at Focus Camera Inc.

TRACKING YOUR ORDER

***We will E-mail Your Tracking Number to you.***

Due to the high amount of orders we receive every day, it usually takes us 24-48 hours to process your order. The tracking # for your ordered product will be available the following business day after we ship order, after 11:00 A.M. Please do not E-mail us asking for your tracking number before this time, as we do not have it available. We will E-mail your tracking number to you as soon as it becomes available in our system. Saturday and Sunday are not business days, so please take this into consideration when making calculations. If you have not received your tracking number within 3 days please E-mail us at cs@focuscamera.com.

CUSTOMER SERVICE

Same Day Customer Service Response to E-mails.

We are committed to responding to your E-mails the same day if we receive your query by 3:00 P.M. EST. To make this possible, we instruct all our customer service reps to answer all E-mails promptly. Please E-mail cs@focuscamera.com and we will try our best to reply to your E-mail by the end of the day. E-mails received after 3:00 P.M. will be answered the next day (Don't forget, we open at 9:30 A.M., close at 5:30 P.M., and are closed Saturday and Sunday). If you wish to speak to a Customer Service representative personally, there will be an agent available between 9:30 A.M. and 5:30 P.M., Monday through Thursday, and Friday between 9:30 A.M. and 2:30 P.M. Please be patient when calling if there is a high call volume.

TECHNICAL SUPPORT

If you are experiencing problems with the installation, compatibility, and use of your new product, please contact the manufacturer for help with these technical issues. The best way to reach the manufacturer is to call their technical support hotline or E-mail them with a detailed question. Try the manufacturer's website first, as they usually offer full customer support satisfaction and will have the answers to your technical questions. You will usually find the appropriate department E-mail addresses to submit your questions in the company directory.

RETURNS

Tuesday, October 25, 2005 America Online: AVonhassel

Page 3 of 3

***You will need a Return Merchandise Authorization (RMA) before you

Case 1:04-cv-09050-LAK    Document 164    Filed 04/03/2008    Page 31 of 50

return any products to us.***

If your product arrives damaged or defective, you will need an RMA #.
Please E-mail rma@focuscamera.com with your order # and a thorough and
detailed explanation of the problem you are having. A customer service
representative will reply with easy-to-follow instructions for returning
your product.

FEEDBACK

We love to hear from you. Please tell us how we can best serve you:
feedback@focuscamera.com.

CONTACT US

Questions regarding your account: cs@focuscamera.com
Returning Merchandise to us: rma@focuscamera.com
Comments and Feedback for us: feedback@focuscamera.com
Questions about products featured on site: sales@focuscamera.com
Canceling your order PRIOR to shipment: Please call: 888-901-4438

CANCELLATIONS

If your order has already shipped, please refuse the product when it
arrives, and we will credit you in full minus the shipping charges.

Tuesday, October 25, 2005 America Online: AVonhassel

Fax: (212) 888-3763

SHIP TO:

STREET
32
ITY

| SALESMAN | SHIP VIA |
|---|---|

| | | | |
|---|---|---|---|
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | | | |
| 15 | | | |
| 16 | | | |

PLEASE INDICATE INVOICE WITH PAYMENT
ALL REFUNDS AND ADJUSTMENTS MUST BE MADE WITHIN 7 DAYS OR MERCHANDISE STORE CREDIT ONLY

167522                    CONS. AFFAIRS #0902062

RECEIVED BY: _____

575 Lexington Avenue
New York, NY 10022
(212) 935-5125
(212) 935-5366
Fac (212) 355-3782

SHIP TO:

Christian A Von Hirsch

STREET

CITY

R NO. | SALESMAN | SHIP VIA

2 CD
7 Prints

9
10
11
12
13
14
15
16

170789

CONS. AFFAIRS #0902062

RECEIVED BY: _____

SHIP TO: C. Von Hassel

STREET

CITY

| IO. | SALESMAN | | SHIP VIA |
|-----|----------|--|----------|

169999

CONS. AFFAIRS #0902062

RECEIVED BY: _____

Subj:   **15 Boxes**
Date:   10/25/2005 1:16:47 PM Eastern Standard Time
From:   AVonhassel
To:     AVonhassel
CC:     jeanbart@earthlink.net

Search  | Keyword, Promo cod

polaroid go™

**Home**  |  **Store**  |  **Products**  |  **Consumer**  |  **Business**  |  **Support**  |  **Company**

| **Store Locator**

One stop shop for all your imaging needs.

