50 %

FOOD — HOTELS & TRAVEL

| | | | | |
|---|---|---|---|---|
| 2.26 | Lisbon | 92 30 | | |
| 5.2 | SFF | 1600 00 | 1092 30 | |
| 6.2 | London / Food | & 294.15 | 452 53 | 1544 83 |
| 8.29 | Chicago | 87 68 | 1632 51 | |
| 9.5 | Chicago | 11 25 | | |
| 9.18 | Lisbon / Food & Ent. | 545 20 | 2188 96 | |
| 10.10 | Lisbon | 620 32 | | |
| 11.5 | Jonke / Travel Food | 33 77 | | |
| 11.19 | K. C. Valhalla | 191 80 | 3034 85 | |
| 12.9 | London | 1853 64 | | |
| 12.9 | London Lisbon | 171 60 | | |
| 12.9 | Lisbon | 44 50 | 5108 99 | |

# HOTELS — NO FOOD

| | | |
|---|---|---|
| 2 24 Lisbon | 1901 90 | |
| CREDIT VAT | −269 03 | 1632 87 |
| | 2290 76 | |
| 6 1 London / CIT | 15 00 | 3938 63 |
| 6 1 Hotel Res. Fee | 31 36 | 4249 99 |
| 7 7 Nassau / cancel 2x | 194 89 | 4444 88 |
| 7 28 Chicago | | |
| ~~Scottsdale~~ | | |
| 9 18 Lisbon | 1370 60 | 5815 48 |
| 10 10 Lisbon | 2068 00 | 7883 48 |
| 10 24 Waldorf / Parker | 1131 00 | |
| 12 5 London | 1120 00 | |
| 12 8 Lisbon | 1429 40 | 10563 88 |

| | | |
|---|---|---|
| | 72 00 | 2812 00 |
| 5 27 → D.C. | 72 00 | |
| 6 05 → VA. | 72 00 | |
| 6 9 → D.C. | 72 00 | |
| 6 13 → VA | 72 00 | 3100 00 |
| 6 18 → D.C. | 146 00 | |
| 6 20 Meeh in D.C. → Va. | 158 00 | |
| 6 27 Meen/ Smith Broundon, Va. | 72 00 | 3471 00 |
| 7 7 → D.C. | 238 00 | |
| 7 12 D.C. Meehs, Va., Anapolis/WM | 72 00 | 2781 00 |
| 7 14 DC | 72 00 | |
| 7 25 VA | 18 00 | |
| 7 26 Office Max / Supplies | 72 00 | |
| 7 28 DC Chicago | 72 00 | |
| 8 1 DC/VA | 72 00 | |
| 8 3 DC/ VA | 72 00 | 4159 00 |
| 8 8 → VA/ + | 72 00 | |
| 8 11 DC | 131 00 | |
| 8 10 F.B: Supplies/ Millwood & Middleb. | 72 00 | |
| 8 17 D.C. | 72 00 | 4506 00 |
| 8 15 DC | 112 00 | |
| 8 22 → VA/ Supplies FB | 31 00 | |
| 8 23 F.B./ local | 27 00 | |
| 8 24 F.B./ local | 41 00 | |
| 8 25 F.B / local | 72 00 | 4789 00 |
| 8 26 → D.C. | 72 00 | |
| 9 7 VA | 72 00 | |
| 9 9 DC | 143 00 | |
| 9 12 VA/D.C. | 72 00 | |
| 9 15 DC | 112 00 | 5260 00 |
| 9 20 D.C./VA | | |

| | | | |
|---|---|---|---|
| 2 00 | 9 23. DC/SEC/VA | 114 00 | |
| | 9 26. VA | 72 00 | |
| | 9 29. D.C. | 72 00 | 5518 00 |
| | 10 3. DC/ Shrote, Rob | 121 00 | |
| 10 00 | 10 6. → DC | 72 00 | |
| | 10 11 VA | 72 00 | |
| | 10 13. DC | 72 00 | 5885 00 |
| 71 00 | 10 17. D.C. Meetings | 112 00 | |
| | 10 20. → D.C. ( Marathon) | 76 00 | |
| 81 00 | 10 24. Va, F.B. Supply Runs | 139 00 | |
| | 10 25. F.B. Supplies | 18 00 | |
| | 10 26. F.B. Supplies | 12 00 | |
| | 10 27. → A.C. | 72 00 | 6284 00 |
| | 11 1. DC Meeto, Va. | 115 00 | |
| | 11 3. DC | 72 00 | |
| 59 00 | 11 8. DC/VA | 106 00 | 6577 00 |
| | 11 10. AC | 72 00 | |
| | 11 14. AC | 72 00 | |
| | 11 17. AC | 72 00 | 6865 00 |
| 506 00 | 11 22. DC | 72 00 | |
| | 11 30. DC | 72 00 | |
| | 12 11. AC | 72 00 | 7081 00 |
| | 12 15. AC | 72 00 | |
| 789 00 | 12 24. AC | 72 00 | 7225 00 |
| | 12 31. AC | | |
| | | | |
| 260 00 | | | |

| Date | Description | Amount | Total | Ref |
|---|---|---|---|---|
| 5 27 | Delta | 85 00 | | 10 13 |
| 5 29 | Delta | 186 75 | | 10 15 |
| 5 29 | London | 6997 70 | 26 11 8 85 | 16 16 |
| 5 17 | Jose Casado / Tap | 2278 27 | | 16 16 |
| 5 17 | " " / Flight Ins. | 14 00 | | 10 16 8 |
| 5 17 | K. Moore / Change | 85 00 | | 10 16 1 |
| 5 17 | Trav. Fees / Ax | 110 00 | | 10 20 |
| 5 17 | K. Moore / Flight Ins. | 14 00 | | 10 21 |
| 6 4 | Bahrain re CIT | 631 70 | | 10 27 |
| 6 4 | Bahrain re CIT | 523 30 | | 11 1 |
| 6 4 | Trav. Ag. Fee | 30 0 | | 11 3 |
| 6 4 | Trav. Ag. Fees / Ax | 245 00 | 30 050 12 | 11 4 |
| 6 19 | Delta / 3x | 1020 00 | | 11 10 |
| 7 7 | Delta | 85 00 | 31 15 4 12 | 11 13 |
| 7 14 | Delta | 85 00 | 31 23 9 12 | 11 12 |
| 7 27 | United / Chicago | 1373 00 | | 11 12 |
| 8 7 | Delta / 3x | 1020 00 | 33 632 12 | 11 12 |
| 8 11 | Delta | 85 00 | | 11 12 |
| 8 17 | USAIR | 85 00 | 33 802 12 | 11 12 |
| 9 9 | Delta | 340 00 | | 11 17 |
| 9 5 | Delta | 340 00 | | 11 17 |
| 9 6 | Chicago | 2229 50 | 36 711 62 | 11 17 |
| 9 7 | D.C. | 83 50 | | 12 2 |
| 9 15 | Lisbon / RT | 3815 90 | 40 611 02 | 12 2 |
| 9 15 | D.C. | 85 00 | | 11 30 |
| 9 26 | Delta | 226 50 | | 12 15 |
| 9 29 | Delta | 85 00 | | |
| 10 06 | Lisbon | 3815 66 | 44 823 12 | |
| 10 6 | DC Delta | 85 00 | | |
| 10 10 | DC | 10 80 00 | | |

| | Date | Description | Amount | Balance |
|---|---|---|---|---|
| | 10.13 | Delta | 120 00 | 46108 12 |
| | 10.15 | TAP / J. Ramirez | 618 07 | |
| 8 85 | 10.16 | Delta / J. Ramirez | 256 50 | |
| | 10.16 | Keith ⇒ Lisbon | 512 07 | |
| | 10.16 | Leslie ⇒ Lisbon | 512 07 | |
| | 10.16 | Mary McMann | 512 07 | |
| | 10.20 | US AIR | 85 00 | 48603 90 |
| | 10.21 | Ticket Fedex ⇒ Portugal | 50 00 | |
| | 10.27 | A A | 120 00 | 48773 90 |
| | 11.1 | Chicago Trip  Service Fee | 105 00 | |
| | 11.3 | USAIR | 85 00 | 48963 90 |
| 0 12 | 11.4 | Void Ticket Service Fee | 30 00 | |
| | 11.10 | Delta | 85 00 | |
| 54 12 | 11.13 | Delta | 1080 00 | |
| 39 12 | 11.12 | USUI  Service  Fee | 30 00 | |
| | 11.12 | USUI    "        " | 75 00 | |
| 32 12 | 11.12 | USUI  Delta Fee | 105 00 | |
| | 11.12 | Dillon  USUI | 966 80 | |
| 02 12 | 11.12 | Dillon | 942 45 | 52203 15 |
| | 11.17 | USAIR | 85 00 | |
| | 11.17 | Ticket  Cancellation | 30 00 | |
| 11 62 | 11.17 | "        " | 30 00 | 52348 15 |
| | 12.2 | London | 3650 81 | |
| 11 02 | 12.2 | Lisbon ⇒ NYC | 1749 74 | 57748 70 |
| | 11.30 | Delta | 85 00 | |
| | 12.15 | Delta | 85 00 | 57918 70 |
| 2312 | | | | |

**EXHIBIT T**

FILM & DEV.          2003

| | | | |
|---|---|---|---|
| 1.6 | F.B. Prints | 130 17 | |
| 1.21 | Tirpitz | 22 73 | |
| 1.22 | OSS | 32 00 | |
| 2.10 | F.B. Pix | 346 40 | |
| 2.24 | USMC | 125 57 | |
| 2.25 | USMC | 12 99 | |
| 3.3 | Paint | 294 44 | |
| 3.4 | USMC | 19 13 | 215443 |
| 4.29 | FUSION V | 36 61 | |
| 5.13 | Various USMC & F.B. | 147 59 | |
| 5.28 | M. Age F.B. | 103 92 | |
| 5.28 | F.B. | 44 40 | |
| 6.2 | F.B. | 17 30 | |
| 6.10 | F.B | 19 88 | |
| 6.17 | F.B. Murray Ls | 136 30 | |
| 6.25 | 100A | 36 74 | |
| 7.7 | F.B. | 41 82 | |
| 7.14 | Moseley | 127 38 | 28 60 87 |
| 7.31 | F.B. | 150 45 | |
| 7.27 | Mosley | 41 80 | |
| 8.5 | Mosele | 187 36 | |
| 9.10 | F.B. & AvW | 22 81 | |
| 9.17 | F.B. | 26 72 | 348 9 01 |
| 10.22 | Moseley | 34 19 | |
| 10.30 | Explorer | 29 17 | |
| 10.30 | Mosley | 16 29 | 356866 |
| 11.12 | Mosley | 359 22 | |
| 11.18 | OSS | 100 48 | |
| 12.4 | P.V. Pix | 1372 | 4042 02 |
| 12.17 | F.B. | 38 40 | |
| 12.30 | F.B. | 4801 | 4128 43 |

Assistants 2003

| | | |
|---|---|---|
| Jan. 3. Leslie J-B/ Food Book | 229.67 | |
| Jan. 5 Harry McMannis | 2,369.87 | |
| Jan. 7 MM Consult BULGARIA | 625.00 | |
| 1 23 MM Consult | 1825.00 | 7,110.53 |
| 4 9 Jackie J-B/ Food Book | 300.00 | |
| 6 6 Leslie J-B/ Food Book | 589.21 | |
| 7 1 Leslie J-B/ Moneby | 150.00 | |
| 9 3 Beverus Intel. | 5500.00 | |
| 9.16 K. Hoelen 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 | 300.00 | |
| 9.26 Simone | 8000.00 | |
| 9 26 S. Kulesh | 8000.00 | |
| 10 3 Teresa Cairo #1128 | 3000.00 | 24,949.74 |
| 10 5 Youssan 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 | 250.00 | |
| 11 5 K. Hoelen | 300.00 | |
| 11 5 Leslie J-B | 2000.00 | 27,499.74 |
| 12 16 S. Kulesh #1267 | 350.00 | |
| 12 19 Leslie J-B | 50.00 | |
| 12 22 Yousan | 1000.00 | 29,349.74 |
| 12 30 MM Consult | 1525.00 | |

**Military Food Book**

**Expenses 2003**

Film Developing
Printing
Scans

(Receipts attached)

Total: $4630.00

Case No... 3:07-CV...   Document 16-3   Filed 0... ...

**INVOICE NO.** E501244

# ge modernage

Photographic Services Inc..

- (212) 997-1800
- (212) 752-3993
- (212) 227-4767
- (212) 869-4796

1150 Ave. of Americas, N.Y. 10036
- Eastside Office
- Downtown Office
- FAX NUMBER

- (212) 997-1800
- (212) 752-3993
- (212) 227-4767
- (212) 869-4796

350161611800

MODERNAGE PHOTOGRAPHIC
649 LEXINGTON AVE
NEW YORK, NY 10022

TIME 10:11 AM     DATE 11/12/03
371069693358020
EXP DATE  0106
CARD TYPE  AX
TERMINAL # 0002VJ
TRAN TYPE  SALE
AUTH CODE  595755
RECORD #  003

AMOUNT   $ 359.22

SIGNATURE X _____

EV HASSELL

I AGREE TO PAY ABOVE TOTAL AMOUNT
ACCORDING TO CARD ISSUER AGREEMENT

THANK YOU!
PLEASE COME AGAIN!

[ ] FULL PAPER SIZE
[X] BORDER on all 8x10s
[ ] BLACK EDGE

NEG. SIZE 35mm

MAT'L SUPPLIED:

CD'S _____
EMAIL/FTP _____
SLIDES 16 (21)
TRANS _____
NEGS _____
PRINTS _____

SPECIAL INSTRUCTIONS:

[X] Return Negs.
[ ] File Negs.

Job # _____

SOL

SHIP TO

PROMISED DAY: Tues 11/11     TIME 1:30 A.M. (P.M.)

| | RC SEMI | RC GLOSSY | CUSTOM SEMI | CUSTOM MATTE | COLOR SEMI | COLOR GLOSSY | TOTAL | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| QP from Slide | | | | | | X | 16 | .95 | 15 20 |
| Digital "C" | | | | | | X | 5 | 21.00 | 105 00 |
| Addt. | | | | | | | 13 | 11.00 | 143 00 |
| | | | | | | | | | |
| | | | | | | | 5 | 12.50 | 62 50 |

| DIGITAL | PRODUCTION | RETOUCHING | SET UP | | |
|---|---|---|---|---|---|
| | DUPES | DIGITAL TRANS | | COMM | PROF |
| CONT | | SWG | | SWM | POSTCARDS |
| COPY NEGS | CLR | B&W | 4x5 | 5x7 | 8x10 | 10x12 |
| LITHO NEGS. | 4x5 | 8x10 | | | |

| STRIPPING | SAVE TO CD | 1 | 5.00 | 5 00 |
|---|---|---|---|---|

HOTPRESS/TYPESET

MOUNTING

* see post its for Specifics

RUSH 50% / 100%
SUB-TOTAL            330 70
TRUCK / DELV / MAIL
TAXABLE SUB-TOTAL    330 70
SALES TAX            28 52
TOTAL               359 22
DEPOSIT
BAL. DUE

TOTAL PRINTS / DUPES  44  Checked ____
Total Negs./Origs. ____     Spotted ____     Paid in Advance
NOT RESPONSIBLE FOR WORK LEFT OVER 30 DAYS     CS / CK / V-MC / AE

E501244

NOTE: MODERNAGE'S LIABILITY FOR THE MATERIAL FURNISHED BY YOU TO MODERNAGE IS LIMITED... NOT RESPONSIBLE FOR WORK LEFT OVER 30 DAYS

*-657894*

**INVOICE NO** E657894

# ge **modernage**

Photographic Services Inc..

- (212) 997-1800
- (212) 752-3993
- (212) 227-4767
- (212) 869-4796

1150 Ave. of Americas, N.Y. 10036
- Eastside Office
- Downtown Office
- FAX NUMBER

- (212) 997-1800
- (212) 752-3993
- (212) 227-4767
- (212) 869-4796

356161611880

MODERNAGE PHOTOGRAPHIC
649 LEXINGTON AVE
NEW YORK, NY 10022

*Hassell*

SHIP
TO

TIME 10:29 AM        DATE 10/30/03
5588009000027169
EXP DATE  0605
CARD TYPE  MC
TERMINAL # 0002VJ
TRAN TYPE  SALE
AUTH CODE  034026
RECORD #  003

AMOUNT   $   16.29

SIGNATURE X

HASSELL  VON

I AGREE TO PAY ABOVE TOTAL AMOUNT
ACCORDING TO CARD ISSUER AGREEMENT

THANK YOU!
PLEASE COME AGAIN!

| | | | | | PROMISED DAY | | TIME | |
| | | | | | 10/28  4:30 | | | |
| C.W.R. | MAIL | FED-EX | UPS | | Tues | | A.M. P.M. | |

| FILM SIZE | SIZE OR KIND | | | TOTAL | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 120 | PX | TX | TMX | | | |
| 35/24 Exp. | PX | TX | TMX | | | |
| 35/36 Exp. | PX | TX | TMX | | | |
| Special Developing | 120 | 24 | 36 | | | |
| 4 x 5 / 8 x 10 | | | | | | |
| Cont. Sheet | B&W | | COLOR | | | |
| Over Size | 11 x 14 | | 16 x 20 | | | |

SPECIAL DEVELOPING

| 120 | 24 | 36 | E-6 | KODAK | FUJI | 2 | 750 ea | 15 00 |
|---|---|---|---|---|---|---|---|---|
| | | | | CLIP TEST | PUSH | | | |
| 120 | 24 | 36 | C-41 | KODAK | FUJI | | | |
| | | QUICK PRINT ENLARGEMENTS | 5 x 7 | 6 x 8 | | | | |
| | | | 8 x 10 | 8 x 12 | | | | |
| | | | FUJI PHOTO CD | | | | | |
| 3½ x 5 | 4 x 6 | | Glossy | | Matte | | | |

FILM WAS:

OVER

UNDER

FOGGED

BLANK

☐ Credit Stamp

☐ Return Negs.

