SHIP TO:

A GUSTINO Y HASSEL

STREET

CITY

| NO. | SALESMAN | SHIP VIA |
|-----|----------|----------|
|     | 103      |          |

| 11 |  |  |
|----|--|--|
| 12 |  |  |
| 13 |  |  |
| 14 |  |  |
| 15 |  |  |
| 16 |  |  |

THIS IS YOUR INVOICE. NO OTHER INVOICE WILL BE SENT
PLEASE INDICATE INVOICE # WITH PAYMENT
ALL CLAIMS AND ADJUSTMENTS MUST BE MADE WITHIN 10 DAYS OF PURCHASE. STORE CREDIT ONLY.

176908                    CONS. AFFAIRS #0902062

RECEIVED BY: _____

Case 1:07-cv-09372-LAP    Document 16-3    Filed 04/08/2008    Page 2 of 25

CAMERA LAND
575 LEXINGTON AVENUE
NEW YORK, NY 10022

TERMINAL ID:        000286732
MERCHANT #:     1927711658590897

VISA
xxxxxxxxxxxx7832
SALE
BATCH: 000016          INVOICE: 016556
DATE: MAY 23. 06          TIME: 09:08
ID: 006          AUTH NO: 05360B

575 Lexington Avenue
New York, NY 10022
(212) 753-5128
(212) 753-5385
Fax: (212) 688-3782

TOTAL          $110.69

CUSTOMER COPY

SHIP TO:

STREET

CITY

| DATE OF ORDER | CUST. PURCHASE ORDER NO. | SALESMAN | SHIP VIA |
|---|---|---|---|
| 5/23/6 | | | |
| 1 | 1024 | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | | | |
| 15 | | | |
| 16 | | | |

179567

CONS. AFFAIRS #0902062

RECEIVED BY: _____

CAMERA LAND
575 LEXINGTON AVENUE
NEW YORK, NY 10022

TERMINAL ID: 000286732
MERCHANT #: 1327711650598897

VISA
#xxxxxxxxxxxx7832
INVOICE: 084686
TIME: 14:48
AUTH NO: 054208

TOTAL $48.76

CUSTOMER COPY

New York, NY 10...
(212) 753-5128

SHIP TO: Christian Vonwisell

STREET

CITY

| DATE OF ORDER | CUST. PURCHASE ORDER NO. | SALESMAN | SHIP VIA |
|---|---|---|---|
| 12/07/06 | | WOJU | P |

| | | | |
|---|---|---|---|
| 1 | 1 | 49.99 | Slide Scans |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | | | |
| 15 | | | |
| 16 | | | |

190933

CONS. AFFAIRS #0902062

RECEIVED BY: ____________________

September 7, 2006

Faith Zimmermann
Astro Dynamics,
1020 Thomas Drive
Warminster, PA 18974

Dear Ms. Zimmermann:

Enclosed is one check for $211.67 to cover the postage cost difference
between the previoysly mailed check for $2,100.00 and the actual costs as per attached.

Sincerely,

Enclosure

# 3106.00

United States Postal Service
# Postage Statement - Standard Mail

Post Office: Note Mail Arrival Date & Time

| Mailer | | | | |
|---|---|---|---|---|
| Permit Holder's Name and Address and Email Address if Any | Telephone 215-544-1115 | Name and Address of Mailing Agent *(if other than permit holder)* | Telephone | Name and Address of Individual or Organization for Which Mailing is Prepared *(if other than permit holder)* |
| Olley and Associates Stan Olley PO Box 524 Lafayette Hill, PA 19444 | | | | Astro Dynamic 1020 Thomas Dr Warminster, PA 18974 |
| CAPS Cust. Ref No. Dun & Bradstreet No. | | Dun & Bradstreet No. | | Dun & Bradstreet No. |

