asparagus when in season. I also love pappardelle pasta with mushrooms

**Chef James:** Do you think you will write any future books or articles about food history?

**Agostino von Hassell:** I am working with my team on a new book right now with the tentative name 'Typhoon'. This book tells how the voyages of discovery and the clash of civilizations created new foods and flavor. One example is Japanese tempura – an import from Portugal.

**Chef James:** Finally, is there anything you can tell us about yourself, or your career that would be interesting or helpful to others aspiring to write about various aspects of food history?

**Agostino von Hassell:** Try everything; taste a lot; pull lots of corks to try different wines; and experiment

Agostino Von Hassell And Herm Dillon's book, **Military High Life**, has been highly praised by Chef John Besh, a former Marine, owner of prestigious August Restaurant in New Orleans, Lousiana (USA), and Winner of the 2006 James Beard Foundation Best Chef Southeast Award:

"*As a food history buff, I am excited to see a book that connects our fine dining of today with that of the cuisine of the leaders of the Roman Legions... Military High Life was an interesting read for me as a former squad leader, mortar man, and forward observer, who now cooks elegant dishes steeped in military tradition. Enjoy this great work!*"

Agostino von Hassell is preparing a book with Chef John Besh on Louisiana cooking Cultures and Recipes. He is working a food history/anthropology book, **Typhoon**, on the impact of the fall of Constantinople to the Turks (1453) on food, culture, and life in Early Modern Europe until current times and the impact of the voyages of the discoveries on

culinary arts. He is a Chevalier of La Confrérie des Chevaliers du Tastevin, and a Member of the Washington, DC, Chapter. An international trade consultant and freelance photojournalist who makes his home in New York and Virginia, Agostino von Hassell has published two illustrated books on the United States Marine Corps, one book on West Point and will release later this year a book on the OSS and Abwehr in World War II. He is a life member of the US Marine Corps Combat Correspondents Association.

**When we fought terrorism and won—page 54**

# MILITARY HISTORY



**The Trojan War**
What Horse?

**Military Cuisine**
invented on
the battlefield

**PLUS**
Iroquois battle
tactics, Springfield
rifles, U-Boats off
Cape Cod

# Flags
## of
# Our Wars

How we slowly
fell in love with
the stars and stripes

**Havana Harbor 1898:
45 stars and 13 stripes
wave over the sunken
battleship USS *Maine***

0 70989 30296 9    03

# Beyond Hardtack

## The Curious Lore of Military Food

BY AGOSTINO VON HASSELL, HERM DILLON
AND LESLIE JEAN-BART







◄ "The Sword of Autumn"—Imperial China: Based on records from the writings of Kao Tzu, a philosopher from the Warring States era (a time of intense civil war from 453 to 221 BC). Savory grilled fish known as "sword of autumn" are served on a bed of rice. Spiced with wild chives and a dark soy sauce, it is an exceptionally simple yet elegant dish. Grilling the fish and serving it with rice was well within the capabilities of field kitchens along China's long coastline.



SOS (ground beef on toast) affectionately known as "Shit on a Shingle" served up to American GIs. Creamed chipped beef was a standard military breakfast fare in many variations. SOS began appearing on civilian tables following World War II.

ALL PHOTOS BY LESLIE JEAN BART EXCEPT WHERE OTHERWISE NOTED

When we think of military food today, the first things that come to most American minds are C-Rations, or K-Rations or even hardtack. Or we think of MREs (meals, ready-to-eat), the fuel that powers our modern military in the field. What eludes many of us is that a great deal of fancy food has emerged from military leaders and organizations, sometimes by necessity, other times by accident, but most often in a concerted and purposeful desire to develop fine cuisine.

The almost paramount disdain for good field rations in the U.S. military is hard to explain. Maybe the desire for elegant food is viewed as "not manly," as one U.S. Marine Corps general said. Or, as is the case with the overall culinary culture of the United States, elegant food came very late to our tables. The puritanical traditions and pioneering spirit form most of America's food traditions—meals should be plentiful and solid. Elegance in preparation and a selection of delicate ingredients are seen as frivolous.

This practice differs markedly from the military services of Europe, Japan, China, India and, of course, ancient Rome and Greece, old Egypt and much of the Arab world. For thousands of years, service in the military—particularly in the officer corps—was the duty and privilege of the upper classes, the rulers, the kings and the princes. Good performance in battle was essential to advancing in society. Thus elegant food made it to the field of battle and, in turn, influenced the home.

Europe's field armies to this day retain much of the traditions and glory of good food, albeit in somewhat diminished levels, a reflection of the global transition to a mass society that discourages individualism. Yet the tradition of fine food remains alive in many military cultures. Agostino von Hassell, co-author of *Military High Life: Elegant Food Histories and Recipes*, described his gustatory experience in Beirut in 1982-1983, as superlative: "Unforgettable to me were numerous lunches and dinners with the San Marco Battalion. The Italian marines occupied the sector just north of the U.S. Marine positions. Superb food was the rule of the day for the Italians while most U.S. marines were limited to the contents of olive-



▶ Medium-rare lamb served with green beans, mint jelly and dark beer—British officers' mess: Officers were required to contribute to a "common regimental table," appointed with quality silver, linens, claret and "other requisites of luxury." Alongside traditional fare are samples of trench art manufactured out of ammunition by soldiers, including a knife, fork, fish knife marked "Mame," shell casing used as a cigarette holder, flask and small ashtray with the regimental logo of the Welsh Guards.

▶ Rations for a typical soldier—Imperial Rome: Almonds, olives and a dish prepared with faro (wheat), olive oil, bacon, onion and fresh thyme are served with red wine in a clay tumbler. In permanent camps Roman soldiers supplemented their diet with a variety of foods, including bacon, porridge and even hardtack. Sour wine, called *posca*, was vinegar diluted with water, which could be quite refreshing. Another popular food was cheese—easy to carry and store, and offering valuable protein. The demand for cheese was so great that under the rule of Augustus the Roman Legion supply corps was required to promote the development of indigenous cheeses.

# SOS

SOS is a standard military breakfast item with every mess hall, every ship, every unit having different recipes. The basics are the same—sauteed ground beef on toast. Far from basic, SOS increasingly is featured on the breakfast menus of the finest hotels around the United States.

**Ingredients**
1 pound ground beef
1/4 cup flour
2 cups milk
3–4 drops Tabasco
salt and pepper to taste
white bread, toasted

**Instructions**
1. Brown and chop ground beef. Remove ground beef with slotted spoon and drain on a paper towel.
2. Sprinkle flour into the fat remaining in the pan to make a roux.
3. Cook for a few minutes over low heat.
4. Add milk a little at a time while stirring.
5. Add Tabasco.
6. Cook until thick and bubbling.
7. Add ground beef, and salt and pepper to taste.
8. Serve over toasted white bread "shingles."





drab cans and early versions of Meals, Ready-to-Eat."

Along with decent-quality table wine, the Italians served up freshly cooked meals consisting of pasta dishes that varied every day—fresh fish, grilled meats and a host of well-prepared vegetables. The Italians had managed to transport the very best of Italy's cuisine to the field and pulled it off with style under combat conditions.

"Similar experience could be had in the headquarters of the French Foreign Legion, occupying the sector adjoining the Italians," von Hassell wrote. Their headquarters was the old 19th-century clubhouse of the Beirut race course, then located just next to the famous 'Green Line,' the center of daily shootings and skirmishes.

"I recall one day when lunch was served by Legionnaires, dressed in white, well-starched jackets and camouflage trousers with submachine guns over their shoulders," he said. "The multi-course lunch consisted of a delicate Vichyssoise followed by herbed grilled chicken, a cheese course, and chocolate mousse. Wine from the Legion's vineyards was served in real glass, and elegant solid sterling covered the white tablecloths. My host, however, profusely apologized about the quality of the table service, saying that the good crystal and better silver had been put away. Why had it been put away? The Syrians—we guess—were happily shelling the top floors of the clubhouse, creating both noise and dust. But lunch had to go on."

Presented here are dishes ranging from relatively simple foods to some of the fanciest military cuisines of the world. The authors had to rely on their own combat experience and exposure to foreign military forces and the availability of limited historical research. **MH**

*From Military High Life: Elegant Food Histories and Recipes, by Agostino von Hassell, Herm Dillon and Leslie Jean-Bart, published by University Press of the South, November 2006.*



◅ **Chicken Marengo—France:** One of Napoleon Bonaparte's favorite dishes, this was created at the Battle of Marengo in 1800 by the "Little General's" personal chef, Dunard, using the meager supplies he could find: a small chicken cut up with a sword, some eggs, stale bread, crawfish, garlic and brandy.

▷ **Beef Wellington—British army:** Served against a backdrop of artifacts used by the Life Guards, the British Crown's most famous household regiment, an individual beef Wellington is accompanied by reddish, almost translucent sauce, greens for garnish and tiny red potatoes. The Wellington's crust is decorated with a simplified version of the regimental badge. The mess cap on the table belonged to Field Marshal Horatio Kitchener.



△ Sauerkraut with smoked sausages and capers—Prussian army: Along with buttered bread, a traditional sauerkraut dish is served in a standard-issue World War I canteen atop a *Kriegskarte* (war map) of the Middle East. Alongside are a Mauser Model 1898 bolt-action infantry rifle and a standard-issue bayonet.



◁ Breakfast of champions—U.S. Navy: Alongside plenty of coffee (black, of course), breakfast fare in the wardroom of USS *Nassau*, a capital ship that is home to some 1,900 U.S. Marines, is typically simple and nourishing, and often supplemented by treats from home, such as a favorite cold cereal. Wardrooms function as unofficial social clubs, where gossip is exchanged, games are played and "mid rats" are issued (peanut butter and jelly sandwiches and ice cream are among the most popular snacks these days).



�andsetminus; Olive oil—Portuguese military: Standing in a warehouse capable of storing 2 million liters of olive oil, a Portuguese private displays a bottle of the oil produced and bottled by Portuguese Military Logistics. Two different types, 90 percent extra virgin and 10 percent virgin, are distributed to military facilities throughout Portugal.

The book also has some excellent illustrations from *The Book of Household Management* and contemporary photographs, including one of Isabella that hangs in the National Portrait Gallery in London. I found *The Short Times and Long Life of Mrs Beeton* a fascinating book. It drew me along page by page; I wanted to know what happened to Isabella and Sam and what happened to Samuel his publishing business after Isabella's death. All in all, this is a very enjoyable, extremely competently researched, and well-crafted book.

