Form **1099-MISC**  ☐ CORRECTED (If checked)

| PAYER'S name, street address, city, state, ZIP code, and telephone no. | Form 1099-MISC **2005** | | OMB No. 1545-0115 |
|---|---|---|---|
| AGOSTINO VON HASSELL<br>UPPER SALEM, ROUTE 723<br>P.O BOYCE BOX 225<br>BOYCE, VIRGINIA 22620 | **Miscellaneous Income** | | 39-1808647<br>Department of Treasury -- IRS |

| | | |
|---|---|---|
| 1 Rents $ | 2 Royalties $ | 3 Other income |
| 4 Fed. Inc. tax withheld $ | 5 Fishing boat proceeds | 6 Medical and health care payments |
| 7 Nonemployee compensation $ **321.79** | 8 Substitute payments in lieu of dividends/interest | 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ ☐ |
| 10 Crop insurance proceeds | 11 | 12 |
| 13 Excess golden parachute payments $ | 14 Gross proceeds paid to an attorney $ | 15a Section 409A deferrals |
| 15b Section 409A income | | |
| 16 State tax withheld $ | 17 State/Payer's state no. | 18 State income $ |

PAYER'S Federal identification number **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**   RECIPIENT'S identification number **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**

RECIPIENT'S name, address, and ZIP code
SHERILYN KULESH
SHERILYN KULESH DESIGN
17 STRINGER DRIVE
DOYLESTOWN, PA 18901

Account number (see instructions)
132681092/9

Copy B For Recipient (keep for your records)
This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

---

Form **1099-MISC**  ☐ CORRECTED (If checked)

| PAYER'S name, street address, city, state, ZIP code, and telephone no. | Form 1099-MISC **2005** | | OMB No. 1545-0115 |
|---|---|---|---|
| AGOSTINO VON HASSELL<br>UPPER SALEM, ROUTE 723<br>P.O BOYCE BOX 225<br>BOYCE, VIRGINIA 22620 | **Miscellaneous Income** | | 39-1808647<br>Department of Treasury -- IRS |

| | | |
|---|---|---|
| 1 Rents $ | 2 Royalties $ | 3 Other income |
| 4 Fed. income tax withheld $ | 5 Fishing boat proceeds | 6 Medical and health care payments |
| 7 Nonemployee compensation $ **321.79** | 8 Substitute payments in lieu of dividends/interest | 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ ☐ |
| 10 Crop insurance proceeds | 11 | 12 |
| 13 Excess golden parachute payments $ | 14 Gross proceeds paid to an attorney $ | 15a Section 409A deferrals |
| 15b Section 409A income | | |
| 16 State tax withheld $ | 17 State/Payer's state no. | 18 State income $ |

PAYER'S Federal identification number **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**   RECIPIENT'S identification number **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**

RECIPIENT'S name, address, and ZIP code
SHERILYN KULESH
SHERILYN KULESH DESIGN
17 STRINGER DRIVE
DOYLESTOWN, PA 18901

Account number (see instructions)
132681092/9

Copy 2
To be filed with recipient's state income tax return, when required.

5  FMISB2I    NTF 2582013    Copyright 2005 Greatland/Nelco - Forms Software Only

---

## Instructions to Recipients

**Account number.** May show an account or other unique number the payer assigned to distinguish your account.

**Amounts shown may be subject to self-employment (SE) tax.** If your net income from self-employment is $400 or more, you must file a return and compute your SE tax on Schedule SE (Form 1040). See Pub. 533, Self-Employment Tax, for more information. If no income or social security and Medicare taxes were withheld and you are still receiving these payments, see Form 1040-ES, Estimated Tax for Individuals. Individuals must report as explained below. Corporations, fiduciaries, or partnerships report the amounts on the proper line of your tax return.

**Boxes 1 and 2.** Report rents from real estate on Schedule E (Form 1040). If you provided significant services to the tenant, sold real estate as a business, or rented personal property as a business, report on Schedule C or C-EZ (Form 1040). For royalties on timber, coal, and iron ore, see Pub. 544, Sales and Other Dispositions of Assets.

**Box 3.** Generally, report this amount on the "Other income" line of Form 1040 and identify the payment. The amount shown may be payments received as the beneficiary of a deceased employee, prizes, awards, taxable damages, Indian gaming profits, or other taxable income. See Pub. 525, Taxable and Nontaxable Income. If it is trade or business income, report this amount on Schedule C, C-EZ, or F (Form 1040).

**Box 4.** Shows backup withholding or withholding on Indian gaming profits. Generally, a payer must backup withhold at a 28% rate if you did not furnish your taxpayer identification number. See Form W-9, Request for Taxpayer Identification Number and Certification, for more information. Report this amount on your income tax return as tax withheld.

**Box 5.** An amount in this box means the fishing boat operator considers you self-employed. Report this amount on Schedule C or C-EZ (Form 1040). See Pub. 595, Tax Highlights for Commercial Fishermen.

**Box 6.** Report on Schedule C or C-EZ (Form 1040).

**Box 7.** Shows nonemployee compensation. If you are in the trade or business of catching fish, box 7 may show cash you received for the sale of fish. If payments in this box are SE income, report this amount on Schedule C, C-EZ, or F (Form 1040), and complete Schedule SE (Form 1040). You received this form instead of Form W-2 because the payer did not consider you an employee and did not withhold income tax or social security and Medicare taxes. Contact the payer if you believe this amount is incorrect or has been issued in error. If you believe you are an employee, report this amount on line 7 of Form 1040 and call the IRS for information on how to report any social security and Medicare taxes.

**Box 8.** Shows substitute payments in lieu of dividends or tax-exempt interest received by your broker on your behalf as a result of a loan of your securities. Report on the "Other income" line of Form 1040.

**Box 9.** If checked, $5,000 or more of sales of consumer products was paid to you on a buy-sell, deposit-commission, or other basis. A dollar amount does not have to be shown. Generally, report any income from your sale of these products on Schedule C or C-EZ (Form 1040).

**Box 10.** Report this amount on line 8 of Schedule F (Form 1040).

**Box 13.** Shows your total compensation of excess golden parachute payments subject to a 20% excise tax. See the Form 1040 instructions for where to report.

**Box 14.** Shows gross proceeds paid to an attorney in connection with legal services. Report only the taxable part as income on your return.

**Box 15a.** Shows current year deferrals as a nonemployee under a section 409A nonqualified deferred compensation (NQDC) plan. Any earnings on current and prior year deferrals must also be reported.

**Box 15b.** Shows income as a nonemployee under a NQDC plan that does not meet the requirements of section 409A. This amount is also included in box 7 as nonemployee compensation. Any amount included in box 15a that currently taxable is also included in this box. This income is also subject to a substantial additional tax to reported on Form 1040. See "Total Tax" in the Form 1040 instructions.

**Boxes 16-18.** Shows state or local income tax withheld from the payments.

Form **1099-MISC**

☐ CORRECTED (if checked)     (keep for your records)

| PAYER'S name, street address, city, state, ZIP code, and telephone no. | 1 Rents | OMB No. 1545-0115 | **Miscellaneous Income** |
|---|---|---|---|
| AGOSTINO VON HASSELL<br>UPPER SALEM, ROUTE 723<br>P.O BOYCE BOX 225<br>BOYCE, VIRGINIA 22620 | $ | **2006** | |
| | 2 Royalties<br>$ | Form **1099-MISC** Department of the Treasury — IRS | 39-1908847 |

| 3 Other income | 4 Fed. Inc. tax withheld | **Copy B** |
|---|---|---|
| $ | $ | **For Recipient** |

| PAYER'S federal identification number | RECIPIENT'S identification number | 5 Fishing boat proceeds | 6 Medical and health care payments |
|---|---|---|---|
| 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 | 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 | $ | $ |

| RECIPIENT'S name, address, and ZIP code | 7 Nonemployee compensation | 8 Substitute payments in lieu of dividends or interest |
|---|---|---|
| SHERILYN KULESH<br>SHERILYN KULESH DESIGN<br><br>17 STRINGER DRIVE<br>DOYLESTOWN, PA 18901 | $ 2285.00 | $ |

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

| 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ ☐ | 10 Crop insurance proceeds<br>$ |
|---|---|
| 11 | 12 |
| 13 Excess golden parachute payments<br>$ | 14 Gross proceeds paid to an attorney<br>$ |

Account number (see instructions)

132681092/9

| 15a Section 409A deferrals | 15b Section 409A income | 16 State tax withheld | 17 State/Payer's state no. | 18 State income |
|---|---|---|---|---|
| $ | $ | $<br>$ | | $<br>$ |

---

## Instructions for Recipients

**Account number.** May show an account or other unique number the payer assigned to distinguish your account.

**Amounts shown may be subject to self-employment (SE) tax.** If your net income from self-employment is $400 or more, you must file a return and compute your SE tax on Schedule SE (Form 1040). See Pub. 334, Tax Guide for Small Business, for more information. If no income or social security and Medicare taxes were withheld and you are still receiving these payments, see Form 1040-ES, Estimated Tax for Individuals. Individuals must report as explained below. Corporations, fiduciaries, or partnerships report the amounts on the proper line of your tax return.

**Boxes 1 and 2.** Report rents from real estate on Schedule E (Form 1040). If you provided significant services to the tenant, sold real estate as a business, or rented personal property as a business, report on Schedule C or C-EZ (Form 1040). For royalties on timber, coal, & iron ore, see Pub. 544, Sales and Other Dispositions of Assets.

**Box 3.** Generally, report this amount on the "Other income" line of Form 1040 and identify the payment. The amount shown may be payments received as the beneficiary of a deceased employee, prizes, awards, taxable damages, Indian gaming profits, or other taxable income. See Pub. 525, Taxable and Nontaxable Income. If it is trade or business income, report this amount on Schedule C, C-EZ, or F (Form 1040).

**Box 4.** Shows backup withholding or withholding on Indian gaming profits. Generally, a payer must backup withhold at a 28% rate if you did not furnish your taxpayer identification number. See Form W-9, Request for Taxpayer Identification Number and Certification, for more information. Report this amount on your income tax return as tax withheld.

**Box 5.** An amount in this box means the fishing boat operator considers you self-employed. Report this amount on Schedule C or C-EZ (Form 1040). See Pub. 595, Tax Highlights for Commercial Fishermen.

**Box 6.** For individuals, report on Schedule C or C-EZ (Form 1040).

**Box 7.** Shows nonemployee compensation. If you are in the trade or business of catching fish, box 7 may show cash you received for the sale of fish. If payments in this box are SE income, report this amount on Schedule C, C-EZ, or F (Form 1040), and complete Schedule SE (Form 1040). You received this form instead of Form W-2 because the payer did not consider you an employee and did not withhold income tax or social security and Medicare taxes. Contact the payer if you believe this form is incorrect or has been issued in error. If you believe you are an employee, report this amount on line 7 of Form 1040 and call the IRS for information on how to report any social security and Medicare taxes.