Your cart c

**Shop** ►► United States

**New Products**
· **Check out our exciting Home Electronics**

**Product Lines**
⊞ **Accessories**
⊞ **Carrying Cases**
⊞ **Digital and Video Cameras**
⊞ **Digital Projectors**
⊞ **Home Electronics**
⊞ **Instant Camera Accessories**
⊞ **Instant Cameras**
⊞ **Instant Film**
⊞ **Memory**
⊞ **Monitors**
⊞ **Passport & ID Systems**
⊞ **Photo Accessories**
⊞ **PP46D Digital Printer**
⊞ **Printer Accessories**
⊞ **Printers**
⊞ **Scanners**
⊞ **Storage**
⊞ **Warranties**

Order Details

**Important information about your Order:**

| Customer Number: | 3018257 | Status: | Credit C Verificat |
| Order Number: | 113051 | Order date: | 10/25/20 |
| Invoice date: | N/A | Est. Ship Date: | 10/26/20 |
| Payment Type: | Credit Card | PO Number: | N/A |
| | | FutureRelease Date: | 10/26/20 |

| Qty | Part Code | Description | Il Pi |
|-----|-----------|-------------|-------|
| 15 | 613271 | POLAROID TYPE 54 4X5 FILM 20 SHEETS/BOX - 10 BOXES/CASE | $54 |

Purchase Subtotal

Ground

Tax

**Total**

| view your orders |

**Billing Address**
THE REPTON GROUP
AP Contact: E VON HASSELL
2 SUTTON PLACE S
3H
NEW YORK, NY  10022
USA

**Shipping Address**
THE REPTON GROUP
ATTN: E VON HASSELL
2 SUTTON PLACE S
3H
NEW YORK, NY  10022
(212) 832-2818

Tuesday, October 25, 2005 America Online: AVonhassel
(212) 832-2818

# FOCUS CAMERA INC

895-905 McDONALD AVE
BROOKLYN, NY 11218
TEL. 718/437-8810   FAX 718/437-8895
E.MAIL:sales@focuscamera.com



**INVOICE** 3135770

**ACCOUNT NO.** 2/VONHE0

**INVOICE DATE** 11/10/05



3135770

| SOLD TO | SHIP TO |
|---|---|
| VON HASSELL, CHRISTIAN<br>2 SUTTON PLACE S<br>3H<br>NEW YORK, NY 10022<br>US<br>TEL: 212/832-2818 212/750-0831 FAX: | VON HASSELL, CHRISTIAN<br>2 SUTTON PLACE S<br>3H<br>NEW YORK, NY 10022<br>US<br>TEL: 212-832-2818 FAX: |

| TERMS<br>CC | ORDER NO.<br>1459294 | SHIP VIA<br>UPS G RES/C 2 | CUST. PO NO.<br>0026728 | SOURCE<br>FROOG | SALESMAN |
|---|---|---|---|---|---|
| • • • • • • • • • 5113 7500   06/08 | • • • • • • • • • | | E.mail AVONHASSEL@AOL.COM | | |

| QTY ORDRD | QTY SHIPED | ITEM NO. | DESCRIPTION | UOM | SPECIFICS | UNIT PRICE | | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 7 | 7 | FUJRDPFQL | RDP III 4x5 Quickload (20) | | FUJI | 53.99 | | 377.93 |

We reserve all rights as stated on our website media/ads pertaining to
returns/warranties/exchanges/backorders and claims.
If you need any further information, we can mail/fax you our policy.

| | |
|---|---|
| Taxable Subtotal | 377.93 |
| Tax   ( 8.375 % ) | 31.65 |
| **Total** | **409.58** |
| Received + Adj. | -409.58 |
| Balance | 0.00 |

Page 1   CDz35AV
NW 11/10/05 11:54:43 * 1 * FROOG
1 / 1  3135770



**Inc.**

**575 Lexington Avenue**
**New York, NY 10022**
**(212) 753-5128**
**(212) 753-5385**
**Fax: (212) 688-3782**

SHIP TO: *Van Massell*

STREET

CITY

| NO. | SALESMAN | SHIP VIA |
|-----|----------|----------|
|     |          |          |

| 9 | | | |
|----|---|---|---|
| 10 | | | |
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | | | |
| 15 | | | |
| 16 | | | |

165434

CONS. AFFAIRS #0902062

RECEIVED BY:





**420 Ninth Avenue, New York, NY 10001 • Fax: 212.239.7770**





| PHOTO | 1-212 444-6600 | DIGITAL PHOTO | 1-212 444-6700 | VIDEO | 1-212 444-5000 | PRO AUDIO | 1-212 444-5070 |
| | 1-800 947-9950 | | 1-800 947-9978 | | 1-800 947-9910 | | 1-800 947-1183 |