☐ File Negs.

☐ Number Negs.

REMARKS:

| | | |
|---|---|---|
| RUSH 50%/100% | | |
| SUB-TOTAL | | |
| TRUCK/DELV/MAIL | | |
| TAXABLE SUB-TOTAL | | |
| SALES TAX | | 1 29 |
| TOTAL | | 16 29 |
| DEPOSIT | | |
| BAL DUE | | |

NOT RESPONSIBLE FOR WORK LEFT OVER 30 DAYS

Paid in Advance

| Dev. | |
| Check | CS / CK / V-MC / AE |

JOB #        Roll #

E657894

NOTE: MODERNAGE'S LIABILITY FOR THE MATERIAL FURNISHED BY TO THESE TO MODERNAGE CONSTITUTES YOUR ACKNOWLEDGEMENT AND AGREEMENT THAT THE ACTUAL REPLACEMENT VALUE OF ALL SUCH MATERIALS LOST OR DAMAGED SPECIFICALLY ACKNOWLEDGE AND AGREE THAT MODERNAGE HAS NO LIABILITY TO YOU F

WHILE MODERNAGE TAKES EVERY PRECAUTION WITH THE MATERIALS SUBMITTED BY YOU TO MODERNAGE, SUBMITTING ANY OF ISED DAMES OR AGENTS FOR ANY LOSS OF OR DAMAGE TO ANY OF THESE MATERIALS IS LIMITED TO THE LESSER OR (I) OR (ii) $100 FOR ALL SUCH MATERIALS SUBMITTED TO MODERNAGE IN CONNECTION WITH THIS ORDER. YOU CIDAL DAMAGES MATERIALS SUBMITTED TO MODERNAGE WHICH YOU BELIEVE HAVE AN AGGREGATE VALUE T

INVOICE NO. E501347

# m⊙dernage

Photographic Services Inc.

800
993
767
796

• 1150 Ave. of Americas, N.Y. 10036
• Eastside Office
• Downtown Office
• FAX NUMBER

• (212) 997-1800
• (212) 752-3803
• (212) 227-4767
• (212) 869-4796

BILL TO

ADDR

ATTE

PHO

PART

PIC

RE

356161611R38

MODERNAGE PHOTOGRAPHIC
849 LEXINGTON AVE
NEW YORK, NY 10022

TIME 09:58 AM    DATE 11/18/03
3718679693058800
EXP DATE 0106
CARD TYPE AX
TERMINAL # 0002WJ
TRAN TYPE  SALE
AUTH CODE 546865
RECORD # 661

AMOUNT  $ 100.48

SIGNATURE X _____

EV HASSELL

I AGREE TO PAY ABOVE TOTAL AMOUNT
ACCORDING TO CARD ISSUER AGREEMENT

THANK YOU!
PLEASE COME AGAIN!

SHIP TO

NOV 12 2003 AM 10:06

PROMISED DAY: Tues 11/18    TIME 4:00 P.M.

| | C.W.R. | MAIL | FED-EX | UPS | | | |

| RC GLOSSY | CUSTOM SEMI | CUSTOM MATTE | COLOR SEMI | COLOR GLOSSY | TOTAL | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| Digital "C" | | | | ✕ | 1 | 21.00 | 21.00 |
| | | | addt. | | 1 | 11.00 | 11.00 |
| Digital "C" | | | | ✕ | 1 | 21.00 | 21.00 |
| BxW Tone | | | Addt. | | 2 | 11.00 | 22.00 |
| | | | | | | 12.50 | 12.50 |

| PRODUCTION | | RETOUCHING | | SET UP | |
|---|---|---|---|---|---|
| PES | | DIGITAL TRANS | | COMM | PROF |
| | | SWG | | SWM | |
| COPY NEGS | CLR | B&W | 4x5 | 5x7 | POSTCARDS 8x10 10x12 |
| LITHO NEGS. | 4x5 | 8x10 | | | |
| STRIPPING | | | SAVE TO CD | | 1 | 5.00 | 5.00 |
| HOTPRESS/TYPESET | | | | | |
| MOUNTING | | | | | |

NEG. SIZE  35mm

MAT'L SUPPLIED:

CD'S ___
EMAIL/FTP ___
SLIDES ①
TRANS ___
NEGS ___
PRINTS ___

SPECIAL INSTRUCTIONS:

☒ Return Negs.
☐ File Negs.

Job # ___

* Brighten a bit for detail
in Soldiers faces → Best
Density Judgement
* in color brighten colors a bit

TOTAL PRINTS / DUPES  5    Checked ___
Total Negs./Origs. 1    Spotted ___

Paid in Advance
CS / CK / V-MC / AE

| RUSH 50% / 100% | | |
|---|---|---|
| SUB-TOTAL | 92 | 50 |
| TRUCK / DELV / MAIL | | |
| TAXABLE SUB-TOTAL | 92 | 50 |
| SALES TAX | 7 | 98 |
| TOTAL | 100 | 48 |
| DEPOSIT | | |
| BAL. DUE | | |

NOT RESPONSIBLE FOR WORK LEFT OVER 30 DAYS

E501347

NOTE: MODERNAGE'S LIABILITY FOR THE MATERIAL FURNISHED BY YOU TO MODERNAGE IS LIMITED.   WHILE MODERNAGE TAKES EVERY PRECAUTION WITH THE MATERIALS SUBMITTED BY YOU TO MODERNAGE, SUBMITTING ANY OF THESE TO MODERNAGE CONSTITUTES YOUR ACKNOWLEDGEMENT AND AGREEMENT THAT THE LIABILITY OF MODERNAGE, ITS SUBSIDIARIES OR AGENTS FOR ANY LOSS OR DAMAGE TO ANY OF THESE MATERIALS IS LIMITED TO THE LESSER OF THE ACTUAL REPLACEMENT VALUE OF ALL SUCH MATERIALS LOST OR DAMAGED IN CONNECTION WITH THIS ORDER OR (A) $100.00 ALL SUCH MATERIALS SUBMITTED TO MODERNAGE IN CONNECTION WITH THIS ORDER.  YOU SPECIFICALLY ACKNOWLEDGE AND AGREE THAT MODERNAGE HAS NO LIABILITY TO YOU FOR CONSEQUENTIAL, SPECIAL, OR INCIDENTAL DAMAGES.  MATERIALS SUBMITTED TO MODERNAGE WHICH YOU BELIEVE HAVE AN AGGREGATE VALUE TO YOU IN EXCESS OF $100 SHOULD BE INSURED BY YOU.

**INVOICE NO.** E500562



# modernage

Photographic Services Inc.

- (212) 997-1800
- (212) 752-3993
- (212) 227-4767
- (212) 869-4796

1150 Ave. of Americas, N.Y. 10036
- Eastside Office
- Downtown Office
- FAX NUMBER

- (212) 997-1800
- (212) 752-3993
- (212) 227-4767
- (212) 869-4796

500500
500561
500562

356161611888

MODERNAGE PHOTOGRAPHIC
649 LEXINGTON AVE
NEW YORK, NY 10022

TIME 07:28 AM     DATE 09/16/03
271869693357882
EXP DATE 1104
CARD TYPE AX
TERMINAL # 8662WJ
TRAN TYPE SALE
AUTH CODE 502147
RECORD # 802

AMOUNT    $ 221.81

SIGNATURE X  E. Von

E VON HASSELL

I AGREE TO PAY ABOVE TOTAL AMOUNT
ACCORDING TO CARD ISSUER AGREEMENT

THANK YOU!
PLEASE COME AGAIN!

SHIP TO

9/2/2003
1:30

9/1    8:00

| | | | | | PROMISED DAY | TIME |
| | | | | | MON | (A.M.) P.M. |

| | C.W.R. | MAIL | FED-EX | UPS | | | |

| RC SEMI | RC GLOSSY | CUSTOM SEMI | CUSTOM MATTE | COLOR SEMI | COLOR GLOSSY | TOTAL | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| | | | | | Custom "C" Print | 4 | 21.00 | 84.00 |
| | | | | | add'l | 4 | 11.00 | 44.00 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

☐ FULL PAPER SIZE
☑ BORDER
☑ BLACK EDGE

NEG. SIZE 35m

MAT'L SUPPLIED:

CD'S
EMAIL/FTP
SLIDES
TRANS
NEGS  35mm
PRINTS

SPECIAL INSTRUCTIONS:
☐ Return Negs.
☐ File Negs.

Job #

| DIGITAL | PRODUCTION | RETOUCHING | SET UP | | |
|---|---|---|---|---|---|
| | DUPES | DIGITAL TRANS | | COMM | PROF |
| CONT | | SWG | SWM | | |
| COPY NEGS | CLR | B&W | 4x5 | 5x7 | POSTCARDS 8x10 | 10x12 |
| LITHO NEGS. | 4x5 | 8x10 | | | |
| STRIPPING | | | SAVE TO CD | | |
| HOTPRESS/TYPESET | | | | | |
| MOUNTING | | | | | 128.00 |

#22
29
20
13

| | |
|---|---|
| RUSH 50% / 100% | 38.40 |
| SUB-TOTAL | 89.60 |
| TRUCK / DELV / MAIL | |
| TAXABLE SUB-TOTAL | |
| SALES TAX | 7.23 |
| **TOTAL** | 97.33 |
| DEPOSIT | |
| BAL. DUE | |

TOTAL PRINTS / DUPES _____ Checked _____
Total Negs./Origs. _____ Spotted _____
NOT RESPONSIBLE FOR WORK LEFT OVER 30 DAYS

Paid in Advance
CS / CK / V-MC / AE

E500562

NOTE: MODERNAGE'S LIABILITY FOR THE MATERIAL FURNISHED BY YOU TO MODERNAGE IS LIMITED. WHILE MODERNAGE TAKES EVERY PRECAUTION WITH THE MATERIALS SUBMITTED BY YOU TO MODERNAGE, SUBMITTING ANY OF THESE TO MODERNAGE CONSTITUTES YOUR ACKNOWLEDGEMENT AND AGREEMENT THAT THE LIABILITY OF MODERNAGE, ITS SUBSIDIARIES OR AGENTS FOR ANY LOSS OF OR DAMAGE TO ANY OF THESE MATERIALS IS LIMITED TO THE LESSER OR (I) THE ACTUAL REPLACEMENT VALUE OF ALL SUCH MATERIALS LOST OR DAMAGED IN CONNECTION WITH THIS ORDER OR (II) $100 FOR ALL SUCH MATERIALS SUBMITTED TO MODERNAGE IN CONNECTION WITH THIS ORDER. YOU SPECIFICALLY ACKNOWLEDGE AND AGREE THAT MODERNAGE HAS NO LIABILITY TO YOU FOR CONSEQUENTIAL, SPECIAL, OR INCIDENTAL DAMAGES. MATERIALS SUBMITTED TO MODERNAGE WHICH YOU BELIEVE HAVE AN AGGREGATE VALUE TO YOU IN EXCESS OF $100 SHOULD BE INSURED BY YOU.

**INVOICE NO.** E500042

# age    modernage

Photographic Services Inc.

- (212) 997-1800
- (212) 752-3993
- (212) 227-4767
- (212) 869-4796

- 1150 Ave. of Americas, N.Y. 10036
- Eastside Office
- Downtown Office
- FAX NUMBER

- (212) 997-1800
- (212) 752-3993
- (212) 227-4767
- (212) 869-4796

356161611880

MODERNAGE PHOTOGRAPHIC
649 LEXINGTON AVE
NEW YORK, NY 10022

SHIP
TO

TIME 09:11 AM    DATE 07/14/03
371669693357002
EXP DATE 1104
CARD TYPE AX
TERMINAL # 0002VJ
TRAN TYPE **SALE**
AUTH CODE 501652
RECORD # 001

AMOUNT   $ 127.58

SIGNATURE X _____

E VON HASSELL

I AGREE TO PAY ABOVE TOTAL AMOUNT
ACCORDING TO CARD ISSUER AGREEMENT

THANK YOU!
PLEASE COME AGAIN!

| | C.W.R. | | MAIL | | FED-EX | | UPS | PROMISED DAY Thurs 7/10 | TIME 1:30 A.M. P.M. | |
|---|---|---|---|---|---|---|---|---|---|---|
| RC SEMI | RC GLOSSY | CUSTOM SEMI | CUSTOM MATTE | COLOR SEMI | COLOR GLOSSY | | TOTAL | UNIT PRICE | AMOUNT | |
| | | | | | | | | | | |
| Type "C" X | | | | | | | 2 | 34.00 | 68 | 00 |

| | DIGITAL | PRODUCTION | RETOUCHING | SET UP | |
|---|---|---|---|---|---|
| | | DUPES | DIGITAL TRANS | COMM | PROF |
| | CONT | | SWG | SWM | POSTCARDS |
| COPY NEGS | CLR | B&W | 4x5 | 5x7 | 8x10 | 10x12 |
| LITHO NEGS. | 4x5 | 8x10 | | | |

☐ FULL PAPER SIZE
☑ BORDER
☑ BLACK EDGE

NEG. SIZE **4x5**

MAT'L SUPPLIED:
CD'S _____
EMAIL/FTP _____
SLIDES _____
TRANS _____
NEGS ② 4x5
PRINTS _____

STRIPPING
HOTPRESS/TYPESET          SAVE TO CD
MOUNTING

SPECIAL INSTRUCTIONS:
☑ Return Negs.
☐ File Negs.

Job # _____

TOTAL PRINTS / DUPES ___2___ Checked _____
Total Negs./Origs. ___2___ Spotted ___?___

NOT RESPONSIBLE FOR WORK LEFT OVER 30 DAYS

| | | |
|---|---|---|
| RUSH 50% / 100% | | |
| SUB-TOTAL | 68 | 00 |
| TRUCK / DELV / MAIL | | |
| TAXABLE SUB-TOTAL | 68 | 00 |
| SALES TAX | 5 | 61 |
| **TOTAL** | 73 | 61 |
| DEPOSIT | | |
| BAL. DUE | | |

Paid in Advance
CS / CK / V-MC / AE

E500042

NOTE: MODERNAGE'S LIABILITY FOR THE MATERIAL FURNISHED BY YOU TO MODERNAGE IS LIMITED. WHILE MODERNAGE TAKES EVERY PRECAUTION WITH THE MATERIALS SUBMITTED BY YOU TO MODERNAGE, SUBMITTING ANY OF THESE TO MODERNAGE CONSTITUTES YOUR ACKNOWLEDGEMENT AND AGREEMENT THAT THE LIABILITY OF MODERNAGE, ITS SUBSIDIARIES OR AGENTS FOR ANY LOSS OR OR DAMAGE TO ANY OF THESE MATERIALS IS LIMITED TO THE LESSER OF (A) THE ACTUAL REPLACEMENT VALUE OF ALL SUCH MATERIALS LOST OR DAMAGED IN CONNECTION WITH THIS ORDER OR (B) $100 FOR ALL SUCH MATERIALS SUBMITTED TO MODERNAGE IN CONNECTION WITH THIS ORDER. YOU SPECIFICALLY ACKNOWLEDGE AND AGREE THAT MODERNAGE HAS NO LIABILITY TO YOU FOR CONSEQUENTIAL, SPECIAL OR INCIDENTAL DAMAGES. MATERIALS SUBMITTED TO MODERNAGE WHICH YOU BELIEVE HAVE AN AGGREGATE VALUE TO YOU IN EXCESS OF $100 SHOULD BE INSURED BY YOU.

500205

00205

**INVOICE NO.** E500205

# ge

- (212) 997-1800
- (212) 752-3993
- (212) 227-4767
- (212) 869-4796

# modernage

Photographic Services Inc.

- 1150 Ave. of Americas, N.Y. 10036
- Eastside Office
- Downtown Office
- FAX NUMBER

- (212) 997-1800
- (212) 752-3993
- (212) 227-4767
- (212) 869-4796

356161611800

MODERNAGE PHOTOGRAPHIC
649 LEXINGTON AVE
NEW YORK, NY 10022

TIME 10:29 AM      DATE 07/31/03
37X269693357002
EXP DATE 1104
CARD TYPE AX
TERMINAL # 0802VJ
TRAN TYPE SALE
AUTH CODE 521366
RECT# 003

AMOUNT   $ 150.45

SIGNATURE X   E. Vom

E VON HASSELL

I AGREE TO PAY ABOVE TOTAL AMOUNT
ACCORDING TO CARD ISSUER AGREEMENT

THANK YOU!
PLEASE COME AGAIN!