**Mailing**

| Post Office of Mailing Lafayette Hill | Processing Category [X] Letters  ☐ CMM ☐ Flats ☐ Automation Flats *(DMM 301.3)* ☐ Parcels | Mailing Date Sep 06, 2006 | Federal Agency Cost Code | Statement Seq. No. 155624 | No. and type of Containers 1' Tray: 9 2' Tray: 9 |
|---|---|---|---|---|---|
| Type of Postage [X] Permit Imprint ☐ Precanceled Stamps ☐ Metered | | Weight of a Single Piece 0.0188 pounds | | Total Pieces 10,012 | |
| Permit # 14 | For Mail Enclosed Within Another Class ☐ Bound Printed Matter  ☐ Library Mail  ☐ Media Mail ☐ Periodicals ☐ Parcel Post | If Sacked, Based on ☐ 125 pcs. ☐ 15 lbs. ☐ both | Total Weight 187.725 | Detached Address Labels? *(DMM 602.4)* ☐ Yes  ☐ No |
| For Automation Rate Pieces, Enter Date of Address Matching and Coding *(DMM 708.3.3)* | For Enhanced Carrier Route Rate Pieces, Enter Date of Address Matching and Coding *(DMM 708.3.3)* | For Enhanced Carrier Route Rate Pieces, Enter Date of Carrier Route Sequencing *(DMM 245/345/445.6.10.1)* | | | |

**Postage**

| Parts Completed   *(select all that apply)*   [X]A  [X]B ☐C ☐D ☐E ☐F ☐G ☐H ☐I ☐J ☐K ☐L ☐M ☐S | Total Postage *(Add parts totals)* | $2,311.87 |
|---|---|---|
| Rate at Which Postage Affixed *(Check one)* *(DMM 244,344,444)* ☐ Correct  ☐ Lowest  ☐ Neither | pcs. x $ _____ = Postage Affixed | |
| | Net Postage Due *(Subtract postage affixed from total postage)* | |
| For USPS Use Only: Additional Postage Payment *(State reason)* | | |
| For postage affixed and additional payment to net postage due; for permit imprint and additional payment to total postage. | Total Adjusted Postage Affixed | |
| Postmaster: Report Total Postage in *(Permit imprint only)* AIC 138 | Total Adjusted Postage Permit Imprint | |

**Certification**

The mailer's signature certifies acceptance of liability for and agreement to pay any revenue deficiencies assessed on this mailing, subject to appeal. If an agent signs this form, the agent certifies that he or she is authorized to sign on behalf of the mailer, and that the mailer is bound by the certification and agrees to pay any deficiencies. In addition, agents may be liable for any deficiencies resulting from matters within their responsibility, knowledge, or control. The mailer hereby certifies that all information furnished on this form is accurate, truthful, and complete; that the mail and the supporting documentation comply with all postal standards and that the mailing qualifies for the rates and fees claimed; and that the mailing does not contain any matter prohibited by law or postal regulation. I understand that anyone who furnishes false or misleading information on this form or who omits information requested on this form may be subject to criminal and/or civil penalties, including fines and imprisonment.

Privacy Notice: For information regarding our Privacy Policy visit www.usps.com

| Signature of Mailer or Agent | Printed Name of Mailer or Agent Signing Form Stan Olley | Telephone 215-544-1115 |
|---|---|---|

**USPS Uses Only**

| Weight of a Single Piece pounds | Are postage figures at left adjusted from mailer's entries? If "Yes," reason: | ☐ Yes  ☐ No |
|---|---|---|
| Total Pieces | Total Weight | |
| Total Postage | | Round Stamp *(Required)* |
| Check One ☐ Presort Verification Not Scheduled  ☐ Presort Verification Performed as Scheduled | Date Mailer Notified | Contact | By *(Initials)* |
| I CERTIFY that this mailing has been inspected concerning: (1) eligibility for postage rates claimed; (2) proper preparation (and presort where required); (3) proper completion of postage statement; and (4) payment of fee annual fee. | | |
| Verifying Employee's Signature | Print Verifying Employee's Name | Time ☐ AM ☐ PM |

PS Form 3602-R1, January 2006   (060118)      Facsimile by Bulk Mailer 5 Pro, Satori Software, Inc., (208) 357-2900

## Standard Mail - Letters and Flats

Check box at left if rates are populated in this section.