—Peter Atkinson, London

*Food Is Love: Advertising and Gender Roles in Modern America*
Katherine J. Parkin
Philadelphia: University of Pennsylvania Press, 2006
296 pp. Illustrations. $24.95 (cloth)

The advertising industry has long been recognized by cultural commentators as a source of rigid ideals regarding gender roles, gendered bodies, motherhood, and family. Naomi Wolf's now-classic analysis of advertising as a source of gender oppression (*The Beauty Myth: How Images of Beauty Are Used Against Women*) was a turning point in contemporary discourse on the link between advertising's portrayal of gender norms and women's angst as they attempt to live up to them. Katherine J. Parkin's *Food Is Love: Advertising and Gender Roles in Modern America* contributes to this scholarship by examining how gender roles were portrayed and reified in food advertisements over the course of the twentieth century.

Parkin utilizes several sources of data. She examines "well over 3000 ads in 150 issues of the [*Ladies Home*] *Journal*" (p. 7) from 1902 to 1998, as well as advertisements from *Good Housekeeping*, *Life*, and many other magazines. Beyond this extensive content analysis, Parkin also reaps insider information from trade journals and the archives of several organizations that have conducted decades of research for the advertising industry on patterns in consumer food purchasing.

*Food Is Love* contains six substantive chapters, each dealing with a different dimension of how advertisements portray and perpetuate particular gender roles in American society: 1) Advertisers and their Paradigm: Women as Consumers; 2) Love, Fear, and Freedom: Selling Traditional Gender Roles; 3) Women's Power to Make Us: Cooking Up a Family's Identity; 4) Authority and Entitlement: Men in Food Advertising; 5) Health,

Beauty and Sexuality: A Woman's Responsibility; and 6) A Mother's Love: Children and Food Advertising.

One of Parkin's key contributions is her emphasis on the finding that over the past century advertisers consistently ignored data generated by their own industry. This data indicated, for example, that African Americans purchase more food than their white counterparts, that men increasingly purchase a high percentage of the household food, and that women are increasingly frustrated by the images of women in food advertisements. One might assume that the food industry would develop advertisements in response to this market research, but according to Parkin, this data is dismissed by the industry, which instead continues to produce advertisements that disregard African Americans, Hispanics, and men. To make her point, Parkin reviews at length advertisements that, for much of the twentieth century, relied heavily on images of incompetent males and food-ready females. She then examines twenty years of research findings demonstrating that men do indeed purchase food in significant numbers. In this key section of the book, Parkin makes an important contribution to our understanding of the social construction of masculine identities. Far from being an anecdotal commentary on advertisements as a means of afflicting female consumers with guilt and anxiety, Parkin's book offers empirical evidence to support her claim that the advertising industry directly ignored its own research in favor of upholding a set of idealized gender roles in its campaigns.

Lest one think that Parkin's work is dull and academic, be assured that it is not. She successfully couples solid scholarly analysis with advertising examples that are often amusing, sometimes bizarre, and always effective in elucidating her points. The book's single flaw is her occasional sarcastic commentary. Nevertheless, Parkin's exhaustive research will convince even the most skeptical reader, who might possibly enjoy a sarcastic comment or two.

—Christine Sonea Sheikh, University of Denver

*Military High Life: Elegant Food Histories and Recipes*
Agostino von Hassel, Herm Dillon, Leslie Jean-Bart
New Orleans: University Press of the South, 2006
162 pp. Illustrations. $34.95 (cloth)

Union Private Wilbur Fisk noted of soldier-cooks in 1862, "I fancy our tidy New England housekeepers...would smile to see what splendid novices we are in the culinary art. But any young lady so foolish as to contemplate matrimony

continued →

09/23/2005  17:59  9175917633  CULTURAL COMMUNICATIO  PAGE  02
Case 1:07-cv-03477-LAK     Document 20-2     Filed 04/11/2008     Page 13 of 50

To: Agostino von Hassel  page 2 of 2

with such rugged specimens... if she be an indifferent cook, need not be unduly elated at this account... for these same boys, who out-Graham Sylvester Graham himself, in his most radical ideas of simplicity in diet, would seem to accept such food if served to them by their dearest beloved, of whom they will imagine angelic things."[1] *Military High Life: Elegant Food Histories and Recipes* takes a different view of military food, attempting to address more ornate meals and support the authors' (uncited) adoption of anthropologist Sydney Mintz's claim that "War is probably the single most powerful instrument in dietary change in human experience."

*Military High Life* is a visually striking book with over 130 color illustrations and photographs, ranging from military and other artifacts to period artwork and gorgeously styled photos of dishes described in the text. The chapters attempt to discuss military foodways of different countries and eras and military-related culinary innovation or cultural transfers, with some emphasis (as the title infers) on the fancier foods eaten by the armed forces' upper crust. The study begins with a discussion of Ancient Egypt and Greece and moves on to Rome, the Ottoman Empire, Japan and China, the Napoleonic era, Portugal, and the United States. Four other chapters delve into "The Mess" (in this case for officers), naval food, beverages, and food anecdotes. Augmenting the book are over seventy recipes, from the faki soup possibly served to Greek hoplite armies to General Pickett's shad, based on the meal that lost the 1865 Battle of Five Forks.

While this conglomeration is impressive and far ranging, I am, on the whole, disappointed. The authors' net has been too widely cast to allow sufficient support for any central theme. They begin by stating that their book "will take you on a culinary journey through the fancy military cuisines of the world" (p.13), but instead they repeatedly discuss common soldiers' meals and rough campaign foods. Some claims and statements are in error or insufficiently supported, and a number of recipes and parts of the narrative, such as the sections on China and Portugal, seem to have little or no association with military or military-influenced foods. The text often seems to play second fiddle to the illustrations, rather than having the latter support a coherent, cohesive, and well-researched account.

The bulk of the narrative has an air of anecdote and contains a number of accounts printed as fact, which from my own research I know to be incorrect. To name several, it was Englishman Peter Durand who first patented metal cans for preserving foods in 1810, not Thomas Kensett, who received the 1825 American patent. The story of Sam Wilson cited as fact on page 137 is only one of several

unproven tales concerning the origin of Uncle Sam. And Continental troops at Valley Forge are not known to have been served pepper pot soup (p.152). Even the generally accepted quote attributed to Napoleon regarding an army marching on its stomach (pp.13, 49) cannot be verified as fact; the actual source was likely Frederick the Great, who wrote, "Understand that the foundation of an army is the belly."[2] Other failings include contradictions. At one point the authors claim that Roman soldiers' diet included hard-tack (p.23), but they later state that hardtack "first appeared in thirteenth century Spain" (p.112). They repeatedly include hearsay tales (see General Tso's Chicken, pp.41-42) and offer unsupported references to dishes supposedly named after or invented by military leaders. For instance, "Nelson's Soup for the Sick and Hurt" is said to have been "likely concocted under the command of Admiral Nelson" (p.88,), but the dish is merely another recipe for the portable soup commonly used in the eighteenth century for soldiers, travelers, and the sick.

The text suffers from hasty editing and cursory research. Perhaps the authors set their standards too low from the start. At the end of the introductory chapter they note: "This book...is far from complete, as we had to rely on our own combat experience and exposure to foreign military forces and the availability of limited historical research" (p.13). An admission like that, in light of the visual opulence of the book and the obvious time and expense invested in it, is inexcusable; it shortchanges the authors as well as the book's readers. I only wish that the same care and attention to detail in the pictorial material had been bestowed on the narrative.

While *Military High Life* did provide me with a few insights, in the end it serves only as light fare, perhaps meriting a place on the food or military history aficionado's bookshelf as an entertaining overview but not as a source for solid information on armed forces' foodways or the military role in world cuisine.

—John Rees, contributor, *Food History News*

NOTES

1. Cited in Emil and Ruth Rosenblatt, eds., *Hard Marching Every Day: The Civil War Letters of Private Wilbur Fisk 1861-1865* (Lawrence: University of Kansas Press, 1992), 30-31.

2. "The Instruction of Frederick the Great for His Generals," written by Frederick in 1747 at the age of thirty-five, while he was still a prince. The work first appeared in English in 1762 under the title "Military Instructions by the King of Prussia." See Brig. Gen. Thomas R. Phillips, ed., *Roots of Strategy* (Harrisburg, PA: Stackpole Books, 1985), 135.

# Military dining does go beyond rations

PEORIA JOURNAL STAR, INC.

Wednesday, May 2, 2007

Join the military: Eat well.

Unfortunately, that isn't a slogan that many have heard over the years. Military food has long had the reputation as edible - at best. Rations are often meant for sustenance, not gourmet treats.

However, throughout history - as far back as ancient civilization - military celebrations have been another story. Often lavish, and always tasty, spreads throughout the world's troops have drawn cheers.

What better time than Memorial Day to set a table with examples from those shindigs and think of the men and women who have protected, served and often given their lives for their countries?

"Military High Life: Elegant Food Histories and Recipes" by Agostino von Hassell, Herm Dillon and Leslie Jean-Bart (University Press of the South, $34.95) celebrates the celebrations. It is richly illustrated with photographs and drawings and serves recipes from throughout time.

Many elegant recipes appear in the book, like Bengal Lancers' shrimp curry from when the famed British troops were serving in India and pan-seared marinated buffalo stuffed with Vidalia onions, shiitake mushrooms and black tiger prawns from the kitchens of the U.S. Navy's fast attack submarine Buffalo that's home-ported in Pearl Harbor and "upholds a long tradition of superb food aboard submarines."

Much of the celebratory military food through time is delicious enough for special occasions, but takes no more work or effort than everyday food. ANZAC (Australian New Zealand Army Corps) Biscuits, for instance, are a delicious combination of rolled oats, coconut, sugar and maple syrup that just involve a quick mix and bake. Egg rolls created by cooks at the Marine Corps Barracks in Washington, D.C., are an easy beef-and-cheese-filled affair.

## EGG ROLLS FROM THE MARINE COMMANDANT'S HOUSE

- 1 pound lean ground beef
- 3 celery stalks, finely chopped
- 6 green onion stalks, finely chopped
- 1 cup finely chopped cabbage

- 4 tablespoons butter or margarine
- 2 to 3 cups grated sharp cheddar cheese
- 1/4 cup soy sauce
- 1/2 teaspoon garlic powder
- 3/4 teaspoon freshly ground pepper
- 1 package of 50 won ton wrappers

Mustard sauce or sweet and sour sauce, for serving

In a frying pan, brown ground beef and drain.

In a separate pan, saute celery, onion and cabbage in butter.

Add vegetable mixture to meat, along with cheese, soy sauce and spices.