**Box 8.** Shows substitute payments in lieu of dividends or tax-exempt interest received by your broker on your behalf as a result of a loan of your securities. Report on the "Other income" line of Form 1040.

**Box 9.** If checked, $5,000 or more of sales of consumer products was paid to you on a buy-sell, deposit-commission, or other basis. A dollar amount does not have to be shown. Generally, report any income from your sale of these products on Schedule C or C-EZ (Form 1040).

**Box 10.** Report this amount on line 8 of Schedule F (Form 1040).

**Box 13.** Shows your total compensation of excess golden parachute payments subject to a 20% excise tax. See the Form 1040 instructions for where to report.

**Box 14.** Shows gross proceeds paid to an attorney in connection with legal services. Report only the taxable part as income on your return.

**Box 15a.** Shows current year deferrals as a nonemployee under a nonqualified deferred compensation (NQDC) plan that is subject to the requirements of section 409A. Any earnings on current and prior year deferrals are also reported.

**Box 15b.** Shows income as a nonemployee under a NQDC plan that does not meet the requirements of section 409A. This amount is also included in box 7 as nonemployee compensation. Any amount included in box 15a that is currently taxable is also included in this box. This income is also subject to a substantial additional tax to be reported on Form 1040. See "Total Tax" in the Form 1040 instructions.

**Boxes 16-18.** Shows state or local income tax withheld from the payments.

6  MISB1     NTF 2582949     Copyright 2006 Greatland/Nelco – Forms Software Only

1099-MISC
39-1908847

Form **1099-MISC**

☐ CORRECTED (if checked)    (keep for your records)

| PAYER'S name, street address, city, state, ZIP code, and telephone no. | | |
|---|---|---|
| THE REPTON GROUP, LLC<br>399 PARK AVENUE<br>NEW YORK, NY 10022 | | |

| **1** Rents | OMB No. 1545-0115 | |
|---|---|---|
| $ | **2003** | **Miscellaneous Income** |
| **2** Royalties | Form **1099-MISC** | |
| $ | | 39-1908647 Department of the Treasury — IRS |
| **3** Other income | **4** Fed. Inc. tax withheld | **Copy B For Recipient** |

| PAYER'S Federal identification number | RECIPIENT'S identification number |
|---|---|
| 13-3746109 | 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 |

| **5** Fishing boat proceeds | **6** Medical and health care payments |
|---|---|

RECIPIENT'S name, address, and ZIP code

SHERILYN KULESH
SHERILYN KULESH DESIGN

17 STRINGER DRIVE

DOYLESTOWN, PA 18901

| **7** Nonemployee compensation | **8** Substitute payments in lieu of dividends or interest |
|---|---|
| $  12601.50 | $ |

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

| **9** Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ ☐ | **10** Crop insurance proceeds |
|---|---|
| **11** | **12** |
| **13** Excess golden parachute payments | **14** Gross proceeds paid to an attorney |
| $ | $ |

Account number (optional)

| **15** | **16** State tax withheld | **17** State/Payer's state no. | **18** State income |
|---|---|---|---|
| | $ | | $ |
| | $ | | $ |

## Instructions to Recipients

**Amounts shown may be subject to self-employment (SE) tax.** If your net income from self-employment is $400 or more, you must file a return and compute your SE tax on **Schedule SE (Form 1040)**. See Pub. 533, Self-Employment Tax, for more information. If no income or social security or Medicare taxes were withheld and you are still receiving these payments, see **Form 1040-ES**, Estimated Tax for Individuals.

Individuals must report as explained below. Corporations, fiduciaries, or partnerships report the amounts on the proper line of your tax return.

**Boxes 1 and 2.** Report rents from real estate on Schedule E (Form 1040). If you provided significant services to the tenant, sold real estate as a business, or rented personal property as a business, report on Schedule C or C-EZ (Form 1040). For royalties on timber, coal, and iron ore, see Pub. 544, Sales and Other Dispositions of Assets.

**Box 3.** Generally, report this amount on line 21 of Form 1040 and identify the payment. The amount shown may be payments received as the beneficiary of a deceased employee, prizes, awards, taxable damages, Indian gaming profits, or other taxable income. If it is trade or business income, report this amount on Schedule C, C-EZ, or F (Form 1040).

**Box 4.** Shows backup withholding or withholding on Indian gaming profits. Generally, a payer must backup withhold at a 30% rate if you did not furnish your taxpayer identification number. See Form W-9, Request for Taxpayer Identification Number and Certification, for more information. **Report this amount on your income tax return as tax withheld.**

**Box 5.** An amount in this box means the fishing boat operator considers you self-employed. Report this amount on Schedule C or C-EZ (Form 1040). See Pub. 595, Tax Highlights for Commercial Fishermen.

**Box 6.** Report on Schedule C or C-EZ (Form 1040).

**Box 7.** Shows nonemployee compensation. If you are in the trade or business of catching fish, box 7 may show cash you received for the sale of fish. If payments in this box are SE income, report this amount on Schedule C, C-EZ, or F (Form 1040), and complete Schedule SE (Form 1040). You received this form instead of Form W-2 because the payer did not consider you an employee and did not withhold income tax or social security and Medicare taxes. Contact the payer if you believe this form is incorrect or has been issued in error. If you believe you are an employee, report this amount on line 7 of Form 1040 and call the IRS for information on how to report any social security and Medicare taxes.

**Box 8.** Shows substitute payments in lieu of dividends or tax-exempt interest received by your broker on your behalf after transfer of your securities for use in a short sale. Report on line 21 of Form 1040.

**Box 9.** If checked, $5,000 or more of sales of consumer products was paid to you on a buy-sell, deposit-commission, or other basis. A dollar amount does not have to be shown. Generally, report any income from your sale of these products on Schedule C or C-EZ (Form 1040).

**Box 10.** Report this amount on line 8 of Schedule F (Form 1040).

**Box 13.** Shows your total compensation of excess golden parachute payments subject to a 20% excise tax. See the Form 1040 instructions for line 61.

**Box 14.** Shows gross proceeds paid to an attorney in connection with legal services. Report only the taxable part as income on your return.

**Box 15.** Other information may be provided to you in box 15.

**Boxes 16-18.** Shows state or local income tax withheld from the payments.

9595   ☐ VOID   ☐ CORRECTED

PAYER'S name, street address, city, state, ZIP code, and telephone no.

THE REPTON GROUP, LLC
399 PARK AVENUE
NEW YORK, NY 10022

| 1 Rents | |
| $ | |
| 2 Royalties | |
| $ | |

Miscellaneous
Income

Copy

For
Internal Revenue
Service Center

File with Form 109

| PAYER'S Federal identification number | RECIPIENT'S identification number |
|---|---|
| 13-3746109 | 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 |

$

RECIPIENT'S name

SHERILYN KULESH
SHERILYN KULESH DESIGN

450.00

For Privacy Ac
and Paperwor
Reduction Ac
Notice, see th
2002 Genera
Instructions fo
Forms 1099
1098, 5498
and W-2G

Street address (including apt. no.)

17 STRINGER DRIVE

City, state, and ZIP code

DOYLESTOWN, PA 18901

Account number (optional)          2nd TIN not.

| 18 State income |
| $ |
| $ |

1099-MISC          Department of the Treasury - Internal Revenue Service

Form **1099-MISC**

☐ CORRECTED (if checked)          (keep for your records)

PAYER'S name, street address, city, state, ZIP code, and telephone no.

AGOSTINO VON HASSELL
UPPER SALEM, ROUTE 723
P.O BOYCE BOX 225
BOYCE, VIRGINIA 22620

| | OMB No. 1545-0115 | |
|---|---|---|
| **1 Rents** $ | **2003** | **Miscellaneous Income** |
| **2 Royalties** $ | Form 1099-MISC    39-1908847    Department of the Treasury — IRS | |

| | |
|---|---|
| **3 Other income** $ | **4 Fed. Inc. tax withheld** $ |

Copy B
For Recipient

PAYER'S Federal identification number    RECIPIENT'S identification number

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          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

| **5 Fishing boat proceeds** $ | **6 Medical and health care payments** $ |
|---|---|

RECIPIENT'S name, address, and ZIP code

SHERILYN KULESH
SHERILYN KULESH DESIGN

17 STRINGER DRIVE

DOYLESTOWN, PA 18901

Account number (optional)

15

| **7 Nonemployee compensation** $ 350.00 | **8 Substitute payments in lieu of dividends or interest** $ |
|---|---|
| **9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶** ☐ | **10 Crop insurance proceeds** $ |
| **11** | **12** |
| **13 Excess golden parachute payments** $ | **14 Gross proceeds paid to an attorney** $ |

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

| **16 State tax withheld** $ _____ $ _____ | **17 State/Payer's state no.** - - - - - | **18 State income** $ _____ $ _____ |
|---|---|---|

## Instructions to Recipients

**Amounts shown may be subject to self-employment (SE) tax.** If your net income from self-employment is $400 or more, you must file a return and compute your SE tax on **Schedule SE (Form 1040).** See Pub. 533, Self-Employment Tax, for more information. If no income or social security and Medicare taxes were withheld and you are still receiving these payments, see **Form 1040-ES,** Estimated Tax for Individuals.

· Individuals must report as explained below. Corporations, fiduciaries, or partnerships report the amounts on the proper line of your tax return.

**Boxes 1 and 2.** Report rents from real estate on Schedule E (Form 1040). If you provided significant services to the tenant, sold real estate as a business, or rented personal property as a business, report on Schedule C or C-EZ (Form 1040). For royalties on timber, coal, and iron ore, see **Pub. 544,** Sales and Other Dispositions of Assets.

**Box 3.** Generally, report this amount on line 21 of Form 1040 and identify the payment. The amount shown may be payments received as the beneficiary of a deceased employee, prizes, awards, taxable damages, Indian gaming profits, or other taxable income. If it is trade or business income, report this amount on Schedule C, C-EZ, or F (Form 1040).

**Box 4.** Shows backup withholding or withholding on Indian gaming profits. Generally, a payer must backup withhold at a 30% rate if you did not furnish your taxpayer identification number. See **Form W-9,** Request for Taxpayer Identification Number and Certification, for more information. **Report this amount on your income tax return as tax withheld.**

**Box 5.** An amount in this box means the fishing boat operator considers you self-employed. Report this amount on Schedule C or C-EZ (Form 1040). See **Pub. 595,** Tax Highlights for Commercial Fishermen.