PHOTO · VIDEO · PRO AUDIO

To Inquire About Your Order: Tel: 212.239.7765 - 800.221.5743 • Fax: 212.239.7549 - 800.947.2215

*The Professional's Source* **www.bhphotovideo.com**

**Control No.: 147403640**

Sold To: E VONHASSELL
2 SUTTON PLACE SOUTE
NEW YORK, NY 10022

Ship To: E. VONHASSELL
UPPER SALEM FARM  RT. 723
BOYCE, VA 22620

Bill Phone: (212)832-2818

Ship Phone: (540)837-9957

| Invoice Date | Customer Code | Terms | Order Date | Purchase Order Number | Salesperson | Ship Via |
|---|---|---|---|---|---|---|
| 08/08/05 | 27755105 | | 08/08/05 | | AO | FED EX PRIORITY |

| Qty Ord | Qty Ship | Qty Bko | Item Description | SKU# | Item Price | Amount |
|---|---|---|---|---|---|---|
| 5 | 5 | | FUJI PROVIA-F 100 QUICK-LOAD 4X5/20 | FUPF100QL | 61.95 | 309.75 |
| 3 | 3 | | POLAROID #54 (POLAPAN 100) B/W 4X5/20 FILM | PO54 | 48.95 | 146.85 |
| 1 | 1 | | SAVAGE BKGRND PAPER 53"X12YD #SP-50 (WHITE) | SABGP53W | 13.95 | 13.95 |
| | | | *PLEASE NOTE:* | | | |
| | | | *WE WILL BE CLOSED SUNDAY 08/14/05* | | | |
| | | | *** WE WILL REOPEN MONDAY 08/15/05 ***  | | | |

| Payment Type | Card/Check Number | Exp Dt | Amount |
|---|---|---|---|
| AMERICAN EXPRESS | **********58000 | 0106 | 488.10 |
| AMERICAN EXPRESS | **********58000 | 0106 | 69.10 |

| | |
|---|---|
| Sub-Total: | 470.55 |
| Shipping & Handling: | 86.65 |
| Total Order: | 557.20 |
| Total Payment: | 557.20 |
| Balance: | .00 |

Customer Copy

Page 1 of 1

575 Lexington Avenue
New York, NY 10022
(212) 753-5128
(212) 753-5385
Fax: (212) 688-3782

Von Hassel

CHAR

ST

EET

SALESMAN | SHIP VIA

-36
-36
-36

CONS. AFFAIRS #0902062

RECEIVED BY: _____



**575 Lexington Avenue**
**New York, NY 10022**
**(212) 753-5128**
**(212) 753-5385**
**Fax: (212) 688-3782**

SHIP TO:

VON HASSEL

STREET

CITY

| SALESMAN | SHIP VIA |
|---|---|

| | | |
|---|---|---|
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |

162631

CONS. AFFAIRS #0902062

RECEIVED BY: _____

**EXHIBIT S**

## EQUIPMENT

| | | | |
|---|---|---|---|
| 1 26 | COMPAQ   5430 US DESKTOP | 1230 00 | |
| 1 26 | NT  FE 700 PLUS MONITOR | 225 00 | |
| 1 26 | SLC  1022 5045 SPEAKER | 25 00 | 1480 00 |
| 3 8 | Compaq Laptop 711 CL | 1149 49 | 2629 49 |
| 8 6 | NIKON  WGF  + LENS | 441 67 | 3071 16 |
| 9 10 | Dell Computer 4500 | 1312 41 | 4383 57 |

## ASSISTANT

| | | | |
|---|---|---|---|
| 1 28 | Business Intelligence Group | 3000 00 | |
| 5 20 | Teresa (Bird clo (3 checks) | 2200 00 | 5200 00 |
| 6 25 | Leslie | 300 00 | |
| 7 17 | MH Consult / Bulgaria | 500 00 | |
| | WT | 25 00 | |
| 7 9 | Abby Daniels | 1000 00 | 7025 00 |
| 7 23 | Leslie / Food | 500 00 | |
| 7 23 | Harry McMann | 850 00 | |
| 8 7 | Leslie | 1000 00 | |
| 8 7 | Harry McMann | 600 00 | |
| 8 7 | Keith | 600 00 | |
| 8 12 | Teresa | 5000 00 | 15575 00 |
| 8 11 | Leslie Jean Bout | 500 00 | 16075 00 |