SHIP TO

PROMISED DAY 7/24 Thurs   TIME 1:30

| | RC SEMI | RC GLOSSY | CUSTOM SEMI | CUSTOM MATTE | COLOR SEMI | COLOR GLOSSY | TOTAL | UNIT PRICE | AMOUNT | |
|---|---|---|---|---|---|---|---|---|---|---|
| Digital C "t" | | | | | | X | 3 | 21.00 | 63 | 00 |
| | | | | | Add't. | | 3 | 11.00 | 33 | 00 |
| tal Scan ea | | | | | | | 3 | 12.50 | 37 | 50 |
| e onto CD | | | | | | | 1 | 5.00 | 5 | 00 |

C.W.R.   MAIL   FED-EX   UPS

☐ FULL PAPER SIZE
☒ BORDER
☐ BLACK EDGE

NEG. SIZE 4X5

AT'L SUPPLIED:

'S
MAIL/FTP
DES
RANS (4X5 = 3
GS
NTS

CIAL INSTRUCTIONS:
☐ Return Negs.
☐ File Negs.

| SCAN | | | | | | |
|---|---|---|---|---|---|---|
| DIGITAL | PRODUCTION | RETOUCHING | | SET UP | | |
| | DUPES | DIGITAL TRANS | | COMM | PROF | |
| CONT | | SWG | | | | |
| COPY NEGS | CLR | B&W | 4x5 | SWM | POSTCARDS | |
| LITHO NEGS. | 4x5 | 8x10 | | 5x7 | 8x10 | 10x12 |
| STRIPPING | | | | | | |
| HOTPRESS/TYPESET | | | SAVE TO CD | | | |
| MOUNTING | | | | | | |

TOTAL PRINTS / DUPES 6   Checked
Total Negs./Origs. 3   Spotted

**NOT RESPONSIBLE FOR WORK LEFT OVER 30 DAYS**

| | |
|---|---|
| RUSH 50% / 100% | |
| SUB-TOTAL | 138 50 |
| TRUCK / DELV / MAIL | |
| TAXABLE SUB-TOTAL | 138 50 |
| SALES TAX | 11 95 |
| **TOTAL** | 150 45 |
| DEPOSIT | |
| BAL. DUE | |

Paid in Advance
CS / CK / V-MC / AE

NOTE: MODERNAGE'S LIABILITY FOR THE MATERIAL FURNISHED BY YOU TO MODERNAGE IS LIMITED. WHILE MODERNAGE TAKES EVERY PRECAUTION WITH THE MATERIALS SUBMITTED BY YOU TO MODERNAGE, SUBMITTING ANY OF THESE TO MODERNAGE CONSTITUTES YOUR ACKNOWLEDGEMENT AND AGREEMENT THAT THE LIABILITY OF MODERNAGE, ITS SUBSIDIARIES OR AGENTS FOR ANY LOSS OF OR DAMAGE TO ANY OF THESE MATERIALS IS LIMITED TO THE LESSER OR THE ACTUAL REPLACEMENT VALUE OF ALL SUCH MATERIALS LOST OR DAMAGED IN CONNECTION WITH THIS INVOICE OR (2) $100 FOR ALL SUCH MATERIALS SUBMITTED TO MODERNAGE IN CONNECTION WITH THIS INVOICE. YOU SPECIFICALLY ACKNOWLEDGE AND AGREE THAT MODERNAGE HAS NO LIABILITY TO YOU FOR CONSEQUENTIAL, SPECIAL, OR INCIDENTAL DAMAGES. MATERIALS SUBMITTED IN CONNECTION WITH THIS INVOICE YOU IN EXCESS OF $100 SHOULD BE INSURED BY YOU.

INVOICE NO  E657250

# modernage

Photographic Services Inc.

1150 Ave. of Americas, N.Y. 10036    • (212) 997-1800
• Eastside Office    • (212) 752-3993
• Downtown Office    • (212) 227-4767
• FAX NUMBER    • (212) 869-4796

7-1800
2-3993
7-4767
9-4796

BILL TO

SHIP TO    Q.P.

ADD

MODERNAGE PHOTOGRAPHIC
649 LEXINGTON AVE
NEW YORK, NY 10022

67,250

356161611888

TIME 09:05 AM        DATE 08/05/03
57 249693357802
EXP DATE 1104
CARD TYPE AX
TERMINAL # 0002VJ
TRAN TYPE  SALE
AUTH CODE 521864
RECORD # 002

AMOUNT  $ 202.35

SIGNATURE X    E. VON HASSELL

AGREE TO PAY ABOVE TOTAL AMOUNT
ACCORDING TO CARD ISSUER AGREEMENT

THANK YOU!
PLEASE COME AGAIN!

PROMISED DAY  Tues 8/5    TIME 10:30 A.M. P.M.

| C.W.R. | MAIL | FED-EX | UPS |
|---|---|---|---|

| FILM SIZE | SIZE OR KIND | | | TOTAL | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 120 | PX | TX | TMX | | | |
| 35/24 Exp. | PX | TX | TMX | | | |
| 35/36 Exp. | PX | TX | TMX | | | |
| Special Developing | 120 | 24 | 36 | | | |
| 4x5 / 8x10 | | | | | | |
| Cont. Sheet | B&W | | COLOR | | | |
| Over Size | 11 x 14 | | 16 x 20 | | | |
| 20 24 36 E-6 | KODAK | FUJI | | | | |
| | CLIP TEST | | PUSH | | | |
| 120 24 36 C-41 | KODAK | FUJI | | 14 | 2.75 | 38 50 |
| QUICK PRINT ENLARGEMENTS | 5 x 7 | 6 x 8 | | | | |
| | 8 x 10 | 8 x 12 | | | | |
| | FUJI PHOTO CD | | | | | |
| 3½ x 5 | 4 x 6 | Glossy | | Matte | 378 .55 | 207 90 |

FILM WAS:
OVER
UNDER
FOGGED
BLANK

RUSH 50%/100%    246 40
SUB-TOTAL    -73 92

☐ Credit Stamp

REMARKS:

TRUCK/DELV/MAIL
TAXABLE SUB-TOTAL    172 48
SALES TAX    14 88
TOTAL    187 36

☑ Return Negs.
☐ File Negs.
☐ Number Negs.

NOT RESPONSIBLE FOR WORK LEFT OVER 30 DAYS

| | Dev. | | Paid in Advance | DEPOSIT |
|---|---|---|---|---|
| | Check | | CS / CK / V-MC / AE | BAL DUE |

JOB #    Roll #

E657250

NOTE:  MODERNAGE'S LIABILITY FOR THE MATERIAL FURNISHED BY YOU TO MODERNAGE IS LIMITED. THESE TO MODERNAGE CONSTITUTES YOUR ACKNOWLEDGEMENT AND AGREEMENT THAT THE LIABILITY OF MODERNAGE THE ACTUAL REPLACEMENT VALUE OF ALL SUCH MATERIALS LOST OR DAMAGED IN CONNECTION WITH

# modernage

Photographic Services Inc.
- 1150 Ave. of Americas, N.Y. 10036   (212) 997-1800
- Eastside Office   (212) 752-3993
- Downtown Office   (212) 227-4767
- FAX NUMBER   (212) 869-4796

# m⊙

Photographic Services Inc

**BILL TO** Von Hassell, A.

**SHIP TO**

**ADDRESS**

**ATTENTION** (212)

**PHONE** 750.0824   **EXT.**

**PARTIAL** ON 2, 3, 4

(PICK-UP)   **MSNGR.**

**REP.** Cybal

| | HOW MANY EACH | SIZE | RC SEMI | RC GLOSSY | CUSTOM SEMI | CUSTOM MATTE | COLOR SEMI |
|---|---|---|---|---|---|---|---|
| ☑ FULL NEGATIVE | 1 | 5 X 7 | Scan | for 8X10 | 11X | | |
| ☐ FLUSH | 1/4 | 8 X 10 | Digital "C" | | | | |
| ☐ EXACTLY | 1 | 11 X 14 | Digital "C" | | | A | |
| ☐ APPROX. | | 16 X 20 | | | | | |
| ☑ USE OWN JUDGMENT | 1 | Save onto CD | | | | | |
| ☐ FOR SUBJECT | | | | | | | |
| ☐ FULL PAPER SIZE | | | DUPES | | | COMM | |
| ☑ BORDER | | CONT | | SWG | | SWM | POSTCARDS |
| ☐ BLACK EDGE | INTER NEGS. | 4 X 5 | | 8 X 10 | | | |

C R I O P

**NEG. SIZE** 4 X 5

**MAT'L SUPPLIED:**
② 4 X 5 Trans.

| | | | | | |
|---|---|---|---|---|---|
| COPY NEGS. | 4 X 5 | 5 X 7 | 8 X 10 | 10 X 12 | 11 X 14 |
| B & W Negs. from Transp. or Color | | 4 X 5 | 5 X 7 | 8 X 10 | |
| LITHO NEGS. | 4 X 5 | 8 X 10 | | | |
| STRIPPING / OPAQUING / RETOUCHING | | | | | |
| HOTPRESS / TYPESET | | | | | |
| MOUNTING | | | | | |

**SPECIAL INSTRUCTIONS:**
- ☐ Number Prints
- ☐ Credit Stamp
- ☑ Return Negs.
- ☐ File Negs.

**Job #**

✱ Use trans. as Color Guides. For Portfolio

TOTAL PRINTS / DUPES _____ Checked 4
Total Negs. /Origs. 2   Spotted

| | | |
|---|---|---|
| RUSH 50% / 100% | | |
| SUB-TOTAL | 110 | 95 |
| TRUCK / DELV / MAIL | | |
| TAXABLE SUB-TOTAL | 110 | 95 |
| SALES TAX | 10 | 35 |
| TOTAL | 130 | 30 |
| DEPOSIT | | |
| Paid in Advance   BAL. DUE | | |

CS / CK / V-MC / AE

**NOT RESPONSIBLE FOR WORK LEFT OVER 30 DAYS**

---

356161611898

MODERNAGE PHOTOGRAPHIC
649 LEXINGTON AVE
NEW YORK, NY 10022

TIME 09:55 AM   DATE 06/16/03
371869693357002
EXP DATE 1104
CARD TYPE AX
TERMINAL # 0862VJ
TRAN TYPE SALE
AUTH CODE 529995
RECORD # 001

AMOUNT   $ 130.30

SIGNATURE X

E VON HASSELL

I AGREE TO PAY ABOVE TOTAL AMOUNT
ACCORDING TO CARD ISSUER AGREEMENT

THANK YOU!
PLEASE COME AGAIN!

**E** 598996

NOTE: MODERNAGE'S LIABILITY FOR THE MATERIAL FURNISHED BY YOU TO MODERNAGE IS LIMITED. WHEN MODERNAGE TAKES EVERY PRECAUTION WITH THE MATERIALS SUBMITTED BY YOU TO MODERNAGE, SUBMITTING ANY OF THESE TO MODERNAGE CONSTITUTES YOUR ACKNOWLEDGEMENT THAT THE LIABILITY OF MODERNAGE, ITS SUBSIDIARIES OR AGENTS FOR ANY LOSS OR DAMAGE TO ANY OF THESE MATERIALS IS LIMITED TO THE LESSER OR (i) THE ACTUAL REPLACEMENT VALUE OF ALL SUCH MATERIALS LOST OR DAMAGED IN CONNECTION WITH THIS ORDER OR (ii) $100 FOR ALL SUCH MATERIALS SUBMITTED TO MODERNAGE IN CONNECTION WITH THIS ORDER. YOU SPECIFICALLY ACKNOWLEDGE AND AGREE THAT MODERNAGE HAS NO LIABILITY TO YOU FOR CONSEQUENTIAL, SPECIAL, OR INCIDENTAL DAMAGES. MATERIALS SUBMITTED TO MODERNAGE WHICH YOU BELIEVE HAVE AN AGGREGATE VALUE TO YOU IN EXCESS OF $100 SHOULD BE INSURED BY YOU.

# modernage

**INVOICE NO. E 598589**

Photographic Services Inc.,
- 1150 Ave. of Americas, N.Y. 10036
- Eastside Office
- Downtown Office
- FAX NUMBER
- (212) 997-1800
- (212) 752-3993
- (212) 227-4767
- (212) 869-4796

# modernage

Photographic Services Inc.,
- 1150 Ave. of Americas, N.Y. 10036
- Eastside Office
- Downtown Office
- FAX NUMBER
- (212) 997-1800
- (212) 752-3993
- (212) 227-4767
- (212) 869-4796

MAY 7 2008 P-3:05

**BILL TO** Mr. Augustine Von Hassel  **SHIP TO**

**ADDRESS**

**ATTENTION** (212)

**PHONE**   EXT.   C.W.R.   MAIL   FED-EX   UPS

PROMISED DAY 5/13 Tues  5/13 Tues   TIME 10:30 (A.M.) P.M.

PARTIAL   ON 2, 3, 4

PICK-UP   MSNGR.

REP. Abel

| | HOW MANY EACH | SIZE | RC SEMI | RC GLOSSY | CUSTOM SEMI | CUSTOM MATTE | COLOR SEMI | COLOR GLOSSY | TOTAL | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 5 X 7 | | | | | | | | | |
| ☒ FULL NEGATIVE | 5 | 8 X 10 | Standard RC Glossy | | | | | | 10 | 7 50 | 75 0 |
| ☐ FLUSH | | 11 X 14 | | | | | | | | | |
| C ☐ EXACTLY | | | | | | | | | | | |
| R ☐ APPROX. | | | | | | | | | | | |
| O ☐ USE OWN JUDGMENT | | 16 X 20 | | | | | | | | | |
| P ☐ FOR SUBJECT | | | | | | | | | | | |
| ☐ FULL PAPER SIZE | | | | | | | COMM | PROF | | | |
| ☒ BORDER | | DUPES | CONT | | SWG | | SWM | POSTCARDS | | | |
| ☐ BLACK EDGE | | INTER NEGS. | 4 X 5 | | 8 X 10 | | | — | | | |
| | | COPY NEGS. | 4 X 5 | 5 X 7 | 8 X 10 | 10 X 12 | 11 X 14 | | 2 | 13.00 | 26 0 |
| | | B & W NEGS. from Transp. or Color | | 4 X 5 | 5 X 7 | 8 X 10 | | | | | |
| | | LITHO NEGS. | 4 X 5 | 8 X 10 | | | | | | | |

**NEG. SIZE** 4X5

STRIPPING / OPAQUING / RETOUCHING

HOTPRESS / TYPESET

MOUNTING

**MAT'L SUPPLIED:** ② original BxW Prints

11  21

✱ Same Size As
original!! Try to
Match original for tones/Density

**SPECIAL INSTRUCTIONS:**
- ☐ Number Prints
- ☐ Credit Stamp
- ☒ Return Negs.
- ☐ File Negs.

RUSH 50% / 100%

| | |
|---|---|
| SUB-TOTAL | 101 0 |
| TRUCK / DELV / MAIL | |
| TAXABLE SUB-TOTAL | 101 00 |
| SALES TAX | 8 3 |
| TOTAL | 109 3 |
| DEPOSIT | |
| BAL. DUE | |

TOTAL PRINTS / DUPES ____  Checked ____

Total Negs./Orig. ____  Spotted ____

**Job #**

NOT RESPONSIBLE FOR WORK LEFT OVER 30 DAYS

Paid in Advance

CS / CK / V-MC / AE

NOTE: MODERNAGE'S LIABILITY FOR THE MATERIAL FURNISHED BY YOU TO MODERNAGE IS LIMITED. WHILE MODERNAGE TAKES EVERY PRECAUTION WITH THE MATERIALS SUBMITTED BY YOU TO MODERNAGE, SUBMITTING ANY OF THESE TO MODERNAGE CONSTITUTES YOUR ACKNOWLEDGEMENT AND AGREEMENT THAT THE LIABILITY OF MODERNAGE, ITS SUBSIDIARIES OR AGENTS FOR ANY LOSS OF OR DAMAGE TO ANY OF THESE MATERIALS IS LIMITED TO THE LESSER OF (I) THE ACTUAL REPLACEMENT VALUE OF ALL SUCH MATERIALS LOST OR DAMAGED IN CONNECTION WITH THIS ORDER OR (II) $100 FOR ALL SUCH MATERIALS SUBMITTED TO MODERNAGE IN CONNECTION WITH THIS ORDER. YOU SPECIFICALLY ACKNOWLEDGE AND AGREE THAT MODERNAGE HAS NO LIABILITY TO YOU FOR CONSEQUENTIAL, SPECIAL, OR INCIDENTAL DAMAGES. MATERIALS SUBMITTED TO MODERNAGE WHICH YOU BELIEVE HAVE AN AGGREGATE VALUE TO YOU IN EXCESS OF $100 SHOULD BE INSURED BY YOU.

**E 598589**

# ge m⊙dernage

Photographic Services Inc...