### [X] Part A
Automation Rates - Letters and Flats - 3.3 oz. (0.2063 lb.) or Less

| Entry | | Rate Category | Rate | | Number of Pieces | | Total |
|---|---|---|---|---|---|---|---|
| NONE | A1 | 5-Digit Letter | .200 | X | | = $ | |
| | A2 | 3-Digit Letter | .214 | X | | = $ | |
| | A3 | AADC Letter | .223 | X | 756 | = $ | 168.5880 |
| | A4 | Mixed AADC Letter | .231 | X | 9159 | = $ | 2115.7290 |
| | A5 | 3/5 Flat | .275 | X | | = $ | |
| | A6 | Basic Flat | .318 | X | | = $ | |
| DBMC | A7 | 5-Digit Letter | .178 | X | | = $ | |
| | A8 | 3-Digit Letter | .192 | X | | = $ | |
| | A9 | AADC Letter | .201 | X | | = $ | |
| | A10 | Mixed AADC Letter | .209 | X | | = $ | |
| | A11 | 3/5 Flat | .253 | X | | = $ | |
| | A12 | Basic Flat | .294 | X | | = $ | |
| DSCF | A13 | 5-Digit Letter | .173 | X | | = $ | |
| | A14 | 3-Digit Letter | .157 | X | | = $ | |
| | A15 | AADC Letter | .196 | X | | = $ | |
| | A16 | 3/5 Flat | .248 | X | | = $ | |
| | A17 | Basic Flat | .289 | X | | = $ | |

**Part A Total**

2284.3170

Check box at left if rates are populated in this section.

### [X] Part B
Presorted Rates - Letters and Flats - 3.3 oz. (0.2063 lb.) or Less

| Entry | | Rate Category | Rate | | Number of Pieces | | Total |
|---|---|---|---|---|---|---|---|
| NONE | B1 | 3/5 Letter | .261 | X | | = $ | |
| | B2 | Basic Letter | .282 | X | 97 | = $ | 27.3540 |
| | B3 | 3/5 Flat | .304 | X | | = $ | |
| | B4 | Basic Flat | .363 | X | | = $ | |
| DBMC | B5 | 3/5 Letter | .239 | X | | = $ | |
| | B6 | Basic Letter | .260 | X | | = $ | |
| | B7 | 3/5 Flat | .282 | X | | = $ | |
| | B8 | Basic Flat | .341 | X | | = $ | |
| DSCF | B9 | 3/5 Letter | .234 | X | | = $ | |
| | B10 | Basic Letter | .255 | X | | = $ | |
| | B11 | 3/5 Flat | .277 | X | | = $ | |
| | B12 | Basic Flat | .338 | X | | = $ | |

**Part B Total**

27.3540

PS Form 3602-R2, January 2006 (051213)

Facsimile by Bulk Mailer 5 Pro, Satori Software, Inc., (206) 357-2900

Case 3:07-cv-04427-AET   Document 16-6   Filed 04/08/2008   Page 7 of 25

# INVOICE

**Trentype, Inc.**

304 STOKES AVE., TRENTON, NJ 08638
(609) 883-2198 • FAX (609) 883-2428

C   1728

TO: **Kulesh Design**

DATE **5/25/06**

ADDRESS: **Sherilyn**

JOB TITLE: **215-489-0581**

P.O. # _____

| LINOTRONIC OUTPUT | Film | Paper | AMOUNT |
|---|---|---|---|

| | | Film | Paper |
|---|---|---|---|
| 8½" x 11" | _____ @ $ _____ | ___ | ___ |
| 11" x 14" | _____ @ $ _____ | ___ | ___ |
| 11" x 17" | _____ @ $ _____ | ___ | ___ |
| 12" x 25" | _____ @ $ _____ | ___ | ___ |

**NEW JERSEY STATE USE—T-1540**

**965-46-058929**
LINE #   **2**
_____ @ $ _____

**965-46-058935**
LINE #   **5**
_____ @ $ _____

**965-46-058935**
LINE #   **6**
_____ @ $ _____

### MATCHPRINT/COLOR KEYS

_____ @ $ _____

### SCANS

| | | B/W | Color |
|---|---|---|---|
| **9** @ $ **40** | | ___ | **X** |
| _____ @ $ _____ | | ___ | ___ |

### POSTERS

| Size | Quantity | Laminate | Mount |
|---|---|---|---|
| ___ | ___ @ ___ | ___ | ___ |
| ___ | ___ @ ___ | ___ | ___ |