Place 1 teaspoon mixture on each won ton wrapper and wet edges with water. Fold edges in and over and deep fat fry to a golden brown.

Serve with mustard sauce or sweet and sour sauce.

Yields 50 egg rolls. Per egg roll: 82 calories; 4 grams protein; 5.1 grams fat (56.1 percent of total calories); 5 grams carbohydrate; 0.2 gram fiber; 17 milligrams cholesterol; and 186 milligrams sodium.

## ANZAC BISCUITS

- 1 cup rolled oats
- 3/4 cup desiccated coconut
- 1 cup all-purpose flour
- 1 cup sugar
- 1/4 pound butter, melted
- 1 tablespoon maple syrup or honey
- 1 1/2 tablespoons baking soda
- 2 tablespoons boiling water

In a large bowl, combine oats, coconut, flour and sugar. Add butter and syrup or honey.

Add baking soda to the boiling water, then add to the bowl.

Place spoonfuls on a greased cookie sheet. Bake at 300 degrees for about 20 minutes. Allow to cool. Store in an airtight container.

Serves 10. Per serving: 351 calories; 3.9 grams protein; 21.3 grams fat (54.7 percent of total calories); 35.8 grams carbohydrate; 4.5 grams fiber; 25 milligrams cholesterol; and 100 milligrams sodium.

- From "Military High Life: Elegant Food Histories and Recipes" by Agostino von Hassell, Herm Dillon, and Leslie Jean-Bart (University Press of the South, $34.95)

Lisa Messinger of Copley News Service is a first-place winner in food writing from the Association of Food Journalists and the author of seven food books.



Northern Virginia.

# Daily

November 8, 2006

**Boyce author traces military meals through history**
*By Natalie Austin*
*(Daily Staff Writer)*

BOYCE - In starched white jackets — submachine guns slung over their shoulders — members of the French Foreign Legion ignored the shelling outside and dust sifting through the ceiling, delivering an elegant lunch, from vichyssoise to chocolate mousse. .

Wine was served — the hosts apologized that the finer crystal had been packed away — and solid sterling cutlery lined the place settings.

The memorable meal, its juxtaposition with civil war Beirut in 1983, is one of many Agostino von Hassell has eaten with the U.S. Marine Corps.

Not all of them were culinary victories, von Hassell admits, adding that it seems the bad food is what most associate with the armed services. Some pretty fancy fare has been served up through the ages, however, says von Hassell, who set out to document these more decadent dining habits, beginning with the ancient Egyptians on to modern day.



*Dennis Grundman/Daily*
Agostino von Hassell, author of the new book, "Military High Life: Elegant Food Histories and Recipes," prepares a meal from his book during an event at the Burwell-Morgan Mill in Millwood on Saturday.

"The average reaction to military food is that it is yecchy," he says. "I tried to gather the evidence so people would actually believe me."

The Boyce author's findings, complete with sumptuous photographs with period trappings, can be found in his latest book, "Military High Life: Elegant Food Histories and Recipes" (University Press of the South Inc.). The book includes a forward by renowned New Orleans chef John Besh, a fellow Marine and regular on the Food Network.

The book spans the centuries with notable meals taken by the likes of Napoleon and Gen. Thomas J. "Stonewall" Jackson. Among the many recipes are one for the latter's "Looted Lobster Salad," made possible by Jackson's raid of a Yankee supply depot near Manassas Junction in 1862. Fresh lobsters, ham and cigars were among the bounty the general's men made off with that day.

Research and attention to detail — a food stylist and 4-by-5 camera were used for photographs — are aspects of the book the military historian, cook and former journalist took quite seriously. Each dish pictured in the book is arranged with items appropriate to the period. Civil War-era objects, including a sword and an 1863 McClellan cavalry saddle, are pictured beside the lobster dish to add authenticity.

"The photos are quote, unquote, critical, because they are the evidence," says von Hassell.

Many of the "props," used in photos are priceless family heirlooms owned by von Hassell, whose father was the first German ambassador to the United Nations in New York and whose grandfather was executed after attempting to kill Hitler in 1944. Von Hassell has been associated with the Marines since the '70s; most of his work remains classified.

Although his aristocratic roots gaze from portraits lining the walls, von Hassell has an easy way about him. Sitting in front of a glowing fireplace on a chilly fall afternoon, he laughs when recalling an incident 200 miles north of the Arctic Circle — the site of his culinary epiphany.

"I started working on it [the book] because I was being fed really bad food in assorted horrible places," he says.

Landing with an amphibious force in 1981, von Hassell and his unit were guinea pigs for what later would be come the military's standard Meals Ready to Eat, or MRE. Royal Marine Commandos on the operation refused to trade their rations, which included Cadbury chocolates and other brand-name items. U.S. field rations did and still do contain an essential one, Tabasco sauce, he says.

From the horror of that "Assault Menu Prototype," he began to research and collect recipes, revealing surprising details about not only the importance of food in military history, but quality in many cases.

With recipes dating back to 479 B.C., "Military High Life," allows modern cooks to have a taste of what Greek soldiers dined on during breaks from battle with the Persians. Many of the meals rooted in antiquity are a bit much for real consumption, including one for Cooked Flamingo — the birds' tongues were particularly prized — that may have been enjoyed by Rome's elite. The same recipe can be used for cooking parrot, the recipe concludes.

"An army marches on its stomach," Napoleon Bonaparte was quoted to have said.

Named for what the emperor considered his most brilliant battle, which took place in Marengo, a small town south of Turin, Italy, Chicken Marengo also was one of his favorite meals to eat on the battlefield, according to von Hassell's book, chock-full of such colorful anecdotes.

A scrawny chicken cut up with a sword, eggs, stale bread, crayfish, and some brandy from Napoleon's own canteen made up the first version, which is updated for modern tables in the book. A sword and a French artillery flag — a few shots were fired at it to make it appear "battle ready," the author adds, smiling — frame the dish in a photo.

For another, von Hassell searched Manhattan until he found a shop that sold oval cigarettes to be pictured beside a World War I-era dish. Round ones, he says, weren't developed until the late 1920s.

"There was a real effort to get things as real as possible, almost to absurd extremes," he says.

Another World War I recipe is photographed with a fish knife and fork made from bullets and casings, a common way to pass hours in foxholes, says von Hassell.

For another, von Hassell traveled to the Burwell-Morgan Mill in Millwood, where he set a tavern scene for a dish served to Gen. George Washington at a victory in New York. Lamb stuffed with oysters and spoon bread were on the menu that day.

Some of the most famous cooks throughout history got their starts in the military, making do with very little, the art of improvisation a lasting ability. Great food can be served in tents, as well as a Ritz Paris, where one of the most famous chefs in history, Auguste Escoffier, 1846-1935, took his experiences cooking with the French military.

To the charge that U.S. military field food remains the butt of jokes and complaints, von Hassell only offers the idea that the rough and rugged nature of an American soldier may not lend itself to the fancies of finer fare.

"There's nothing unmanly about being a good cook," he says.

On that day in 1983, of white tablecloths and the multi-course lunch served by the French, von Hassell has fond memories.

There are also dark ones.

In what has been termed the United States' first terrorist attack, the bombing of the Marine barracks that same year brings out the memories of a soldier.

"I lost 241 of my buddies," he says.

"Military High Life: Elegant Food Histories and Recipes" is dedicated to the memory of the brave men and women who have fought in the nation's battles. A portion of the proceeds from the book sales will be used to feed homeless veterans at: Samaritan Village Veterans Program, 327 W. 43rd St., New York, N.Y. 10036.

• Contact Natalie Austin at naustin@rndaily.com

Egg Rolls from the Marine Commandant's House
1 pound lean ground beef
3 celery stalks, finely chopped
6 green onion stalks, finely chopped
1 cup finely chopped cabbage
4 tablespoons butter or margarine
2 or 3 cups grated sharp cheddar cheese
1/4 cup soy sauce
1/2 teaspoon garlic powder
3/4 teaspoon fresh ground pepper
1 package of 50 wonton wrappers

1. In a frying pan, brown ground beef and drain.
2. In a separate pan, sauté celery, onion, cabbage and butter.
3. Add vegetable mixture to the meat, along with cheese, soy sauce and spices.
4. Place 1 teaspoon on each wonton wrapper and wet wedges with water.
5. Fold edges in and over and deep fat fry to a golden brown.
6. Serve with mustard sauce or sweet and sour sauce.
Makes 50 egg rolls.

Napoleon's Chicken Marengo
1 whole chicken, cut into pieces
1 teaspoon salt
1 turn of the pepper mill
2 tablespoons flour
4 tablespoons olive oil
1 yellow onion, chopped
1/2 clove garlic, minced
1/2 cup peeled, seeded, and chopped tomato
1/2 cup cognac (may substitute sherry)
1/2 cup white truffles, sliced thinly (optional)
6 eggs for garnishing
crayfish (optional)

1. Sprinkle chicken with salt, pepper, and flour and brown in oil. Set aside.
2. Mix onions and garlic in same pan. Add chicken and rest of ingredients (except eggs and crayfish), cover, and simmer until tender (30-40 minutes).
3. Fry the eggs and place one on each dish as a garnish.
4. If available, boil crayfish until it turns red and place on top of the dish.
— Source: "Military High Life: Elegant Food Histories and Recipes"

**EXHIBIT C**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CHRISTINA AUGUSTIN VON HASSELL a/k/a  :
AGOSTINO VON HASSELL,                 :
                                      :        07 Civ. 3477 (LAK)
                 Plaintiff,           :
                                      :
   - against -                        :
                                      :
ALAIN SAINT-SAENS and UNIVERSITY      :
PRESS OF THE SOUTH, INC.,             :
                                      :
                 Defendants.          :
------------------------------------------------------------X