**Box 6.** Report on Schedule C or C-EZ (Form 1040).

**Box 7.** Shows nonemployee compensation. If you are in the trade or business of catching fish, box 7 may show cash you received for the sale of fish. If payments in this box are SE income, report this amount on Schedule C, C-EZ, or F (Form 1040), and complete Schedule SE (Form 1040). You received this form instead of Form W-2 because the payer did not consider you an employee and did not withhold income tax or social security and Medicare taxes. Contact the payer if you believe this form is incorrect or has been issued in error. If you believe you are an employee, report this amount on line 7 of Form 1040 and call the IRS for information on how to report any social security and Medicare taxes.

**Box 8.** Shows substitute payments in lieu of dividends or tax-exempt interest received by your broker on your behalf after transfer of your securities for use in a short sale. Report on line 21 of Form 1040.

**Box 9.** If checked, $5,000 or more of sales of consumer products was paid to you on a buy-sell, deposit-commission, or other basis. A dollar amount does not have to be shown. Generally, report any income from your sale of these products on Schedule C or C-EZ (Form 1040).

**Box 10.** Report this amount on line 8 of Schedule F (Form 1040).

**Box 13.** Shows your total compensation of excess golden parachute payments subject to a 20% excise tax. See the Form 1040 instructions for line 61.

**Box 14.** Shows gross proceeds paid to an attorney in connection with legal services. Report only the taxable part as income on your return.

**Box 15.** Other information may be provided to you in box 15.

**Boxes 16-18.** Shows state or local income tax withheld from the payments.

**<u>EXHIBIT I</u>**

Form **1099-MISC**    ☐ CORRECTED (if checked)

| PAYER'S name, street address, city, state, ZIP code, and telephone no.<br>THE REPTON GROUP, LLC<br>399 PARK AVENUE<br>NEW YORK, NY 10022 | Form **1099-MISC 2005**<br>**Miscellaneous Income** | | OMB No. 1545-0115<br>39-1906847<br>Department of Treasury -- IRS |
|---|---|---|---|
| | 1 Rents<br>$ | 2 Royalties<br>$ | 3 Other income<br>$ |
| | 4 Fed. inc. tax withheld<br>$ | 5 Fishing boat proceeds<br>$ | 6 Medical and health care payments<br>$ |
| PAYER'S Federal identification number **13-3746109**    RECIPIENT'S identification number **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** | 7 Nonemployee compensation<br>$ **3700.00** | 8 Substitute payments in lieu of dividends/ interest<br>$ | 9 Payer made direct sales of $5,000/more of consumer products to a buyer (recipient) for resale ▶ ☐ |
| RECIPIENT'S name, address, and ZIP code<br>Keith Crossley<br><br>46 Bank Street<br>New York, NY 10014 | 10 Crop insurance proceeds<br>$ | 11 | 12 |
| | 13 Excess golden parachute payments<br>$ | 14 Gross proceeds paid to an attorney<br>$ | 15a Section 409A deferrals<br>$ |
| | 15b Section 409A income ........<br>$ | | |
| | 16 State tax withheld<br>$ | 17 State/Payer's state no. | 18 State income<br>$ |
| Account number (see instructions) | Copy B For Recipient (keep for your records)<br>This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. | | |

---

Form **1099-MISC**    ☐ CORRECTED (if checked)

| PAYER'S name, street address, city, state, ZIP code, and telephone no.<br>THE REPTON GROUP, LLC<br>399 PARK AVENUE<br>NEW YORK, NY 10022 | Form **1099-MISC 2005**<br>**Miscellaneous Income** | | OMB No. 1545-0115<br>39-1906847<br>Department of Treasury -- IRS |
|---|---|---|---|
| | 1 Rents<br>$ | 2 Royalties<br>$ | 3 Other income<br>$ |
| | 4 Fed. income tax withheld<br>$ | 5 Fishing boat proceeds<br>$ | 6 Medical and health care payments<br>$ |
| PAYER'S Federal identification number **13-3746109**    RECIPIENT'S identification number **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** | 7 Nonemployee compensation<br>$ **3700.00** | 8 Substitute payments in lieu of dividends/ interest<br>$ | 9 Payer made direct sales of $5,000/more of consumer products to a buyer (recipient) for resale ▶ ☐ |
| RECIPIENT'S name, address, and ZIP code<br>Keith Crossley<br><br>46 Bank Street<br>New York, NY 10014 | 10 Crop insurance proceeds<br>$ | 11 | 12 |
| | 13 Excess golden parachute payments<br>$ | 14 Gross proceeds paid to an attorney<br>$ | 15a Section 409A deferrals<br>$ |
| | 15b Section 409A income ........<br>$ | | |
| | 16 State tax withheld<br>$ | 17 State/Payer's state no. | 18 State income<br>$ |
| Account number (see instructions) | Copy 2<br>To be filed with recipient's state income tax return, when required. | | |

5 FM15B2I    NTF 2582013    Copyright 2005 Greatland/Nelco - Forms Software Only

## Instructions to Recipients

**Account number.** May show an account or other unique number the payer assigned to distinguish your account.

**Amounts shown may be subject to self-employment (SE) tax.** If your net income from self-employment is $400 or more, you must file a return and compute your SE tax on Schedule SE (Form 1040). See Pub. 533, Self-Employment Tax, for more information. If no income or social security and Medicare taxes were withheld and you are still receiving these payments, see Form 1040-ES, Estimated Tax for Individuals. Individuals must report the amounts on the proper line of your tax return.

Corporations, fiduciaries, or partnerships report the amounts on the proper line of your tax return.

**Boxes 1 and 2.** Report rents from real estate on Schedule E (Form 1040). If you provided significant services to the tenant, sold real estate as a business, or rented personal property as a business, report on Schedule C or C-EZ (Form 1040). For royalties on timber, coal, and iron ore, see Pub. 544, Sales and Other Dispositions of Assets.

**Box 3.** Generally, report this amount on the "Other income" line of Form 1040 identify the payment. The amount shown may be payments received as the beneficiary of a deceased employee, prizes, awards, taxable damages, Indian gaming profits, or other taxable income. See Pub. 525, Taxable and Nontaxable Income. If it is trade or business income, report this amount on Schedule C, C-EZ, or F (Form 1040).

**Box 4.** Shows backup withholding or withholding on Indian gaming profits. Generally, a payer must backup withhold at a 28% rate if you did not furnish your taxpayer identification number. See Form W-9, Request for Taxpayer Identification Number and Certification, for more information. Report this amount on your income tax return as tax withheld.

**Box 5.** An amount in this box means the fishing boat operator considers you self-employed. Report this amount on Schedule C or C-EZ (Form 1040). See Pub. 595, Tax Highlights for Commercial Fishermen.

**Box 6.** Report on Schedule C or C-EZ (Form 1040).

**Box 7.** Shows nonemployee compensation. If you are in the trade or business of catching fish, box 7 may show cash you received for the sale of fish. If payments in this box are SE income, report this amount on Schedule C, C-EZ, or F (Form 1040), and complete Schedule SE (Form 1040). You received this form instead of Form W-2 because the payer did not consider you an employee and did not withhold income tax or social security and Medicare taxes. Contact the payer if you believe this form is incorrect or has been issued in error. If you believe you are an employee, report this amount on line 7 of Form 1040 and call the IRS for information on how to report any social security and Medicare taxes.

**Box 8.** Shows substitute payments in lieu of dividends or tax-exempt interest received by your broker on your behalf as a result of a loan of your securities. Report on the "Other income" line of Form 1040.

**Box 9.** If checked, $5,000 or more of sales of consumer products was paid to you on a buy-sell, deposit-commission, or other basis. A dollar amount does not have to be shown. Generally, report any income from your sale of these products on Schedule C or C-EZ (Form 1040).

**Box 10.** Report this amount on line 8 of Schedule F (Form 1040).

**Box 13.** Shows your total compensation of excess golden parachute payments subject to a 20% excise tax. See the Form 1040 instructions for where to report.

**Box 14.** Shows gross proceeds paid to an attorney in connection with legal services. Report only the taxable part as income on your return.

**Box 15a.** Shows current year deferrals as a nonemployee under a section 409A nonqualified deferred compensation (NQDC) plan. Any earnings on current and prior year deferrals must also be reported.

**Box 15b.** Shows income as a nonemployee under a NQDC plan that does not meet the requirements of section 409A. This amount is also included in box 7 as nonemployee compensation. Any amount included in box 15b that is currently taxable is also included in this box. This income is also subject to a substantial additional tax to reported on Form 1040. See "Total Tax" in the Form 1040 instructions.

**Boxes 16-18.** Shows state or local income tax withheld from the payments.

**EXHIBIT J**

**Costs Related to Shipping Book**
**From California to New Orleans**

| DATE | TO WHOM | AMOUNT | COMMENT |
|------|---------|--------|---------|
| 2-Jan-07 | AMEX | $1,964.25 | Shipping |
| 15-Sep-06 | Logistics | $654.62 | Handling Charge |
| 15-Sep-06 | Logistics | $511.30 | Inland Charge |
| 2-Feb-07 | Logistics | $4,000.00 | Shipping |
| | | $7,130.17 | |

# LOGISTICS WORLDWIDE (USA), INC

18601 SOUTH SUSANA ROAD, SUITE A, RANCHO DOMINGUEZ, CA 90221
TEL : 1-310-908-0860 FAX : 1-310-908-0861

UNIVERSITY PRESS OF THE SOUTH, INC
P:504/866-2750

## INVOICE

| | |
|---|---|
| INVOICE NO. | :SII60900298 |
| SALESMAN | : |
| ISSUE DATE | :15 Sep 2006 |
| JOB NO. | :SI609000044 |
| CST REF NO. | : |

ATTN:
EMAIL:

PRINT DATE: 06 Feb 2007    17:46:15

VESSEL/VOYAGE: OOCL LONG BEACH / V.26E35
LOAD: HONG KONG
DISH: LONG BEACH
DEST: LONG BEACH

ETD: 04 Sep 2006    ETA: 15 Sep 2006

HBL:        HKLGB6090032

-CFS : 314 CARTON(S)  5,865.00 KGS  10.260 CBM
DEST: LONG BEACH

| CONTAINER NO. | SEAL NO. | SIZE | CONTAINER NO. | SEAL NO. | SIZE |
|---|---|---|---|---|---|
| TTNU5527939 | | 40' | | | |

| DESCRIPTION | | | AMOUNT | |
|---|---|---|---|---|
| HANDLING CHARGE | USD 50.000/SET x 1.000 | 1.000000 | USD | 50.00 |
| ADVANCE MANIFEST SECURITY FEE | USD 25.000/B/L x 1.000 | 1.000000 | USD | 25.00 |
| DDC FEE | USD 288.310/SHPT x 1.000 | 1.000000 | USD | 288.31 |
| ENTRY FEE | USD 125.000/SHPT x 1.000 | 1.000000 | USD | 125.00 |
| DUTY FEE | USD 56.310/SHPT x 1.000 | 1.000000 | USD | 56.31 |
| BONDS TO CUSTOM | USD 110.000/SHPT x 1.000 | 1.000000 | USD | 110.00 |
| | | | Total: USD | 654.62 |

TOTAL: US DOLLARS SIX HUNDRED FIFTY-FOUR AND CENTS SIXTY-TWO ONLY

PREPARED BY: JULISA

PAYMENT SHOULD BE MADE IN
CROSSED CHEQUE PAYABLE TO:
LOGISTICS WORLDWIDE (USA), INC
OFFICIAL RECEIPT WILL BE MADE UPON PAYMENT

FOR AND ON BEHALF OF
LOGISTICS WORLDWIDE (USA), INC

---------------------------------
AUTHORIZED SIGNATURE

E.&O.E.