3800
1380

2922 00
5922 00

# ACCOUNTING FEES

| | | | | |
|---|---|---|---|---|
| 4.10 | Silberam | | 2500 00 | |
| 4.10 | Silberam | | 1500 00 | 2650 00 |

| | | | | |
|---|---|---|---|---|
| 8 25 | Houg McMann | | 500 00 | |
| 8 27 | Houg McMann SS 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 | | 1169 89 | |
| 8 27 | Leshie J-B # 9565 | | 1132 03 | |
| 8 27 | Teresa/ Keith | | 1000 00 | 19 876 92 |
| 9.9 | Abby Daniels | | 250 00 | 20 126 92 |
| 10 16 | Leshie JB | | 1044 97 | |
| 10 25 | Leshie | | 100 00 | |
| 10 25 | Houg McMann | | 3029 98 | |
| 10 28 | Houg McMann | | 650 00 | 3 6196 89 |
| 10 28 | J. B.  1 PORT. | | 1500 00 | |
| 10 31 | Seth Haber | | | |
| 11 16 | Leshie J-B | | 300 00 | |
| 11 19 | Houg McMann # 9917 | | 600 00 | |
| 11 19 | Abby Daniels # 9918 | | 500 00 | |
| 11 19 | Leshie J-B  UBJ | | 1500 00 | 40 596 89 |
| | | | | 39 096 89 |

880 00

# BOOKS & RESEARCH

| | | |
|---|---|---|
| 2.5 Special OPS/GD/ OSS | 27.10 | |
| 2.20 Moseby | 35.99 | |
| 2.11 Moseby / Confederacy | 12.95 | 76.04 |
| 3.5 Military Bookman / re OSS | 136.40 | 212.44 |
| 3.19 Mil. Food | 17.28 | |
| 4.1 Eden | 6.95 | |
| 4.1 Dulles Bio | 21.59 | |
| 4.5 Imperial Bio | 18.95 | 335.21 |
| 4.20 Various | 116.36 | |
| 4.29 Hitler | 32.42 | |
| 5.7 Solthikow | 1.926 | 498.25 |
| 5.8 Fivehin / Eugman | 3.7.83 | |
| 5.13 Fall of Berlin | 25.04 | 561.12 |
| 5.8 Sult / Fey | 22.00 | |
| 5.8 Fey | 21.00 | |
| 7.20 Iva Lieser | 17.00 | |
| 5.31 Eva / Blondie | 18.98 | 6.41.10 |
| 7.6 F. Books | 77.56 | 718.56 |
| 8.13 Colonel's Table | 10.99 | |
| 8.20 Iraba / Research | 46.21 | |
| 8.21 W.P & USMC Books → Teresa | - 135.91 | 911.67 |
| 8.28 Books - Aubryal | 252.78 | 1164.45 |
| 7.16 Das Diner | 67.50 | |
| 9.2 F.B. | 47.90 | |
| 9.3 Offman & Wine | 36.80 | 1316.65 |
| 9.6 Bayeaux | 31.99 | |
| 9.24 Antonio S. Fource | 99.94 | 1448.48 |
| 9.25 Amazon / Jap. Food | 54.98 | |
| 8.20 Taraba Tape | 20.97 | 1524.43 |
| 10.2 FB / China | 43.30 | |

8.33

7.62

# COPIES

| | | | |
|---|---|---|---|
| 63 06 | 1.14 | W.P. | 38 01 |
| | 1.22 | W.P. | 6 47 |
| 375 58 | 1.28 | W.P. Paper | 19 38 |
| | 2.26 | USMC | 28 74 | 92 60 |
| 48 90 | 3.8 | Kiehas /or OSS | 31 18 |
| | 4.1 | OSS | 18 09 | 141 87 |
| | 4.17 | OSS | 16 31 |
| | 4.18 | USVI | 3 98 | 162 16 |
| | 5.7 | OSS | 11 93 |
| | 5.9 | V. | 1 67 |
| | 5.20 | West Point | 19 38 | 195 14 |
| | 6.20 | USMC & Exhibit | 4 31 |
| | 7.10 | Exhibit | 38 47 | 274 92 |
| | 8.7 | W.P. | 3 18 |
| | 8.18 | F.B. Drawing | 18 39 | 296 49 |
| | 9.11 | Maos/Aithing F.B. | 31 32 |
| | 9.17 | Lisbon | 9 03 | 336 84 |
| | 10.28 | Mons | 4 71 |
| | 11.4 | F.B. | 6 38 |
| | 11.5 | F.B | 19 31 | 367 24 |
| | 4.5 | F.B. | 13 93 |
| | 11.20 | Valhalla Maps | 25 92 | 407 09 |