**(212) 997-1800**
**(212) 752-3993**
**(212) 227-4767**
**(212) 869-4796**

1150 Ave. of Americas, N.Y. 10036
• Eastside Office
• Downtown Office
• FAX NUMBER

**(212) 997-1800**
**(212) 752-3993**
**(212) 227-4767**
**(212) 869-4796**

DATE: 02/18/03        TIME: 11:57 A

MODERNAGE PHOTO SERVICE
649 LEXINGTON AVE
NEW YORK, NY 10022
(212) 752-3993

BATCH : 0229

Russell    SHIP TO

TERM ID          ZJ165B401
ACCOUNT #        5588069000027169
EXP DATE         0300
REF NO           01041069
AUTH NO          053691
TRAN TYPE        SALE
CARD TYPE        MC

TOTAL    $346.40

SIGNATURE X

I AGREE TO PAY ABOVE TOTAL AMOUNT
ACCORDING TO CARD ISSUER AGREEMENT
(MERCHANT AGREEMENT IF CREDIT VOUCHER)

THANK YOU

TOP COPY-MERCHANT BOTTOM COPY-CUSTOMER

☐ BLACK EDGE

NEG. SIZE

MAT'L SUPPLIED:

3 CD's

| | | C.W.R. | MAIL | FED-EX | UPS | | PROMISED DAY FRI 2/7 | TIME A.M. P.M. |
| RC SEMI | RC GLOSSY | CUSTOM SEMI | CUSTOM MATTE | COLOR SEMI | COLOR GLOSSY | TOTAL | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| | | Direct Digital | | | | 10 | 21- | 210 |
| | | | addl | | | 10 | 11- | 110 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | COMM | PROF | | |

| DUPES | | SWG | | SWM | POSTCARDS | | |
|---|---|---|---|---|---|---|---|
| | 4 X 5 | | 8 X 10 | | | | |
| COPY NEGS. | 4 X 5 | 5 X 7 | 8 X 10 | 10 X 12 | 11 X 14 | | |
| B & W Negs. from Transp. or Color | | | 4 X 5 | 5 X 7 | 8 X 10 | | |
| LITHO NEGS. | 4 X 5 | 8 X 10 | | | | | |
| STRIPPING / OPAQUING / RETOUCHING | | | | | | | |
| HOTPRESS / TYPESET | | | | | | | |
| MOUNTING | | | | | RUSH 50% / 100% | | |

SUB-TOTAL    320

TRUCK / DELV / MAIL

TAXABLE SUB-TOTAL

SALES TAX    26

TOTAL    346

**SPECIAL INSTRUCTIONS:**

☐ Number Prints
☐ Credit Stamp
☐ Return Negs.
☐ File Negs.

Job #

TOTAL PRINTS / DUPES    20    Checked

Total Negs./Origs.    10    Spotted

Paid in Advance
CS / CK / V-MC / AE

DEPOSIT

BAL. DUE

**NOT RESPONSIBLE FOR WORK LEFT OVER 30 DAYS**

NOTE: MODERNAGE'S LIABILITY FOR THE MATERIAL FURNISHED BY YOU TO MODERNAGE IS LIMITED. WHILE MODERNAGE TAKES EVERY PRECAUTION WITH THE MATERIALS SUBMITTED BY YOU TO MODERNAGE, SUBMITTING ANY OF THESE TO MODERNAGE CONSTITUTES YOUR ACKNOWLEDGMENT AND AGREEMENT THAT THE LIABILITY OF MODERNAGE, ITS SUBSIDIARIES OR AGENTS FOR ANY LOSS OF OR DAMAGE TO ANY OF THESE MATERIALS IS LIMITED IN THE LESSER OF (I) $100 FOR ALL SUCH MATERIALS SUBMITTED TO MODERNAGE IN CONNECTION WITH THIS ORDER AND (II) $100 FOR ALL SUCH MATERIALS SUBMITTED TO MODERNAGE IN CONNECTION WITH THIS ORDER. THE ACTUAL REPLACEMENT VALUE OF ALL SUCH MATERIALS LOST OR DAMAGED IN CONNECTION WITH THIS ORDER DO (I) $100 FOR ALL SUCH MATERIALS SUBMITTED TO MODERNAGE IN CONNECTION WITH THIS ORDER. YOU SPECIFICALLY ACKNOWLEDGE AND AGREE THAT MODERNAGE HAS NO LIABILITY TO YOU FOR CONSEQUENTIAL, SPECIAL OR INCIDENTAL DAMAGES. MATERIALS SUBMITTED TO MODERNAGE WHICH YOU BELIEVE HAVE AN AGGREGATE VALUE TO YOU IN EXCESS OF $100 SHOULD BE INSURED BY YOU.

**E 597723**

**INVOICE NO. E 598123**

# modernage

Photographic Services Inc..

- 1150 Ave. of Americas, N.Y. 10036
- Eastside Office
- Downtown Office
- FAX NUMBER

(212) 997-1800
(212) 752-3993
(212) 227-4767
(212) 869-4796

(212) 997-1800
(212) 752-3993
(212) 227-4767
(212) 869-4796

DATE: 03/03/03    TIME: 11:58 AM

MODERNAGE PHOTO SERVICE
649 LEXINGTON AVE
NEW YORK, NY 10022
(212) 752-3993

BATCH : 6246

| TERM ID | ZJ1050461 |
| ACCOUNT # | 371869693357802 |
| EXP DATE | 0411 |
| REF NO | 01062003 |
| AUTH NO | 587243 |
| TRAN TYPE | SALE |
| CARD TYPE | AMX |

TOTAL    $294.44

SIGNATURE X  E.L. Un

I AGREE TO PAY ABOVE TOTAL AMOUNT
ACCORDING TO CARD ISSUER AGREEMENT
(MERCHANT AGREEMENT IF CREDIT VOUCHER)

☐ FO...
☐ FULL P...
☑ BORDER    THANK YOU

MERCHANT BOTTOM COPY-CUSTOMER

BLACK EDGE

NEG. SIZE

MAT'L SUPPLIED:
6 35mm Slides

SHIP TO

| | C.W.R. | | MAIL | | FED-EX | UPS | PROMISED DAY 2/28/03 4:30 | | TIME |
| | | | | | | | FEB 28 2003 4:30 | A.M. | P.M. |

| RC SEMI | RC GLOSSY | CUSTOM SEMI | CUSTOM MATTE | COLOR SEMI | COLOR GLOSSY | TOTAL | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| Scan | | | | | | 6 | 1250 | 7500 |
| Direct Digital | | | | | | 6 | 2100 | 128 00 |
| | | | Add | | | 6 | 11.00 | 66 00 |
| ...ve to CD | | | | | | 1 | 500 | 5 00 |

| ...UPES | | | | COMM | PROF | |
| | | SWG | | SWM | POSTCARDS | |
| | 4 X 5 | | 8 X 10 | | | |
| COPY NEGS. | 4 X 5 | 5 X 7 | 8 X 10 | 10 X 12 | 11 X 14 | |
| B & W Negs. from Transp. or Color | | | 4 X 5 | 5 X 7 | 8 X 10 | |
| LITHO NEGS. | 4 X 5 | 8 X 10 | | | | |
| STRIPPING / OPAQUING / RETOUCHING | | | | | | |
| HOTPRESS / TYPESET | | | | | | |
| MOUNTING | | | | | | |

| | |
|---|---|
| RUSH 50% / 100% | |
| SUB-TOTAL | 272 00 |
| TRUCK / DELV / MAIL | |
| TAXABLE SUB-TOTAL | |
| SALES TAX | 22 44 |
| TOTAL | 294 44 |
| DEPOSIT | |
| BAL. DUE | |

SPECIAL INSTRUCTIONS:

☐ Number Prints
☐ Credit Stamp
☐ Return Negs.
☐ File Negs.

TOTAL PRINTS / DUPES _____ Checked _____

Total Negs./Origs. _____ Spotted _____    Paid in Advance

Job # _____

NOT RESPONSIBLE FOR WORK LEFT OVER 30 DAYS    CS / CK / V-MC / AE

NOTE: MODERNAGE'S LIABILITY FOR THE MATERIAL FURNISHED BY YOU TO MODERNAGE IS LIMITED.    WHILE MODERNAGE TAKES EVERY PRECAUTION WITH THE MATERIALS SUBMITTED BY YOU TO MODERNAGE, SUBMITTING ANY OF THESE TO MODERNAGE CONSTITUTES YOUR ACKNOWLEDGEMENT AND AGREEMENT THAT THE LIABILITY OF MODERNAGE, ITS SUBSIDIARIES OR AGENTS FOR ANY LOSS OF OR DAMAGE TO ANY OF THESE MATERIALS IS LIMITED TO THE LESSER OF (I) THE ACTUAL REPLACEMENT VALUE OF ALL SUCH MATERIALS LOST OR DAMAGED IN CONNECTION WITH THIS ORDER OR (II) $100 FOR ALL SUCH MATERIALS SUBMITTED TO MODERNAGE IN CONNECTION WITH THIS ORDER. YOU SPECIFICALLY ACKNOWLEDGE AND AGREE THAT MODERNAGE HAS NO LIABILITY TO YOU FOR CONSEQUENTIAL, SPECIAL, OR INCIDENTAL DAMAGES. MATERIALS SUBMITTED TO MODERNAGE WHICH YOU BELIEVE HAVE AN AGGREGATE VALUE TO YOU IN EXCESS OF $100 SHOULD BE INSURED BY YOU.

E 598123

Case 1:07-cv-02417-LAK   Document 18-5   Filed 04/09/2008   Page 22 of 50

57830

**INVOICE NO. E 597830**

# modernage

TO: 02/24/03     TIME: 10:14 AM

(212) 997-1800
(212) 752-3993
(212) 227-4767
(212) 869-4796

Photographic Services Inc.,   1150 Ave. of Americas, N.Y. 10036
• Eastside Office
• Downtown Office
• FAX NUMBER

(212) 997-1800
(212) 752-3993
(212) 227-4767
(212) 869-4796

MODERNAGE PHOTO SERVICE
649 LEXINGTON AVE
NEW YORK, NY 10022
(212) 752-3993

SHIP TO

BATCH : 9240

ER: ID          ZJ105090
CCOUNT #        5466332039000166
P DATE          1203
P NO            C1055001
TH NO           024105
AX TYPE         SALE
ARD TYPE        MC

TOTAL     $125.57

SIGNATURE X

I AGREE TO PAY ABOVE TOTAL AMOUNT
ACCORDING TO CARD ISSUER AGREEMENT
(MERCHANT AGREEMENT IF CREDIT VOUCHER)

THANK YOU

FOR COPY-MERCHANT BOTTOM COPY-CUSTOMER

130

| | C.W.R. | | MAIL | | FED-EX | | UPS | | PROMISED DAY | TIME |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | THURS 2/13 | A.M. / P.M. |
| RC EMI | RC GLOSSY | CUSTOM SEMI | CUSTOM MATTE | COLOR SEMI | COLOR GLOSSY | TOTAL | UNIT PRICE | | AMOUNT | |
| Scan | | | | | | | | | | |
| Direct Digital | | | | | | 2 | 12.50 | | 25 00 | |
| | | | | | | 2 | 21.00 | | 42 00 | |
| add'l | | | | | | 4 | 11.00 | | 44 00 | |
| 2we to CD | | | | | | 1 | 5.00 | | 5 00 | |

| | ...ES | | COMM | PROF | |
|---|---|---|---|---|---|
| | SWG | | SWM | POSTCARDS | |
| INTER. NEGS. | 4 X 5 | 8 X 10 | | — | |
| COPY NEGS. | 4 X 5 | 5 X 7 | 8 X 10 | 10 X 12 | 11 X 14 |
| B & W Negs. from Transp. or Color | | | 4 X 5 | 5 X 7 | 8 X 10 |
| LITHO NEGS. | 4 X 5 | 8 X 10 | | | |
| STRIPPING / OPAQUING / RETOUCHING | | | | | |
| HOTPRESS / TYPESET | | | | | |
| MOUNTING | | | | | |

BLACK EDGE

SIZE 35/4x5

SUPPLIED:

3 slide
x5 chrome

L INSTRUCTIONS:

lumber Prints

redit Stamp

eturn Negs.

le Negs.

from slide - F/N/B
from 4x5 - crop w/ border

| | |
|---|---|
| RUSH 50% / 100% | |
| SUB-TOTAL | 116 — |
| TRUCK / DELV / MAIL | |
| TAXABLE SUB-TOTAL | |
| SALES TAX | 9 57 |
| TOTAL | 125 57 |
| DEPOSIT | |
| BAL. DUE | |

TOTAL PRINTS / DUPES     6     Checked  A

Total Negs./Origs.     2     Spotted

Paid in Advance
CS / CK / V-MC / AE

**NOT RESPONSIBLE FOR WORK LEFT OVER 30 DAYS**

NOTE: MODERNAGE'S LIABILITY FOR THE MATERIAL FURNISHED BY YOU TO MODERNAGE IS LIMITED. WHILE MODERNAGE TAKES EVERY PRECAUTION WITH THE MATERIALS SUBMITTED BY YOU TO MODERNAGE, SUBMITTING ANY OF THESE TO MODERNAGE CONSTITUTES YOUR ACKNOWLEDGEMENT AND AGREEMENT THAT THE LIABILITY OF MODERNAGE, ITS SUBSIDIARIES OR AGENTS FOR ANY LOSS OF OR DAMAGE TO ANY OF THESE MATERIALS IS LIMITED TO THE LESSER OR (I) THE ACTUAL REPLACEMENT VALUE OF ALL SUCH MATERIALS NOT OR DAMAGED IN CONNECTION WITH THIS ORDER OR (II) $100 FOR ALL SUCH MATERIALS SUBMITTED TO MODERNAGE IN CONNECTION WITH THIS ORDER. YOU SPECIFICALLY ACKNOWLEDGE AND AGREE THAT MODERNAGE HAS NO LIABILITY TO YOU FOR CONSEQUENTIAL, SPECIAL OR INCIDENTAL DAMAGES. MATERIALS SUBMITTED TO MODERNAGE WHICH YOU BELIEVE HAVE AN AGGREGATE VALUE TO YOU IN EXCESS OF $100 SHOULD BE INSURED BY YOU.

97830

CONFIDENTIAL MATERIAL SUBMITTED TO... ...BEST AVAILABLE... ...PAGE 23 of 50

**m⊚dernage**

Photographic Services Inc.

- 1150 Ave. of Americas, N.Y. 10036
- Eastside Office
- Downtown Office
- FAX NUMBER

- (212) 997-1800
- (212) 752-3993
- (212) 227-4767
- (212) 869-4796

DATE: 05/27/03          TIME: 09:25 AM

(212) 997-1800
(212) 752-3993
(212) 227-4767
(212) 869-4796

MODERNAGE PHOTO SERVICE
698 LEXINGTON AVE
NEW YORK NY 10022
212-752-3993

BATCH : 0316

TERM ID      ZJ1C5B4B1
ACCOUNT #    *************7002
REF NO       61147001
AUTH NO      504059
TRAN TYPE    SALE
CARD TYPE    AMX

TOTAL    $163.92

NAME: VON HASSELL/E

SIGNATURE X

I AGREE TO PAY ABOVE TOTAL AMOUNT
ACCORDING TO CARD ISSUER AGREEMENT
(MERCHANT AGREEMENT IF CREDIT VOUCHER)

THANK YOU

TOP COPY-MERCHANT BOTTOM COPY-CUSTOMER

SHIP TO

PROMISED DAY: Fri 5/23   TIME: P.M.

| | C.W.R. | MAIL | FED-EX | UPS | | | |
|---|---|---|---|---|---|---|---|
| RC GLOSSY | CUSTOM SEMI | CUSTOM MATTE | COLOR SEMI | COLOR GLOSSY | TOTAL | UNIT PRICE | AMOUNT |
| Direct Digital | | | | | 3 | 21- | 63 |
| | | | | | 3 | 11- | 33 |
| thumbnail Printout | | | | | 1 | N/C | |

| | | | COMM | PROF | | | |
|---|---|---|---|---|---|---|---|
| | SWG | | SWM | POSTCARDS | | | |
| | | 8 X 10 | | | | | |
| | 5 X 7 | 8 X 10 | 10 X 12 | 11 X 14 | | | |
| B & W Negs. from Transp. or Color | 4 X 5 | 5 X 7 | 8 X 10 | | | | |
| LITHO NEGS. | 4 X 5 | 8 X 10 | | | | | |
| STRIPPING / OPAQUING / RETOUCHING | | | | | | | |
| HOTPRESS / TYPESET | | | | | | | |
| MOUNTING | | | | | | | |

NEG. SIZE

MAT'L SUPPLIED:   1 CD

RUSH 50% / 100%

SUB-TOTAL    96

* Please Print-out
new clearer thumbnail
canol

TRUCK / DELV / MAIL

TAXABLE SUB-TOTAL

SALES TAX    7

* Images are circled on old thumbnail

TOTAL    103

**SPECIAL INSTRUCTIONS:**
- ☐ Number Prints
- ☐ Credit Stamp
- ☐ Return Negs.
- ☐ File Negs.

TOTAL PRINTS / DUPES    6   Checked #

Total Negs./Origs.    3    Spotted    Paid in Advance

DEPOSIT

BAL. DUE

CS / CK / V-MC / AE

Job #

NOT RESPONSIBLE FOR WORK LEFT OVER 30 DAYS

E 598836

NOTE: MODERNAGE'S LIABILITY FOR THE MATERIAL FURNISHED BY YOU TO MODERNAGE IS LIMITED. WHILE MODERNAGE TAKES EVERY PRECAUTION WITH THE MATERIALS SUBMITTED BY YOU TO MODERNAGE, SUBMITTING ANY OF THESE TO MODERNAGE CONSTITUTES YOUR ACKNOWLEDGMENT AND AGREEMENT THAT THE LIABILITY OF MODERNAGE, ITS SUBSIDIARIES OR AGENTS FOR LOSS OF OR DAMAGE TO ANY OF THESE MATERIALS IS LIMITED TO THE LESSER OF (I) THE ACTUAL REPLACEMENT VALUE OF ALL SUCH MATERIALS LOST OR DAMAGED IN CONNECTION WITH THIS ORDER OR (II) $100 FOR ALL SUCH MATERIALS SUBMITTED TO MODERNAGE IN CONNECTION WITH THIS ORDER. YOU SPECIFICALLY ACKNOWLEDGE AND AGREE THAT MODERNAGE HAS NO LIABILITY TO YOU FOR CONSEQUENTIAL, SPECIAL OR INCIDENTAL DAMAGES. MATERIALS SUBMITTED TO MODERNAGE WHICH YOU BELIEVE HAVE AN AGGREGATE VALUE TO YOU IN EXCESS OF $100 SHOULD BE INSURED BY YOU.