**360—**

**# 2984**

| | | |
|---|---|---|
| SUB TOTAL | $ | |
| SALES TAX | $ | |
| **TOTAL** | **$** | **360—** |



**alesco**
DATA GROUP ➤
*Performance Direct Marketing*

4575 Via Royale
Suite 201
Ft. Myers, FL

# Invoice

| Date: | Invoice: |
|-------|----------|
| 8/4/2006 | 16461 |

**Bill To:**

The Repton Group LLC
399 Park Avenue
26th Floor
New York, NY 10022

PAID

| P.O. Number | Terms | Due Date | Rep | Customer Since |
|-------------|-------|----------|-----|----------------|
| | PrePaid | 8/4/2006 | JV | 8/03/2006 |

| Item | Description | Quantity | Rate | Amount |
|------|-------------|----------|------|--------|
| List | Specialty | 10,000 | 0.20 | 2,000.00 |

All lists are individually customized and produced and are therefore not returnable.  Please review the database provided and report any inconsistencies or errors to The Alesco Group, LLC within 24 hours up receipt.  While we represent and believe this information to be accurate, we cannot guarantee the outcome of your mailing.

| **Total:** | $2,000.00 |
|------------|-----------|

| **Balance Due** | $0.00 |
|-----------------|--------|

Page 1

11/30/2006



# BRAGARD UNIFORMS

## INVOICE
### N°  0609070

| Sold to | Ship to |
|---|---|
| CHRISTIAN A. VON HASSELL | CHRISTIAN A. VON HASSELL |
| 2 SUTTON PLACE SOUTH | 2 SUTTON PLACE SOUTH |
| £3H | £3H |
| NEW YORK NY.              10022 | NEW YORK NY.              10022 |
| | TEL : |

| Customer Order **044453 /0001**  Date 11/16/2006 | Customer I.D. | TERMS |
|---|---|---|
| Shipment: Full        RG   UPS : Regular       A | 015263/34  01 | PP  Prepaid  on  11/30/2006 |

| Qty | Description | | | Item No. | Sizes | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|---|
| | INTERNET ORDER £17083/MC | | | | | | |
| | Packing Slip    No : 053375 | | | | | | |
| 1 | MARIE    100% COTTON | RAW/RED | | 3286 8006 000 | Size : Standard | 21.60 | 21.60 |
| 1 | KITCHEN TOWEL | | | | | | |
| 1 | ALFRED    POLY/COTON    JACKET | BLANC | | 6425 0623 044 | Size : US44 | 49.95 | 49.95 |
| 1 | GOUDY BOLD    Military Highlife | | | C | | 13.00 | 13.00 |
| 1 | SELECT STYLE David Durham, M.D. | | | E | | | |
| | SALES PERSON 04 - EXT. 214 | | | | | | |
| | Shipping & handling | | | | | | 7.71 |
| | New-York Sales Tax | | | | | | 1.73 |

| AMOUNT | INVOICE AMOUNT   :   $      93.99 |
|---|---|
| TOTAL       93.99 |  PAID |

BRAGARD INC.
30-00 47th Avenue, L.I.C. NY 11101
Tel 212.982.8031 / Fax 212.353.0318
http://www.BragardUSA.com

Subj:    **Bragard USA Order Confirmation**
Date:    11/15/2006 7:19:12 P.M. Eastern Standard Time
From:    customersupport@bragardusa.com
To:      avonhassel@aol.com

# BRAGARD
### UNIFORMS

CustomerID# 14902

Dear Christian A. Von Hassell ,

Thank You For Your Ordering With BragardUSA! Your Order Number Is 17083, Placed 11/15/2006 At 7:17PM. Please Include Your Order Number In All Inquiries.

If You Would Also Like A Fax Confirmation Of Your Order To Confirm Your Embroidery Options And Eliminate Any Mistakes, Please Make Sure You Update Your Account Information With A Valid Fax Number. Your Order Will Take 24-48 Hours To Process.

If Any Part Of Your Order Is Out Of Stock, You Will Be Informed Via Email And Your Entire Order Will Be Shipped Out When The Item Is In Stock. If You Would Like To Have Your Order Partially Shipped, Please Contact Customer Service At 800.488.2433. You will be responsible for any additionally incurred shipping costs.

Please Take A Moment To Review The Product(S) That You've Purchased. This Helps Other Customers Decide Whether Or Not The Product Is Right For Them, And Helps Us Improve Our Online Store.