**Military High Life Cumulative Expenses**

| Paid Out To | What For | Total Amount | Exhibit No. |
|---|---|---|---|
| Lisa M. Pellegrino | Editing, research, writing and assisting with book promotion. | $ 11,394.38 | D |
| Kristin L. Hoelen | Photography assistant | $ 3,900.00 | E, F |
| Deborah Fisher/Book Editing | Copy editing | $ 800.00 | G |
| Sherilyn Kulesh | Design and art. | $ 13,151.16 | H |
| Keith Crossley | Art and photography design. | $ 3,700.00 | I |
| Shipping | Completed book from Long Beach California to New Orleans. | $ 7,130.17 | J |
| Robert N. Solomon, Esq. | Legal fees for negotiating with University Press of the South. | $ 14,420.50 | K |
| Harry McMann | Food styling; purchase of some food items; preparing food for photo shots. | $ 16,141.71 | L |
| Book Printing | Actual Printing Costs. | $ 27,430.00 | M |
| Fee to University Press | As requested by the publisher for a base fee to agree to edit the book and publish and provide solid distribution. | $ 2,750.00 | N |
| Payment to University Press | Purchase of books for Agostino von Hassell at full price. | $ 680.00 | N |
| Fee to John Besch | Book Introduction | $ 7,500.00 | O |
| Cultural Communications | Book promotion | $ 18,200.00 | P |
| Leslie Jean-Bart | Principal Photography | $ 27,929.90 | Q |
| Photo Costs in 2005 | Photos | $ 3,491.21 | R |
| 2002 Expenses | Cumulative/not listed elsewhere | $ 52,460.91 | S |

| Paid Out To | What For | Total Amount | Exhibit No. |
|---|---|---|---|
| 2003 Expenses | Cumulative/not listed elsewhere | $ 8,808.12 | T |
| 2004 Expenses | Cumulative/not listed elsewhere | $ 1,591.02 | U |
| 2005 Expenses | Cumulative/not listed elsewhere; food book supplies; film and photo developing related to the military food book. | $ 2,287.96 | V |
| 2006 Expenses | Cumulative/not listed elsewhere | $ 6,267.21 | W |
| 2007 Expenses | Cumulative/not listed elsewhere | $ 3,255.19 | X |
| | Totals: | $233,289.44 | |

**<u>EXHIBIT D</u>**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X
CHRISTINA AUGUSTIN VON HASSELL a/k/a    :
AGOSTINO VON HASSELL,

                                              :        07 Civ. 3477 (LAK)

                       Plaintiff,    :
                                                :

 - against -                        :
                                              :        **AFFIDAVIT**

ALAIN SAINT-SAENS and UNIVERSITY    :
PRESS OF THE SOUTH, INC.,
                                              :

                    Defendants.   :
--------------------------------------------------------------X

STATE OF PENNSYLVANIA  )
                            ) ss.:
COUNTY OF BUCKS  )

      Lisa Pellegrino, being duly sworn, deposes and says:

      1.     I am a consultant to Plaintiff Agostino von Hassell ("von Hassell"), along with his company The Repton Group LLC ("Repton"), and I make this affidavit in support of Plaintiff's application for damages in the above-entitled case. I am fully familiar with the facts set forth herein.

      2.     During the period for February 2003 to December 2007 (the "Period"), I provided various professional and administrative services to Agostino von Hassell in connection with his book entitled <u>Military High Life: Elegant Food Industries and Recipes</u>. These services included editing, researching, writing, other editorial and production assistance and assistance with marketing and promotion.

      3.     During this same period, I also provided other services to Repton, and von Hassell unrelated to the Book.

4.     It has been my practice to keep records as to the amount of time I spend on different projects for Repton and von Hassell, and then to issue periodic, typically monthly, invoices describing the amount of the time I devoted to each of these projects, and the hourly charges for such work. I also include in such invoices any amount for disbursements relating to my work for Repton and von Hassell.

5.     I have reviewed my invoices for the Period and prepared a summary of the amount of the time, along with related disbursements, for work relating to the Book in each month during the Period. (A copy of the summary is annexed as Exhibit A.)

6.     As set forth in the summary, the total monthly amount billed for time and disbursements during the Period for the Book was $11,225.00 for my time and $169.38 for disbursements related to the book, for a total of $11,394.38. Repton and/or von Hassell fully paid to me the foregoing $11,394.38.

7.     Also annexed to this affidavit as Exhibit B are copies of the bills issued to Repton and von Hassell. These bills were prepared by and maintained by me in the regular course of business. These bills reflect each of the charges relating to the Book set forth in the summary annexed as Exhibit A.

Dated: March 17, 2008

Lisa Pellegrino

Sworn to this 17
Day of March, 2008

Notary Public

Notarial Seal
Paul F. Morgenthaler Jr Notary Public
Yardley Borough, Bucks County
My Commission Expires July 6, 2010

2

**Lisa M. Pellegrino**

| Month | Hours | Fees |
|---|---|---|
| Feb-03 | 3 | $90.00 |
| Sep-03 | 5 | $150.00 |
| Oct-03 | 2 | $60.00 |
| Nov-03 | 25 | $750.00 |
| Dec-03 | 9 | $280.00 |
| Jan-04 | 40 | $1,200.00 |
| Feb-04 | 38 | $1,140.00 |
| Mar-04 | 6 | $180.00 |
| Apr-04 | 12 | $360.00 |
| May-04 | 12 | $360.00 |
| Jun-04 | 23 | $690.00 |
| Jul-04 | 24 | $720.00 |
| Aug-04 | 3 | $90.00 |
| Sep-04 | 5 | $150.00 |
| Oct-04 | 3 | $90.00 |
| Nov-04 | 2 | $60.00 |
| Dec-04 | 2 | $60.00 |
| Jan-05 | 4 | $120.00 |
| Feb-05 | 1 | $30.00 |
| Mar-05 | 15 | $450.00 |
| Apr-05 | 1 | $30.00 |
| Apr-06 | 4 | $140.00 |
| Jun-06 | 14 | $490.00 |
| Jul-06 | 8 | $280.00 |
| Aug-06 | 21 | $735.00 |
| Sep-06 | 32 | $1,120.00 |
| Oct-06 | 16 | $560.00 |
| Nov-06 | 2 | $70.00 |
| Mar-07 | 7 | $245.00 |
| Apr-07 | 8 | $245.00 |
| Aug-07 | 14 | $160.00 |
| Sep-07 | 2 | $80.00 |
| Dec-07 | 1 | $40.00 |
|  |  | $11,225.00 |

**Lisa M. Pellegrino 2**

**Disbuserments**

Dec-03 $100 to Random House for use of quotes from Once A Marine
Sep-06 postage for Military High Life international mail - $46.20
Sep-06 UPS shipping to AvH and UPRSouth - $23.18

Total Expenses          $169.38

**TOTAL**               **$11,394.38**

**EXHIBIT E**

Form **1099-MISC**

☐ CORRECTED (if checked)    (keep for your records)

| PAYER'S name, street address, city, state, ZIP code, and telephone no. | 1 Rents | OMB No. 1545-0115 | |
|---|---|---|---|
| AGOSTINO VON HASSELL<br>UPPER SALEM, ROUTE 723<br>P.O BOYCE BOX 225<br>BOYCE, VIRGINIA 22620 | $ | **2003** | **Miscellaneous Income** |
| | 2 Royalties<br>$ | Form 1099-MISC | 39-1908647<br>Department of the Treasury — IRS |
| | 3 Other income<br>$ | 4 Fed. Inc. tax withheld<br>$ | **Copy B**<br>**For Recipient** |
| PAYER'S Federal identification number      RECIPIENT'S identification number<br><br>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          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 | 5 Fishing boat proceeds<br><br>$ | 6 Medical and health care payments<br><br>$ | |
| RECIPIENT'S name, address, and ZIP code<br>KRISTIN LEIGH HOELEN | 7 Nonemployee compensation<br><br>$      600.00 | 8 Substitute payments in lieu of dividends or interest<br>$ | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
| 112 TWINBROOK CIRCLE<br>WINCHESTER, VA 22611 | 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ ☐ | 10 Crop insurance proceeds<br>$ | |
| Account number (optional) | 11 | 12 | |
| | 13 Excess golden parachute payments<br>$ | 14 Gross proceeds paid to an attorney<br>$ | |
| 15 | 16 State tax withheld<br>$<br>$ | 17 State/Payer's state no. | 18 State income<br>$<br>$ |

---

## Instructions to Recipients

**Amounts shown may be subject to self-employment (SE) tax.** If your net income from self-employment is $400 or more, you must file a return and compute your SE tax on Schedule SE (Form 1040). See Pub. 533, Self-Employment Tax, for more information. If no income or social security and Medicare taxes were withheld and you are still receiving these payments, see Form 1040-ES, Estimated Tax for Individuals.

Individuals must report as explained below. Corporations, fiduciaries, or partnerships report the amounts on the proper line of your tax return.

**Boxes 1 and 2.** Report rents from real estate on Schedule E (Form 1040). If you provided significant services to the tenant, sold real estate as a business, or rented personal property as a business, report on Schedule C or C-EZ (Form 1040). For royalties on timber, coal, and iron ore, see Pub. 544, Sales and Other Dispositions of Assets.

**Box 3.** Generally, report this amount on line 21 of Form 1040 and identify the payment. The amount shown may be payments received as the beneficiary of a deceased employee, prizes, awards, taxable damages, Indian gaming profits, or other taxable income. If it is trade or business income, report this amount on Schedule C, C-EZ, or F (Form 1040).

**Box 4.** Shows backup withholding or withholding on Indian gaming profits. Generally, a payer must backup withhold at a 30% rate if you did not furnish your taxpayer identification number. See Form W-9, Request for Taxpayer Identification Number and Certification, for more information. **Report this amount on your income tax return as tax withheld.**

**Box 5.** An amount in this box means the fishing boat operator considers you self-employed. Report this amount on Schedule C or C-EZ (Form 1040). See Pub. 595, Tax Highlights for Commercial Fishermen.

**Box 6.** Report on Schedule C or C-EZ (Form 1040).

**Box 7.** Shows nonemployee compensation. If you are in the trade or business of catching fish, box 7 may show cash you received for the sale of fish. If payments in this box are SE income, report this amount on Schedule C, C-EZ, or F (Form 1040), and complete Schedule SE (Form 1040). You received this form instead of Form W-2 because the payer did not consider you an employee and did not withhold income tax or social security and Medicare taxes. Contact the payer if you believe this form is incorrect or has been issued in error. If you believe you are an employee, report this amount on line 7 of Form 1040 and call the IRS for information on how to report any social security and Medicare taxes.

**Box 8.** Shows substitute payments in lieu of dividends or tax-exempt interest received by your broker on your behalf after transfer of your securities for use in a short sale. Report on line 21 of Form 1040.

**Box 9.** If checked, $5,000 or more of sales of consumer products was paid to you on a buy-sell, deposit-commission, or other basis. A dollar amount does not have to be shown. Generally, report any income from your sale of these products on Schedule C or C-EZ (Form 1040).

**Box 10.** Report this amount on line 8 of Schedule F (Form 1040).

**Box 13.** Shows your total compensation of excess golden parachute payments subject to a 20% excise tax. See the Form 1040 instructions for line 61.