# THE **REPTON** GROUP, LLC □□□

February 13, 2007

<u>Via E-Mail and Regular Mail</u>
Julisa Orellane
Logistics Worldwide USA
18601 S. Susana Road
Suite A
Rancho Dominguez, CA 90221

Dear Julisa:

Enclosed with this letter is check number 4277 for $654.62 made out to Logistics Worldwide USA.

By endorsing and depositing this check you agree as follows:

- This is a voluntary payment for additional charges but does not impact the conditions attached to a prior check sent of January 15, 2007. Those conditions were stated as follows:
  - ○ $4,000.00 is the only payment expected from us. There will be no other charges – either for handling or for shipping and that this constitutes the entire payment due to you.
  - ○ That on any other charges you will be in touch with Frederick Lo. He indicated in an e-mail that he was agreeable to this and considers the amount of $4,000.00 to be reasonable.

Sincerely,

Agostino von Hassell

Enclosure:
Check 4277 for $654.62
Copy to Frederick Lo

Logistics Worldwide USA        $654.62    13-Feb-07        4277



*031000040*
03/29/2007
6114737610

This is a LEGAL COPY of
your check. You can use it
the same way you would
use the original check.

Logistics Worldwide USA $654.62 13-Feb-07 4277

↑Do not endorse or write below this line.↑

1220001166 03/29/2007
61264406141
*0310000040* 03/29/2007
6215949235
*0310000040* 03/29/2007
6114737610

PAY TO THE ORDER OF
UNITED COMMERCIAL BANK
TEMPLE CITY, CA 91780
322086142
FOR DEPOSIT ONLY
GALLOP FARGO LOGISTICS, INC.
DBA LOGISTICS WORLDWIDE USA, INC.

>321070450< 03/28/2007
9028368080

Logistics Worldwide USA        $4,000.00   15-Jan-07        4257

\*031000040\*
02/16/2007
6615737936

This is a LEGAL COPY of
your check. You can use it
the same way you would
use the original check.

[32107040501  9025468930  02/15/2007]

4257

THE REPTON GROUP LLC

DATE  1/5/07

PAY
TO THE
ORDER OF  *Logistics Worldwide USA*                    $ 4000

*Four thousand*                                        DOLLARS

○ CHASE
JPMorgan Chase Bank, N.A.
Park Avenue
New York, NY 10017

FOR

⑈004257⑈ ⑆021000021⑈006190111⑈

⑈004257⑈    4⑆021000021⑈    006190111⑈    ⑈0000400000⑈

| | | | |
|---|---|---|---|
| Logistics Worldwide USA | $4,000.00 | 15-Jan-07 | 4257 |

January 2, 2007
Page 3

**Copy of charge being paid**

## Sender Information

ROLAND AQUINO
STG

1650 S. CENTRAL AVE.
COMPTON  CA  90220
US

## Recipient Information

UNIVERSITY PRESS OF SOUTH—
ROO
4700 TCHOUPITOULIS ST.

NEW ORLEANS , LA  70115
US

## Original Reference

| | |
|---|---|
| Customer | 191925-6 |
| Reference# | SPEEDMARK |
| Department# | |
| RMA# | |
| Reference #2 | |
| Reference #3 | |

## Shipment Details

| | |
|---|---|
| Shipment Date | 10/03/2006 |
| Payment Type | Third Party |
| Service Type | FedEx Standard |
| Region Code | Overnight |
| Package Type | 07 |
| Pieces | Customer Packaging |
| | 1 |
| Rated Weight | 64.0 lbs |
| Bundle ID | 3379658 |
| Meter No | 3456540 |
| Declared Value | 0.00 |

## Charges

| | |
|---|---|
| Transportation Charge | 191.35 |
| Fuel Surcharge | 1750.90 |
| Courier Pickup Charge | 4.00 |
| | 0.00 |
| Weekday Delivery | USD $  1946.25 |
| Total Charges | |

## Proof of Delivery

| | |
|---|---|
| Delivery Date | 10/04/2006  10:50 |
| Service Area | A1 |
| Code | STORAGE ROOM |
| Signed By | 5005 |

Card XXXX-XXXXX3-70000

10/03/06
FEDEX #858856460515 CLOSTER          NJ
1918925-6 SPEEDMAR 70115
TO: UNIVERSITY PRESS OF SOUTH-  ROO LA
FROM: ROLAND AQUINO 90220
001 STANDARD PKG.6#LB AWB858856460515
FEDEX CUSTOMER SERVICE #1-800-622-1147
ROO No. 8654460515
SIGN & TRAVEL● / EXTENDED PAYMENT OPTION

10/10/06
FEDEX #859231715000 CLOSTER          NJ

10004
TO: FRANCES TAVERN MUSEUM NY
FROM: DR ALAIN SAINT SVENI 70115
002 STANDARD PKG.6#LB AWB859231715000
FEDEX CUSTOMER SERVICE #1-800-622-1147
ROO No. 9231715000
SIGN & TRAVEL● / EXTENDED PAYMENT OPTION

10/10/06
CAFETERIA/HUDSON HOTEL NEW YORK NY
FOOD AND BEVERAGE
SIGN & TRAVEL● / EXTENDED PAYMENT OPTION

1,948.25

245.75

129.46

Continued on next pa

# THE **REPTON** GROUP, LLC

November 15, 2006

TO:       Julisa Orellane
             Logistics Worldwide (USA) Inc

FROM:   Agostino von Hassell

<u>SUBJECT</u>:  Book Shipment Issues

Let me quickly respond to you e-mail of yesterday: ·

---

Dear Mr. Von Harrsell,
I will give you a call tomorrow morning. Regarding this shipment. Shipment didn't clear custom until 10/29/06 in the afternoon. On Sept. 30th I called Lisa to inform her the shipment was clear and that I needed a letter from her staten that you needed 72 boxes to go overnight. I didn't get this letter until Oct. 02nd. I inform you there will be some warehouse charge not my charge but warehouse for segregation etc. I received a letter from you stated to charge your American Express Card. We used your Fedex account wish minds you should of check these charges. Yes I inform you of warehouse charges. Which I have billed you already. I did release 239 carton that arrive in New Orleans already.

Fredrick inland charges are $511.30

I will call you tomorrow.

Best regards,
Julisa O.@ LWW USA

---

Please do note that your statements are somewhat in-accurate.

399 Park Avenue, 20th Floor · New York, New York 10022 · Telephone: (212) 750-0824 · Facsimile: (212) 750-0831

# LOGISTICS
## WORLDWIDE (USA), INC

18601 SOUTH SUSANA ROAD, SUITE A, RANCHO DOMINGUEZ, CA
TEL: 1-310-808-0860 FAX: 1-310-808-0862

## INVOICE

PARAMOUNT PRINTING CO LTD
C/O RAINBOW GRAPHIC & PRINTING
3 CHUN KWONG ST . TKO IND. EST
TKO, NT. HK

| | |
|---|---|
| INVOICE NO. | :SII609002... |
| SALESMAN | : |
| ISSUE DATE | :15 Sep 2006 |
| JOB NO. | :SI609000044 |
| CST REF NO. | :SI609000044 |

ATTN:
EMAIL:

PRINT DATE: 28 Nov 2006    12:36:21

VESSEL/VOYAGE: OOCL LONG BEACH / V.26E35
LOAD: HONG KONG
　　　　　　　　DISH: LONG BEACH
　　　　　　　　DEST: LONG BEACH    ETD: 04 Sep 2006    ETA: 15 Sep 2006

HBL:    HKLGB6090032    -CFS: 314 CARTON(S)  5,865.00 KGS  10.260 CBM
　　　　　　　　　　　　　DEST: LONG BEACH
　　　CONTAINER NO. SEAL NO.    SIZE    CONTAINER NO. SEAL NO.    SIZE
　　　TTNU5527939    40'

DESCRIPTION

| INLAND CHARGE | | AMOUNT |
|---|---|---|
| USD 511.300/SHPT x 1.000 | | |
| | 1.000000  USD | 511.30 |
| | Total: USD | 511.30 |

TOTAL: US DOLLARS FIVE HUNDRED ELEVEN AND CENTS THIRTY ONLY

PREPARED BY: JULISA

PAYMENT SHOULD BE MADE IN
CROSSED CHEQUE PAYABLE TO:
LOGISTICS WORLDWIDE (USA), INC
OFFICIAL RECEIPT WILL BE MADE UPON PAYMENT

FOR AND ON BEHALF OF
LOGISTICS WORLDWIDE (USA), INC

--------------------------------
AUTHORIZED SIGNATURE

E.&O.E.

**<u>EXHIBIT K</u>**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
CHRISTINA AUGUSTIN VON HASSELL a/k/a    :
AGOSTINO VON HASSELL,                   :
                                        :
                            Plaintiff,  :        07 Civ. 3477 (LAK)
                                        :
                                        :
    - against -                         :
                                        :        **DECLARATION**
ALAIN SAINT-SAENS and UNIVERSITY        :
PRESS OF THE SOUTH, INC.,               :
                                        :
                            Defendants. :
-------------------------------------------------------------X

Robert Solomon says:

1.      I am an attorney duly admitted to practice law in the State of New York, and I
make this declaration in support of Plaintiff's application for damages in the above-entitled case.
I am fully familiar with the facts set forth herein.