# FILM / DEV / PRINTING

| | | | |
|---|---|---|---|
| | 1.7 West Point B/W | 25.66 | |
| | 2.5 USMC B/W | 33.45 | |
| 36.19 | 2.20 West Point | 135.30 | 194.41 |
| | 3.19 USMC | (23) | |
| | 4.2 W.P. | 109.31 | 311.03 |
| | 5.29 Exhibit I | 109.31 | |
| 2752 | 6.3 Exhibit II | 100.00 | |
| | 6.10 Mod. ½ ge | 76.85 | |
| | 6.12 Mod. ½ ge | 61.78 | |
| | 6.19 Studio 712        #117 | 26.12 | 577.88 |
| | | 967.50 | |
| | 7.8 Exhibit | 287.95 | 1833.33 |
| | 7.15 Exhibit Prints | 681.98 | |
| | 7.16 Clone-a-Chrome / Exhibit | | |
| | Co. Chrom + C. Carol | 4511.00 | 7026.31 |
| | 7.23 S. Flax / Frames I | 2500.00 | 9526.31 |
| | 7.30 Mod ½ ge W/O | 106.42 | |
| | 7.30 Hans McMann / Food Stylist | 850.00 | |
| | 8.6 F.B. Prints | 168.74 | |
| | 8.6 F.B. Prints | 23.96 | |
| | 8.6 F.B. Prints | 212.71 | 10888.20 |
| | 8.7 B/W F.B. | 22.98 | |
| | 8.12 F.B. Prints | 295.52 | |
| | 8.14 F.B. Prints | 17.23 | 11223.93 |
| | 8.19 Frames / S. Flex | 5390.85 | 16614.78 |
| | 8.28 F.B. Prints | 42.19 | |
| | 8.28 F.B. Prints | 1219.98 | 17876.95 |
| | 8.29 C Prints / Exhibit | 147.22 | |
| | 9.6 F.B. | 50.00 | |
| | 9.15 Duggal 3x | 2901.10 | 21425.27 |
| | 9.24 F.B. | 88.87 | |

9 30 F.B.
9 14 U WP
10 21 F.B. 8×10
11 11 Mood : Age
11 18 Mood Age FB.

22 73
126 19   21 663 06
717 70
994 82   23 375 58
273 32   23 648 90

Kit Food Book Supplies / Props.

| | | |
|---|---|---|
| 7 24 | OLD COINS | 260 27 | |
| 7 24 | Romain Food | 270 00 | |
| 7 24 | Romain Food | 378 87 | |
| 7 29 | McNulty Bags | 9 08 | |
| 7 29 | Murrays | 216 19 | |
| 8 2 | Saber | 347 00 | 1421 41 |
| 8 12 | Russian Map | 80 00 | |
| 8 15 | Pann | 172 40 | |
| 8 16 | Candies / Wich | 19 20 | |
| 8 16 | F.B. | 280 49 | 1973 50 |
| 8 19 | Scully / Plates | 283 00 | |
| 8 20 | Prints / ARFOSY | 265 21 | |
| 8 20 | Spices / Bowl | 7 86 | |
| 8 20 | Double Smoked Bacon | 14 05 | |
| 8 19 | Murrays | 120 23 | |
| 8 22 | Whole Foods | 118 01 | |
| 8 23 | Costco | 260 58 | |
| 8 25 | Cucumber | 9 26 | 3051 70 |
| 9 18 | Books / F.B. / US. | 67 31 | |
| 9 18 | Books / F.B. / Lis | -62 55 | 3181 56 |
| 10 10 | Kitchen Supplies | 600 00 | 3681 56 |
| 10 11 | USMC Cufflines | 83 50 | |
| 10 14 | Navy Plates | 14 98 | |
| 10 14 | D&D Supplies | 109 00 | |
| 10 14 | Nat Anthem | 270 63 | 4259 57 |
| 10 20 | China Town | 24 72 | |
| 10 20 | China Town | 5 40 | |
| 10 17 | DaVinci / Wyn. Banquet | 137 00 | 4426 69 |
| 10 21 | Blaur. Plates | 22 298 | |
| 13 21 | Swiss German Press | 48 67 | |

# CAR RENTAL

| | | | | |
|---|---|---|---|---|
| 2.10 | Enterprise/D.C. | 162 00 | | |
| 8.31 | Car Rental/Food | 338 35 | 500 35 | |
| 10.27 | Car for food Nat | 379 02 | | |
| 9.30 | Van → W.P. | 215 43 | 1094 80 | |