INVOICE NO   E656577

# modernage

Photographic Services Inc •
• 1150 Ave. of Americas, N.Y. 10036
• Eastside Office
• Downtown Office
• FAX NUMBER
• (212) 997-1800
• (212) 752-3993
• (212) 227-4767
• (212) 869-4796

# modernage

Photographic Services Inc •
• 1150 Ave. of Americas, N.Y. 10036
• Eastside Office
• Downtown Office
• FAX NUMBER
• (212) 997-1800
• (212) 752-3993
• (212) 227-4767
• (212) 869-4796

**BILL TO** Von Hassell

**SHIP TO** QP

**ADDRESS**

**ATTENTION**

**PHONE**   EXT.   C.W.R.   MAIL   FED-EX   UPS   **PROMISED DAY** Tues 3/27   **TIME** A.M. P.M.

| PARTIAL ON 2, 3, 4 | PO # | ASA / QTY | FILM SIZE | SIZE OR KIND | | | TOTAL | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| PICK-UP  SHIP  MSNGR |  |  | 120 | PX | TX | TMX |  |  |  |
| REP. |  |  | 35/24 Exp. | PX | TX | TMX |  |  |  |
|  |  |  | 35/36 Exp. | PX | TX | TMX |  |  |  |
| D & C ............. |  |  | Special Developing | 120 | 24 | 36 |  |  |  |
| Develop Only ......... |  |  | 4 x 5 / 8 x 10 |  |  |  |  |  |  |
| Contact Only ......... |  |  | Cont. Sheet | B&W | | COLOR |  |  |  |
| Quick Print ......... |  |  | Over Size | 17 x 14 | | 16 x 20 |  |  |  |
| SPECIAL DEVELOPING |  |  | 120 | 24 | 36 | E-6 KODAK FUJI |  |  |  |
|  |  |  | | | | CLIP TEST  PUSH |  |  |  |
|  |  |  | 120 | 24 | 36 C-41 KODAK FUJI | | 2-25 |  | 5 5 |
|  |  |  | QUICK PRINT ENLARGEMENTS | 5 x 7 | 6 x 8 | |  |  |  |
| FILM WAS: |  |  | | 8 x 10 | 8 x 12 | |  |  |  |
| OVER |  |  | FUJI PHOTO CD | | | |  |  |  |
| UNDER |  |  | | | | | 59 | 35 | 20 6 |
| FOGGED | 2x | | 3½ x 5 | 4 x 6 Glossy | | Matte | 59 | .55 | 32 4 |
| BLANK |  |  | | | | RUSH 50%/100% |  |  |  |

MIGHT BE OVER □ UNDER □

FILM WAS:
OVER
UNDER
FOGGED
BLANK

□ Credit Stamp
☑ Return Negs.
□ File Negs.
□ Number Negs.

**REMARKS:**  2 each   −30%

| | | |
|---|---|---|
| SUB-TOTAL | 58 | 60 |
| TRUCK/DELV/MAIL | 17 | 5 |
| TAXABLE SUB-TOTAL | 41 | 02 |
| SALES TAX | 3 | 38 |
| TOTAL | 44 | 4 |
| DEPOSIT | | |
| BAL DUE | | |

**NOT RESPONSIBLE FOR WORK LEFT OVER 30 DAYS**

Dev.
Check   Paid in Advance   CS / CK / V-MC / AE

**JOB #**   **Roll #**

E656577

NOTE:  MODERNAGE'S LIABILITY FOR THE MATERIAL FURNISHED BY YOU TO MODERNAGE IS LIMITED.   WHILE MODERNAGE TAKES EVERY PRECAUTION WITH THE MATERIALS SUBMITTED BY YOU TO MODERNAGE, SUBMITTING ANY OF THESE TO MODERNAGE CONSTITUTES YOUR ACKNOWLEDGEMENT AND AGREEMENT THAT THE LIABILITY OF MODERNAGE, ITS SUBSIDIARIES OR AGENTS FOR ANY LOSS OR DAMAGE TO ANY OF THESE MATERIALS IS LIMITED TO THE LESSER OR (I) THE ACTUAL REPLACEMENT VALUE OF ALL SUCH MATERIALS LOST OR DAMAGED IN CONNECTION WITH THIS ORDER OR (II) FOR ALL SUCH MATERIALS SUBMITTED TO MODERNAGE IN CONNECTION WITH THIS ORDER.  YOU SPECIFICALLY ACKNOWLEDGE AND AGREE THAT MODERNAGE HAS NO LIABILITY TO YOU FOR CONSEQUENTIAL, SPECIAL OR INCIDENTAL DAMAGES.  MATERIALS SUBMITTED TO MODERNAGE WHICH YOU BELIEVE HAVE AN AGGREGATE VALUE TO YOU IN EXCESS OF $100 SHOULD BE INSURED BY YOU.

*597471*
*597499* —

**INVOICE NO.** E **597471**

# modernage

**age**

Photographic Services Inc .

DATE: 01/06/03       TIME: 04:05 PM

MODERNAGE PHOTO SERVICE
698 LEXINGTON AVE.
NEW YORK, NY 10022
(212) 752-3993

• (212) 997-1800
• (212) 752-3993
• (212) 227-4767
• (212) 869-4796

• 1150 Ave. of Americas, N.Y. 10036
• Eastside Office
• Downtown Office
• FAX NUMBER

• (212) 997-1800
• (212) 752-3993
• (212) 227-4767
• (212) 869-4796

SHIP
TO

. BATCH : 0199

TERM ID        ZJ1050#01
ACCOUNT #      371069693357002
EXP DATE       0411
REF NO         01006007
AUTH NO        509075
TRAN TYPE      SALE
CARD TYPE      AMX

TOTAL  $1301.17

SIGNATURE X _____

I AGREE TO PAY ABOVE TOTAL AMOUNT
ACCORDING TO CARD ISSUER AGREEMENT
(MERCHANT AGREEMENT IF CREDIT VOUCHER)

THANK YOU

TOP COPY-MERCHANT BOTTOM COPY-CUSTOMER

☐ BLACK EDGE

NEG. SIZE

MAT'L SUPPLIED:

| | C.W.R. | MAIL | | FED-EX | UPS | PROMISED DAY | TIME A.M. P |
|---|---|---|---|---|---|---|---|
| RC SEMI | RC GLOSSY | CUSTOM SEMI | CUSTOM MATTE | COLOR SEMI | COLOR GLOSSY | TOTAL | UNIT PRICE | AMOUNT |

| DUPES | | | | COMM | PROF | | | |
| | SWG | | SWM | POSTCARDS | | | | |
| INTER NEGS. | 4 X 5 | | 8 X 10 | | | | | |
| COPY NEGS. | 4 X 5 | 5 X 7 | 8 X 10 | 10 X 12 | 11 X 14 | | | |
| B & W NEGS. from Transp. or Color | | 4 X 5 | 5 X 7 | 8 X 10 | | | | |
| LITHO NEGS. | 4 X 5 | 8 X 10 | | | | | | |
| STRIPPING / OPAQUING / RETOUCHING | | | | | | | | |
| HOTPRESS / TYPESET | | | | | | | | |
| MOUNTING | | | | | | | | |

RUSH 50% / 100%

SUB-TOTAL

TRUCK / DELV / MAIL

TAXABLE SUB-TOTAL

SALES TAX

JAN  2003

TOTAL

**SPECIAL INSTRUCTIONS:**

☐ Number Prints
☐ Credit Stamp
☐ Return Negs.
☐ File Negs.

Job # _____

TOTAL PRINTS / DUPES _____  Checked _____
Total Negs./Origs. _____  Spotted _____

By _____

Paid In Advance _____

CS / CK / V-MC / AE

DEPOSIT

BAL. DUE

**NOT RESPONSIBLE FOR WORK LEFT OVER 30 DAYS**

NOTE: MODERNAGE'S LIABILITY FOR THE MATERIAL FURNISHED BY YOU TO MODERNAGE IS LIMITED. WHILE MODERNAGE USES EVERY PRECAUTION WITH THE MATERIALS SUBMITTED BY YOU TO MODERNAGE, SUBMITTING ANY OF THESE TO MODERNAGE CONSTITUTES YOUR ACKNOWLEDGMENT AND AGREEMENT THAT THE LIABILITY OF MODERNAGE, ITS SUBSIDIARIES OR AGENTS FOR ANY LOSS OF OR DAMAGE TO ANY OF THESE MATERIALS IS LIMITED TO THE LESSER OF (I) THE ACTUAL REPLACEMENT VALUE OF ALL SUCH MATERIALS LOST OR DAMAGED IN CONNECTION WITH THIS ORDER OR (II) $100 PER ALL SUCH MATERIALS SUBMITTED TO MODERNAGE IN CONNECTION WITH THIS ORDER. YOU SPECIFICALLY ACKNOWLEDGE AND AGREE THAT MODERNAGE HAS NO LIABILITY TO YOU FOR CONSEQUENTIAL, SPECIAL OR INCIDENTAL DAMAGES. MATERIALS SUBMITTED TO MODERNAGE WHICH YOU BELIEVE HAVE AN AGGREGATE VALUE TO YOU IN EXCESS OF $100 SHOULD BE INSURED BY YOU.

E 597471

Case 1:07-cv-09417 Document 26 Filed 01/09/2008 Page 26 of 50

**INVOICE NO.** E 597499

# ...dage      modernage

Photographic Services Inc.

1150 Ave. of Americas, N.Y. 10036
• Eastside Office          (212) 997-1800
• Downtown Office       (212) 752-3693
                                  (212) 227-4787
• FAX NUMBER          (212) 869-4796

1150 Ave. of Americas, N.Y. 10036
• Eastside Office          (212) 997-1800
• Downtown Office       (212) 752-3693
                                  (212) 227-4787
• FAX NUMBER          (212) 869-4796

DEC 30 2002 PM 2:54

BILL TO **Mr. Von Hassell**

SHIP TO

ADDRESS

ATTENTION                                                    1:30

PHONE **750-0824** EXT.          (C.W.R.)    MAIL    FED-EX    UPS

PROMISED DAY **Wed '18**    TIME A.M. / **P.M.**

PARTIAL

(PICK-UP)    ON 2, 3, 4    MSNGR.

REP.    **PS**

| HOW MANY EACH | SIZE | RC SEMI | RC GLOSSY | CUSTOM SEMI | CUSTOM MATTE | COLOR SEMI | COLOR GLOSSY | TOTAL | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| | 5×7 | | SCANS | | | | | 21 | 15.00 | 315 00 |
| 1 | (8 × 10) | | Direct Digital | | | | | 5 | 21.00 | 105 00 |
| 1-2 | (11 × 14) | | Direct Digital | | | | | 16 | 34.00 | 544 00 |
| | | | | | | | Add'l | 6 | 18.00 | 108 00 |
| | 16 × 20 | | | | | | | | | |
| 3 | | Save to CD (3 Disc's) | | | | | | 3 | 5.00 | 15 00 |

- [ ] FULL NEGATIVE
- [x] FLUSH
- [ ] EXACTLY
- [x] APPROX. on-1
- [x] USE OWN JUDGMENT
- [ ] FOR SUBJECT
- [x] FULL PAPER SIZE
- [x] BORDER on-1
- [ ] BLACK EDGE

C R O P

|  | DUPES | | | COMM | PROF | | |
|---|---|---|---|---|---|---|---|
| CONT | | SWG | | SWM | POSTCARDS | | |
| INTER. NEGS. | 4 × 5 | | 8 × 10 | | | | |
| COPY NEGS. | 4 × 5 | 5 × 7 | 8 × 10 | 10 × 12 | 11 × 14 | | |
| B & W Negs. from Transp. or Color | | | 4 × 5 | 5 × 7 | 8 × 10 | | |
| LITHO NEGS. | 4 × 5 | 8 × 10 | | | | | |
| STRIPPING / OPAQUING / RETOUCHING | | | | | | | |
| HOTPRESS / TYPESET | | | | | | | |
| MOUNTING | | | | | | | |

NEG. SIZE **4×5**

MAT'L SUPPLIED:
**21 4×5**
**chromes.**

SPECIAL INSTRUCTIONS:
- [ ] Number Prints
- [ ] Credit Stamp
- [ ] Return Negs.
- [ ] File Negs.

TOTAL PRINTS / DUPES **27** Checked ___
Total Negs./Origs. **21** Spotted ___

**NOT RESPONSIBLE FOR WORK LEFT OVER 30 DAYS**

RUSH 50% / 100%

| | |
|---|---|
| SUB-TOTAL | 1087 00 |
| TRUCK / DELV / MAIL | |
| TAXABLE SUB-TOTAL | 1,087 00 |
| SALES TAX | 89 68 |
| **TOTAL** | 1,176 68 |
| DEPOSIT | |
| BAL. DUE | |

PAID JAN 2003

Paid in Advance
CS / CK / V-MC / AE

NOTE: MODERNAGE'S LIABILITY FOR THE MATERIAL FURNISHED BY YOU TO MODERNAGE IS LIMITED. WHILE MODERNAGE TAKES EVERY PRECAUTION WITH THE MATERIALS SUBMITTED BY YOU TO MODERNAGE, SUBMITTING ANY OF THESE TO MODERNAGE CONSTITUTES YOUR ACKNOWLEDGMENT AND AGREEMENT THAT THE LIABILITY OF MODERNAGE, ITS SUBSIDIARIES OR AGENTS FOR ANY LOSS OF OR DAMAGE TO ANY OF THESE MATERIALS IS LIMITED TO THE LESSER OR (I) THE ACTUAL REPLACEMENT VALUE OF ALL SUCH MATERIALS LOST OR DAMAGED IN CONNECTION WITH THIS ORDER OR (II) $1.00 FOR ALL SUCH MATERIALS SUBMITTED TO MODERNAGE IN CONNECTION WITH THIS ORDER. YOU SPECIFICALLY ACKNOWLEDGE AND AGREE THAT MODERNAGE HAS NO LIABILITY TO YOU FOR CONSEQUENTIAL, SPECIAL, OR INCIDENTAL DAMAGES. MATERIALS SUBMITTED TO MODERNAGE WHICH YOU BELIEVE HAVE AN AGGREGATE VALUE IN EXCESS OF $100 SHOULD BE INSURED BY YOU.

597499

# modernage

Photographic Services Inc..

1150 Ave. of Americas, N.Y. 10036
• Eastside Office
• Downtown Office
• FAX NUMBER

(212) 997-1800
(212) 752-3993
(212) 227-4767
(212) 869-4796

DEC 30 2002 PM12:54

**r. Von Hassell**

SHIP TO

DDRESS

PROMISED DAY **Wed 1/8**  TIM A.M.

ATTENTION

PHONE **750-0824** EXT.

| | HOW MANY EACH | SIZE | RC SEMI | RC GLOSSY | CUSTOM SEMI | CUSTOM MATTE | COLOR SEMI | COLOR GLOSSY | TOTAL | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | 21 | 15.00 | 315 |
| | | 5X7 | | SCANS | | | | | 5 | 21.00 | 105 |
| | 1 | 8 X 10 | | Direct Digital | | | | | | | |
| | 1-7 | 11 X 14 | | Direct Digital | | | | | 16 | 34.00 | 544 |
| | | | | Add'l | | | | | 6 | 18.00 | 108 |
| | | 16 X 20 | | | | | | | 3 | 5.00 | 15 |
| | 3 | | Save to CD (3 Disc's) | | | | | | | | |

C.W.R.    MAIL    FED-EX    UPS

PARTIAL ON 2, 3, 4

PICK-UP   MSNGR.

REP. **PS**

- ☐ FULL NEGATIVE
- ☑ FLUSH
- ☐ EXACTLY
- ☐ APPROX. on-1
- ☐ USE OWN JUDGMENT
- ☐ FOR SUBJECT
- ☑ FULL PAPER SIZE
- ☐ BORDER on-1
- ☐ BLACK EDGE

COMM   PROF

DUPES

| | CONT | SWG | | SWM | POSTCARDS | |
|---|---|---|---|---|---|---|
| INTER NEGS. | 4 X 5 | 5 X 7 | 8 X 10 | 10 X 12 | 11 X 14 | |
| COPY NEGS. | 4 X 5 | 5 X 7 | 8 X 10 | 5 X 7 | 8 X-10 | |
| B & W NEGS. from Transp. or Color | | | 4 X 5 | | | |
| LITHO NEGS. | 4 X 5 | 8 X 10 | | | | |

NEG. SIZE **4X5**

MAT'L SUPPLIED:

**21 4X5 Chromes**

STRIPPING / OPAQUING / RETOUCHING

HOTPRESS / TYPESET

MOUNTING

RUSH 50% / 100%

SUB-TOTAL   10

TRUCK / DELV / MAIL

TAXABLE SUB-TOTAL   1.0

SALES TAX

SPECIAL INSTRUCTIONS:

- ☐ Number Prints
- ☐ Credit Stamp
- ☐ Return Negs.
- ☐ File Negs.