You will receive a 10% coupon off of your next purchase on anything in the store!*

Just Go To The Product Page You Would Like To Review And Click On The Link After " Share Your Knowledge Of This Product With Other Customers"

**Bill To:**

Christian A. Von Hassell
2 Sutton Place South
3 H
New York, NY 10022
United States
212-832-2818
Avonhassel@Aol.Com

**Ship To:**

Christian A. Von Hassell
2 Sutton Place South
3 H
New York, NY 10022
United States
212-832-2818

**Payment Info:**

Credit Card: MasterCard
Christian A. Von Hassell
*************2424
Exp:

**Shipping Method:**

UPS Ground

**Order Details:**

| Code | Item | Qty | Price | Total |
|---|---|---|---|---|
| 3286-8006 | Marie kitchen towels | 1 | $21.60 | $21.60 |
| 6425-0623 | Alfred Chef Jacket<br>**[Size:**size 44]<br>**[Text for line 1 (Add $10.00)**:Military Highlife]<br>[Choose a font for line 1:Goudy Bold]<br>[Choose a color for line 1:Green]<br>**[Text for line 2 (Add $3.00)**:David Durham, M.D.]<br>[Choose a font for line 2:Select Script]<br>[Choose a color for line 2:Red] | 1 | $57.96 | $57.96 |

Sub Total: $79.56
State Sales Tax: $3.49
County Tax: $3.82
Shipping: $7.71
Grand Total: $94.58

Thank You For Being A Valued Customer Of Bragard USA! We Appreciate Your Business And Look Forward To Serving You For Years To Come. If You Have Any Questions Regarding Your Order, Please Call Our Customer Service Center At 800.488.2433

Visit Us Again At Http://Www.Bragardusa.Com/ For All Your Apparel Needs!

**Returns:**

**Important! Returns Without An R.A. Number Will Be Refused!**

We Will Accept Returns Of Samples, Incorrectly Shipped Merchandise And Defective Merchandise. To Request A Return And Obtain An R.A. Number, Please Call Us At (800) 488-2433 Terms And Conditions For Returns:

* Requests To Return Goods Must Be Made Within 30 Days Of Receipt Of Merchandise.

* The R.A. Number Must Be Clearly Marked On The Outside Of The Box.

* Items Must Be In Their Original Packaging. This Includes Plastic Bags And Shoe Boxes.

Wednesday, November 15, 2006 America Online: AVonhassel

* Items Returned Due To Customer Error Will Be Assessed A 10% Restocking Fee.

* For Exchanges And Returns, The Reason For Return Must Be Specified.

* With The Exception Of Defective Or Incorrectly Shipped Merchandise, Customers Are Responsible For Shipping Costs On Exchanges Or Returned Goods. Shipping Costs On The Original Order Will Not Be Credited For Exchanges Or Returns.

* Product Must Be In Its Original Condition. (I.E. Must Not Have Been Worn, Laundered, Stained, Etc.) Embroidered Items Cannot Be Returned

* Custom Made Items Cannot Be Returned.

*The Product Review Coupon Is Only Valid Once Per Customer And Cannot Be Combined With Any Other Offers. The Coupon Is Valid For One Year From Date Of Issuance.

# Invoice

**Southwest Freight, Inc.**
12301 Old Gentilly Road • New Orleans, LA 70129
(504) 241-0903 • FAX (504) 246-0190

**Bill Ref**

Bill To:

**TO:**

**FAX # :**

| Pre-Note Date | 10/12/2006 | IT Number | | SFI File Ref | N1981 |
| Inbound Ctnr/Trailer # | TTNU5527939 | | Vessel Name | OOCL LONG BEACH | Voyage # | 47601 |
| Master B | NYKS49914470/4 | | House BL | HKGLGB000848 | | |
| SS/NVOCC | SPEEDMARK TRANSPORTATION | | Shipping Warehouse | STG | | |
| Broker Name | | | Consignee | LOGISTICS WORLDWIDE LTD | | |

| Pieces | Hazardou | MSDS | Commodity | | Weight |
| 239 | | | CTNS PRINTED BOOKS & JACKETS | | 8111 |

| # SFI Pallets | 0 | Mark | ISBN/I-931948-60-7 MILITARY HIGH LIFE | | Paid | 10/23/2006 |
| Date Arrived | 10/18/2006 | Rate Per Day | $20.28 | # of Days | 0 | Last Free Day | 0 |