**Box 14.** Shows gross proceeds paid to an attorney in connection with legal services. Report only the taxable part as income on your return.

**Box 15.** Other information may be provided to you in box 15.

**Boxes 16–18.** Shows state or local income tax withheld from the payments.

Form **1099-MISC**    ☐ CORRECTED (if checked)

PAYER'S name, street address, city, state, ZIP code, and telephone no.
THE REPTON GROUP, LLC
399 PARK AVENUE
NEW YORK, NY 10022

| PAYER'S Federal identification number | RECIPIENT'S identification number |
|---|---|
| 13-3746109 | 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 |

RECIPIENT'S name, address, and ZIP code
Kristin Leigh Hoelen

112 Twinbrook Circle
Winchester, VA 22602

Account number (see instructions)

Form **1099-MISC 2005**    OMB No. 1545-0115    39-1906647
**Miscellaneous Income**    Department of Treasury -- IRS

| 1 Rents | 2 Royalties | 3 Other income |
|---|---|---|
| 4 Fed. inc. tax withheld | 5 Fishing boat proceeds | 6 Medical and health care payments |
| 7 Nonemployee compensation  1000.00 | 8 Substitute payments in lieu of dividends/interest | 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ |
| 10 Crop insurance proceeds | 11 | 12 |
| 13 Excess golden parachute payments | 14 Gross proceeds paid to an attorney | 15a Section 409A deferrals |
| 15b Section 409A income | | |
| 16 State tax withheld | 17 State/Payer's state no. | 18 State income |

Copy B For Recipient (keep for your records)
This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

---

Form **1099-MISC**    ☐ CORRECTED (if checked)

PAYER'S name, street address, city, state, ZIP code, and telephone no.
THE REPTON GROUP, LLC
399 PARK AVENUE
NEW YORK, NY 10022

| PAYER'S Federal identification number | RECIPIENT'S identification number |
|---|---|
| 13-3746109 | 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 |

RECIPIENT'S name, address, and ZIP code
Kristin Leigh Hoelen

112 Twinbrook Circle
Winchester, VA 22602

Account number (see instructions)

Form **1099-MISC 2005**    OMB No. 1545-0115    39-1906647
**Miscellaneous Income**    Department of Treasury -- IRS

| 1 Rents | 2 Royalties | 3 Other income |
|---|---|---|
| 4 Fed. income tax withheld | 5 Fishing boat proceeds | 6 Medical and health care payments |
| 7 Nonemployee compensation  1000.00 | 8 Substitute payments in lieu of dividends/interest | 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ |
| 10 Crop insurance proceeds | 11 | 12 |
| 13 Excess golden parachute payments | 14 Gross proceeds paid to an attorney | 15a Section 409A deferrals |
| 15b Section 409A income | | |
| 16 State tax withheld | 17 State/Payer's state no. | 18 State income |

Copy 2
To be filed with recipient's state income tax return, when required.

5  FMISB21    NTF 2582013    Copyright 2005 Greatland/Nelco - Forms Software Only

## Instructions to Recipients

**Account number.** May show an account or other unique number the payer assigned to distinguish your account.

**Amounts shown may be subject to self-employment (SE) tax.** If your income is from self–employment is $400 or more, you must file a return and compute your SE tax on Schedule SE (Form 1040). See Pub. 533, Self-Employment Tax, for more information. If no income or social security and Medicare taxes were withheld and you are still receiving these payments, see Form 1040–ES, Estimated Tax for Individuals. Individuals must report as explained below. Corporations, fiduciaries, or partnerships report the amounts on the proper line of your tax return.

**Boxes 1 and 2.** Report rents from real estate on Schedule E (Form 1040). If you provided significant services to the tenant, sold real estate as a business, or rented personal property as a business, report on Schedule C or C-EZ (Form 1040). For royalties on timber, coal, and iron ore, see Pub. 544, Sales and Other Dispositions of Assets.

**Box 2.** Generally, report this amount on the "Other income" line of Form 1040 and identify the payment. The amount shown may be payments received as the beneficiary of a deceased employee, prizes, awards, taxable damages, Indian gaming profits, or other taxable income. See Pub. 525, Taxable and Nontaxable Income. If it is trade or business income, report this amount on Schedule C, C-EZ, or F (Form 1040).

**Box 4.** Shows backup withholding or withholding on Indian gaming profits. Generally, a payer must backup withhold at a 28% rate if you did not furnish your taxpayer identification number. See Form W–9, Request for Taxpayer Identification Number and Certification, for more information. Report this amount on your income tax return as tax withheld.

**Box 5.** An amount in this box means the fishing boat operator considers you self–employed. Report this amount on Schedule C or C-EZ (Form 1040). See Pub. 595, Tax Highlights for Commercial Fishermen.

**Box 6.** Report on Schedule C or C-EZ (Form 1040).

**Box 7.** Shows nonemployee compensation. If you are in the trade or business of catching fish, box 7 may show cash you received for the sale of fish. If payments in this box are SE income, report this amount on Schedule C, C-EZ, or F (Form 1040), and complete Schedule SE (Form 1040). You received this form instead of Form W-2 because the payer did not consider you an employee and did not withhold income tax or social security and Medicare taxes. Contact the payer if you believe this form is incorrect or has been issued in error. If you believe you are an employee, report this amount on line 7 of Form 1040 and call the IRS for information on how to report your social security and Medicare taxes.

**Box 8.** Shows substitute payments in lieu of dividends or tax-exempt interest received by your broker on your behalf as a result of a loan of your securities. Report on the "Other income" line of Form 1040.

**Box 9.** If checked, $5,000 or more of sales of consumer products was paid to you on a buy-sell, deposit-commission, or other basis. A dollar amount does not have to be shown. Generally, report any income from your sale of these products on Schedule C or C-EZ (Form 1040).

**Box 10.** Report this amount on line 8 of Schedule F (Form 1040).

**Box 13.** Shows your total compensation of excess golden parachute payments subject to a 20% excise tax. See the Form 1040 instructions for where to report.

**Box 14.** Shows gross proceeds paid to an attorney in connection with legal services. Report only the taxable part as income on your return.

**Box 15a.** Shows current year deferrals as a nonemployee under a section 409A nonqualified deferred compensation (NQDC) plan. Any earnings on current and prior year deferrals must also be reported.

**Box 15b.** Shows income as a nonemployee under a NQDC plan that does not meet the requirements of section 409A. This amount is also included in box 7 as nonemployee compensation. Any amount included in box 15a that is currently taxable is also included in box 7. This income is also subject to a substantial additional tax to be reported on Form 1040. See "Total Tax" in the Form 1040 instructions.

**Boxes 16-18.** Shows state or local income tax withheld from the payments.

Form **1099-MISC**    ☐ CORRECTED (if checked)

PAYER'S name, street address, city, state, ZIP code, and telephone no.

AGOSTINO VON HASSELL
UPPER SALEM, ROUTE 723
P.O BOYCE BOX 225
BOYCE, VIRGINIA 22620

Form **1099-MISC 2005**
**Miscellaneous Income**

OMB No. 1545-0115
39-1808847
Department of Treasury -- IRS

| 1 Rents $ | 2 Royalties $ | 3 Other income $ |
|---|---|---|
| 4 Fed. Inc. tax withheld $ | 5 Fishing boat proceeds $ | 6 Medical and health care payments $ |
| 7 Nonemployee compensation 1800.00 | 8 Substitute payments in lieu of dividends/ interest $ | 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ ☐ |
| 10 Crop insurance proceeds $ | 11 | 12 |
| 13 Excess golden parachute payments | 14 Gross proceeds paid to an attorney $ | 15a Section 409A deferrals $ |
| 15b Section 409A income $ | | |
| 16 State tax withheld $ | 17 State/Payer's state no. | 18 State income $ |

PAYER'S Federal identification number
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

RECIPIENT'S identification number
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

RECIPIENT'S name, address, and ZIP code

KRISTIN LEIGH HOELEN

112 TWINBROOK CIRCLE
WINCHESTER, VA 22602

Account number (see instructions)
224290808/6

Copy B For Recipient (keep for your records)
This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

---

Form **1099-MISC**    ☐ CORRECTED (if checked)

PAYER'S name, street address, city, state, ZIP code, and telephone no.

AGOSTINO VON HASSELL
UPPER SALEM, ROUTE 723
P.O BOYCE BOX 225
BOYCE, VIRGINIA 22620

Form **1099-MISC 2005**
**Miscellaneous Income**

OMB No. 1545-0115
39-1808847
Department of Treasury -- IRS

| 1 Rents $ | 2 Royalties $ | 3 Other income $ |
|---|---|---|
| 4 Fed. income tax withheld $ | 5 Fishing boat proceeds $ | 6 Medical and health care payments $ |
| 7 Nonemployee compensation 1800.00 | 8 Substitute payments in lieu of dividends/ interest $ | 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ ☐ |
| 10 Crop insurance proceeds $ | 11 | 12 |
| 13 Excess golden parachute payments | 14 Gross proceeds paid to an attorney $ | 15a Section 409A deferrals $ |
| 15b Section 409A income $ | | |
| 16 State tax withheld $ | 17 State/Payer's state no. | 18 State income $ |

PAYER'S Federal identification number
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

RECIPIENT'S identification number
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

RECIPIENT'S name, address, and ZIP code

KRISTIN LEIGH HOELEN

112 TWINBROOK CIRCLE
WINCHESTER, VA 22602

Account number (see instructions)
224290808/6

Copy 2
To be filed with recipient's state income tax return, when required.

5  FM1SB2I    NTF 2582013    Copyright 2005 Greatland/Nelco - Forms Software Only

---

## Instructions to Recipients

**Account number.** May show an account or other unique number the payer assigned to distinguish your account.

**Amounts shown may be subject to self-employment (SE) tax.** If your net income from self-employment is $400 or more, you must file a return and compute your SE tax on Schedule SE (Form 1040). See Pub. 533, Self-Employment Tax, for more information. If no income or social security and Medicare taxes were withheld and you are still receiving these payments, see Form 1040-ES, Estimated Tax for Individuals. Individuals must report the amounts on the proper line of your tax return.

**Boxes 1 and 2.** Report rents from real estate on Schedule E (Form 1040). If you provided significant services to the tenant, sold real estate as a business, or rented personal property as a business, report on Schedule C or C-EZ (Form 1040). For royalties on timber, coal, and iron ore, see Pub. 544, Sales and Other Dispositions of Assets.