2.      During the period for November 2006 to August 2007 (the "Period"), I provided
legal services to Agostino von Hassell in connection with his book entitled Military High Life:
Elegant Food Industries and Recipes (the "Book"). These services included advising Mr. von
Hassell about issues relating to a publishing agreement he signed relating to the Book,
negotiating proposed revisions to that publishing agreement with the publisher, defendant
University Press of the South, Inc., drafting revised publishing agreements, advising Mr. von
Hassell regarding distribution and copyright issues relating to the Book and the publishing
agreement, discussions with defendants regarding their compliance with the terms of the
publishing agreement, and analyzing and advising on various legal issues relating to the
publishing agreement and Mr. von Hassell's dealings with both defendants.

3.      I have reviewed my billing statements for these matters.  Based on my review,
Mr. von Hassell paid to me a total of $14,420.50 for legal services relating to the Book as
summarized above.  I have attached hereto as Exhibit A redacted copies of my billing statements
reflecting that I billed Mr. von Hassell and that he paid me such amounts.  (These statements also
reflect additional amounts billed to him for other services.)  I have redacted these billing
statements in the interest of ensuring that the attorney-client privilege is maintained.

4.      I declare under the penalty of perjury that the foregoing statements set forth
herein are true and correct.

Executed on:  March ⸏⸏⸏, 2008

Robert Solomon

2

<u>EXHIBIT A</u>

Robert N. Solomon, Esq.
1212 Avenue of the Americas
18th Floor
New York, NY 10036

November 30, 2006
Bill Number    00252
File Number    015837-00100

Agostino von Hassell
The Repton Group LLC
399 Park Avenue
26th Floor
New York, New York 10022

Re:   General Representation

**For Professional Services**

11/17/2006   RNS

11/21/2006   RNS
11/28/2006   RNS

11/29/2006   RNS

11/30/2006   RNS

Total Legal Services       $1,755.00

Total New Charges                              $1,765.00

Previous Balance                                  $0.00

11/17/2006   Payment                    REDACTED              $-2,500.00
Retainer

Robert N. Solomon, Esq.
1212 Avenue of the Americas
18th Floor
New York, NY 10036

December 31, 2006
Bill Number    00285
File Number    015837-00100

Agostino von Hassell
The Repton Group LLC
399 Park Avenue
26th Floor
New York, New York 10022

Re:   General Representation

*For Professional Services*

| | |
|---|---|
| 12/01/2006 | RNS |
| 12/04/2006 | RNS |
| 12/05/2006 | RNS |
| 12/06/2006 | RNS |
| 12/07/2006 | RNS |
| 12/08/2006 | RNS |
| 12/11/2006 | RNS |
| 12/12/2006 | RNS |
| 12/14/2006 | RNS |
| 12/15/2006 | RNS |
| 12/18/2006 | RNS |
| 12/19/2006 | RNS |
| 12/20/2006 | RNS |
| 12/21/2006 | RNS |

**REDACTED**

| | |
|---|---|
| Total Hours | 13.40 |
| Total Legal Services | $6,030.00 |

Robert N. Solomon, Esq.
1212 Avenue of the Americas
18th Floor
New York, NY 10036

January 31, 2007
Bill Number      00353
File Number     015837-00100

Agostino von Hassell
The Repton Group LLC
399 Park Avenue
26th Floor
New York, New York 10022

Re:   General Representation

*For Professional Services*

1/03/2007   RNS

1/04/2007   RNS
1/05/2007   RNS

1/15/2007   RNS
1/22/2007   RNS

1/26/2007   RNS

1/31/2007   RNS

| | | |
|---|---|---|
| Total Hours | | 3.30 |
| Total Legal Services | | $1,485.00 |

Total New Charges                                        $1,485.00

1/22/2007   Payment                                     $-5,000.00

Total Payments and Credits                           $-5,000.00

REDACTED

**Disbursements**

Phone calls with publisher                                                           $2.50
                                                              _____
                                               Total Expenses            $2.50
                                                              _____
          Total New Charges                                         $6,032.50


12/18/2006   Payment                                                  $-2,500.00

REDACTED

Robert N. Solomon, Esq.
1212 Avenue of the Americas
18th Floor
New York, NY 10036

February 28, 2007
Bill Number    00431
File Number    015837-00100

Agostino von Hassell
The Repton Group LLC
399 Park Avenue
26th Floor
New York, New York 10022

Re:    General Representation

**For Professional Services**

| Date | | |
|---|---|---|
| 2/06/2007 | RNS | |
| 2/07/2007 | RNS | |
| 2/12/2007 | RNS | |
| 2/13/2007 | RNS | |
| 2/26/2007 | RNS | |
| 2/28/2007 | RNS | |

| | | |
|---|---|---|
| Total Hours | | 3.20 |
| Total Legal Services | | $1,440.00 |

**Disbursements**

| | |
|---|---|
| | $1.00 |
| | $7.00 |
| Total Expenses | $8.00 |
| Total New Charges | $1,448.00 |

| | | |
|---|---|---|
| 2/21/2007 | Payment | $-2,000.00 |
| Total Payments and Credits | | $-2,000.00 |

REDACTED

Robert N. Solomon, Esq.
1212 Avenue of the Americas
18th Floor
New York, NY 10036

March 31, 2007
Bill Number    00453
File Number    015837-00100

Agostino von Hassell
The Repton Group LLC
399 Park Avenue
26th Floor
New York, New York 10022

Re:   General Representation

*For Professional Services*

| | | | |
|---|---|---|---|
| 3/05/2007 | RNS | | |
| 3/06/2007 | RNS | | |
| 3/14/2007 | RNS | | |
| 3/15/2007 | RNS | | |
| 3/16/2007 | RNS | | |
| 3/19/2007 | RNS | | |
| 3/21/2007 | RNS | | |
| 3/26/2007 | RNS | | |

| | |
|---|---|
| Total Hours | 4.50 |
| Total Legal Services | $2,025.00 |

| | |
|---|---|
| Total New Charges | $2,025.00 |

| | | |
|---|---|---|
| 3/19/2007 | Payment | $-1,000.00 |
| Total Payments and Credits | | $-1,000.00 |

REDACTED

Robert N. Solomon, Esq.
1212 Avenue of the Americas
18th Floor
New York, NY 10036

April 30, 2007
Bill Number    00548
File Number    015837-00100

Agostino von Hassell
The Repton Group LLC
399 Park Avenue
26th Floor
New York, New York 10022

Re:   General Representation

*For Professional Services*

4/02/2007   RNS                                                                                  1.20

| | |
|---|---|
| Total Hours | 1.20 |
| Total Legal Services | $540.00 |

Total New Charges                                                        $540.00

REDACTED

Robert N. Solomon, Esq.
1212 Avenue of the Americas
18th Floor
New York, NY 10036

July 31, 2007
Bill Number      00777
File Number      015837-00100

Agostino von Hassell
The Repton Group LLC
399 Park Avenue
26th Floor
New York, New York 10022

Re:   General Representation

*For Professional Services*

| | | |
|---|---|---|
| 7/19/2007 | RNS | |
| 7/19/2007 | RNS | |
| 7/20/2007 | RNS | |
| 7/23/2007 | RNS | |
| 7/23/2007 | RNS | |
| 7/25/2007 | RNS | |
| 7/27/2007 | RNS | |
| 7/31/2007 | RNS | |

| | |
|---|---|
| Total Hours | 8.10 |
| Total Legal Services | $3,645.00 |

**Disbursements**

| | |
|---|---|
| | $2.00 |
| Total Expenses | $2.00 |

| | |
|---|---|
| Total New Charges | $3,647.00 |

**REDACTED**

Robert N. Solomon, Esq.
1212 Avenue of the Americas
18th Floor
New York, NY 10036

August 31, 2007
Bill Number     00902
File Number     015837-00100

Agostino von Hassell
The Repton Group LLC
399 Park Avenue
26th Floor
New York, New York 10022

Re:   General Representation

**For Professional Services**

8/01/2007    RNS

8/02/2007    RNS

8/03/2007    RNS

8/09/2007    RNS


8/10/2007    RNS
8/13/2007    RNS

| | | |
|---|---|---|
| Total Hours | | 3.20 |
| Total Legal Services | | $1,440.00 |

**Disbursements**

| | | |
|---|---|---|
| | | $3.00 |
| Total Expenses | | $3.00 |

| | | |
|---|---|---|
| Total New Charges | | $1,443.00 |

**REDACTED**

# Rainbow

**Rainbow Graphic & Printing Company Limited**
彩虹製版印刷有限公司
**a wholly-owned subsidiary of Next Media Limited**
壹傳媒有限公司全資附屬公司

8 Chun Ying Street, 4/F.
Tseung Kwan O Ind. Estate
Kowloon, Hong Kong
Telephone: (852) 2752-3418
Facsimile: (852) 2897-4890
香港九龍將軍澳工業邨春盈街8號4樓

## INVOICE

Messrs. Contacto Atlantico
AV. Marginal 6912,
2765-587 Estoril, 2765-588 Portugal
Attn: Agostino von Hassell

Invoice No. 0609004A

Date: 4 September 2006

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| No.P/617971+A | Film Making & Printing For :- | | |
| No.P/810056 | Military High Life | | |
| No.P/124523 | 1,000cps | US$ | 4,350.00 |

U. S. DOLLARS FOUR THOUSAND THREE HUNDRED FIFTY ONLY. **TOTAL** US$ 4,350.00

For and on behalf of
**Rainbow Graphic & Printing Co., Ltd.**

Terms of Payment within XXXXXXXXXXXXXXXXXXXXX /C.O.D.
Interest of 1% per month will be charged to all overdue amount.
Cheque should be crossed and paid to the order of **Rainbow Graphic & Printing Co., Ltd.**



**Rainbow Graphic & Printing Company Limited**
彩虹製版印刷有限公司
**a wholly-owned subsidiary of Next Media Limited**
壹傳媒有限公司全資附屬公司

<div align="right">
8 Chun Ying Street, 4/F,
Tseung Kwan O Ind. Estate
Kowloon, Hong Kong
Telephone: (852) 2752-3418
Facsimile: (852) 2897-4890
香港九龍將軍澳工業邨春盈街8號4樓
</div>

# INVOICE

**Messrs.** **The Repton Group LLC**                                    Invoice No. 0609004B

399 Park Avenue, 26th Floor,
New York, NY 10022,  USA                              Date: .......4 September 2006.......
**Attn: Agostino von Hassell**

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| No.P/617971+A | Film Making & Printing For :- | | |
| No.P/810056 | **Military High Life** | | |
| No.P/124523 | 5,000cps | US$ | 21,750.00 |
| | Run-on 40 copies | US$ | 140.00 |
| | Barcode for Cover | US$ | 8.00 |
| | Film correction on July 30 | US$ | 182.00 |
| | Courier 40 copies to 4 destination | US$ | 400.00 |
| | 1,000 copies sea-freight to Portugal | US$ | 350.00 |

| U. S. DOLLARS TWENTY-TWO THOUSAND EIGHT HUNDRED THIRTY ONLY.    **TOTAL** | US$    22,830.00 |
|---|---|

For and on behalf of
**Rainbow Graphic & Printing Co., Ltd.**

Terms of Payment within ~~XXXXX days from the above date~~/C.O.D.
Interest of 1% per month will be charged to all overdue amount.
Cheque should be crossed and paid to the order of **Rainbow Graphic & Printing Co., Ltd.**

# Rainbow

**Rainbow Graphic & Printing Company Limited**
彩虹製版印刷有限公司
**a wholly-owned subsidiary of Next Media Limited**
壹傳媒有限公司全資附屬公司

8 Chun Ying Street, 4/F.
Tseung Kwan O Ind. Estate
Kowloon, Hong Kong
Telephone: (852) 2752-3418
Facsimile: (852) 2897-4890
香港九龍將軍澳工業邨春盈街8號4樓

## INVOICE

Messrs. The Repton Group LLC
399 Park Avenue, 26th Floor,
New York, NY 10022, USA
Attn: Agostino von Hassell

Invoice No. 0604001

Date: ............10 April 2006..........