JAN 06 2003

TOTAL PRINTS / DUPES **27**  Checked ✓
Total Negs./Origs. **21**  Spotted

Paid in Advance
CS / CK / V-MC / AE

TOTAL   4

DEPOSIT

BAL. DUE

**NOT RESPONSIBLE FOR WORK LEFT OVER 30 DAYS**

Job #

NOTE: MODERNAGE'S LIABILITY FOR THE MATERIAL FURNISHED BY YOU TO MODERNAGE IS LIMITED. WHILE MODERNAGE TAKES EVERY PRECAUTION WITH THE MATERIALS SUBMITTED BY YOU TO MODERNAGE, SUBMITTING ANY OF THESE TO MODERNAGE CONSTITUTES YOUR ACKNOWLEDGMENT AND AGREEMENT THAT THE LIABILITY OF MODERNAGE, ITS SUBSIDIARIES OR AGENTS FOR ANY LOSS OF OR DAMAGE TO ANY OF THESE MATERIALS IS LIMITED TO THE LESSER OF THE ACTUAL REPLACEMENT VALUE OF ALL SUCH MATERIALS LOST OR DAMAGED OR THE LIABILITY OF MODERNAGE OR $100 PER ALL SUCH MATERIALS SUBMITTED TO MODERNAGE IN CONNECTION WITH THIS ORDER. YOU SPECIFICALLY ACKNOWLEDGE AND AGREE THAT MODERNAGE HAS NO LIABILITY TO YOU FOR CONSEQUENTIAL, SPECIAL OR INCIDENTAL DAMAGES. MATERIALS SUBMITTED TO MODERNAGE WHICH YOU BELIEVE HAVE AN AGGREGATE VALUE IN EXCESS OF $100 SHOULD BE INSURED BY YOU.

E 597499

**EXHIBIT U**

**Detailed Listing of Expenses for 2004**

7-Aug-04 Copies/Promo Materials                              $669.43

**Photo Prints 2004**

| | |
|---|---|
| 16-Dec-04 | $56.30 |
| 4-Nov-04 | $35.81 |
| 10-Nov-04 | $115.14 |
| 5-Nov-04 | $39.41 |
| 3-Nov-04 | $17.10 |
| 29-Nov-04 | $47.74 |
| 13-Oct-04 | $41.52 |
| 19-Oct-04 | $30.94 |
| 28-Apr-04 | $161.24 |
| 4-Mar-04 | $376.39 |
| | $921.59 |

Scanned from the collections...

**INVOICE NO.** E504924

# modernage
Photographic Services Inc.,
- 1150 Ave. of Americas, N.Y. 10036
- Eastside Office
- Downtown Office
- FAX NUMBER
- (212) 997-1800
- (212) 752-3993
- (212) 227-4767
- (212) 869-4796

# modernage
Photographic Services Inc.,
- 1150 Ave. of Americas, N.Y. 10036
- Eastside Office
- Downtown Office
- FAX NUMBER
- (212) 997-1800
- (212) 752-3993
- (212) 227-4767
- (212) 869-4796

**BILL TO** me Von Hassell

**SHIP TO**

**ADDRESS**

12/16  4:30

**ATTENTION**

**PROMISED DAY** Thurs  **TIME** A.M. P.M.

**PHONE**   EXT.   C.W.R.   MAIL   FED-EX   UPS

| PARTIAL | HOW MANY EACH | SIZE | RC SEMI | RC GLOSSY | CUSTOM SEMI | CUSTOM MATTE | COLOR SEMI | COLOR GLOSSY | TOTAL | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ON 2, 3, 4 | 10 | 5 X 7 | | Glossy | | Qt | | | 10 | 2 50 | 25 00 |
| PICK-UP  MSNGR. | | | | | | | | | | | |
| REP. CAROL | 3 | 8 X 10 | | Glossy | | Qt | | | 3 | 8 95ea | 26 85 |
| | | 11 X 14 | | | | | | | | | |
| | | 16 X 20 | | | | | | | | | |

- [ ] FULL NEGATIVE
- [x] FLUSH
- C [ ] EXACTLY
- R [ ] APPROX.
- O [ ] USE OWN JUDGMENT
- P [ ] FOR SUBJECT
- [ ] FULL PAPER SIZE
- [ ] BORDER
- [ ] BLACK EDGE

**NEG. SIZE**

| SCAN | | | | |
|---|---|---|---|---|
| DIGITAL | PRODUCTION | RETOUCHING | SET UP | |
| | DUPES | DIGITAL TRANS | COMM | PROF |
| CONT | SWG | | SWM | POSTCARDS |
| COPY NEGS | CLR | B & W | 4x5  5x7 | 8x10  10x12 |
| LITHO NEGS. | 4x5  8x10 | | | |
| STRIPPING | | SAVE TO CD | | |
| HOTPRESS/TYPESET | | | | |
| MOUNTING | | | | |

**MAT'L SUPPLIED:**

CD'S ___
EMAIL/FTP ___
SLIDES ___
TRANS ___
NEGS ___
PRINTS ___

3  8X10  #10
10  5X7  #18

| | |
|---|---|
| RUSH 50% / 100% | |
| SUB-TOTAL | 51 8 |
| TRUCK / DELV / MAIL | |
| TAXABLE SUB-TOTAL | |
| SALES TAX | 4 4 |
| TOTAL | 56 3 |
| DEPOSIT | |
| BAL. DUE | |

**SPECIAL INSTRUCTIONS:**

- [ ] Return Negs.
- [ ] File Negs.

Job # ___

TOTAL PRINTS / DUPES ___ Checked ___
Total Negs./Origs. ___ Spotted ___   Paid in Advance
**NOT RESPONSIBLE FOR WORK LEFT OVER 30 DAYS**   CS / CK / V-MC / AE

E504924

NOTE: MODERNAGE'S LIABILITY FOR THE MATERIAL FURNISHED BY YOU TO MODERNAGE IS LIMITED. WHILE MODERNAGE TAKES EVERY PRECAUTION WITH THE MATERIALS SUBMITTED BY YOU TO MODERNAGE, SUBMITTING ANY OF THESE TO MODERNAGE CONSTITUTES YOUR ACKNOWLEDGEMENT AND AGREEMENT THAT THE LIABILITY OF MODERNAGE, ITS SUBSIDIARIES OR AGENTS FOR ANY LOSS OF OR DAMAGE TO ANY OF THESE MATERIALS IS LIMITED TO THE LESSER OR (1) THE ACTUAL REPLACEMENT VALUE OF ALL SUCH MATERIALS LOST OR DAMAGED IN CONNECTION WITH THIS ORDER OR (2) $100 FOR ALL SUCH MATERIALS SUBMITTED IN CONNECTION WITH THIS ORDER. YOU SPECIFICALLY ACKNOWLEDGE AND AGREE THAT MODERNAGE HAS NO LIABILITY TO YOU FOR CONSEQUENTIAL, SPECIAL, OR INCIDENTAL DAMAGES. MATERIALS SUBMITTED TO MODERNAGE WHICH YOU BELIEVE HAVE AN AGGREGATE VALUE TO YOU IN EXCESS OF $100 SHOULD BE INSURED BY YOU.

**INVOICE NO.** E504530

# age

10036
- (212) 997-1800
- (212) 752-3993
- (212) 227-4797
- (212) 869-4796

# modernage

Photographic Services Inc.
- 1150 Ave. of Americas, N.Y. 10036
- Eastside Office
- Downtown Office
- FAX NUMBER

- (212) 997-1800
- (212) 752-3993
- (212) 227-4797
- (212) 869-4796

MODERNAGE
649 LEXINGTON AVE

C01   11-10-04 09:34
27079      .86

PRINTS      T $15.74
PRINTS      T $36.65
PRINTS      T $106.00
PRINTS      T $32.97
TAX         $191.36
TX1         $16.50
AMEX        $207.84 =

*assell*

SHIP TO

11/4   1030

APPROX.
USE OWN JUDGMENT
FOR SUBJECT
FULL PAPER SIZE
BORDER
BLACK EDGE

NEG. SIZE

MAT'L SUPPLIED:

CD'S

EMAIL/FTP

SLIDES

TRANS

NEGS

PRINTS

SPECIAL INSTRUCTIONS:
Return Negs.
File Negs.

Job #

TOTAL PRINTS / DUPES _____ Checked _____

Total Negs./Origs. _____ Spotted _____

NOT RESPONSIBLE FOR WORK LEFT OVER 30 DAYS

| | EXT. | | C.W.R. | | MAIL | | FED-EX | UPS | | PROMISED DAY *Thur* | TIME (A.M.) P.M. |
|---|---|---|---|---|---|---|---|---|---|---|---|

| HOW MANY EACH | SIZE | RC SEMI | RC GLOSSY | CUSTOM SEMI | CUSTOM MATTE | COLOR SEMI | COLOR GLOSSY | TOTAL | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| | 5 X 7 | | | | | | | | | |
| | 8 X 10 | | *Kim* | | | | | 2 | 1299 | 2598 |
| | | | | | | | | 1 | 699 | 699 |
| | 11 X 14 | | | | | | | | | |
| | 16 X 20 | | | | | | | | | |
| | SCAN | | | | | | | | | |

| DIGITAL | PRODUCTION | | RETOUCHING | | SET UP | |
|---|---|---|---|---|---|---|
| | DUPES | DIGITAL TRANS | | | COMM | PROF |
| CONT | | SWG | | SWM | POSTCARDS | |
| COPY NEGS | CLR | B&W | 4x5 | 5x7 | 8x10 | 10x12 |
| LITHO NEGS. | 4x5 | 8x10 | | | | |

| STRIPPING | | SAVE TO CD |
|---|---|---|
| HOTPRESS/TYPESET | | |
| MOUNTING | | |

RUSH 50% / 100%

SUB-TOTAL   32 97

TRUCK / DELV / MAIL

TAXABLE SUB-TOTAL

SALES TAX   2 84

**TOTAL**   35 81

DEPOSIT

Paid in Advance
CS / CK / V-MC / AE

BAL. DUE

E504530

NOTE: MODERNAGE'S LIABILITY FOR THE MATERIAL FURNISHED BY YOU TO MODERNAGE IS LIMITED. WHILE MODERNAGE TAKES EVERY PRECAUTION WITH THE MATERIALS SUBMITTED BY YOU TO MODERNAGE, SUBMITTING ANY OF THESE MATERIALS TO MODERNAGE CONSTITUTES YOUR ACKNOWLEDGEMENT AND AGREEMENT THAT THE CUSTODY OF MODERNAGE, ITS SUBSIDIARIES OR AGENTS FOR ANY LOSS OF OR DAMAGE TO ANY OF THESE MATERIALS IS LIMITED TO THE LESSER OF THE ACTUAL REPLACEMENT VALUE OF ALL SUCH MATERIALS LOST OR DAMAGED IN OUR C... ... ... ... $100 FOR ALL SUCH MATERIALS SUBMITTED TO MODERNAGE IN CONNECTION WITH THIS ORDER. YOU SPECIFICALLY ACKNOWLEDGE AND AGREE THAT MODERNAGE HAS NO LIABILITY TO YOU FOR CO... ... ... ... DAMAGES. MATERIALS SUBMITTED TO MODERNAGE WHICH YOU BELIEVE HAVE AN AGGREGATE VALUE TO YOU IN EXCESS OF $100 SHOULD BE INSURED BY YOU.

# m△dernage

**INVOICE NO.** E504532

# m⦿dernage

Photographic Services Inc. .
- 1150 Ave. of Americas, N.Y. 10036
- Eastside Office
- Downtown Office
- FAX NUMBER

- (212) 997-1800
- (212) 752-3993
- (212) 227-4767
- (212) 869-4796

Photographic Services Inc. ..
- 1150 Ave. of Americas, N.Y. 10036
- Eastside Office
- Downtown Office
- FAX NUMBER

- (212) 997-1800
- (212) 752-3993
- (212) 227-4767
- (212) 869-4796

**BILL TO** Mr Von Hassell

**SHIP TO**

**ADDRESS**

**ATTENTION** 8.00 11/10

**PHONE** EXT.

| | | | C.W.R. | | MAIL | FED-EX | UPS | PROMISED DAY | TIME |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Tues | A.M. / P.M. |

**PARTIAL** ON 2, 3, 4

(PICK-UP) MSNGR.

**REP** Carol

| | HOW MANY EACH | SIZE | RC SEMI | RC GLOSSY | CUSTOM SEMI | CUSTOM MATTE | COLOR SEMI | COLOR GLOSSY | TOTAL | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 5 X 7 | | | | | | | | | |
| ☐ FULL NEGATIVE | 2 | 8 X 10 | | ✓ | | | | | 2 | 1000 | 20 00 |
| ☐ FLUSH | | 11 X 14 | | | | | | | 6 | 1000 | 60 00 |
| ☐ EXACTLY | | | | | | | | | | | |
| ☐ APPROX. | | | | | | | | | | | |
| ☐ USE OWN JUDGMENT | | 16 X 20 | | | | | | | | | |
| ☐ FOR SUBJECT | | | | | | | | | | | |
| ☐ FULL PAPER SIZE | | SCAN | | | | | | | | | |
| ☐ BORDER | | DIGITAL | PRODUCTION | | RETOUCHING | | SET UP | | | | |
| ☐ BLACK EDGE | | | DUPES | DIGITAL TRANS | | | COMM | PROF | | | |
| | | CONT | | SWG | | SWM | POSTCARDS | | | | |

**NEG. SIZE** 4x5

| | | COPY NEGS. | CLR | B&W | 4x5 | 5x7 | 8x10 | 10x12 | 2 | B&W 2600 | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **MAT'L SUPPLIED:** | | LITHO NEGS. | 4x5 | 8x10 | | | | | | | |
| D'S | | STRIPPING | | | | SAVE TO CD | | | | | |
| MAIL/FTP | | HOTPRESS/TYPESET | | | | | | | | | |
| IDES | | MOUNTING | | | | | | | | | |

RANS

EGS (2)

RINTS (2)

Print Image only

| | | |
|---|---|---|
| RUSH 50% / 100% | | |
| SUB-TOTAL | 106 | 00 |
| TRUCK / DELV / MAIL | | |
| TAXABLE SUB-TOTAL | | |
| SALES TAX | 9 | 14 |
| **TOTAL** | 115 | 14 |
| DEPOSIT | | |
| BAL. DUE | | |

**SPECIAL INSTRUCTIONS:**

☐ Return Negs.
☐ File Negs.

b #

TOTAL PRINTS / DUPES _____ Checked _____

Total Negs./Origs. _____ Spotted _____

Paid in Advance
CS / CK / V-MC / AE

**NOT RESPONSIBLE FOR WORK LEFT OVER 30 DAYS**

504532

NOTE: MODERNAGE'S LIABILITY FOR THE MATERIAL FURNISHED BY YOU TO MODERNAGE IS LIMITED. WHILE MODERNAGE TAKES EVERY PRECAUTION WITH THE MATERIALS SUBMITTED BY YOU TO MODERNAGE, SUBMITTING ANY OF THESE TO MODERNAGE CONSTITUTES YOUR ACKNOWLEDGMENT AND AGREEMENT THAT THE LIABILITY OF MODERNAGE, ITS SUBSIDIARIES OR AGENTS FOR ANY LOSS OR DAMAGE TO ANY OF THESE MATERIALS IS LIMITED TO THE LESSER OR (i) THE ACTUAL REPLACEMENT VALUE OF ALL SUCH MATERIALS LOST OR DAMAGED IN CONNECTION WITH THIS ORDER OR (ii) $100 FOR ALL SUCH MATERIALS SUBMITTED TO MODERNAGE IN CONNECTION WITH THIS ORDER. YOU SPECIFICALLY ACKNOWLEDGE AND AGREE THAT MODERNAGE HAS NO LIABILITY TO YOU FOR CONSEQUENTIAL, SPECIAL, OR INCIDENTAL DAMAGES. MATERIALS SUBMITTED TO MODERNAGE WHICH YOU BELIEVE HAVE AN AGGREGATE VALUE TO YOU IN EXCESS OF $100 SHOULD BE INSURED BY YOU.

**INVOICE NO.** E504531

# m dernage

Photographic Services Inc.,

1150 Ave. of Americas, N.Y. 10036
- Eastside Office
- Downtown Office
- FAX NUMBER

- (212) 997-1800
- (212) 752-3993
- (212) 227-4767
- (212) 869-4796

**BILL TO** Mr VonHassell

**ADDRESS** Mr VON Hassell

**SHIP TO**

**ATTENTION**                                        11/5    4:3?

| | EXT. | | C.W.R. | MAIL | FED-EX | UPS | **PROMISED DAY** 721 | **TIME** A.M. / P.M. |

| HOW MANY EACH | SIZE | RC SEMI | RC GLOSSY | CUSTOM SEMI | CUSTOM MATTE | COLOR SEMI | COLOR GLOSSY | TOTAL | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 5 | 5 X 7 | | | | QP | Glossy | | 5 | 3 60 | 18 75 |
| 2 | 8 X 10 | | | | QP | Glossy | | 2 | 895 | 17 90 |
| | 11 X 14 | | | | | | | | | |
| | 16 X 20 | | | | | | | | | |
| | SCAN | | | | | | | | | |

| | PRODUCTION | RETOUCHING | | SET UP | | |
|---|---|---|---|---|---|---|
| | DUPES | DIGITAL TRANS | | COMM | PROF | |
| | | SWG | | SWM | POSTCARDS | |
| | CLR | B & W | 4x5 | 5x7 | 8x10 | 10x12 |
| | 4x5 | 8x10 | | | | |
| | | | SAVE TO CD | | | |
| TYPESET | | | | | | |

2 8x10 Glossy
5 5x7 Glossy

| | |
|---|---|
| RUSH 50% / 100% | |
| SUB-TOTAL | 36 65 |
| TRUCK / DELV / MAIL | |
| TAXABLE SUB-TOTAL | |
| SALES TAX | 3 16 |
| TOTAL | 39 81 |
| DEPOSIT | |
| BAL. DUE | |

_____ DUPES _____ Checked _____
_____ _____ Spotted _____    Paid in Advance
____BLE FOR WORK LEFT OVER 30 DAYS        CS / CK / V-MC / AE

THE RESPONSIBILITY OF YOU TO MODERNAGE IS LIMITED.    WHILE MODERNAGE TAKES EVERY PRECAUTION WITH THE MATERIALS SUBMITTED BY YOU TO MODERNAGE, SUBMITTING ANY OF ... AND IT EXPEDIENT THAT THE LIABILITY OF MODERNAGE, ITS SUBSIDIARIES OR AGENTS FOR ANY LOSS OF OR DAMAGE TO ANY OF THESE MATERIALS IS LIMITED TO THE LESSER OR (i) ... ... LIMIT OR DAMAGE IN CONNECTION WITH THIS OR (ii) $100 FOR ALL SUCH MATERIALS SUBMITTED TO MODERNAGE IN CONNECTION WITH THIS ORDER.   YOU ... THE SOLE LIABILITY TO YOU FOR CONSEQUENTIAL, SPECIAL OR INCIDENTAL DAMAGES.  MATERIALS SUBMITTED TO MODERNAGE WHICH YOU BELIEVE HAVE AN AGGREGATE VALUE TO ... ... BY YOU.