Notes: RECEIVED $122.00 FOR HANDLING FEE 10/23/06 CR

| | |
|---|---|
| Misc Charges | $0.00 |
| Handling Amount | $121.67 |
| Pallet Charge | $0.00 |
| Storage Charge | $0.00 |
| Total Due | $121.67 |

**For cargo tracing visit our website at www.southwestfreight.com.**

**<u>EXHIBIT X</u>**

**Military Food Book**

**Expenses 2007**

Mailing list for a mailing in Europe
Costs related to a book lecture in Boston

## Detailed Listing of Expenses for 2007

| | | |
|---|---|---|
| 5-Sep-07 | Mailing List for promotion of MHL in Europe | $2,300.00 |
| 15-Mar-07 | Hotel in Boston for MHL book presentation and talk | $336.20 |
| 12-Mar-07 | Delta Shuttle for Boston promotional talk | $520.99 |
| 13-Mar-07 | Taxis to LGA and in Boston | $98.00 |
| | | **$3,255.19** |


**US DATA**
**CORPORATION**

# Order Confirmation

| Date | OC# |
|---|---|
| 3/31/2007 | 199375 |

US Data Corporation, Inc.
9300 Underwood Ave
Suite 270
Omaha, NE 68114

Local: 402-758-0299
Toll-Free: 888-578-3282
Fax: 402-302-0623

**Name / Address**

The Repton Group
Attn: Lisa Pellegrino
399 Park Ave. 26th Floor
New York, NY 10022

**Ship To**

The Repton Group
Attn: Lisa Pellegrino
399 Park Ave. 26th Floor
New York, NY 10022

**COMMENTS OR SPECIAL INSTRUCTIONS:**
Make all checks payable to US Data Corporation.
If you have any questions about this Order Confirmation, contact US Data Corporation at 888-578-3282.

| Terms | Rep | Shipped Via |
|---|---|---|
| BBT | BBT | e-mail |

| Quantity | Description | Unit Price | Total |
|---|---|---|---|
| 5,000 | Specialty Data: International Magazine Subscribers | 0.49 | 2,450.00 |
| | Target: History Today and The Cooking Shop magazine subscribers | | |
| | Geography: England (qth 2,500), Italy (qth 1,250), Portugal (qth 1,250) | | |
| | Output: Name and full mailing address | | |
| | Format: Excel | | |
| | Shipping: e-mail lpellegrino@thereptongroup.com | | |
| | Labor Day Discount -$150.00 | -150.00 | -150.00 |

Signature: _Lisa Pellegrino_   Date: 8/21/07

| **Total** | **$2,300.00** |

By signing above, you agree to the criteria stated in this Order Confirmation (Page 1 of 2) and the attached Terms and Conditions (Page 2 of 2). US Data Corporation (USDC) guarantees its data will meet or exceed generally accepted industry standards. USDC will make every effort to ensure the delivered list meets client's specifications on all orders. All campaign materials provided any client for list acquisition become the property of USDC. Client understands that there are separate Federal and State Do Not Call (DNC) lists and suppression against the Federal and State DNC lists is an optional service that USDC will perform for the Client at no additional charge when said DNC files are supplied by the Customer in advance of order processing. USDC can accept or imply no liability or responsibility related to the suppression of files against DNC list provided by the Client unless the Client contains inaccuracies, is incomplete, or is obsolete, that USDC has completely fulfilled its obligation to the Client and offers no indemnification or protection of any kind in this regard. Orders cancelled within 72 hours of scheduled delivery are subject to a 50% cancellation fee. USDC guarantees 95% address deliverability and 97% phone connectivity. Guarantees are valid within 30 days from delivery date.

Thank you for your business!

Case 1:07-cv-03175-LAK    Document 1616    Filed 04/08/2008    Page 18 of 25



# ONYX HOTEL

VONHASSELL, CHRISTIAN A

**Room Number:** 811
**Daily Rate:** 242.00
**Room Type:** KGDX
**No. of Guests:** 1 / 0

| ARRIVAL | DEPARTURE | CREDIT CARD | RATE PLAN | CATEGORY | ACCOUNT |
|---------|-----------|-------------|-----------|----------|---------|
| | | | ABC | ICNS | 91240154529 |
| 03/14/07 | 03/15/07 | XXXXXXXXXXXX8000 | REFERENCE | | AMOUNT |