**Box 3.** Generally, report this amount on the "Other income" line of Form 1040 and identify the payment. The amount shown may be payments received as the beneficiary of a deceased employee, prizes, awards, taxable damages, Indian gaming profits, or other taxable income. See Pub. 525, Taxable and Nontaxable Income. If it is trade or business income, report this amount on Schedule C, C-EZ, or F (Form 1040).

**Box 4.** Shows backup withholding or withholding on Indian gaming profits. Generally, a payer must backup withhold at a 28% rate if you did not furnish your taxpayer identification number. See Form W-9, Request for Taxpayer Identification Number and Certification, for more information. Report this amount on your income tax return as tax withheld.

**Box 5.** An amount in this box means the fishing boat operator considers you self-employed. Report this amount on Schedule C or C-EZ (Form 1040). See Pub. 595, Tax Highlights for Commercial Fishermen.

**Box 6.** Report on Schedule C or C-EZ (Form 1040).

**Box 7.** Shows nonemployee compensation. If you are in the trade or business of catching fish, box 7 may show cash you received for the sale of fish. If payments in this box are SE income, report this amount on Schedule C, C-EZ, or F (Form 1040), and complete Schedule SE (Form 1040). You received this form instead of Form W-2 because the payer did not consider you an employee and did not withhold income tax or social security and Medicare taxes. Contact the payer if you believe this form is incorrect or has been issued in error. If you believe you are an employee, report this amount on line 7 of Form 1040 and call the IRS for information on how to report your social security and Medicare taxes.

**Box 8.** Shows substitute payments in lieu of dividends or tax-exempt interest received by your broker on your behalf as a result of a loan of your securities. Report on the "Other income" line of Form 1040.

**Box 9.** If checked, $5,000 or more of sales of consumer products was paid to you on a buy-sell, deposit-commission, or other basis. A dollar amount does not have to be shown. Generally, report any income from your sale of these products on Schedule C or C-EZ (Form 1040).

**Box 10.** Report this amount on line 8 of Schedule F (Form 1040).

**Box 13.** Shows your total compensation of excess golden parachute payments subject to a 20% excise tax. See the Form 1040 instructions for where to report.

**Box 14.** Shows gross proceeds paid to an attorney in connection with legal services. Report only the taxable part as income on your return.

**Box 15a.** Shows current year deferrals as a nonemployee under a section 409A nonqualified deferred compensation (NQDC) plan. The earnings on current and prior year deferrals must also be reported.

**Box 15b.** Shows income as a nonemployee under a NQDC plan that does not meet the requirements of section 409A. This amount is also included in box 7 as nonemployee compensation. Any amount included in box 15a that is currently taxable is also included in this box. This income is subject to a substantial additional tax to reported on Form 1040. See "Total Tax" in the Form 1040 instructions.

**Boxes 16-18.** Shows state or local income tax withheld from the payments.

CC36-TQ7-62J24J7 FAX • Transfit 03.1942 • INC:212-826-5938 • Page 33 of 30

# AGOSTINO VON HASSELL

2 SUTTON PLACE SOUTH • NEW YORK, NEW YORK 10022
212-832-2818 • FAX 212-826-5939 • E-MAIL AvonHassel@AOL.com

July 5, 2004

Ms. Kristin Leigh Hoelen
112 Twinbrook Circle
Winchester, Va. 22602

Dear Kristin:

Enclosed is one check for $500.00 towards work.

All my best,

Enclosure

**<u>EXHIBIT F</u>**

OFFICE SERVICES & SUPPLY 2004

| | | |
|---|---|---|
| 0 17 | Map | 56 00 |
| 1 14 | Raman Props | 1194 87 |
| 1 14 | Kroll Envl. | 30 84 |
| 1 17 | Shoplus / Env. | 40 68 |
| 1 22 | Typhoon Props | 273 54 |
| 1 8 | Howell Shipping | 37 00 |
| 1 8 | Howell Shipping | 36 50 |
| 2 1 | USPS | 88 48 |
| 1 29 | Shartec | 46 94 |
| 2 2 | V-Books → V.R. | 70 18 |
| 2 3 | A. Times | 250 00 |
| 2 1 | VSMC Supplies | 95 98 |
| 3 4 | Howell | 472 25 |
| 3 10 | Env. | 36 7 |
| 3 9 | Various / Kroll | 155 70 |
| 3 9 | Peachtree | 200 00 | 2969 27 |
| 3 17 | Env. | 1 25 |
| 3 25 | Costus — F.B. | 249 83 |
| 3 30 | Kroll Env. | 217 36 |
| 3 30 | Fax Cant & Env. | 44 36 |
| 3 30 | S. Flex Stationer. | 39 89 |
| 4 15 | Sheets / PIX | 176 30 |
| 4 20 | 8 — Cup Kroll | 255 00 |
| 4 27 | V. Kroll | 37 00 |
| 4 29 | Phone | 86 88 |
| 4 29 | Kulloh Signs | 50 00 |
| 5 6 | Env. | 10 86 |
| 5 10 | Howell Shp. | 9 62 |
| 5 15 | LYPA — Phs | 290 85 |
| 5 18 | FOIII | 6080 1 |

2001

| | FILM & DEV. | | | |
|---|---|---|---|---|
| | | 5 | 98 | |
| 1.22 | Mauly | 14 | 11 | |
| 2.18 | OSS | 62 | 84 | |
| 2.24 | OSS | 376 | 39 | |
| 2.4 | V-phm | 37 | 57 | |
| 3.9 | T phms | 76 | 04 | |
| 4.26 | W.P | 161 | 47 | |
| 4.29 | F. Boooh | 27 | 67 | |
| 5.5 | 8. Cup | 30 | 83 | |
| 5.14 | Melel | 22 | 70 | |
| 5.20 | E.B. | 14 | 11 | |
| 5.25 | Ahms | 41 | 52 | 871 33 |
| 6.2 | F.B. | 17 | 10 | |
| 6.16 | F.B. | 14 | 11 | |
| 8.3 | F.B. | 41 | 52 | 944 06 |
| 9.8 | F.B. | 41 | 52 | |
| 9.28 | F.B. | 41 | 32 | |
| 10.14 | Typh. | 30 | 95 | |
| 10.19 | Toss | 207 | 84 | |
| 11.10 | v- oss | 9 | 74 | |
| 11.29 | Typh. | 56 | 32 | 1369 40 |
| 12.20 | F.B. | 27 | 18 | 1396 56 |
| 12.30 | V | | | |

COPIES                2004

| | | | | | |
|---|---|---|---|---|---|
| 01 | 12 | OSS | | 33 18 | |
| 2 | 5 | V. | | 32 15 | |
| 2 | 8 | USMC | | 31 | |
| 3 | 6 | OSS | | 2 27 | |
| 3 | 14 | OSS | | 7 19 | |
| 5 | 4 | OSS | | 8 31 | |
| 4 | 26 | OSS | | 18 09 | |
| 6 | 10 | OSS | | 17 34 | |
| 6 | 16 | F.B. | | 8 11 | |
| 6 | 27 | OSS | | 14 31 | |
| 7 | 2 | OSS | | 18 03 | 159 29 |
| 7 | 7 | Ninhos FB | | 26 37 | |
| 7 | 8 | Ninhos F.B. | | 669 43 | |
| 7 | 15 | Ninhos | | 56 49 | |
| 8 | 23 | V-/ C | | 1500. | 1021 58 |
| 9 | 22 | Stanley Copies | | 7 19 | |
| 10 | 18 | Ninhos/ F.B. | | 832 | |
| 12 | 03 | OSS | | 2 31 | 1059 40 |

## ASSISTANTS  2004

| | Date | Name | # | Amount | Running | | | |
|---|---|---|---|---|---|---|---|---|
| ✓ | 1.7 | Simone | | 7000 00 | | | 9.12 | A |
| ✓ | 8.4 | Deborah Fisher | | 400 00 | | | 19.10 | A |
| | 3.10 | Simone | | 649 00 | | | | |
| | 3.9 | Simone | | 2500 00 | | | | |
| ✓ | 3.9 | Kirk Harington | | 2000 00 | | | | |
| ✓ | 4.28 | Sigrid | | 2000 00 | | | | |
| ✓ | 4.29 | Lorke | | 500 00 | | | | |
| | 5.12 | BIG | 1502 | 3000 00 | | | | |
| | 5.12 | BIG | 1501 | 500 00 | | | | |
| | 5.19 | BIG | 1510 | 2000 00 | | | | |
| | 5.19 | MARK BELLA | | 1650 00 | | | | |
| | 5.27 | BIG | 1528 | 1000 00 | | | | |
| | 6.1 | Simone WT | | 1100 00 | 24294 00 | | | |
| | 6.22 | S. Kuleon | 1572 | 2000 00 | | | | |
| | 6.29 | S. Kulevy | | 343 58 | | | | |
| | 6.29 | Simone WT | | 4500 00 | | | | |
| | 6.30 | Simone | | 1500 00 | | | | |
| | 7.6 | KRISTIN H. | | 500 00 | | | | |
| | 7.28 | Bus. Intel. | # 1617 | 1600 00 | 33137 58 | | 3.16 | US |
| | 8.9 | S. Kuleon | # 1625 | 200 00 | | | 12.22 | US |
| | 8.26 | Simone | # 1647 | 800 00 | | | | |
| | 9.28 | Moog Japan | | 1780 00 | 35737 58 | | | |
| | 10.4 | Simone | | 5000 00 | | | | |
| | 11.15 | Simone | # 1820 | 2500 00 | 42517 58 | | | |
| | 12.15 | S. McRae | # 1819 | 5000 00 | 51017 58 | | | |
| | 12.22 | D. FISHER | | 400 00 | | | | |
| | 12.22 | BIG | | 3500 00 | | | | |
| | 12.22 | Simone | | 1500 00 | | | | |
| | 12.22 | Lisa Pelley. | | 1000 00 | 5741758 | | | |
| | 12.30 | OLIVER | | 7500 00 | | | | |
| | 12.30 | KRISTIN | | 400 00 | 6531758 | | | |