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| No.P/617655 | Film Making & Proof For :-<br><br>Military High Class Book<br><br>5 pages 4C x two kind of paper stock | | US$ 250.00 |
| | Payment by Telegraphic transfer<br>Banker : HSBC<br>Swift No.: HSBCHKHHHKH<br>Bank Address : 673 Nathan Road, H.K.<br>Account No. : 534-089-313-274<br>Account Name : Rainbow Graphic & Printing Co Ltd | | |

U. S. DOLLARS TWO HUNDRED FIFTY ONLY.

**TOTAL**     US$    250.00

Terms of Payment within __30__ days from the above date/C.O.D.
Interest of 1% per month will be charged to all overdue amount.
Cheque should be crossed and paid to the order of **Rainbow Graphic & Printing Co., Ltd.**

For and on behalf of
**Rainbow Graphic & Printing Co., Ltd.**

**<u>EXHIBIT L</u>**

Form **1099-MISC**    ☐ CORRECTED (if checked)

| Form **1099-MISC** 2005 | | OMB No. 1545-0115 |
|---|---|---|
| **Miscellaneous Income** | | 39-1908847 Department of Treasury -- IRS |

PAYER'S name, street address, city, state, ZIP code, and telephone no.

AGOSTINO VON HASSELL
UPPER SALEM, ROUTE 723
P.O BOYCE BOX 225
BOYCE, VIRGINIA 22620

| 1 Rents | 2 Royalties | 3 Other income |
|---|---|---|
| $ | $ | $ |
| 4 Fed. Inc. tax withheld | 5 Fishing boat proceeds | 6 Medical and health care payments |
| $ | $ | $ |
| 7 Nonemployee compensation $ 1000.00 | 8 Substitute payments in lieu of dividends/interest $ | 9 Payer made direct sales of $5,000 more of consumer products to a buyer (recipient) for resale ▶ ☐ |

PAYER'S Federal identification number: 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
RECIPIENT'S identification number: 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

| 10 Crop insurance proceeds $ | 11 | 12 |
|---|---|---|

RECIPIENT'S name, address, and ZIP code

HARRY MCMANN

408 LAKEWOOD AVENUE
BALTIMORE, MD 21224

| 13 Excess golden parachute payments $ | 14 Gross proceeds paid to an attorney $ | 15a Section 409A deferrals $ |
|---|---|---|
| 15b Section 409A income ............ $ | | |
| 16 State tax withheld $ $ | 17 State/Payer's state no. | 18 State income $ $ |

Account number (see instructions)    ,

**Copy B For Recipient** (keep for your records)
This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

---

Form **1099-MISC**    ☐ CORRECTED (if checked)

| Form **1099-MISC** 2005 | | OMB No. 1545-0115 |
|---|---|---|
| **Miscellaneous Income** | | 39-1908847 Department of Treasury -- IRS |

PAYER'S name, street address, city, state, ZIP code, and telephone no.

AGOSTINO VON HASSELL
UPPER SALEM, ROUTE 723
P.O BOYCE BOX 225
BOYCE, VIRGINIA 22620

| 1 Rents | 2 Royalties | 3 Other income |
|---|---|---|
| $ | $ | $ |
| 4 Fed. income tax withheld | 5 Fishing boat proceeds | 6 Medical and health care payments |
| $ | $ | $ |
| 7 Nonemployee compensation $ 1000.00 | 8 Substitute payments in lieu of dividends/interest $ | 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ ☐ |

PAYER'S Federal identification number: 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
RECIPIENT'S identification number: 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

| 10 Crop insurance proceeds $ | 11 | 12 |
|---|---|---|

RECIPIENT'S name, address, and ZIP code

HARRY MCMANN

408 LAKEWOOD AVENUE
BALTIMORE, MD 21224

| 13 Excess golden parachute payments $ | 14 Gross proceeds paid to an attorney $ | 15a Section 409A deferrals $ |
|---|---|---|
| 15b Section 409A income ............ $ | | |
| 16 State tax withheld $ $ | 17 State/Payer's state no. | 18 State income $ $ |

Account number (see instructions)

**Copy 2**
To be filed with recipient's state income tax return, when required.

5  FMISB2I    NTF 2582013    Copyright 2005 Greatland/Nelco – Forms Software Only

---

## Instructions to Recipients

**Account number.** May show an account or other unique number the payer assigned to distinguish your account.

**Amounts shown may be subject to self-employment (SE) tax.** If your net income from self-employment is $400 or more, you must file a return and compute your SE tax on Schedule SE (Form 1040). See Pub. 533, Self-Employment Tax, for more information. If no income or social security and Medicare taxes were withheld and you are still receiving these payments, see Form 1040-ES, Estimated Tax for Individuals. Individuals must report as explained below. Corporations, fiduciaries, or partnerships report the amounts on the proper line of your tax return.

**Boxes 1 and 2.** Report rents from real estate on Schedule E (Form 1040). If you provided significant services to the tenant, sold real estate as a business, or rented personal property as a business, report on Schedule C or C-EZ (Form 1040). For royalties on timber, coal, and iron ore, see Pub. 544, Sales and Other Dispositions of Assets.

**Box 3.** Generally, report this amount on the "Other income" line of Form 1040 and identify the payment. The amount shown may be payments received as the beneficiary of a deceased employee, prizes, awards, taxable damages, Indian gaming profits, or other taxable income. See Pub. 525, Taxable and Nontaxable Income. If it is trade or business income, report this amount on Schedule C, C-EZ, or F (Form 1040).

**Box 4.** Shows backup withholding or withholding on Indian gaming profits. Generally, a payer must backup withhold at a 28% rate if you did not furnish your taxpayer identification number. See Form W-9, Request for Taxpayer Identification Number and Certification, for more information. Report this amount on your income tax return as tax withheld.

**Box 5.** An amount in this box means the fishing boat operator considers you self-employed. Report this amount on Schedule C or C-EZ (Form 1040). See Pub. 595, Tax Highlights for Commercial Fishermen.

**Box 6.** Report on Schedule C or C-EZ (Form 1040).

**Box 7.** Shows nonemployee compensation. If you are in the trade or business of catching fish, box 7 may show cash you received for the sale of fish. If payments in this box are SE income, report this amount on Schedule C, C-EZ, or F (Form 1040), and complete Schedule SE (Form 1040). You received this form instead of Form W-2 because the payer did not consider you an employee and did not withhold income tax or social security and Medicare taxes. Contact the payer if you believe this form is incorrect or has been issued in error. If you think you are an employee, report this amount on line 7 of Form 1040 and call the IRS for information on how to report any social security and Medicare taxes.

**Box 8.** Shows substitute payments in lieu of dividends or tax-exempt interest received by your broker on your behalf as a result of a loan of your securities. Report on the "Other income" line of Form 1040.

**Box 9.** If checked, $5,000 or more of sales of consumer products was paid to you on a buy-sell, deposit-commission, or other basis. A dollar amount does not have to be shown. Generally, report any income from your sale of these products on Schedule C or C-EZ (Form 1040).

**Box 10.** Report this amount on line 8 of Schedule F (Form 1040).

**Box 13.** Shows your total compensation of excess golden parachute payments subject to a 20% excise tax. See the Form 1040 instructions for where to report.

**Box 14.** Shows gross proceeds paid to an attorney in connection with legal services. Report only the taxable part as income on your return.

**Box 15a.** Shows current year deferrals as a nonemployee under a section 409A nonqualified deferred compensation (NQDC) plan. Any earnings on current and prior year deferrals must also be included.

**Box 15b.** Shows income as a nonemployee under a NQDC plan that does not meet the requirements of section 409A. This amount is also included in box 7 as nonemployee compensation. Any amount included in box 15a that currently taxable is also included in this box. This income is also subject to a substantial additional tax to reported on Form 1040. See "Total Tax" in the Form 1040 instructions.

**Boxes 16-18.** Shows state or local income tax withheld from the payments.

Form **1099-MISC**  ☐ CORRECTED (If checked)

Form **1099-MISC** **2005**
Miscellaneous Income

OMB No. 1545-0115
39-1908647
Department of Treasury -- IRS

PAYER'S name, street address, city, state, ZIP code, and telephone no.
THE REPTON GROUP, LLC
399 PARK AVENUE
NEW YORK, NY 10022

| 1 Rents | 2 Royalties | 3 Other income |
|---|---|---|
| 4 Fed. inc. tax withheld | 5 Fishing boat proceeds | 6 Medical and health care payments |
| 7 Nonemployee compensation $ 5300.00 | 8 Substitute payments in lieu of dividends/interest | 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ |

PAYER'S Federal identification number 13-3746109
RECIPIENT'S identification number 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

| 10 Crop insurance proceeds | 11 | 12 |
|---|---|---|

RECIPIENT'S name, address, and ZIP code
Harry McMann

408 Lakewood Avenue
Baltimore, MD 21224

| 13 Excess golden parachute payments | 14 Gross proceeds paid to an attorney | 15a Section 409A deferrals |
|---|---|---|
| 15b Section 409A income . . . . . . . . . . . $ | | |
| 16 State tax withheld | 17 State/Payer's state no. | 18 State income |

Account number (see instructions)

Copy B For Recipient (keep for your records)
This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

---

Form **1099-MISC**  ☐ CORRECTED (If checked)

Form **1099-MISC** **2005**
Miscellaneous Income

OMB No. 1545-0115
39-1908847
Department of Treasury -- IRS

PAYER'S name, street address, city, state, ZIP code, and telephone no.
THE REPTON GROUP, LLC
399 PARK AVENUE
NEW YORK, NY 10022

| 1 Rents | 2 Royalties | 3 Other income |
|---|---|---|
| 4 Fed. income tax withheld | 5 Fishing boat proceeds | 6 Medical and health care payments |
| 7 Nonemployee compensation $ 5300.00 | 8 Substitute payments in lieu of dividends/interest | 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ |

PAYER'S Federal identification number 13-3746109
RECIPIENT'S identification number 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

| 10 Crop insurance proceeds | 11 | 12 |
|---|---|---|

RECIPIENT'S name, address, and ZIP code
Harry McMann

408 Lakewood Avenue
Baltimore, MD 21224

| 13 Excess golden parachute payments | 14 Gross proceeds paid to an attorney | 15a Section 409A deferrals |
|---|---|---|
| 15b Section 409A income . . . . . . . . . . . $ | | |
| 16 State tax withheld | 17 State/Payer's state no. | 18 State income |

Account number (see instructions)

Copy 2
To be filed with recipient's state income tax return, when required.