Downloaded ... page 35 of 50

INVOICE NO. **EG40926**

# modernage
Photographic Services Inc.
- 1150 Ave. of Americas, N.Y. 10036
- Eastside Office
- Downtown Office
- FAX NUMBER

- (212) 997-1800
- (212) 752-3993
- (212) 227-4767
- (212) 869-4796

# modernage
Photographic Services Inc.
- 1150 Ave. of Americas, N.Y. 10036
- Eastside Office
- Downtown Office
- FAX NUMBER

- (212) 997-1800
- (212) 752-3993
- (212) 227-4767
- (212) 869-4796

Mr VonHassell

SHIP TO

| PHONE | EXT. | C.W.R. | MAIL / UPS / FEDX | 11/3 | 9:32 |
|---|---|---|---|---|---|

| PARTIAL ON 2 | PO # | | TITLE | | ORDERED BY: | PROMISED DAY Wed | TIME A.M. P.M. |
|---|---|---|---|---|---|---|---|

| R. | PICK UP | PER CAW | ASA / QTY | FILM SIZE | SIZE OR KIND | | | TOTAL | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 120 | PX | TX | TMX | | | |
| D & C ............... | | MIGHT | | 35/24 Exp. | PX | TX | TMX | | | |
| Develop Only ......... | | BE | | 35/36 Exp. | PX | TX | TMX | | | |
| Contact Only ......... | | OVER ☐ | | Special Developing | 120 | 24 | 36 | | | |
| Quick Print ........... | | UNDER ☐ | | 4 x 5 / 8 x 10 | | | | | | |
| | | | | Cont. Sheet | B&W | | COLOR | | | |
| SPECIAL DEVELOPING 2eA | | | | Over Size | 11 x 14 | | 16 x 20 | | | |
| | | | | EKTACHROME | – | | | | | |
| | | | | CLIP TEST | PUSH | | | | | |
| FILM WAS: | | | | KODACOLOR 36CU | | | | | | 273 |
| OVER | | | QUICK PRINT ENLARGEMENTS | 5 x 7 | 6 x 8 | | | | | |
| UNDER | | | | 8 x 10 | 8 x 12 | | | | | |
| FOGGED | | | | | 2nd | | | | | NC |
| BLANK | | | | 3½ x 5 | 4 x 6 | Glossy | Matte | | | 12.99 |

| | REMARKS: | | | | | | |
|---|---|---|---|---|---|---|---|
| ☐ Credit Stamp | | | | | RUSH 50%/100% | | |
| ☐ Return Negs. | | | | | SUB-TOTAL | | 15.79 |
| ☐ File Negs. | | | | | TRUCK/DELV/MAIL | | |
| ☐ Number Negs. | | | | | TAXABLE SUB-TOTAL | | |
| | | | | | SALES TAX | | 1.36 |

| JOB # ........... Roll # ......... | Dev. Check | NOT RESPONSIBLE FOR WORK LEFT OVER 30 DAYS | TOTAL | 17.10 |
|---|---|---|---|---|

**EG40926**

NOTE: MODERNAGE'S LIABILITY FOR THE MATERIAL FURNISHED BY YOU TO MODERNAGE IS LIMITED. WHILE MODERNAGE TAKES EVERY PRECAUTION WITH THE MATERIALS SUBMITTED BY YOU TO MODERNAGE, SUBMITTING ANY OF THESE TO MODERNAGE CONSTITUTES YOUR ACKNOWLEDGEMENT AND AGREEMENT THAT THE LIABILITY OF MODERNAGE, ITS SUBSIDIARIES OR AGENTS FOR ANY LOSS OR DAMAGE TO ANY OF THESE MATERIALS IS LIMITED TO THE LESSER OR (a) THE ACTUAL REPLACEMENT VALUE OF ALL SUCH MATERIALS LOST OR DAMAGED IN CONNECTION WITH THIS ORDER OR (b) $100 FOR ALL SUCH MATERIALS COMMITTED TO MODERNAGE IN CONNECTION WITH THIS ORDER. YOU SPECIFICALLY ACKNOWLEDGE AND AGREE THAT MODERNAGE HAS NO LIABILITY TO YOU FOR CONSEQUENTIAL, SPECIAL OR ANY "MAPES MATERIAL" ATTITED TO MODERNAGE WHICH YOU BELIEVE HAVE AN AGGREGATE VALUE TO YOU IN EXCESS OF $100 SHOULD BE INSURED BY YOU.

TERMS: NET 10 DAYS

**THIS IS YOUR INVOICE  PLEASE MAIL CHECKS TO** ... AMERICAS, NEW YORK, N. Y. 10036

**INVOICE NO.** E640333

# nage

N.Y. 10036
- (212) 997-1800
- (212) 752-3993
- (212) 227-4767
- (212) 869-4796

# modernage

Photographic Services Inc.,

- 1150 Ave. of Americas, N.Y. 10036
- Eastside Office
- Downtown Office
- FAX NUMBER

- (212) 997-1
- (212) 752-3
- (212) 227-4
- (212) 869-4

SALE

TOTAL        $47.74

CUSTOMER COPY

SHIP
TO

| PHONE | EXT. | C.W.R. | MAIL / UPS / FEDX |
|---|---|---|---|

| PARTIAL | PO # | TITLE | ORDERED BY: *Von Hassell* | PROMISED DAY 11/29 Mon | TIME 4:3 A.M. |
|---|---|---|---|---|---|
| ON 2 | | | | | |

| R. PICK UP REP. | ASA CITY | FILM SIZE | SIZE OR KIND | | | TOTAL | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| D & C | MIGHT | 120 | PX | TX | TMX | | | |
| | BE | 35/24 Exp. | PX | TX | TMX | | | |
| Develop Only | OVER | 35/36 Exp. | PX | TX | TMX | | | |
| Contact Only | UNDER | Special Developing | 120 | 24 | 36 | | | |
| Quick Print | | 4 x 5 / 8 x 10 | | | | | | |
| SPECIAL DEVELOPING | | Cont. Sheet | B&W | | COLOR | | | |
| | | Over Size | 11 x 14 | | 16 x 20 | | | |
| | | EKTACHROME | | | | | | |
| | | CLIP TEST | | PUSH | | | | |
| FILM WAS: | | KODACOLOR | | | | 3 | 2.75 | 8 |
| OVER | | QUICK PRINT ENLARGEMENTS | 5 x 7 | | 6 x 8 | | | |
| UNDER | | | 8 x 10 | | 8 x 12 | | | |
| FOGGED | | | | | 2nd set 3 | N/c | N/ |
| BLANK | | 3½ x 5 | 4 x 6 | Glossy | Matte | 85 | .42 | 35 |

FILM WAS: (handwritten *Tea*)

| REMARKS: | | |
|---|---|---|
| Credit Stamp | RUSH 50%/100% | |
| Return Negs. | SUB-TOTAL | |
| File Negs. | TRUCK/DELV/MAIL | |
| Number Negs. | TAXABLE SUB-TOTAL | 43 |
| | SALES TAX | 3 |
| | TOTAL | 47 |

Remarks handwritten: *Tea*

| JOB # | Roll # | Dev. Check | NOT RESPONSIBLE FOR WORK LEFT OVER 30 DAYS |
|---|---|---|---|

E640333

NOTE: MODERNAGE'S LIABILITY FOR THE MATERIAL FURNISHED BY YOU TO MODERNAGE IS LIMITED. WHILE MODERNAGE TAKES EVERY PRECAUTION WITH THE MATERIALS SUBMITTED BY YOU TO MODERNAGE, SUBMITTING ANY OF THESE ITEMS TO MODERNAGE CONSTITUTES YOUR ACKNOWLEDGEMENT AND AGREEMENT THAT THE LIABILITY OF MODERNAGE ITS SUBSIDIARIES OR AGENTS FOR ANY LOSS OF OR DAMAGE TO ANY OF THESE MATERIALS IS LIMITED TO THE LESSER OR (a) THE ACTUAL REPLACEMENT VALUE OF ALL SUCH MATERIALS LOST OR DAMAGED IN CONNECTION WITH THIS ORDER OR (b) $100 FOR ALL SUCH MATERIALS SUBMITTED TO MODERNAGE OR IN CONNECTION WITH THIS ORDER. YOU SPECIFICALLY ACKNOWLEDGE AND AGREE THAT MODERNAGE HAS NO LIABILITY TO YOU FOR CONSEQUENTIAL, SPECIAL OR INCIDENTAL DAMAGES. MATERIALS SUBMITTED TO MODERNAGE WHICH YOU BELIEVE HAVE AN AGGREGATE VALUE TO YOU IN EXCESS OF $100 SHOULD BE INSURED BY YOU.

**TERMS:** NET 10 DAYS

**THIS IS YOUR INVOICE  PLEASE MAIL CHECKS TO  1150 AVE. OF AMERICAS. NEW YORK. N.Y. 100**

INVOICE NO. EG40702

# **m dernage**

MODERNAGE PHOTOGRAPHIC
649 LEXINGTON AVE
NEW YORK, NY 10022

**nage**

TERMINAL I.D.:                009031885
MERCHANT #:              55162771205

VISA
Hxxxxxxxxxxxxxx27
SALE
BATCH xxxx
DATE xxx xx xx
GT: 002

4assett

TOTAL          $41.52

CUSTOMER COPY

/. 10036   • (212) 997-1800
           • (212) 752-3993
           • (212) 227-4767
           • (212) 869-4796

Photographic Services Inc.•

• 1150 Ave. of Americas, N.Y. 10036   • (212) 997-1800
• Eastside Office                     • (212) 752-3993
• Downtown Office                     • (212) 227-4767
• FAX NUMBER                          • (212) 869-4796

SHIP TO

| | | | | |
|---|---|---|---|---|
| PHONE | EXT. | C.W.R. | MAIL / UPS / FEDX | 10/3  8½ |

| PARTIAL PO # | TITLE | ORDERED BY: | PROMISED DAY | TIME |
|---|---|---|---|---|
| ON 2 | | | Wed | A.M. P.M. |

R. PICK UP REP. Carolyn

| | | ASA / QTY | FILM SIZE | SIZE OR KIND | | | TOTAL | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| & C ......... | MIGHT | | 120 | PX  TX  TMX | | | | | |
| evelop Only ......... | BE | | 35/24 Exp. | PX  TX  TMX | | | | | |
| ontact Only ......... | OVER ☐ | | 35/36 Exp. | PX  TX  TMX | | | | | |
| uick Print ......... | UNDER ☐ | | Special Developing | 120  24  36 | | | | | |
| SPECIAL DEVELOPING | | | 4 x 5 / 8 x 10 | | | | | | |
| 2eA | | | Cont. Sheet | B&W  COLOR | | | | | |
| | | | Over Size | 11 x 14  16 x 20 | | | | | |
| | | | 24 Exp | EKTACHROME Fuji | | | 2 | 275ea | 5.50 |
| FILM WAS: | | | 24 Exp | CLIP TEST Kodak PUSH | | | 1 | 275ea | 2.75 |
| OVER | | | | KODACOLOR | | | | | |
| UNDER | | | QUICK PRINT ENLARGEMENTS | 5 x 7  6 x 8 | | | | | |
| FOGGED | | | | 8 x 10  8 x 12 | | | | | |
| BLANK | | | | | | | | | |
| | | | 3½ x 5  4 x 6  Glossy  Matte | | | 3 | 999 | 29.97 |

REMARKS:

☐ Credit Stamp

☐ Return Negs.                                      RUSH 50%/100%

☐ File Negs.                    SUB-TOTAL  38.22

                               TRUCK/DELV/MAIL

☐ Number Negs.                 TAXABLE SUB-TOTAL

                               SALES TAX  3.30

OB # ............   Roll # ............   | Dev. Check |   NOT RESPONSIBLE FOR WORK LEFT OVER 30 DAYS   TOTAL  41.52

EG40702

NOTE: MODERNAGE'S LIABILITY FOR THE MATERIAL FURNISHED BY YOU TO MODERNAGE IS LIMI... THESE TO MODERNAGE CONSTITUTES YOUR ACKNOWLEDGEMENT AND AGREEMENT THAT THE LIABILITY OF MODERNAGE, THE ACTUAL REPLACEMENT VALUE OF ALL SUCH MATERIALS LOST OR DAMAGED IN CONNECTION WITH THE SPECIFICALLY ACKNOWLEDGE AND AGREE THAT MODERNAGE HAS NO LIABILITY TO YOU FOR CONSEQUENTIAL, SPECIAL YOU IN EXCESS OF $100 SHOULD BE INSURED BY THEM.

... WITH EVERY PRECAUTION WITH THE MATERIALS SUBMITTED BY YOU TO MODERNAGE, SUBMITTING ANY OF ... IT LOSS OF OR DAMAGE TO ANY OF THESE MATERIALS IS LIMITED TO THE LESSER OR (1) ... MATERIALS SUBMITTED TO MODERNAGE OR IN CONNECTION WITH THIS ORDER. (2) MODERNAGE IS SUBMITTED TO MODERNAGE WHICH YOU BELIEVE HAVE AN AGGREGATE VALUE IN

TERMS: NET 10 DAYS

HIS IS YOUR INVOICE PLEASE MAIL CHECKS TO ... AVE. OF AMERICAS, NEW YORK, N. Y. 10036

INVOICE NO. **640741**

**modernage**

nage

MODERNAGE PHOTOGRAPHIC
649 LEXINGTON AVE
NEW YORK, NY 10022

N.Y. 10036
(212) 997-1800
(212) 752-3993
(212) 227-4767
(212) 869-4796

Photographic Services Inc.

- 1150 Ave. of Americas, N.Y. 10036 (212) 997-1800
- Eastside Office (212) 752-3993
- Downtown Office (212) 227-4767
- FAX NUMBER (212) 869-4796

TERMINAL I.D.: 0690 3085
MERCHANT N: 8319940084

AMEX
Hxxxxxxxxxxx8060
SALE

SHIP TO

TOTAL $30.94

CUSTOMER COPY

Von Hassell

.0824

PHO THU $28.48
TX1 $2.46 EXT.          C.W.R.          MAIL / UPS / FEDX
PARTI AMEX $30.94

TITLE                    ORDERED BY: *Von Hassell*    PROMISED DAY 10/19 Tues    TIME 4:00 A.M. P.M.

| | ASA QTY | FILM SIZE | SIZE OR KIND | | | TOTAL | UNIT PRICE | AMOUNT | |
|---|---|---|---|---|---|---|---|---|---|
| D & C | MIGHT | 120 | PX | TX | TMX | | | | |
| | BE | 35/24 Exp. | PX | TX | TMX | | | | |
| Develop Only | OVER | 35/36 Exp. | PX | TX | TMX | | | | |
| Contact Only | | Special Developing | 120 | 24 | 36 | | | | |
| Quick Print | UNDER | 4 x 5 / 8 x 10 | | | | | | | |
| SPECIAL DEVELOPING | | Cont. Sheet | B&W | | COLOR | | | | |
| N | | Over Size | 11 x 14 | | 16 x 20 | | | | |
| | | | EKTACHROME | | | | | | |
| | | | CLIP TEST | | PUSH | | | | |
| FILM WAS: | | | KODACOLOR | | | 2 | 2.75 | 5 | 50 |
| OVER | | QUICK PRINT ENLARGEMENTS | 5 x 7 | | 6 x 8 | | | | |
| UNDER | | | 8 x 10 | | 8 x 12 | 1 | 12.99 | 12 | 99 |
| FOGGED | | | | | 2nd set | | | | |
| BLANK | | | | | | | | | |
| | 2 | 3½ x 5 | 4 x 6 | Glossy | Matte | 1 | 9.99 | 9 | 99 |

REMARKS:

*2ea*

☐ Credit Stamp
☑ Return Negs.
☐ File Negs.
☐ Number Negs.

| | | |
|---|---|---|
| RUSH 50%/100% | | |
| SUB-TOTAL | 28 | 48 |
| TRUCK/DELV/MAIL | | |
| TAXABLE SUB-TOTAL | 28 | 48 |
| SALES TAX | 2 | 46 |
| TOTAL | 30 | 94 |

JOB #          Roll #          Dev. Check

NOT RESPONSIBLE FOR WORK LEFT OVER 30 DAYS

**640741**

NOTE: MODERNAGE'S LIABILITY FOR THE MATERIAL FURNISHED BY YOU TO MODERNAGE IS LIMITED. WHILE MODERNAGE TAKES EVERY PRECAUTION WITH THE MATERIALS SUBMITTED BY YOU TO MODERNAGE, SUBMITTING ANY OF THESE TO MODERNAGE CONSTITUTES YOUR ACKNOWLEDGEMENT AND AGREEMENT THAT THE LIABILITY OF MODERNAGE, ITS SUBSIDIARIES OR AGENTS FOR ANY LOSS OF OR DAMAGE TO ANY OF THESE MATERIALS IS LIMITED TO THE LESSER OR (I) THE ACTUAL REPLACEMENT VALUE OF ALL SUCH MATERIALS LOST OR DAMAGED IN CONNECTION WITH THIS ORDER OR (II) $100 FOR ALL SUCH MATERIALS SUBMITTED TO MODERNAGE IN CONNECTION WITH THIS ORDER. YOU SPECIFICALLY ACKNOWLEDGE AND AGREE THAT MODERNAGE HAS NO LIABILITY TO YOU FOR CONSEQUENTIAL, SPECIAL OR INCIDENTAL DAMAGES. MATERIALS SUBMITTED TO MODERNAGE WHICH YOU BELIEVE HAVE AN AGGREGATE VALUE TO YOU IN EXCESS OF $100 SHOULD BE INSURED BY YOU.