| DATE | ROOM NO. | DESCRIPTION | REFERENCE | AMOUNT |
|------|----------|-------------|-----------|--------|
| | | | | $46.91 |
| 03/14/07 | 811 | ROOM SERVICE | 811/3016/20:43/ROOM SERVICE | $1.62 |
| 03/14/07 | 811 | LOCAL CALL | 811/21:10/1/6177421600 | $1.62 |
| 03/14/07 | 811 | LOCAL CALL | 811/21:12/3/4619396 | $13.92 |
| 03/14/07 | 811 | LONG DISTANCE | 811/21:38/2/2013707174 | $242.00 |
| 03/14/07 | 811 | ROOM CHARGE | #811 VONHASSELL, CHRISTIAN A | $13.79 |
| 03/14/07 | 811 | TAX - ROOM - STATE | TAX - ROOM - STATE | $9.68 |
| 03/14/07 | 811 | TAX - ROOM - LOCAL | TAX - ROOM - LOCAL | $6.66 |
| 03/14/07 | 811 | TAX - ROOM - CITY | TAX - ROOM - CITY | ($336.20) |
| 03/15/07 | 811 | AMERICAN EXPRESS | AMERICAN EXPRESS | |

**TOTAL DUE:** $0.00

KIMPTON every hotel tells a story





# NATIONS
# TOURS INC.
### A TZELL TRAVEL AFFILIATE

**119 WEST 40TH STREET • NEW YORK, N.Y. 10018**
**PHONE: (212) 840-5200 • FAX: (212) 840-5216 • 800-733-7430**

SALES PERSON: B6          ITINERARY/INVOICE NO. 0112068          DATE: 28 FEB 0'
CUSTOMER NBR: 1261007937                          JSYGRE

For any change in your travel plans and hours, call:

**1-800-639-7934**
• Toll Free • 24 Hrs. a Day • 7 Days a Week
refer to V.I.T. CODE SX840

TO: MR CHRISTIAN VONHASSELL
    2 SUTTON PLACE SOUTH-APT 3H
    NEW YORK,NY 10022

**INVOICE: PAYMENT UPON RECEIPT**

FOR: VONHASSELL/CHRISTIAN A

THIS INVOICE REPRESENTS AN IMMEDIATE TRANSFER OF FUNDS FROM
OUR AGENCY TO THE PARTICIPATING CARRIERS UPON ISSUANCE OF TICKET

14 MAY 07  -  MONDAY

                                        SUB TOTAL                        520.99
                                        NET CC BILLING                   520.99*

                                        TOTAL AMOUNT DUE                   0.00
HU*

MEMBER

ASTA
American Society

# NATIONS
# TOURS INC.
A TZELL TRAVEL AFFILIATE

119 WEST 40TH STREET • NEW YORK, N.Y. 10018
PHONE: (212) 840-5200 • FAX: (212) 840-5216 • 800-733-7430

SALES PERSON: B6
CUSTOMER NBR: 1261007937

ITINERARY/INVOICE NO. 0112068
JSYGRE

DATE: 28 FEB 07
PAGE: 01

For any change in your travel plans after hours, call:

**1-800-639-7934**
• Toll Free • 24 Hrs. a Day • 7 Days a Week
refer to V.I.T. CODE SX840

TO: MR CHRISTIAN VONHASSELL
    2 SUTTON PLACE SOUTH-APT 3H
    NEW YORK,NY 10022

INVOICE: PAYMENT UPON RECEIPT

FOR: VONHASSELL/CHRISTIAN A

THIS INVOICE REPRESENTS AN IMMEDIATE TRANSFER OF FUNDS FROM
OUR AGENCY TO THE PARTICIPATING CARRIERS UPON ISSUANCE OF TICKETS

14 MAR 07  -  WEDNESDAY
    AIR     DELTA AIR LINES INC  FLT:1930    COACH           SNACK
            LV NEW YORK LGA                  930P            EQP: MD-80
            DEPART: MARINE AIR TERMINAL                      01HR 17MIN
            AR BOSTON                        647P            NON-STOP
            ARRIVE: TERMINAL A                               REF: CD5926
            VONHASSELL/CHRI
    HOTEL BOSTON                             DL-2074522893
            KIMPTON HOTELS                   OUT-15MAR
            THE ONYX HOTEL                   1 NIGHT
            155 PORTLAND STREET              1 ROOM    KING DELUXE ROOM WITH ONE
            BOSTON MA 02114                  INCLUDES WIRELESS INTERNET ACC
            FONE 617-557-9955                RATE-242.00USD PER NIGHT
            FAX  617-557-0005                CANCEL 24 HOURS PRIOR TO ARRIVAL
            GUARANTEED LATE ARRIVAL
            CONFIRMATION 1090739540
            RQST NONSMOKING ROOM