OFFICE SERVICES & SUPPLY 2004

| | | |
|---|---|---|
| 01 7 | Map | 56 00 |
| 1 14 | Rathan Props | 1199 87 |
| 1 14 | Kroll Env. | 30 84 |
| 1 17 | Staples / Env. | 40 68 |
| 1 22 | Typhoon Props | 273 54 |
| 1 8 | Howell Shipping | 37 00 |
| 1 8 | Howell Shipping | 36 50 |
| 2 1 | USMC | 88 40 |
| 1 29 | Symantec | 46 94 |
| 2 2 | T-Books → T.P. | 70 18 |
| 2 3 | A. Times | 250 00 |
| 2 1 | USMC Supplies | 95 90 |
| 3 4 | Howell | 472 25 |
| 3 10 | Env. | 3 87 |
| 3 9 | Various / Kroll | 155 78 |
| 3 9 | Peachtree | 200 00 |   296 92 ? |
| 3 17 | Env. | 1 25 |
| 3 25 | Costco — F.B. | 249 83 |
| 3 30 | Kroll Env. | 217 36 |
| 3 30 | Fair Cast & Env. | 44 36 |
| 3 30 | S.Flex Stahlern. | 39 89 |
| 4 15 | Sheets / PIX | 176 30 |
| 4 20 | g — Cup | 255 00 |
| 4 27 | V. Kroll | 37 00 |
| 4 29 | Phone | 86 88 |
| 4 29 | Kulesh Signs | 50 06 |
| 5 6 | Env. | 10 86 |
| 5 10 | Howell Ship. | 9 62 |
| 5 15 | LYPA — Phns | 290 85 |
| 5 18 | FOIJI | 6080 ) |

200 41

| | FILM & DEV. | | |
|---|---|---|---|
| | | 5 | 98 |
| 1.22 | Monty | 19 | 11 |
| 2.18 | OSS | 62 | 84 |
| 2.24 | OSS | 376 | 39 |
| 3.4 | V-phm | 37 | 57 |
| 3.9 | Typhus | 76 | 04 |
| 4.26 | W.P | 161 | 47 |
| ✗ 4.29 | F. Booch | 27 | 67 |
| 5.5 | g. Cup | 30 | 93 |
| 5.14 | Metal | 22 | 70 |
| ✗ 5.20 | E.R. | 19 | 11 |
| 5.25 | AHrus | 41 | 52 | 871 | 33 |
| ✗ 6.2 | F.B. | 17 | 10 |
| ✗ 6.16 | F.B. | 19 | 11 |
| ✗ 8.3 | F.B. | 41 | 52 | 944 | 06 |
| ✗ 9.8 | F.B. | 41 | 52 |
| ✗ 9.28 | F.B. | 41 | 32 |
| 10.14 | Typh. | 30 | 95 |
| 10.19 | OSS | 207 | 84 |
| 11.10 | V-OSS | 97 | 74 |
| 11.29 | Typh. | 56 | 32 | 1369 | 40 |
| ✗ 12.20 | F.B. | 27 | 18 | 1396 | 58 |
| 12.30 | V | | |

COPIES     2004

| | | | | |
|---|---|---|---|---|
| 01 12 | OSS | | 33 18 | |
| 2 5 | T. | | 32 15 | |
| 2 8 | USMC | | 31 | |
| 3 6 | OSS | | 2 27 | |
| 3 14 | OSS | | 7 19 | |
| 3 14 | OSS | | 8 31 | |
| 5 4 | OSS | | 18 09 | |
| 4 26 | OSS | | 17 34 | |
| 6 10 | OSS | | 8 11 | |
| 6 16 | F.B. | | 14 31 | |
| 6 21 | OSS | | 18 03 | 154 29 |
| 7 2 | OSS | | 26 37 | |
| 7 7 | Minhas FB | | 669 43 | |
| 7 8 | Minhas F.B. | | 56 49 | |
| 7 15 | Minhas | | 11 500 | 1021 58 |
| 8 22 | N/C | | 7 19 | |
| 9 22 | Staples Copies | | 8 32 | |
| 10 18 | Minhas/ F.B. | | 22 31 | 1059 40 |
| 12 03 | OSS | | | |

X

ASSISTANTS                    2004

| | | | | | | | | R |
|---|---|---|---|---|---|---|---|---|
| ✓ | 1.7 | Simone | | | 7000 00 | | | |
| X ✓ | 8.4 | Deborah Fisher | | | 400 00 | | 9.12 | A |
| | 2.10 | Simone | | | 6400 | | 19.10 | A |
| | 3.9 | Simone | | | 2500 00 | | | |
| ✓ | 3.9 | Kirk Harrington | | | 2000 00 | | | |
| ✓ | 4.28 | Sigrid | | | 2000 00 | | | |
| X ✓ | 4.29 | Lorkie | | | 500 00 | | | |
| | 5.12 | BIG | 1502 | | 3000 00 | | | |
| | 5.12 | BIG | 1501 | | 50 00 | | | |
| | 5.19 | BIG | 1510 | | 2000 00 | | | |
| | 5.19 | MARK BELLA | | | 1650 00 | | | |
| | 5.27 | BIG | 1528 | | 1000 00 | | | |
| | 6.1 | Simone WT | | | 1100 00 | 2424 00 | | |
| X | 6.22 | S. Kuleon | 1572 | | 2000 00 | | | |
| X | 6.29 | S. Kuleon | | | 343 58 | | | |
| | 6.29 | Simone WT | | | 4500 00 | | | |
| | 6.30 | Simone | | | 1500 00 | | | |
| | 7.6 | KRISTIN H. | | | 500 00 | | | AD. |
| | 7.28 | Bus. Intel. | # 1617 | | 1660 00 | 3313758 | 3.16 | US |
| X | 8.9 | S. Unheon | # 1625 | | 200 00 | | 12.22 | US |
| | 8.26 | Simone | # 1647 | | 800 00 | 3573758 | | |
| | 9.28 | Moog Japan | | | 1780 00 | | | |
| | 10.4 | Simonel | | | 5000 00 | 4257 58 | | |
| | 12.15 | Simone | # 1820 | | 3500 00 | | | |
| | 12.15 | S. McRae | # 1819 | | 5000 00 | 5101758 | | |
| X | 12.22 | D. FISHER | | | 400 00 | | | |
| | 12.22 | BIG | | | 3500 00 | | | |
| | 12.22 | Simone | | | 1500 00 | | | |
| | 12.22 | Lisa Pelleg. | | | 1000 00 | 5741758 | | |
| X | 12.30 | OLIVER | | | 7500 00 | | | |
| | 12.30 | KRISTIN | | | 400 00 | 6531758 | | |

**EXHIBIT G**

Deborah Fisher
1343 Elon Circle
Fort Washington, PA 19034

December 22, 2004

Enclosed check for $400.00 is the balance due on the military food book editing job.

Agostino von Hassell

# Copyediting Proposal from Deborah Fisher

**Contact Information —** Deborah Fisher

1343 Elon Circle

Fort Washington, PA 19034

215-654-5227

**Specs —** This proposal is based on a book size of 150 pages. This count does not include pages that only have full-page pictures on them.

**Services —** Review of all text, captions and recipes in the book for:

- Grammar
- Punctuation
- Style
- Fact-checking of glaring factual errors (e.g., names spelled two different ways in the text)

Cost — $800

**<u>EXHIBIT H</u>**

**Military Food Book**

**Expenses**

Payments made to S. Kulesh

**$13,151.16**

# Food Book Expense Detail

**Sherilyn Kulesh Design**

| Date | Detail | Price |
|------|--------|-------|
| 10/01/2003 | Food Book Deposit | 365.50 |
| 10/01/2003 | Food Book | 4,500.00 |
| 04/20/2004 | Food book expenses | 47.43 |
| 06/17/2004 | Reimbursement for Expenses | 343.58 |
| 11/11/2004 | Food Book – Final Billing | 200.00 |
| 08/14/2005 | Military High Life - Book Design | 2,775.00 |
| 08/18/2005 | Compile, Print, Ship color comp of Military Food Book | 714.65 |
| 10/12/2005 | Three Sets of Color Copies/Shipping | 100.00 |
| 03/07/2006 | Food Book Copy/Shipping | 75.00 |
| 07/03/2006 | Food Book Promotion Advance | 11.00 |
| 07/03/2006 | Military Promo Projects | 329.50 |
| 08/26/2006 | Stationery | 1,000.00 |
| 08/26/2006 | Card Mailer | 100.00 |
| 08/26/2006 | Shipping | 350.00 |
| 08/26/2006 | Advance | 219.50 |
| 11/01/2007 | Commission from the Food Book | 20.00 |
| 11/01/2007 | Mailer | 2,000.00 |
| | **TOTAL** | |
| | | **13,151.16** |

Form **1099-MISC** ☐ CORRECTED (if checked)

Form **1099-MISC** **2005**
**Miscellaneous Income**

OMB No. 1545-0115
39-1906647
Department of Treasury — IRS

PAYER'S name, street address, city, state, ZIP code, and telephone no.

THE REPTON GROUP, LLC
399 PARK AVENUE
NEW YORK, NY 10022

| 1 Rents | 2 Royalties | 3 Other income |
|---|---|---|
| $ | $ | |
| 4 Fed. inc. tax withheld | 5 Fishing boat proceeds | 6 Medical and health care payments |
| $ | $ | $ |
| 7 Nonemployee compensation $ 2000.00 | 8 Substitute payments in lieu of dividends/interest $ | 9 Payer made direct sales of $5,000 more of consumer products to a buyer (recipient) for resale ☐ |

PAYER'S Federal identification number **13-3746109**   RECIPIENT'S identification number **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**

| 10 Crop insurance proceeds | 11 | 12 |
|---|---|---|
| $ | | |

RECIPIENT'S name, address, and ZIP code

SHERILYN KULESH
SHERILYN KULESH DESIGN
17 STRINGER DRIVE
DOYLESTOWN, PA 18901

| 13 Excess golden parachute payments | 14 Gross proceeds paid to an attorney | 15a Section 409A deferrals |
|---|---|---|
| $ | $ | $ |
| 15b Section 409A income . . . . . . . . . . . . . . | | $ |
| 16 State tax withheld | 17 State/Payer's state no. | 18 State income |
| $ | | $ |
| $ | | $ |

Account number (see instructions)
132681092/8

Copy B For Recipient (keep for your records)
This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

---

Form **1099-MISC** ☐ CORRECTED (if checked)

Form **1099-MISC** **2005**
**Miscellaneous Income**

OMB No. 1545-0115
39-1906647
Department of Treasury — IRS

PAYER'S name, street address, city, state, ZIP code, and telephone no.