5 FM15B21      NTF 2562013      Copyright 2005 Greatland/Nelco - Forms Software Only

---

## Instructions to Recipients

**Account number.** May show an account or other unique number the payer assigned to distinguish your account.

**Amounts shown may be subject to self-employment (SE) tax.** If your net income from self-employment is $400 or more, you must file a return and compute your SE tax on Schedule SE (Form 1040). See Pub. 533, Self-Employment Tax, for more information. If no income or social security and Medicare taxes were withheld and you are still receiving these payments, see Form 1040-ES, Estimated Tax for Individuals. Individuals must report as explained below. Corporations, fiduciaries, or partnerships report the amounts on the proper line of your tax return.

**Boxes 1 and 2.** Report rents from real estate on Schedule E (Form 1040). If you provided significant services to the tenant, sold real estate as a business, or rented personal property as a business, report on Schedule C or C-EZ (Form 1040). For royalties on timber, coal, and iron ore, see Pub. 544, Sales and Other Dispositions of Assets.

**Box 3.** Generally, report this amount on the "Other income" line of Form 1040 and identify the payment. The amount shown may be payments received as the beneficiary of a deceased employee, prizes, awards, taxable damages, Indian gaming profits, or other taxable income. See Pub. 525, Taxable and Nontaxable Income. If it is trade or business income, report this amount on Schedule C, C-EZ, or F (Form 1040).

**Box 4.** Shows backup withholding or withholding on Indian gaming profits. Generally, a payer must backup withhold at a 28% rate if you did not furnish your taxpayer identification number. See Form W-9, Request for Taxpayer Identification Number and Certification, for more information. Report this amount on your income tax return as tax withheld.

**Box 5.** An amount in this box means the fishing boat operator considers you self-employed. Report this amount on Schedule C or C-EZ (Form 1040). See Pub. 595, Tax Highlights for Commercial Fishermen.

**Box 6.** Report on Schedule C or C-EZ (Form 1040).

**Box 7.** Shows nonemployee compensation. If you are in the trade or business of catching fish, box 7 may show cash you received for the sale of fish. If payments in this box are SE income, report this amount on Schedule C, C-EZ, or F (Form 1040), and complete Schedule SE (Form 1040). You received this form instead of Form W-2 because the payer did not consider you an employee and did not withhold income tax or social security and Medicare taxes. Contact the payer if you believe this form is incorrect or has been issued in error. If you believe you are an employee, report this amount on line 7 of Form 1040 and call the IRS for information on how to report your social security and Medicare taxes.

**Box 8.** Shows substitute payments in lieu of dividends or tax-exempt interest received by your broker on your behalf as a result of a loan of your securities. Report on the "Other income" line of Form 1040.

**Box 9.** If checked, $5,000 or more of sales of consumer products was paid to you on a buy-sell, deposit-commission, or other basis. A dollar amount does not have to be shown. Generally, report any income from your sale of these products on Schedule C or C-EZ (Form 1040).

**Box 10.** Report this amount on line 8 of Schedule F (Form 1040).

**Box 13.** Shows your total compensation of excess golden parachute payments subject to a 20% excise tax. See the Form 1040 instructions for where to report.

**Box 14.** Shows gross proceeds paid to an attorney in connection with legal services. Report only the taxable part as income on your return.

**Box 15a.** Shows current year deferrals as a nonemployee under a section 409A nonqualified deferred compensation (NQDC) plan. Any earnings on current and prior year deferrals must also be reported.

**Box 15b.** Shows income as a nonemployee under a NQDC plan that does not meet the requirements of section 409A. This amount is also included in box 7 as nonemployee compensation. Any amount included in box 15a that is currently taxable is also included in this box. This income is also subject to a substantial additional tax to reported on Form 1040. This income is "Total Tax" in the Form 1040 instructions.

**Boxes 16-18.** Shows state or local income tax withheld from the payments.

Form **1099-MISC**

☐ CORRECTED (if checked)    (keep for your records)

| PAYER'S name, street address, city, state, ZIP code, and telephone no. | 1 Rents | OMB No. 1545-0115 | |
|---|---|---|---|

PAYER'S name, street address, city, state, ZIP code, and telephone no.

AGOSTINO VON HASSELL
UPPER SALEM, ROUTE 723
P.O BOYCE BOX 225
BOYCE, VIRGINIA 22620

| | |
|---|---|
| **1 Rents** $ | OMB No. 1545-0115 |
| **2 Royalties** $ | **2003** |
| | Form 1099-MISC |
| **3 Other income** $ | **4 Fed. inc. tax withheld** $ |

**Miscellaneous Income**

39-1908847
Department of the Treasury — IRS

**Copy B For Recipient**

| PAYER'S Federal identification number | RECIPIENT'S identification number |
|---|---|
| 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 | 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 |

| **5 Fishing boat proceeds** $ | **6 Medical and health care payments** $ |
|---|---|

RECIPIENT'S name, address, and ZIP code

HARRY MCMANN

408 LAKEWOOD AVENUE

BALTIMORE, MD 21224

| **7 Nonemployee compensation** $ 2369.84 | **8 Substitute payments in lieu of dividends or interest** $ |
|---|---|
| **9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶** ☐ | **10 Crop insurance proceeds** $ |
| **11** | **12** |
| **13 Excess golden parachute payments** $ | **14 Gross proceeds paid to an attorney** $ |

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

Account number (optional)

| 15 | **16 State tax withheld** $ | **17 State/Payer's state no.** | **18 State income** $ |
|---|---|---|---|
| | $ | | $ |

## Instructions to Recipients

**Amounts shown may be subject to self-employment (SE) tax.** If your net income from self-employment is $400 or more, you must file a return and compute your SE tax on Schedule SE (Form 1040). See Pub. 533, Self-Employment Tax, for more information. If no income or social security and Medicare taxes were withheld and you are still receiving these payments, see Form 1040-ES, Estimated Tax for Individuals.

Individuals must report as explained below. Corporations, fiduciaries, or partnerships report the amounts on the proper line of your tax return.

**Boxes 1 and 2.** Report rents from real estate on Schedule E (Form 1040). If you provided significant services to the tenant, sold real estate as a business, or rented personal property as a business, report on Schedule C or C-EZ (Form 1040). For royalties on timber, coal, and iron ore, see Pub. 544, Sales and Other Dispositions of Assets.

**Box 3.** Generally, report this amount on line 21 of Form 1040 and identify the payment. The amount shown may be payments received as the beneficiary of a deceased employee, prizes, awards, taxable damages, Indian gaming profits, or other taxable income. If it is trade or business income, report this amount on Schedule C, C-EZ, or F (Form 1040).

**Box 4.** Shows backup withholding or withholding on Indian gaming profits. Generally, a payer must backup withhold at a 30% rate if you did not furnish your taxpayer identification number. See Form W-9, Request for Taxpayer Identification Number and Certification, for more information. **Report this amount on your income tax return as tax withheld.**

**Box 5.** An amount in this box means the fishing boat operator considers you self-employed. Report this amount on Schedule C or C-EZ (Form 1040). See Pub. 595, Tax Highlights for Commercial Fishermen.

**Box 6.** Report on Schedule C or C-EZ (Form 1040).

**Box 7.** Shows nonemployee compensation. If you are in the trade or business of catching fish, box 7 may show cash you received for the sale of fish. If payments in this box are SE income, report this amount on Schedule C, C-EZ, or F (Form 1040), and complete Schedule SE (Form 1040). You received this form instead of Form W-2 because the payer did not consider you an employee and did not withhold income tax or social security and Medicare taxes. Contact the payer if you believe this form is incorrect or has been issued in error. If you believe you are an employee, report this amount on line 7 of Form 1040 and call the IRS for information on how to report any social security and Medicare taxes.

**Box 8.** Shows substitute payments in lieu of dividends or tax-exempt interest received by your broker on your behalf after transfer of your securities for use in a short sale. Report on line 21 of Form 1040.

**Box 9.** If checked, $5,000 or more of sales of consumer products was paid to you on a buy-sell, deposit-commission, or other basis. A dollar amount does not have to be shown. Generally, report any income from your sale of these products on Schedule C or C-EZ (Form 1040).

**Box 10.** Report this amount on line 8 of Schedule F (Form 1040).

**Box 13.** Shows your total compensation of excess golden parachute payments subject to a 20% excise tax. See the Form 1040 instructions for line 61.

**Box 14.** Shows gross proceeds paid to an attorney in connection with legal services. Report only the taxable part as income on your return.