TERMS: NET 10 DAYS

**THIS IS YOUR INVOICE PLEASE MAIL CHECKS TO 1150 AVE. OF AMERICAS, NEW YORK, N. Y. 10036**

# modernage

**Photographic Services Inc.**

- 1150 Ave. of Americas, N.Y. 10036
- Eastside Office
- Downtown Office
- FAX NUMBER

(212) 997-1800
(212) 752-3993
(212) 227-4767
(212) 869-4796

(212) 997-18
(212) 752-39
(212) 227-47
(212) 869-47

Photographer

BILL TO

ADD

ATTE

CUSTOMER COPY   1824

SHIP TO   APR 26 2004 AM10:57

$148.65
$12.82
Total   $161.47

| | | HOW MANY EACH | SIZE | RC SEMI | RC GLOSSY | CUSTOM SEMI | CUSTOM MATTE | COLOR SEMI | COLOR GLOSSY | TOTAL | UNIT PRICE | AMOU |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PARTIAL | ON 2, 3, 4 | | | | | | | | | | | |
| PICK-UP | MSNGR. | 13 | 5x7 | A.P. Reprint | | | | | X | 6 | 5.95 | 35 |
| REP. | Cybah | 3 | 5x7 | A.P. Reprint | | | | | X | 15 | 3.75 | 56 |
| | | 2 | 8 x 10 | A.P. Reprint | | | | | X | 6 | 8.95 | 53 |
| | | | | crop fee | | | | | | 1 | 3.00 | 3 |
| ☐ FULL NEGATIVE | | | 11 X 14 | | | | | | | | | |
| ☒ FLUSH | | | | | | | | | | | | |
| C ☐ EXACTLY | | | | | | | | | | | | |
| R ☐ APPROX. | | | 16 X 20 | | | | | | | | | |
| O ☐ USE OWN JUDGMENT | | | | | | | | | | | | |
| P ☐ FOR SUBJECT | | | SCAN | | | | | | | | | |
| ☒ FULL PAPER SIZE | | | | | | | | | | | | |
| ☐ BORDER | | | | | | | | | | | | |
| ☐ BLACK EDGE | | | | | | | | | | | | |

PHONE   EXT.   C.W.R.   MAIL   FED-EX   UPS

PROMISED DAY   Wed 4/28   A.M.

| DIGITAL | PRODUCTION | RETOUCHING | SET UP | |
|---|---|---|---|---|
| | DUPES | DIGITAL TRANS | COMM | PROF |
| CONT | SWG | | SWM | POSTCARDS |
| COPY NEGS | CLR | B & W | 4x5 | 5x7 | 8x10 | 10x12 |
| LITHO NEGS. | 4x5 | 8x10 | | |
| STRIPPING | | SAVE TO CD | | |
| HOTPRESS/TYPESET | | | | |
| MOUNTING | | | | |

**NEG. SIZE**  35mm

**MAT'L SUPPLIED:**

CD'S _____

EMAIL/FTP _____

SLIDES _____

TRANS _____   ① Roll

NEGS _____

PRINTS _____   ① index

\*see A.P. envelope for frames.

RUSH 50% / 100%

SUB-TOTAL   14

TRUCK / DELV / MAIL

TAXABLE SUB-TOTAL   14

SALES TAX   1

TOTAL   16

DEPOSIT

**SPECIAL INSTRUCTIONS:**

☒ Return Negs.

☐ File Negs.

Job # _____

TOTAL PRINTS / DUPES   28   Checked _____

Total Negs/Origs. _____   Spotted _____

CS / CK / V-MC / AE   Paid in Advance

BAL. DUE

NOT RESPONSIBLE FOR WORK LEFT OVER 30 DAYS

E502868

NOTE: MODERNAGE'S LIABILITY FOR THE MATERIAL FURNISHED BY YOU TO MODERNAGE IS LIMITED. WHILE MODERNAGE TAKES EVERY PRECAUTION WITH THE MATERIALS SUBMITTED BY YOU TO MODERNAGE, SUBMITTING ANY OF THESE TO MODERNAGE CONSTITUTES YOUR ACKNOWLEDGEMENT AND AGREEMENT THAT THE LIABILITY OF MODERNAGE, ITS SUBSIDIARIES OR AGENTS FOR ANY LOSS OR DAMAGE TO ANY OF THESE MATERIALS IS LIMITED TO THE LESSER OR (A) THE ACTUAL REPLACEMENT VALUE OF ALL SUCH MATERIALS LOST OR DAMAGED IN CONNECTION WITH THIS ORDER OR (B) $100 FOR ALL SUCH MATERIALS SUBMITTED TO MODERNAGE IN CONNECTION WITH THIS ORDER. YOU SPECIFICALLY ACKNOWLEDGE AND AGREE THAT MODERNAGE HAS NO LIABILITY TO YOU FOR CONSEQUENTIAL, SPECIAL OR INCIDENTAL DAMAGES. MATERIALS SUBMITTED TO MODERNAGE WHICH YOU BELIEVE HAVE AN AGGREGATE VALUE IN TWO IN EXCESS OF $100 SHOULD BE INSURED BY YOU.

Case 1:04-cv-01301-JJF    Document 49-2    Filed 04/03/2006    Page 40 of 50

356161611880

MODERNAGE PHOTOGRAPHIC
649 LEXINGTON AVE
NEW YORK, NY 10022

TIME 09:06 AM          DATE 03/04/04
5113750011128322
EXP DATE    8605
CARD TYPE   MC
TERMINAL #  0002VJ
TRAN TYPE   SALE
AUTH CODE   064839
RECORD #    001

AMOUNT    $ 376.39

SIGNATURE X _____

C AGOSTINO HASSELL

I AGREE TO PAY ABOVE TOTAL AMOUNT
ACCORDING TO CARD ISSUER AGREEMENT

THANK YOU!
PLEASE COME AGAIN!

**INVOICE NO.** E502380

# ge

## modernage

Photographic Services Inc.

- (212) 997-1800
- (212) 752-3993
- (212) 227-4787
- (212) 869-4796

1150 Ave. of Americas, N.Y. 10036
- Eastside Office
- Downtown Office
- FAX NUMBER

- (212) 997-1800
- (212) 752-3993
- (212) 227-4787
- (212) 869-4796

955E

SHIP
TO

FEB 24 2004    3/1    10:30

| | C.W.R. | | MAIL | FED-EX | UPS | PROMISED DAY mon | | TIME A.M. P.M. |
|---|---|---|---|---|---|---|---|---|
| RC SEMI | RC GLOSSY | CUSTOM SEMI | CUSTOM MATTE | COLOR SEMI | COLOR GLOSSY | TOTAL | UNIT PRICE | AMOUNT |
| Digital | | | matte | | | 2 | 2100 | 4200 |
| | | | | Add | | 1 | 1100 | 1100 |
| Digital | | | matte | | | 1 | 3400 | 3400 |
| | | | | | | 1 | 7250 1500 | 2750 |

☐ FULL PAPER SIZE
☒ BORDER
☒ BLACK EDGE

**NEG. SIZE**

**MAT'L SUPPLIED:**

CD'S _____

EMAIL/FTP _____

SLIDES ___(2)___

TRANS _____

NEGS _____

PRINTS _____

**SPECIAL INSTRUCTIONS:**

☐ Return Negs.

☐ File Negs.

Job # _____

| DIGITAL | PRODUCTION | RETOUCHING | SET UP | |
|---|---|---|---|---|
| CONT | DUPES | DIGITAL TRANS | COMM | PROF |
| COPY NEGS | CLR | SWG   B & W | 4x5  5x7 | SWM   POSTCARDS  8x10  10x12 |
| LITHO NEGS. | 4x5  8x10 | | | |
| STRIPPING | | | | |
| HOTPRESS/TYPESET | | SAVE TO CD | | 5 00 |
| MOUNTING | | | | |

RUSH 50% / 100%

SUB-TOTAL    119 50

TRUCK / DELV / MAIL

TAXABLE SUB-TOTAL

SALES TAX    10 31

TOTAL    129 81

DEPOSIT

TOTAL PRINTS / DUPES _____ Checked _____

Total Negs./Origs. _____ Spotted _____    Paid in Advance

CS / CK / V-MC / AE    BAL. DUE

**NOT RESPONSIBLE FOR WORK LEFT OVER 30 DAYS**

E502380

NOTE: MODERNAGE'S LIABILITY FOR THE MATERIAL FURNISHED BY YOU TO MODERNAGE IS LIMITED. WHILE MODERNAGE TAKES EVERY PRECAUTION WITH THE MATERIALS SUBMITTED BY YOU TO MODERNAGE, SHOULD ANY OF THESE MATERIALS CONSTITUTE YOUR ACKNOWLEDGMENT AND AGREEMENT THAT THE LIABILITY OF MODERNAGE, ITS SUBSIDIARIES OR AGENTS FOR ANY LOSS OR OR DAMAGE TO ANY OF THESE MATERIALS IS LIMITED TO THE LESSER OR (i) THE ACTUAL REPLACEMENT VALUE OF ALL SUCH MATERIALS LOST OR DAMAGED IN CONNECTION WITH THIS ORDER OR (ii) $100 FOR ALL SUCH MATERIALS SUBMITTED TO MODERNAGE IN CONNECTION WITH THIS ORDER. YOU SPECIFICALLY ACKNOWLEDGE AND AGREE THAT MODERNAGE HAS NO LIABILITY TO YOU FOR CONSEQUENTIAL, SPECIAL OR INCIDENTAL DAMAGES. MATERIALS SUBMITTED TO MODERNAGE WHICH YOU BELIEVE HAVE AN AGGREGATE VALUE TO YOU IN EXCESS OF $100 SHOULD BE INSURED BY YOU.

**<u>EXHIBIT V</u>**

SUPPLIES 2005

| | | | |
|---|---|---|---|
| | | 48.49 | |
| 1 7 | KROLL VARIOUS | 119.90 | |
| 1 7 | LD LASER | 9.95 | |
| 1 5 | KROLL | 32.53 | |
| 1 13 | NORTON | 119.30 | |
| 1 12 | INTELFX | 100.79 | |
| 1 20 | Dell RAM | 6.09 | |
| 2 3 | Env. | 66.73 | |
| 2 3 | Lexmark | 33.67 | |
| 2 10 | STATION. | 16.89 | |
| 2 11 | S.FL. | 238.89 | |
| 2 12 | Capito | 41.14 | |
| 2 22 | F DRIVE | 860.86 | |
| 2 21 | STAPLES — COMP | 17.86 | |
| 2 17 | Env. | 12.09 | |
| 3 9 | Env. | 300.00 | |
| 3 27 | P.Lexubar | 101.85 | 2,126.78 |
| 3 23 | HP Pells | .98 | |
| 3 31 | Slot | 56.96 | |
| 4 17 | Synder | 8.52 | |
| 4 12 | Presulavar | | |
| 4 18 | Ronan Com 7 | 320.48 | |
| 5 18 | Typhoon | 61.29 | |
| 4 15 | Tech Team | 1637.35 | |
| 6 1 | Kroll Env. | 21.07 | |
| 5 27 | Howell | 835.05 | |
| 6 20 | Laser Jet | 128.67 | |
| 6 28 | Cul. Conference | 59,500 | 5792.11 |
| 6 29 | V — Mobil / PC-201 | 38.48 | |
| 7 7 | V — Convais | 87.95 | |

29

| | FILM | 2005 | | |
|---|---|---|---|---|
| 3·16 | Dev. | | 22.68 | |
| 4·14 | Dev | | 38.11 | |
| 5·19 | Film | | 49.94 | |
| 6·14 | Film | | 256.43 | 367.19 |
| 7·6 | Dev | | 140.94 | |
| 7·10 | DEC | | 32.50 | |
| 7·13 | Dev. | | 55.03 | |
| 7·27 | Slides | | 19.50 | |
| 7·30 | Prints | | 71.800 | |
| 8·2 | Prints | | 25.87 | |
| 8·2 | Prints | | 5.486 | |
| 8·8 | Bat | | 557.20 | |
| 8·15 | Photo Frame | | 217.83 | |
| 8·23 | ▽- Prints | | 12.05 | |
| 8·28 | ▽- Dev. | | 39.96 | |
| 8·29 | ▽- Dev. | | 38.15 | |
| 9·6 | Prints | | 37.79 | |
| 9·7 | ″ | | 56.29 | |
| 10·11 | ▽- Prints | | 250.30 | 262376 |
| 10·25 | Polaroid | | 120.00 | |
| 10·25 | Proua | | 1209.07 | 5035.63 |
| 11·10 | Focus Camera | | 40.58 | |
| 11·16 | ▽- Prints | | 132.00 | |
| 11·30 | Dev | | 45.99 | |
| 11·30 | Dev | | 65.47 | |
| 12·5 | ✓ | | 51.60 | |
| 12·12 | Water | | 136.39 | |
| 12·19 | Print | | 1+40 | |
| | | | 1730 | 589394 |

**<u>EXHIBIT W</u>**

**Military Food Book**

**Expenses 2006**

Copies of Entries in Ledger

**Military Food Book**

**Expenses 2006**

Expenses not elsewhere listed and documented in attached

$6,267.21

September 14, 2006

Teresa Ramirez
Portugal

$1,000.00

Check #3128

Book Expenses

# THE **REPTON** GROUP, LLC □□□

October 6, 2006

*# 3165*
*$175.00*

Alan J. Kaufman, Esq.
1212 Avenue of the Americas
18th Floor
New York, NY 10036

Dear Alan:

Enclosed is a check for $175.00 as per your e-mail of today.

Kind Regards,

Agostino von Hassell

Enclosures

399 Park Avenue, 26th Floor
New York, N.Y. 10022        Tel: (212) 750-0824
www.thereptongroup.com      Fax: (212) 750-0831

REPTON OFFICES
Washington, D.C. □ New Jersey □ London, U.K. □ Estoril, Portugal □ Sofia, Bulgaria □ Amman, Jordan

Subj:     **RE: Fw: Weight and shipping IMPORTANT**
Date:     10/6/2006 12:27:31 PM Eastern Standard Time
From:     alan@kaufmanpublaw.com
To:       AVonhassel@aol.com

Agostino: The agreement bases your royalty on net cash receipts and the cost of freight is a legitimate deduction in calculating net receipts. Call me if you need to discuss. Best,  Alan. P. S. Please send a check for $175. which is one half hour of my discounted rate of $350. per hour.

Alan J. Kaufman, Esq.
1212 Avenue of the Americas
18th Floor
New York, NY 10036

Telephone: 212 391-2800
Fax: 212 944-6600
E-mail: alan@kaufmanpublaw.com
Website: http://www.kaufmanpublaw.com/

---

**From:** AVonhassel@aol.com [mailto:AVonhassel@aol.com]
**Sent:** Friday, October 06, 2006 11:45 AM
**To:** alan@kaufmanpublaw.com
**Subject:** Re: Fw: Weight and shipping IMPORTANT

I sent the agreement earlier but the contract is attached again

By the way...this book was reviwed this past weekend in THE WALL STREET JOURNAL...copy of the review is attached

---

Agostino von Hassell
The Repton Group LLC
399 Park Avenue
26th Floor
New York, New York 10022

http://www.thereptongroup.com/

Telephone: 212-750-0824
Telephone: 212-318-7700 Extension 56604
Fax: 212-750-0831
CELL: 917-589-8009

Friday, October 06, 2006 America Online: AVonhassel

**Camera Land, Inc.**
The Picture People

575 Lexington Avenue
New York, NY 10022
(212) 753-5128
(212) 753-5385
Fax: (212) 688-3782

CHARGE TO: Visa

SHIP TO:

STREET

STREET

CITY

CITY

| DATE OF ORDER | CUST. PURCHASE ORDER NO. | SALESMAN | SHIP VIA |
|---|---|---|---|

| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | | | |
| 15 | | | |
| 16 | | | |

CONS. AFFAIRS #0902062

179901

RECEIVED BY: _____

CAMERA LAND
575 E. LEXINGTON AVENUE
NEW YORK, NY 10065

TERMINAL ID: 
MERCHANT #: 
VISA
SALE
#XXXXXXXXXXXXX6627
INVOICE: 021000
DATE: NOV 30, 06
TIME: 10:34
SQ: 007
AUTH NO: 035REA

TOTAL  $58.49