15 MAR 07  -  THURSDAY
    AIR     DELTA AIR LINES INC  FLT:1929    COACH           SNACK
            LV BOSTON                        930P            EQP: MD-80
            DEPART: TERMINAL A                               01HR 12MIN
            AR NEW YORK LGA                  642P            NON-STOP
            ARRIVE: MARINE AIR TERMINAL                      REF: CD5926
            VONHASSELL/CHRI                  DL-2074522893

14 MAY 07  -  MONDAY
    OTHER INFORMATION
            THANK YOU FOR TRAVELING WITH US
MCO         DL1963020117
                                            BILLED TO AXXXXXXXXXXXX8000
MCO         XD1963020118                                                   20.00*

                                            BILLED TO AXXXXXXXXXXXX8000
AIR TICKET  DL7020687694                                                   85.00*
                                            VONHASSELL CHRISTIAN
                                            BILLED TO AXXXXXXXXXXXX8000
                                                                          415.99*

MEMBER
ASTA

CONTINUED ON PAGE 2

PAGE  04                    THE REPTON GROUP NYC              12127500031    10:02  03/27/2008

**<u>EXHIBIT Y</u>**

Donald E. Watnick (DW 6019)
LAW OFFICES OF DONALD WATNICK
292 Madison Avenue, 17th Floor
New York, New York 10017
(212) 213-6886
*Attorneys for Plaintiff*
*Christian Augustin von Hassell*
*a/k/a Agostino von Hassell*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
CHRISTIAN AUGUSTIN VON HASSELL a/k/a    :
AGOSTINO VON HASSELL,                                  :          07 Civ. 3477 (LAK)
                                                                         :
                                          Plaintiff,                 :
                  - against -                                      :
                                                                         :
                                                                         :
ALAIN SAINT-SAËNS and UNIVERSITY     :
PRESS OF THE SOUTH, INC.,                         :
                                                                         :
                                          Defendants.            :
                                                                         :
-------------------------------------------------------------- X


**EXHIBIT Y**


**A COPY OF MILITARY HIGH LIFE (TO BE FILED IN ORIGINAL FORM WITH THE
COURT AND PROVIDED AS A COURTES Y COPY TO MAGISTRATE JUDGE
MAAS)**

## CERTIFICATE OF SERVICE

DONALD E. WATNICK, being duly sworn, deposes and says:

1.     I am not a party to this action, am over 18 years of age and am admitted to the Bar of this Court.

2.     On the 1st day of April, 2008, I caused to be served a copy of Plaintiff Christian Augustin von Hassell a/k/a Agostino von Hassell's Affidavit, Declaration of Donald E. Watnick, Affidavit of Alexander Hoyt, and Inquest Memorandum of Law in Support of Plaintiff's Application for Damages person by first-class mail, postage pre-paid upon both defendants to the following addresses:

> Alain Saint-Saens
> 5500 Prytania Street, PMB 421
> New Orleans, LA 70115
>
> University Press of the South, Inc.
> 5500 Prytania Street, PMB 421
> New Orleans, LA 70115

Dated:  April 1, 2008

Donald E. Watnick (DW-6019)

1

Index No.  07 Civ. 3477 (LAK)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

CHRISTIAN AUGUSTIN VON HASSELL a/k/a
AGOSTINO VON HASSELL,

Plaintiff,

\-   against –

ALAIN SAINT-SAENS and UNIVERSITY PRESS OF THE SOUTH, INC.,

Defendants.

_____

AFFIDAVIT OF CHRISTIAN AUGUSTIN VON HASSELL
a/k/a AGOSTINO VON HASSELL

_____

**LAW OFFICES OF DONALD WATNICK**
*Attorney for Plaintiff*
**292 MADISON AVENUE**
**NEW YORK, NEW YORK  10017**
**Office:  (212) 213-6886**