THE REPTON GROUP, LLC
399 PARK AVENUE
NEW YORK, NY 10022

| 1 Rents | 2 Royalties | 3 Other income |
|---|---|---|
| $ | $ | |
| 4 Fed. income tax withheld | 5 Fishing boat proceeds | 6 Medical and health care payments |
| $ | $ | $ |
| 7 Nonemployee compensation $ 2000.00 | 8 Substitute payments in lieu of dividends/interest $ | 9 Payer made direct sales of $5,000 more of consumer products to a buyer (recipient) for resale ☐ |

PAYER'S Federal identification number **13-3746109**   RECIPIENT'S identification number **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**

| 10 Crop insurance proceeds | 11 | 12 |
|---|---|---|
| $ | | |

RECIPIENT'S name, address, and ZIP code

SHERILYN KULESH
SHERILYN KULESH DESIGN
17 STRINGER DRIVE
DOYLESTOWN, PA 18901

| 13 Excess golden parachute payments | 14 Gross proceeds paid to an attorney | 15a Section 409A deferrals |
|---|---|---|
| $ | $ | $ |
| 15b Section 409A income . . . . . . . . . . . . . . | | $ |
| 16 State tax withheld | 17 State/Payer's state no. | 18 State income |
| $ | | $ |
| $ | | $ |

Account number (see instructions)
132681092/8

Copy 2
To be filed with recipient's state income tax return, when required.

5  FMISB21    NTF 2582013    Copyright 2005 Greatland/Nelco – Forms Software Only

---

**Instructions to Recipients**

**Account number.** May show an account or other unique number the payer assigned to distinguish your account.

**Amounts shown may be subject to self-employment (SE) tax.** If your net income from self-employment is $400 or more, you must file a return and compute your SE tax on Schedule SE (Form 1040). See Pub. 533, Self-Employment Tax, for more information. If no income or social security and Medicare taxes were withheld and you are still receiving these payments, see Form 1040-ES, Estimated Tax for Individuals. Individuals must report as explained below. Corporations, fiduciaries, or partnerships report the amounts on the proper line of your tax return.

**Boxes 1 and 2.** Report rents from real estate on Schedule E (Form 1040). If you provided significant services to the tenant, sold real estate as a business, or rented personal property as a business, report on Schedule C or C-EZ (Form 1040). For royalties on timber, coal, and iron ore, see Pub. 544, Sales and Other Dispositions of Assets.

**Box 3.** Generally, report this amount on the "Other income" line of Form 1040 and identify the payment. The amount shown may be payments received as the beneficiary of a deceased employee, prizes, awards, taxable damages, Indian gaming profits, or other taxable income. See Pub. 525, Taxable and Nontaxable Income. If it is trade or business income, report this amount on Schedule C, C-EZ, or F (Form 1040).

**Box 4.** Shows backup withholding or withholding on Indian gaming profits. Generally, a payer must backup withhold at a 28% rate if you did not furnish your taxpayer identification number. See Form W-9, Request for Taxpayer Identification Number and Certification, for more information. Report this amount on your income tax return as tax withheld.

**Box 5.** An amount in this box means the fishing boat operator considers you self-employed. Report this amount on Schedule C or C-EZ (Form 1040). See Pub. 595, Tax Highlights for Commercial Fishermen.

**Box 6.** Report on Schedule C or C-EZ (Form 1040).

**Box 7.** Shows nonemployee compensation. If you are in the trade or business of catching fish, box 7 may show cash you received for the sale of fish. If payments in this box are SE income, report this amount on Schedule C, C-EZ, or F (Form 1040), and complete Schedule SE (Form 1040). You received this form instead of Form W-2 because the payer did not consider you an employee and did not withhold income tax or social security and Medicare taxes. Contact the payer if you believe this form is incorrect or has been issued in error. If you believe you are an employee, report this amount on line 7 of Form 1040 and call the IRS for information on how to report any social security and Medicare taxes.

**Box 8.** Shows substitute payments in lieu of dividends or tax-exempt interest received by your broker on your behalf as a result of a loan of your securities. Report on the "Other income" line of Form 1040.

**Box 9.** If checked, $5,000 or more of sales of consumer products was paid to you on a buy-sell, deposit-commission, or other basis. A dollar amount does not have to be shown. Generally, report any income from your sale of these products on Schedule C or C-EZ (Form 1040).

**Box 10.** Report this amount on line 8 of Schedule F (Form 1040).

**Box 13.** Shows your total compensation of excess golden parachute payments subject to a 20% excise tax. See the Form 1040 instructions for where to report.

**Box 14.** Shows gross proceeds paid to an attorney in connection with legal services. Report only the taxable part as income on your return.

**Box 15a.** Shows current year deferrals as a nonemployee under a section 409A nonqualified deferred compensation (NQDC) plan. Any earnings on current and prior year deferrals must also be reported.

**Box 15b.** Shows income as a nonemployee under a NQDC plan that does not meet the requirements of section 409A. This amount is also included in box 7 as nonemployee compensation. Any amount included in box 15a that is currently taxable is also included in this box. This income is also subject to a substantial additional tax to be reported on Form 1040. See "Total Tax" in the Form 1040 instructions.

**Boxes 16-18.** Shows state or local income tax withheld from the payments.

---

Form **1099-MISC** ☐ CORRECTED (if checked)

Form **1099-MISC** **2005**
**Miscellaneous Income**

OMB No. 1545-0115
39-1906647
Department of Treasury — IRS

PAYER'S name, street address, city, state, ZIP code, and telephone no.
THE REPTON GROUP, LLC
399 PARK AVENUE

| 1 Rents | 2 Royalties | 3 Other income |

**Form 1099-MISC**

☐ CORRECTED (if checked)          (keep for your records)

| PAYER'S name, street address, city, state, ZIP code, and telephone no. | | |
|---|---|---|

AGOSTINO VON HASSELL
UPPER SALEM, ROUTE 723
P.O BOYCE BOX 225
BOYCE, VIRGINIA 22620

| | OMB No. 1545-0115 | |
|---|---|---|
| **1** Rents $ | | Miscellaneous Income |
| **2** Royalties $ | **2006** | |
| **3** Other income $ | Form 1099-MISC  Department of the Treasury — IRS 39-1908647 | |
| **4** Fed. Inc. tax withheld $ | | Copy B For Recipient |

| PAYER'S federal identification number | RECIPIENT'S identification number |
|---|---|
| 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 | 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 |

| **5** Fishing boat proceeds $ | **6** Medical and health care payments $ |
|---|---|

RECIPIENT'S name, address, and ZIP code

SHERILYN KULESH
SHERILYN KULESH DESIGN

17 STRINGER DRIVE

DOYLESTOWN, PA 18901

| **7** Nonemployee compensation $ 2285.00 | **8** Substitute payments in lieu of dividends or interest $ |
|---|---|
| **9** Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ► ☐ | **10** Crop insurance proceeds |
| **11** | **12** |
| **13** Excess golden parachute payments $ | **14** Gross proceeds paid to an attorney $ |

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

Account number (see instructions)

132681092/9

| **15a** Section 409A deferrals $ | **15b** Section 409A income $ | **16** State tax withheld $ -------- $ -------- | **17** State/Payer's state no. -------- -------- | **18** State income $ -------- $ -------- |
|---|---|---|---|---|

## Instructions for Recipients

**Account number.** May show an account or other unique number the payer assigned to distinguish your account.

**Amounts shown may be subject to self-employment (SE) tax.** If your net income from self-employment is $400 or more, you must file a return and compute your SE tax on Schedule SE (Form 1040). See Pub. 334, Tax Guide for Small Business, for more information. If no income or social security and Medicare taxes were withheld and you are still receiving these payments, see Form 1040-ES, Estimated Tax for Individuals. Individuals must report as explained below. Corporations, fiduciaries, or partnerships report the amounts on the proper line of your tax return.

**Boxes 1 and 2.** Report rents from real estate on Schedule E (Form 1040). If you provided significant services to the tenant, sold real estate as a business, or rented personal property as a business, report on Schedule C or C-EZ (Form 1040). For royalties on timber, coal, & iron ore, see Pub. 544, Sales and Other Dispositions of Assets.

**Box 3.** Generally, report this amount on the "Other Income" line of Form 1040 and identify the payment. The amount shown may be payments received as the beneficiary of a deceased employee, prizes, awards, taxable damages, Indian gaming profits, or other taxable income. See Pub. 525, Taxable and Nontaxable Income. If it is trade or business income, report this amount on Schedule C, C-EZ, or F (Form 1040).

**Box 4.** Shows backup withholding or withholding on Indian gaming profits. Generally, a payer must backup withhold at a 28% rate if you did not furnish your taxpayer identification number. See Form W-9, Request for Taxpayer Identification Number and Certification, for more information. Report this amount on your income tax return as tax withheld.

**Box 5.** An amount in this box means the fishing boat operator considers you self-employed. Report this amount on Schedule C or C-EZ (Form 1040). See Pub. 595, Tax Highlights for Commercial Fishermen.

**Box 6.** For individuals, report on Schedule C or C-EZ (Form 1040).

**Box 7.** Shows nonemployee compensation. If you are in the trade or business of catching fish, box 7 may show cash you received for the sale of fish. If payments in this box are SE income, report this amount on Schedule C, C-EZ, or F (Form 1040), and complete Schedule SE (Form 1040). You received this form instead of Form W-2 because the payer did not consider you an employee and did not withhold income tax or social security and Medicare taxes. Contact the payer if you believe this form is incorrect or has been issued in error. If you believe you are an employee, report this amount on line 7 of Form 1040 and call the IRS for information on how to report any social security and Medicare taxes.

**Box 8.** Shows substitute payments in lieu of dividends or tax-exempt interest received by your broker on your behalf as a result of a loan of your securities. Report on the "Other income" line of Form 1040.

**Box 9.** If checked, $5,000 or more of sales of consumer products was paid to you on a buy-sell, deposit-commission, or other basis. A dollar amount does not have to be shown. Generally, report any income from your sale of these products on Schedule C or C-EZ (Form 1040).

**Box 10.** Report this amount on line 8 of Schedule F (Form 1040).

**Box 13.** Shows your total compensation of excess golden parachute payments subject to a 20% excise tax. See the Form 1040 instructions for where to report.

**Box 14.** Shows gross proceeds paid to an attorney in connection with legal services. Report only the taxable part as income on your return.

**Box 15a.** Shows current year deferrals as a nonemployee under a nonqualified deferred compensation (NQDC) plan that is subject to the requirements of section 409A. Any earnings on current and prior year deferrals are also reported.

**Box 15b.** Shows income as a nonemployee under a NQDC plan that does not meet the requirements of section 409A. This amount is also included in box 7 as nonemployee compensation. Any amount included in box 15a that is currently taxable is also included in this box. This income is also subject to a substantial additional tax to be reported on Form 1040. See "Total Tax" in the Form 1040 instructions.

**Boxes 16-18.** Shows state or local income tax withheld from the payments.