**Box 15.** Other information may be provided to you in box 15.

**Boxes 16-18.** Shows state or local income tax withheld from the payments.

# INVOICE

**No.**

| INVOICE DATE | 7-26-02 |
|---|---|
| CUSTOMER'S ORDER NO. | |

**SOLD TO:**
Augustwo von Hassell
2 Sutton Place South
New York, NY 10022

**SHIP TO:**

| SALESPERSON | SHIPPED VIA | TERMS | F.O.B. |
|---|---|---|---|
| | | | |

| QTY. ORDERED | QTY. SHIPPED | DESCRIPTION | UNIT | AMOUNT |
|---|---|---|---|---|
| | | STUDIO/LOCATION DAY | 2 | 850 00 |
| | | Thank you! | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | DUE: | | 850 00 |

# INVOICE

**No.**

| INVOICE DATE | 8-27-02 |
|---|---|
| CUSTOMER'S ORDER NO. | |

**SOLD TO:**
AGOSTINO VON HASSELL — FOR — MILITARY FOOD
2 SUTTON PL. SO.
NEW YORK, NY  10022

**SHIP TO:**

| SALESPERSON | SHIPPED VIA | TERMS | F.O.B. |
|---|---|---|---|
| | | | |

| QTY. ORDERED | QTY. SHIPPED | DESCRIPTION | UNIT | AMOUNT |
|---|---|---|---|---|
| | | FOOD, SUPPLIES | | 269 89 |
| | | STUDIO, LOCATION DAY | 2½ | 1100 00 |
| | | SHOPPING, PRE PRO DAY | 1 | 250 00 |
| | | | | |
| | | | | |
| | | SUBTOTAL | | 1619 89 |
| | | PAID | | 1450 00 |
| | | DUE | | 169 89 |

adams NC2872                    **INVOICE**   SOC. SEC. # 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

# INVOICE

**No.**

| INVOICE DATE | 10-28-02 |
|---|---|
| CUSTOMER'S ORDER NO. | |

**SOLD TO:**
Agostino Von Hassell - for - Military Food
New York, NY

**SHIP TO:**

| SALESPERSON | SHIPPED VIA | TERMS | F.O.B. |
|---|---|---|---|
| | | | |

| QTY. ORDERED | QTY. SHIPPED | DESCRIPTION | UNIT | AMOUNT |
|---|---|---|---|---|
| | | Studio Day (4) | | 1700 00 |
| | | Hotel (2 days) | | 126 94 |
| | | Food | | 198 04 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | Total | | 2024 98 |

a adams NC2872

**INVOICE**

# INVOICE

| | No. |
|---|---|
| **INVOICE DATE** | 1.03.03 |
| **CUSTOMER'S ORDER NO.** | |

**SOLD TO:**
THE REPTON GROUP -FOR- MILITARY FOOD
399 PARK AVE, 20TH FLOOR
NEW YORK NY 10022

**SHIP TO:**

| SALESPERSON | SHIPPED VIA | TERMS | F.O.B. |
|---|---|---|---|
| | | NET 30 | |

| QTY. ORDERED | QTY. SHIPPED | DESCRIPTION | UNIT | AMOUNT |
|---|---|---|---|---|
| | | STUDIO TIME | | 4575 00 |
| | | PER DIEM | | 600 00 |
| | | SHOPPING PRE-PRO | | 150 00 |
| | | FOOD, SUPPLIES | | 94 03 |
| | | TRAVEL, LODGING | | 550 81 |
| | | Thanks Again | TOTAL | 5969 84 |
| | | | PAID | 3600 00 |
| | | | DUE | 2369 84 |

adams  NC2872

**INVOICE**

*Harry McMann*
408 N. Lakewood Ave.
Baltimore, MD 21224-1112
☎ 410.276.0816
*www.food-styling.com*

# Invoice

Invoice No. 704
Invoice Date:    3.19.07

For:  Military Food

<u>Bill to:</u>

Agostino von Hassell
The Repton Group
399 Park Ave. 20th Floor
New York, NY 10022
212-750-0824

| Description | Qty | Price | Extended Amount |
|---|---|---|---|
| Food/Supplies | 1 | $264.89 | $264.89 |
| Airfare | 1 | $109.80 | $109.80 |
| Car Rental | 1 | $179.07 | $179.07 |
| Hotel | 1 | $399.10 | $399.10 |
| Equipment Rental | 1 | $37.77 | $37.77 |
| Parking/Tolls | 1 | $26.00 | $26.00 |
| Shopping/Prep | 1 | $550.00 | $550.00 |
| Location Day | 1 | $550.00 | $550.00 |
| Per Diem | 2 | $40.00 | $80.00 |
| | | | |
| Subtotal | 1 | $2196.63 | $2196.63 |
| Paid | 1 | -$1500.00 | -$1500.00 |

**Total Due:**    **$696.63**

Make check payable to: Harry McMann

*Thank you!*

Assistants    2005

| | | |
|---|---|---|
| Jan. 3 | Leslie J-B/ Food Book | 229069 |
| Jan. 5 | Harry McMann | 236984 |
| Jan 7 | MM Consult BULGARA | 625 00 |
| 1 23 | MM Consult | 1825 00  71105⁵³ |
| 4 9 | Jackie J-B/Food Book | 300 00 |
| 6 6 | Leslie J-B/ Food Book | 589 21 |
| 7 1 | Leslie J-B/Monelly | 150 00 |
| 9 3 | Buena Intel. | 5500 00 |
| 9 16 | K. Hoelen 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 | 300 00 |
| 9 26 | Simone | 8000 00 |
| 9 28 | S. Vanrosko | 5000 00 |
| 10 3 | Teresa Caidro #1128 | 3000 00  24949 74 |
| 10 5 | Yau Chan 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 | 250 00 |
| 11 5 | K. Hoelen | 300 00 |
| 11 5 | Leslie J-B | 2000 00  27 499 74 |
| 12 16 | S. Kulesh #1267 | 350 00 |
| 12 19 | Leslie J-B | 500 00 |
| 12 22 | Tawon | 1000 00  29 349 74 |
| 12 30 | MM Consult | 1525 00 |

Assistants    2003

| | | |
|---|---|---|
| Jan. 3 | Leslie J-B/ Food Book | 2290 69 |
| Jan. 5 | Harry McManus | 2369 84 |
| Jan 7 | MM Consult BULGARIA | 625 00 |
| 1 23 | MM Consult | 1825 00  7110 53 |
| 4 9 | Leslie J-B/Food Book | 300 00 |
| 6 6 | Leslie J-B/ Food Book | 589 21 |
| 7 1 | Leslie J-B/Money | 150 00 |
| 9 3 | Business Intel. | 5500 00 |
| 9.16 | K. Hoelen 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 | 300 00 |
| 9 26 | Simone | 8000 00 |
| 9 29 | S. Kulesh | 5000 00 |
| 10 3 | Teresa Casdo  #1128 | 3000 00  24949 74 |
| 10 5 | Yauheni 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 | 250 00 |
| 11 5 | K. Hoelen | 300 00 |
| 11 5 | Leslie J-B | 2000 00  27499 74 |
| 12.16 | S. Kulesh  #1267 | 350 00 |
| 12 19 | Leslie J-B | 500 00 |
| 12 22 | Yauwen | 1000 00  29349 74 |
| 12 30 | MM Consult | 1525 00 |

# INVOICE

### *Harry McMann*
### 408 N. Lakewood Ave.
### Baltimore, MD 21224-1112
☎ 410.276.0816 📄 410.276.1485
*www.food-styling.com*

**No.**

| INVOICE DATE | 1.03.03 |
|---|---|
| CUSTOMER'S ORDER NO. | |

**SOLD TO:**
The Repton Group - for - Military Food
399 Park Ave, 20th Floor
New York NY 10022

**SHIP TO:**

| SALESPERSON | SHIPPED VIA | TERMS | F.O.B. |
|---|---|---|---|
| | | NET 30 | |

| QTY. ORDERED | QTY. SHIPPED | DESCRIPTION | UNIT | AMOUNT |
|---|---|---|---|---|
| | | Studio Time | | 4575 00 |
| | | Per Diem | | 600 00 |
| | | Shopping Pre-Pro | | 150 00 |
| | | Food, Supplies | | 94 03 |
| | | Travel, Lodging | | 550 81 |
| | | Thanks Again | TOTAL | 5969 84 |
| | | | PAID | 3600 00 |
| | | | DUE | 2369 84 |

adams NC2872

**INVOICE**

Parking: 50.00
Tolls: 27.00
Gas: 18.75

Notes: Per your instuctions, one extra day charged for Portugal for prep / travel. Day rate (NYC) 750.

**<u>EXHIBIT M</u>**

# Rainbow

**Rainbow Graphic & Printing Company Limited**
彩虹製版印刷有限公司
**a wholly-owned subsidiary of Next Media Limited**
壹傳媒有限公司全資附屬公司

8 Chun Ying Street, 4/F.
Tseung Kwan O Ind. Estate
Kowloon, Hong Kong
Telephone: (852) 2752-3418
Facsimile: (852) 2897-4890
香港九龍將軍澳工業邨春盈街8號4樓

## INVOICE

Messrs. Contacto Atlantico
AV. Marginal 6912,
2765-587 Estoril, 2765-588 Portugal
Attn: Agostino von Hassell

Invoice No. 0609004A

Date: 4 September 2006

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| No.P/617971+A | Film Making & Printing For :- | | |
| No.P/810056 | Military High Life | | |
| No.P/124523 | 1,000cps | | US$    4,350.00 |

| | | | |
|---|---|---|---|
| U. S. DOLLARS FOUR THOUSAND THREE HUNDRED FIFTY ONLY. | **TOTAL** | | US$    4,350.00 |

For and on behalf of
**Rainbow Graphic & Printing Co., Ltd.**

Terms of Payment: Within XXXXXXXXXX days from the above date/C.O.D.
Interest of 1% per month will be charged to all overdue amount.
Cheque should be crossed and paid to the order of Rainbow Graphic & Printing Co., Ltd.

# Rainbow

**Rainbow Graphic & Printing Company Limited**
彩虹製版印刷有限公司
**a wholly-owned subsidiary of Next Media Limited**
壹傳媒有限公司全資附屬公司

8 Chun Ying Street, 4/F.
Tseung Kwan O Ind. Estate
Kowloon, Hong Kong
Telephone: (852) 2752-3418
Facsimile: (852) 2897-4890
香港九龍將軍澳工業邨西敬盈街8號4樓

## INVOICE

Messrs. The Repton Group LLC
399 Park Avenue, 26th Floor,
New York, NY 10022, USA
Attn: Agostino von Hassell

Invoice No. 0609004B

Date: 4 September 2006

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| No.P/617971+A | Film Making & Printing For :- | | |
| No.P/810056 | **Military High Life** | | |
| No.P/124523 | 5,000cps | | US$ 21,750.00 |
| | Run-on 40 copies | | US$ 140.00 |
| | Barcode for Cover | | US$ 8.00 |
| | Film correction on July 30 | | US$ 182.00 |
| | Courier 40 copies to 4 destination | | US$ 400.00 |
| | 1,000 copies sea-freight to Portugal | | US$ 350.00 |

| U. S. DOLLARS TWENTY-TWO THOUSAND EIGHT HUNDRED THIRTY ONLY. | **TOTAL** | | US$ 22,830.00 |
|---|---|---|---|

Terms of Payment within XXXXXXXXXXXXXXXXXXXXXXXXX/C.O.D.
Interest of 1% per month will be charged to all overdue amount.
Cheque should be crossed and paid to the order of Rainbow Graphic & Printing Co., Ltd.

For and on behalf of
**Rainbow Graphic & Printing Co., Ltd.**