**Rainbow**

Rainbow Graphic & Printing Company Limited
彩虹製版印刷有限公司
a wholly-owned subsidiary of Next Media Limited
壹傳媒有限公司全資附屬公司

8 Chun Ying Street, 4/F.
Tseung Kwan O Ind. Estate
Kowloon, Hong Kong
Telephone: (852) 2752-3418
Facsimile: (852) 2897-4890
香港九龍將軍澳工業邨西職盈街8號4樓

# INVOICE

Messrs. The Repton Group LLC
399 Park Avenue, 26th Floor,
New York, NY 10022, USA
Attn: Agostino von Hassell

Invoice No. 0604001

Date: 10 April 2006

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| No.P/617655 | Film Making & Proof For :-<br>Military High Class Book<br>5 pages 4C x two kind of paper stock<br><br>Payment by Telegraphic transfer<br>Banker : HSBC<br>Swift No.: HSBCHKHHHKH<br>Bank Address : 673 Nathan Road, H.K.<br>Account No. : 534-089-313-274<br>Account Name : Rainbow Graphic & Printing Co Ltd | | US$ 250.00 |
| U. S. DOLLARS TWO HUNDRED FIFTY ONLY. | TOTAL | | US$ 250.00 |

Terms of Payment within 30 days from the above date/~~C.O.D.~~
Interest of 1% per month will be charged to all overdue amount.
Cheque should be crossed and paid to the order of **Rainbow Graphic & Printing Co., Ltd.**

For and on behalf of
**Rainbow Graphic & Printing Co., Ltd.**

[signature]

**EXHIBIT N**



*021305001*
05/16/2006
6556566175

This is a LEGAL COPY of your check. You can use it the same way you would use the original check.

[11190005?] 05/15/2006
006430604808

THE REPTON GROUP LLC

4151

DATE May 14, 2006

PAY TO THE ORDER OF University Press of the South $2,500 00/xx

Two Thousand five Hundred DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
Park Avenue
New York, NY 10017

FOR

⑈004151⑈ ⑆021000021⑆006190111⑈ ⑉0000250000⑉

⑈004151⑈ ⑆021000021⑆ 006190111⑈ ⑉0000250000⑉

061000146 05/16/2006
6412187109
*021305001* 05/16/2006
6556566175

↓Do not endorse or write below this line.↓

University Press of the South
For Deposit Only

>111900057< 05/15/2006
0064306048

JPMORGAN CHASE BANK, N.A.
> 111900057 < POSITION
05/15/2006 8030637665 4725
04 0000000719225385 900679

021000021 05162006
03300 3
001 2283 51

September 1, 2006

Dr. Alain Saint-Saëns
Saint-Saëns International, Ltd
2132 Broadway
New Orleans, LA 70118

Dear Dr. Saint-Saëns:

Enclosed is one check for $250.00 to cover estimated shipping costs for the 130 free copies. I did provide you with detailed mailing instructions.

Please refund the excess to me.

Best regards,

Enclosure: Check for $250.00

# 5101

**Military Food Book**

**Expenses**

Purchase of books from the
University Press of the South

$680.00

CHASE

Chase.com | Contact Us | Privacy F

Tuesday, F

My Accounts > Account Activity > Check Details

# Check Details

Print Help with this page

**I'd like to...**

- See Account

CHASE PREMIER (...1988)

**Check Number:** 3175 **Post Date:** 10/26/2006 **Amount of Check:** $680.00

Front Enlarge/Reduce Check Image

MR. CHRISTIAN AGOSTINO VON HASSELL
2 SUTTON PLACE SOUTH, APT. 3H
NEW YORK, NY 10022-2517

3175

Date 10/23/06

Pay to the order of $ 680 00/00

Dollars

CHASE
JPMorgan Chase Bank, N.A.
New York, New York 10017
www.Chase.com

Memo

Need help printing or saving this check?

Back Enlarge/Reduce Check Image

Need help printing or saving this check?

**EXHIBIT O**

**Military Food Book**

**Expenses 2006**

Payment to John Besh for book introduction

Olivet, LLC
118 Byron Court
Slidell, LA 70461

Tax Id#: 90-012 3992

INVOICE

To: Agostino Von Hassell
2 Sutton Place South
New York, NY 10022

7,500.00 Introduction fee by Chef John Besh for Military High Life

TOTAL: $7,500.00

#1858

**EXHIBIT P**

# Cultural Communications

445 Park Avenue, 9th Floor # 250
New York, NY 10022
(212) 505-1253
contact@culturalcomunications.info

BILL TO

The Repton Group LLC
Agostino von Hassell
399 Park Avenue, 26th Floor
New York, N.Y. 10022

| DATE | INVOICE # |
| --- | --- |
| 4/6/2007 | 4074 |
| TERMS | DUE DATE |
| Net 15 days | 4/21/2007 |

| DESCRIPTION | AMOUNT |
| --- | --- |
| Publicity & Public Relations, Military High Life $2500 - $2311 expense credit | 200.00 |
| Publicity & Public Relations, Alliance of Enemies | 2,500.00 |
| *Expense accounting & receipts attached | |
| American Express, Discover, Mastercard/Visa accepted **Total** | $2,700.00 |

# Cultural Communications

445 Park Avenue, 9th Floor # 250
New York, NY 10022
(212) 505-1253
contact@culturalcomunications.info

BILL TO

The Repton Group LLC
Agostino von Hassell
399 Park Avenue, 26th Floor
New York, N.Y. 10022

| DATE | INVOICE # |
|---|---|
| 3/5/2007 | 4071 |
| **TERMS** | **DUE DATE** |
| 10 days | 3/5/2007 |

| DESCRIPTION | AMOUNT |
|---|---|
| Publicity & Public Relations, "Military High Life" | 2,500.00 |
| Publicity & Public Relations, "Alliance of Enemies" | 2,500.00 |

American Express, Discover, Mastercard/Visa accepted

**Total** $5,000.00

# Cultural Communications

445 Park Avenue, 9th Floor # 250
New York, NY 10022
(212) 505-1253
contact@culturalcomunications.info

BILL TO

The Repton Group LLC
Agostino von Hassell
399 Park Avenue, 26th Floor
New York, N.Y. 10022

| DATE | INVOICE # |
|---|---|
| 12/30/2006 | 4065 |
| TERMS | DUE DATE |
| PAID | 12/30/2006 |

| DESCRIPTION | AMOUNT |
|---|---|
| Publicity & Public Relations, Military High Life (Dec/Jan) | 2,500.00<br>500.00 |
| American Express, Discover, Mastercard/Visa accepted | **Total** $3,000.00 |

# Cultural Communications

445 Park Avenue, 9th Floor # 250
New York, NY 10022
(212) 505-1253
contact@culturalcomunications.info

BILL TO

The Repton Group LLC
Agostino von Hassell
399 Park Avenue, 26th Floor
New York, N.Y. 10022

| DATE | INVOICE # |
|---|---|
| 10/28/2006 | 4049 |
| **TERMS** | **DUE DATE** |
| 10 days | 10/28/2006 |

| DESCRIPTION | AMOUNT |
|---|---|
| Publicity & Public Relations, "Military High Life" | 2,500.00 |

American Express, Discover, Mastercard/Visa accepted

**Total** $2,500.00

# Cultural Communications

445 Park Avenue, 9th Floor # 250
New York, NY 10022
(212) 505-1253
contact@culturalcomunications.info

BILL TO

The Repton Group LLC
Agostino von Hassell
399 Park Avenue, 26th Floor
New York, N.Y. 10022

| DATE | INVOICE # |
| --- | --- |
| 10/28/2006 | 4049 |
| TERMS | DUE DATE |
| 10 days | 10/28/2006 |

| DESCRIPTION | AMOUNT |
| --- | --- |
| Publicity & Public Relations, "Military High Life" | 2,500.00 |
| American Express, Discover, Mastercard/Visa accepted **Total** | $2,500.00 |

# Cultural Communications

445 Park Avenue, 9th Floor # 250
New York, NY 10022
(212) 505-1253
contact@culturalcomunications.info

BILL TO

The Repton Group LLC
Agostino von Hassell
399 Park Avenue, 26th Floor
New York, N.Y. 10022

| DATE | INVOICE # |
|---|---|
| 9/2/2006 | 4040 |
| TERMS | DUE DATE |
| PAID | 9/2/2006 |

| DESCRIPTION | AMOUNT |
|---|---|
| Publicity & Public Relations, "Military High Life" | 2,500.00 |
| American Express, Discover, Mastercard/Visa accepted | **Total** $2,500.00 |

**EXHIBIT Q**

Form **1099-MISC** ☐ CORRECTED (if checked) (keep for your records)

| | | | |
|---|---|---|---|
| PAYER'S name, street address, city, state, ZIP code, and telephone no.<br>AGOSTINO VON HASSELL<br>UPPER SALEM, ROUTE 723<br>P.O BOYCE BOX 225<br>BOYCE, VIRGINIA 22620 | 1 Rents<br>$<br>2 Royalties<br>$<br>3 Other income<br>$ | OMB No. 1545-0115<br>2006<br>Form 1099-MISC<br>4 Fed. inc. tax withheld<br>$ | **Miscellaneous Income**<br>39-1908847<br>Department of the Treasury — IRS<br>**Copy B For Recipient** |
| PAYER'S federal identification number: 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<br>RECIPIENT'S identification number: 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 | 5 Fishing boat proceeds<br>$ | 6 Medical and health care payments<br>$ | |
| RECIPIENT'S name, address, and ZIP code<br>LESLIE JEAN-BART<br>310 WEST 107TH STREET<br>NEW YORK, NY 10025 | 7 Nonemployee compensation<br>$ 9400.00 | 8 Substitute payments in lieu of dividends or interest<br>$ | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
| | 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ ☐ | 10 Crop insurance proceeds<br>$ | |
| | 11 | 12 | |
| Account number (see instructions)<br>068484790/1 | 13 Excess golden parachute payments<br>$ | 14 Gross proceeds paid to an attorney<br>$ | |
| 15a Section 409A deferrals $ / 15b Section 409A income $ | 16 State tax withheld<br>$<br>$ | 17 State/Payer's state no. | 18 State income<br>$<br>$ |

## Instructions for Recipients

**Account number.** May show an account or other unique number the payer assigned to distinguish your account.

**Amounts shown may be subject to self-employment (SE) tax.** If your net income from self-employment is $400 or more, you must file a return and compute your SE tax on Schedule SE (Form 1040). See Pub. 334, Tax Guide for Small Business, for more information. If no income or social security and Medicare taxes were withheld and you are still receiving these payments, see Form 1040-ES, Estimated Tax for Individuals. Individuals must report as explained below. Corporations, fiduciaries, or partnerships report the amounts on the proper line of your tax return.

**Boxes 1 and 2.** Report rents from real estate on Schedule E (Form 1040). If you provided significant services to the tenant, sold real estate as a business, or rented personal property as a business, report on Schedule C or C-EZ (Form 1040). For royalties on timber, coal, & iron ore, see Pub. 544, Sales and Other Dispositions of Assets.

**Box 3.** Generally, report this amount on the "Other income" line of Form 1040 and identify the payment. The amount shown may be payments received as the beneficiary of a deceased employee, prizes, awards, taxable damages, Indian gaming profits, or other taxable income. See Pub. 525, Taxable and Nontaxable Income. If it is trade or business income, report this amount on Schedule C, C-EZ, or F (Form 1040).

**Box 4.** Shows backup withholding or withholding on Indian gaming profits. Generally, a payer must backup withhold at a 28% rate if you did not furnish your taxpayer identification number. See Form W-9, Request for Taxpayer Identification Number and Certification, for more information. Report this amount on your income tax return as tax withheld.

**Box 5.** An amount in this box means the fishing boat operator considers you self-employed. Report this amount on Schedule C or C-EZ (Form 1040). See Pub. 595, Tax Highlights for Commercial Fishermen.

**Box 6.** For individuals, report on Schedule C or C-EZ (Form 1040).

**Box 7.** Shows nonemployee compensation. If you are in the trade or business of catching fish, box 7 may show cash you received for the sale of fish. If payments in this box are SE income, report this amount on Schedule C, C-EZ, or F (Form 1040), and complete Schedule SE (Form 1040). You received this form instead of Form W-2 because the payer did not consider you an employee and did not withhold income tax or social security and Medicare taxes. Contact the payer if you believe this form is incorrect or has been issued in error. If you believe you are an employee, report this amount on line 7 of Form 1040 and call the IRS for information on how to report any social security and Medicare taxes.

**Box 8.** Shows substitute payments in lieu of dividends or tax-exempt interest received by your broker on your behalf as a result of a loan of your securities. Report on the "Other income" line of Form 1040.

**Box 9.** If checked, $5,000 or more of sales of consumer products was paid to you on a buy-sell, deposit-commission, or other basis. A dollar amount does not have to be shown. Generally, report any income from your sale of these products on Schedule C or C-EZ (Form 1040).

**Box 10.** Report this amount on line 8 of Schedule F (Form 1040).

**Box 13.** Shows your total compensation of excess golden parachute payments subject to a 20% excise tax. See the Form 1040 instructions for where to report.

**Box 14.** Shows gross proceeds paid to an attorney in connection with legal services. Report only the taxable part as income on your return.

**Box 15a.** Shows current year deferrals as a nonemployee under a nonqualified deferred compensation (NQDC) plan that is subject to the requirements of section 409A. Any earnings on current and prior year deferrals are also reported.

**Box 15b.** Shows income as a nonemployee under a NQDC plan that does not meet the requirements of section 409A. This amount is also included in box 7 as nonemployee compensation. Any amount included in box 15a that is currently taxable is also included in this box. This income is also subject to a substantial additional tax to be reported on Form 1040. See "Total Tax" in the Form 1040 instructions.

**Boxes 16-18.** Shows state or local income tax withheld from the payments.

1099-MISC
39-1908847

6 MISBI1 NTF 2582949 Copyright 2006 Greatland/Nelco - Forms Software Only

Form **1099-MISC** ☐ CORRECTED (if checked)

Form **1099-MISC 2005**
**Miscellaneous Income**

OMB No. 1545-0115
39-1908647
Department of Treasury -- IRS

PAYER'S name, street address, city, state, ZIP code, and telephone no.
AGOSTINO VON HASSELL
UPPER SALEM, ROUTE 723
P.O BOYCE BOX 225
BOYCE, VIRGINIA 22620

PAYER'S Federal identification number: 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
RECIPIENT'S identification number: 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

RECIPIENT'S name, address, and ZIP code
LESLIE JEAN-BART

310 WEST 107TH STREET
NEW YORK, NY 10025

Account number (see instructions)
068484790/1

| | | |
|---|---|---|
| 1 Rents $ | 2 Royalties $ | 3 Other income $ |
| 4 Fed. inc. tax withheld $ | 5 Fishing boat proceeds $ | 6 Medical and health care payments $ |
| 7 Nonemployee compensation $ 6100.00 | 8 Substitute payments in lieu of dividends/interest $ | 9 Payer made direct sales of $5,000/more of consumer products to a buyer (recipient) for resale ▶ ☐ |
| 10 Crop insurance proceeds $ | 11 | 12 |
| 13 Excess golden parachute payments $ | 14 Gross proceeds paid to an attorney $ | 15a Section 409A deferrals $ |
| 15b Section 409A income | | $ |
| 16 State tax withheld $ $ | 17 State/Payer's state no. | 18 State income $ $ |

**Copy B For Recipient** (keep for your records)
This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

Form **1099-MISC** ☐ CORRECTED (if checked)

Form **1099-MISC 2005**
**Miscellaneous Income**

OMB No. 1545-0115
39-1908647
Department of Treasury -- IRS

PAYER'S name, street address, city, state, ZIP code, and telephone no.
AGOSTINO VON HASSELL
UPPER SALEM, ROUTE 723
P.O BOYCE BOX 225
BOYCE, VIRGINIA 22620

PAYER'S Federal identification number: 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
RECIPIENT'S identification number: 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

RECIPIENT'S name, address, and ZIP code
LESLIE JEAN-BART

310 WEST 107TH STREET
NEW YORK, NY 10025

Account number (see instructions)
068484790/1

| | | |
|---|---|---|
| 1 Rents $ | 2 Royalties $ | 3 Other income $ |
| 4 Fed. income tax withheld $ | 5 Fishing boat proceeds $ | 6 Medical and health care payments $ |
| 7 Nonemployee compensation $ 6100.00 | 8 Substitute payments in lieu of dividends/interest $ | 9 Payer made direct sales of $5,000/more of consumer products to a buyer (recipient) for resale ▶ ☐ |
| 10 Crop insurance proceeds $ | 11 | 12 |
| 13 Excess golden parachute payments $ | 14 Gross proceeds paid to an attorney $ | 15a Section 409A deferrals $ |
| 15b Section 409A income | | $ |
| 16 State tax withheld $ $ | 17 State/Payer's state no. | 18 State income $ $ |

**Copy 2**
**To be filed with recipient's state income tax return, when required.**

5 FMISB2I NTF 2582013 Copyright 2005 Greatland/Nelco – Forms Software Only

## Instructions to Recipients

**Account number.** May show an account or other unique number the payer assigned to distinguish your account.

**Amounts shown may be subject to self-employment (SE) tax.** If your net income from self-employment is $400 or more, you must file a return and compute your SE tax on Schedule SE (Form 1040). See Pub. 533, Self-Employment Tax, for more information. If no income or social security and Medicare taxes were withheld and you are still receiving these payments, see Form 1040-ES, Estimated Tax for Individuals. Individuals must report as explained below. Corporations, fiduciaries, or partnerships report the amounts on the proper line of your tax return.

**Boxes 1 and 2.** Report rents from real estate on Schedule E (Form 1040). If you provided significant services to the tenant, sold real estate as a business, or rented personal property as a business, report on Schedule C or C-EZ (Form 1040). For royalties on timber, coal, and iron ore, see Pub. 544, Sales and Other Dispositions of Assets.

**Box 3.** Generally, report this amount on the "Other income" line of Form 1040 and identify the payment. The amount shown may be payments received as the beneficiary of a deceased employee, prizes, awards, taxable damages, Indian gaming profits, or other taxable income. See Pub. 525, Taxable and Nontaxable Income. If it is trade or business income, report this amount on Schedule C, C-EZ, or F (Form 1040).

**Box 4.** Shows backup withholding or withholding on Indian gaming profits. Generally, a payer must backup withhold at a 28% rate if you did not furnish your taxpayer identification number. See Form W-9, Request for Taxpayer Identification Number and Certification, for more information. Report this amount on your income tax return as tax withheld.

**Box 5.** An amount in this box means the fishing boat operator considers you self-employed. Report this amount on Schedule C or C-EZ (Form 1040). See Pub. 595, Tax Highlights for Commercial Fishermen.

**Box 6.** Report on Schedule C or C-EZ (Form 1040).

**Box 7.** Shows nonemployee compensation. If you are in the trade or business of catching fish, box 7 may show cash you received for the sale of fish. If payments in this box are SE income, report this amount on Schedule C, C-EZ, or F (Form 1040), and complete Schedule SE (Form 1040). You received this form instead of Form W-2 because the payer did not consider you an employee and did not withhold income tax or social security and Medicare taxes. Contact the payer if you believe this form is incorrect or has been issued in error. If you believe you are an employee, report this amount on line 7 of Form 1040 and call the IRS for information on how to report any social security and Medicare taxes.

**Box 8.** Shows substitute payments in lieu of dividends or tax-exempt interest received by your broker on your behalf as a result of a loan of your securities. Report on the "Other income" line of Form 1040.

**Box 9.** If checked, $5,000 or more of sales of consumer products was paid to you on a buy-sell, deposit-commission, or other basis. A dollar amount does not have to be shown. Generally, report any income from your sale of these products on Schedule C or C-EZ (Form 1040).

**Box 10.** Report this amount on line 8 of Schedule F (Form 1040).

**Box 13.** Shows your total compensation of excess golden parachute payments subject to a 20% excise tax. See the Form 1040 instructions for where to report.

**Box 14.** Shows gross proceeds paid to an attorney in connection with legal services. Report only the taxable part as income on your return.

**Box 15a.** Shows current year deferrals as a nonemployee under a section 409A nonqualified deferred compensation (NQDC) plan. Any earnings on current and prior year deferrals must also be reported.

**Box 15b.** Shows income as a nonemployee under a NQDC plan that does not meet the requirements of section 409A. This amount is also included in box 7 as nonemployee compensation. Any amount included in box 15a that is currently taxable is also included in this box. This income is also subject to a substantial additional tax to reported on Form 1040. See "Total Tax" in the Form 1040 instructions.

**Boxes 16–18.** Shows state or local income tax withheld from the payments.

NEW YORK, NY 10022

4 Fed. inc. tax withheld $
5 Fishing boat proceeds $
6 Medical and health care payments $
7 Nonemployee compensation $ 6600.00
8 Substitute payments in lieu of dividends/ interest $
9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ ☐

PAYER'S Federal identification number 13-3746109
RECIPIENT'S identification number 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

10 Crop insurance proceeds $
11
12

RECIPIENT'S name, address, and ZIP code
LESLIE JEAN-BART

310 W 107TH STREET
NEW YORK, NY 10025

13 Excess golden parachute payments $
14 Gross proceeds paid to an attorney $
15a Section 409A deferrals $
15b Section 409A income $
16 State tax withheld $ $
17 State/Payer's state no.
18 State income $ $

Account number (see instructions) 068484790/21

**Copy B For Recipient** (keep for your records)
This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

---

Form **1099-MISC** ☐ CORRECTED (if checked)

Form **1099-MISC 2005**
**Miscellaneous Income**
OMB No. 1545-0115
39-1906847
Department of Treasury -- IRS

PAYER'S name, street address, city, state, ZIP code, and telephone no.
THE REPTON GROUP, LLC
399 PARK AVENUE
NEW YORK, NY 10022

1 Rents $
2 Royalties $
3 Other income $
4 Fed. income tax withheld $
5 Fishing boat proceeds $
6 Medical and health care payments $
7 Nonemployee compensation $ 6600.00
8 Substitute payments in lieu of dividends/ interest $
9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ ☐

PAYER'S Federal identification number 13-3746109
RECIPIENT'S identification number 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

10 Crop insurance proceeds $
11
12

RECIPIENT'S name, address, and ZIP code
LESLIE JEAN-BART

310 W 107TH STREET
NEW YORK, NY 10025

13 Excess golden parachute payments $
14 Gross proceeds paid to an attorney $
15a Section 409A deferrals $
15b Section 409A income $
16 State tax withheld $ $
17 State/Payer's state no.
18 State income $ $

Account number (see instructions) 068484790/21

**Copy 2**
**To be filed with recipient's state income tax return, when required.**

5 FMISB2I NTF 2582013 Copyright 2005 Greatland/Nelco – Forms Software Only

## Instructions to Recipients

**Account number.** May show an account or other unique number the payer assigned to distinguish your account.
**Amounts shown may be subject to self-employment (SE) tax.**
If your net income from self-employment is $400 or more, you must file a return and compute your SE tax on Schedule SE (Form 1040). See Pub. 533, Self-Employment Tax, for more information. If no income or social security and Medicare taxes were withheld and you are still receiving these payments, see Form 1040-ES, Estimated Tax for Individuals. Individuals must report as explained below. Corporations, fiduciaries, or partnerships report the amounts on the proper line of your tax return.
**Boxes 1 and 2.** Report rents from real estate on Schedule E (Form 1040). If you provided significant services to the tenant, sold real estate as a business, or rented personal property as a business, report on Schedule C or C-EZ (Form 1040). For royalties on timber, coal, and iron ore, see Pub. 544, Sales and Other Dispositions of Assets.
**Box 3.** Generally, report this amount on the "Other income" line of Form 1040 and identify the payment. The amount shown may be payments received as the beneficiary of a deceased employee, prizes, awards, taxable damages, Indian gaming profits, or other taxable income. See Pub. 525, Taxable and Nontaxable Income. If it is trade or business income, report this amount on Schedule C, C-EZ, or F (Form 1040).
**Box 4.** Shows backup withholding or withholding on Indian gaming profits. Generally, a payer must backup withhold at a 28% rate if you did not furnish your taxpayer identification number. See Form W-9, Request for Taxpayer Identification Number and Certification, for more information. Report this amount on your income tax return as tax withheld.
**Box 5.** An amount in this box means the fishing boat operator considers you self-employed. Report this amount on Schedule C or C-EZ (Form 1040). See Pub. 595, Tax Highlights for Commercial Fishermen.
**Box 6.** Report on Schedule C or C-EZ (Form 1040).
**Box 7.** Shows nonemployee compensation. If you are in the trade or business of catching fish, box 7 may show cash you received for the sale of fish. If payments in this box are SE income, report this amount on Schedule C, C-EZ, or F (Form 1040), and complete Schedule SE (Form 1040). You received this form instead of Form W-2 because the payer did not consider you an employee and did not withhold income tax or social security and Medicare taxes. Contact the payer if you believe this form is incorrect or has been issued in error. If you believe you are an employee, report this amount on line 7 of Form 1040 and call the IRS for information on how to report any social security and Medicare taxes.
**Box 8.** Shows substitute payments in lieu of dividends or tax-exempt interest received by your broker on your behalf as a result of a loan of your securities. Report on the "Other income" line of Form 1040.
**Box 9.** If checked, $5,000 or more of sales of consumer products was paid to you on a buy-sell, deposit-commission, or other basis. A dollar amount does not have to be shown. Generally, report any income from your sale of these products on Schedule C or C-EZ (Form 1040).
**Box 10.** Report this amount on line 8 of Schedule F (Form 1040).
**Box 13.** Shows your total compensation of excess golden parachute payments subject to a 20% excise tax. See the Form 1040 instructions for where to report.
**Box 14.** Shows gross proceeds paid to an attorney in connection with legal services. Report only the taxable part as income on your return.
**Box 15a.** Shows current year deferrals as a nonemployee under a section 409A nonqualified deferred compensation (NQDC) plan. Any earnings on current and prior year deferrals must also be reported.
**Box 15b.** Shows income as a nonemployee under a NQDC plan that does not meet the requirements of section 409A. This amount is also included in box 7 as nonemployee compensation. Any amount included in box 15a that is currently taxable is also included in this box. This income is also subject to a substantial additional tax to reported on Form 1040. See "Total Tax" in the Form 1040 instructions.
**Boxes 16-18.** Shows state or local income tax withheld from the payments.

**Invoice no-** Military Cook Book/ Portugal
**Job no-** 200317Military Cook Book/ Portugal **Date-**1/28/03

**Soc. Sec. #:** 068/48/4790

**TO:**

**Agostino von Hassell**
**Attn: Agostino von Hassell**
2 Sutton Place South # 3H
New York, NY 10022

**RE: Photographs for Military Cook Book taken in Portugal from 1/7- 1/20/03.**

**EXPENSES**

| | | |
|---|---|---|
| **FILM-** | **17 rolls of Velvia Fujichrome ASA 50, 36exps** at $ 4.64 per | $ 78.88 |
| | 7 and a half boxes of 4x5 20 sheets of Quickload Velvia ASA 50 at $ 61.69 per | $ 462.96 |
| | **9 boxes of 4x5 Type 54 Polapan 100 at $ 45.41 Per** | **$ 408.89** |
| **PROCESSING + CONTACTS-** | 147 sheets of 4x5 film at $ 2.44 per | $ 358.68 |
| | 17 rolls of 35mm chromes, 36exps at $ 7.58 per | $ 128.86 |
| **RENTAL-** | One 1200wt and one 2400wt Comet power packs **(which converts to 220 voltage by simply changing the fuses)** for one week at $ 129.90 per for a week | $ 259.80 |
| | 90mm 4x5 lens ( **needed for the wide spaces)** for one week | $ **108.25** |
| **TRANSPORTATION-** | **To and from lab; to return final materials; to and from Newark Airport** | **$ 177.00** |
| **MISC.-** | **Items from museum** | **$ 177.73** |

| | | |
|---|---|---|
| **FEE** | | |
| | 8 days at $ 500 per | $ 4000.00 |
| **TOTAL-** | | $ 6160.85 |
| **SERVICE RENDERED-** | | |
| | | **$ 3870.16** |
| **SUB TOTAL-** | | |
| | | **$ 2290.69** |

Please remit the sum of **$ 2290.69** to **Leslie Jean-Bart**
310 West 107th Street
New York, NY 10025
**Tel.#:** (212) 662-3985

**Invoice no-** Military Cook Book/Cielo Peralta of Murray's
**Job no-** 200365Military Cook Book/Cielo Peralta of Murray's

**Date-6/6/03**

**Soc. Sec. #:** 068/48/4790

**TO:**

**Agostino von Hassell**
**Attn: Agostino von Hassell**
2 Sutton Place South # 3H
New York, NY 10022

**RE: Photographs for Military Cook/ Cielo Peralta of Murray's 6/5/03.**

**EXPENSES**

**FILM-**

| | | |
|---|---|---|
| A 3/4 box of 4x5 20 sheets of Quickload Velvia ASA 50 at | $ | 46.28 |
| **A half a box of 4x5 Type 54 Polapan 100 at $** | **$** | **22.70** |

**PROCESSING**

| | | |
|---|---|---|
| 15 sheets of 4x5 film at $ 2.56 per | $ | 38.40 |

**TRANSPORTATION-**

| | | |
|---|---|---|
| **To and from location labs; to and from labs& to return final materials.** | **$** | 58.00 |

**MISC.**

| | | |
|---|---|---|
| **4 prints 8x10 cibachrome** | **$** | 123.83 |

**FEE**

| | | |
|---|---|---|
| | $ | 300.00 |

**TOTAL-**

| | | |
|---|---|---|
| | $ | 589.21 |

Please remit the sum of **$ 589.21** to **Leslie Jean-Bart**
310 West 107th Street
New York, NY 10025
**Tel.#:** (212) 662-3985

Leslie Jean-Bart
$500.00

December 19, 2003

Check # 1279

Leslie Jean-Bart
310 West 107th Street
New York, N.Y. 10025

Payment of $300.00 for Food Book Photography

April 9, 2003

Assistants 2002

| Date | Description | Amount | Subtotal |
|---|---|---|---|
| Jan. 3 | Leslie J-B/ Food Book | 229069 | |
| Jan. 5 | Harry McMann | 2369.84 | |
| Jan 7 | MM Consult BULGARIA | 625 00 | |
| 1 23 | MM Consult | 1825 00 | 71105[illegible] |
| 4 9 | Leslie J-B/Food Book | 300 00 | |
| 6 6 | Leslie J-B/ Food Book | 589 21 | |
| 7 1 | Leslie J-B/Monetary | 150 00 | |
| 9 3 | Bruning Intel. | 5500 00 | |
| 9 16 | K. Hoelen 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 | 300 00 | |
| 9 26 | Simone | 1000 00 | |
| ~~9 26~~ | ~~S. Vanlester~~ | ~~5000 00~~ | |
| 10 3 | Teresa Cairdo #1128 | 3000 00 | 24 949 74 |
| 10 5 | Youlam 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 | 250 00 | |
| 11 5 | K. Hoelen | 300 00 | |
| 11 5 | Leslie J-B | 2000 00 | 27 499 74 |
| 12 16 | S. Kulesh #1267 | 350 00 | |
| 12 19 | Leslie J-B | 500 00 | |
| 12 22 | Vernon | 1000 00 | 29 349 74 |
| 12 30 | MM Consult | 1525 00 | |

**EXHIBIT R**

Subj: **Focus Camera Inc. order confirmation #20026728**
Date: 10/25/2005 1:22:46 PM Eastern Standard Time
From: orders@focuscamera.com
To: AVONHASSEL@AOL.COM

Date: Tue, 25 Oct 2005 13:23:11 -0400
X-Priority: 1
X-MSMail-Priority: High
Importance: High
X-MimeOLE: Produced By Microsoft MimeOLE V6.00.2800.1506

Focus Camera Inc. Shopping Cart Order
Most Orders are shipped within 24 hours
You can track your order the next business day by following this link:
http://focuscamera.com/sc/tracking.asp?orderid=20026728

Order No. : 20026728

BILL TO :
Customer Name : Christian von Hassell
Customer ID : 75830
Address : 2 Sutton Place S
Address2 : 3H
New York, NY 10022
Country : US
Phone : 212-832-2818
Fax : 212-750-0831
Email : AVONHASSEL@AOL.COM

SHIP TO :
Name : Christian von Hassell
Shipping Address: 2 Sutton Place S
3H
New York, NY 10022
Country : US

Phone : 212-832-2818
Email : AVONHASSEL@AOL.COM
Shipping amount : $31.2226
Sales Tax Rate : 93.05
Total Order : 1204.0726

CART ITEMS ______________________________

. Item #377385025
Item : 02301854
Desc : Fuji Fujichrome Provia RDP III 100F 4x5 Quickload 20sht
Slide Transparency Sheet Film

Quantity: 20
Price : $53.99

Thank you for shopping at Focus Camera Inc.

TRACKING YOUR ORDER

***We will E-mail Your Tracking Number to you.***

Due to the high amount of orders we receive every day, it usually takes us 24-48 hours to process your order. The tracking # for your ordered product will be available the following business day after we ship order, after 11:00 A.M. Please do not E-mail us asking for your tracking number before this time, as we do not have it available. We will E-mail your tracking number to you as soon as it becomes available in our system. Saturday and Sunday are not business days, so please take this into consideration when making calculations. If you have not received your tracking number within 3 days please E-mail us at cs@focuscamera.com.

CUSTOMER SERVICE

Same Day Customer Service Response to E-mails.

We are committed to responding to your E-mails the same day if we receive your query by 3:00 P.M. EST. To make this possible, we instruct all our customer service reps to answer all E-mails promptly. Please E-mail cs@focuscamera.com and we will try our best to reply to your E-mail by the end of the day. E-mails received after 3:00 P.M. will be answered the next day (Don't forget, we open at 9:30 A.M., close at 5:30 P.M., and are closed Saturday and Sunday). If you wish to speak to a Customer Service representative personally, there will be an agent available between 9:30 A.M. and 5:30 P.M., Monday through Thursday, and Friday between 9:30 A.M. and 2:30 P.M. Please be patient when calling if there is a high call volume.

TECHNICAL SUPPORT

If you are experiencing problems with the installation, compatibility, and use of your new product, please contact the manufacturer for help with these technical issues. The best way to reach the manufacturer is to call their technical support hotline or E-mail them with a detailed question. Try the manufacturer's website first, as they usually offer full customer support satisfaction and will have the answers to your technical questions. You will usually find the appropriate department E-mail addresses to submit your questions in the company directory.

RETURNS

***You will need a Return Merchandise Authorization (RMA) before you

return any products to us.***

If your product arrives damaged or defective, you will need an RMA #. Please E-mail rma@focuscamera.com with your order # and a thorough and detailed explanation of the problem you are having. A customer service representative will reply with easy-to-follow instructions for returning your product.

FEEDBACK

We love to hear from you. Please tell us how we can best serve you: feedback@focuscamera.com.

CONTACT US

Questions regarding your account: cs@focuscamera.com
Returning Merchandise to us: rma@focuscamera.com
Comments and Feedback for us: feedback@focuscamera.com
Questions about products featured on site: sales@focuscamera.com
Canceling your order PRIOR to shipment: Please call: 888-901-4438

CANCELLATIONS

If your order has already shipped, please refuse the product when it arrives, and we will credit you in full minus the shipping charges.

Fax: (212) [illegible]

SHIP TO:

STREET

32

CITY

| SALESMAN | SHIP VIA |
|---|---|
| | |

|  |  |  |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

PLEASE INDICATE INVOICE # WITH PAYMENT

ALL CLAIMS AND ADJUSTMENTS MUST BE MADE WITHIN [illegible] DAYS OF PURCHASE. STORE CREDIT ONLY.

167522

CONS. AFFAIRS #0902062

RECEIVED BY: ____________________

575 Lexington Avenue
New York, NY 10022
(212) [illegible]-5123
(212) [illegible]-5395
Fax: (2[illegible]) 888-3782

SHIP TO: Christian Von Hassell

STREET

2

CITY

R NO. | SALESMAN | SHIP VIA

1/2 CD
7 Prints

9
10
11
12
13
14
15
16

170789

CONS. AFFAIRS #0902062

RECEIVED BY:

SHIP TO: C. Von Hassel

STREET

CITY

NO. | SALESMAN | SHIP VIA

169999

CONS. AFFAIRS #0902062

RECEIVED BY: ____________________

Subj: **15 Boxes**
Date: 10/25/2005 1:16:47 PM Eastern Standard Time
From: AVonhassel
To: AVonhassel
CC: jeanbart@earthlink.net

Search Keyword, Promo cod

polaroid2go
One stop shop for all your imaging needs.

Home | Store | Products | Consumer | Business | Support | Company | Store Locator

Your cart cc
$

Shop >> United States

New Products

- Check out our exciting Home Electronics

Product Lines

- Accessories
- Carrying Cases
- Digital and Video Cameras
- Digital Projectors
- Home Electronics
- Instant Camera Accessories
- Instant Cameras
- Instant Film
- Memory
- Monitors
- Passport & ID Systems
- Photo Accessories
- PP46D Digital Printer
- Printer Accessories
- Printers
- Scanners
- Storage
- Warranties

Order Details

**Important information about your Order:**

| | | | |
|---|---|---|---|
| **Customer Number:** | 3018257 | **Status:** | Credit C Verificat |
| **Order Number:** | 113051 | **Order date:** | 10/25/2C |
| **Invoice date:** | N/A | **Est. Ship Date:** | 10/26/2C |
| **Payment Type:** | Credit Card | **PO Number:** | N/A |
| | | **FutureRelease Date:** | 10/26/2C |

| Qty | Part Code | Description | It Pr |
|---|---|---|---|
| 15 | 613271 | POLAROID TYPE 54 4X5 FILM 20 SHEETS/BOX - 10 BOXES/CASE | $54 |

view your orders

Purchase Subtotal
Ground
Tax
**Total**

**Billing Address**
THE REPTON GROUP
AP Contact: E VON HASSELL
2 SUTTON PLACE S
3H
NEW YORK, NY 10022
USA
(212) 832-2818

**Shipping Address**
THE REPTON GROUP
ATTN: E VON HASSELL
2 SUTTON PLACE S
3H
NEW YORK, NY 10022
(212) 832-2818

# FOCUS CAMERA INC

895-905 McDONALD AVE
BROOKLYN,NY 11218
TEL. 718/437-8810 FAX 718/437-8895
E.MAIL:sales@focuscamera.com

INVOICE

3135770
ACCOUNT NO. 2/VONHEO
INVOICE DATE 11/10/05

3135770

**SOLD TO**
VON HASSELL, CHRISTIAN
2 SUTTON PLACE S
3H
NEW YORK, NY 10022
US
TEL: 212/832-2818 212/750-0831 FAX:

**SHIP TO**
VON HASSELL,CHRISTIAN
2 SUTTON PLACE S
3H
NEW YORK, NY 10022
US
TEL: 212-832-2818 FAX:

| TERMS | | ORDER NO. | SHIP VIA | CUST. PO NO. | SOURCE | SALESMAN |
|---|---|---|---|---|---|---|
| CC<br>************5113 7500 | 06/08 | 1459294<br>************ | UPS G RES/C 2 | 0026728 | FROOG | |

E.mail AVONHASSEL@AOL.COM

| QTY ORDRD | QTY SHIPED | ITEM NO. | DESCRIPTION | UOM | SPECIFICS | UNIT PRICE | | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 7 | 7 | FUJRDPFQL | RDP III 4x5 Quickload (20) | | FUJI | 53.99 | | 377.93 |

We reserve all rights as stated on our website media/ads pertaining to returns/warranties/exchanges/backorders and claims.
If you need any further information, we can mail/fax you our policy.

| | |
|---|---|
| Taxable Subtotal | 377.93 |
| Tax ( 8.375 % ) | 31.65 |
| **Total** | **409.58** |
| Received + Adj. | -409.58 |
| Balance | 0.00 |

Page 1 CDz35AV
NW 11/10/05 11:54:43 * 1 * FROOG
1 / 1· 3135770



, Inc.

575 Lexington Avenue
New York, NY 10022
(212) 753-5128
(212) 753-5385
Fax: (212) 688-3782

SHIP TO: E Von Massell

STREET

CITY

| NO. | SALESMAN | SHIP VIA |
|---|---|---|

| | | | |
|---|---|---|---|
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | | | |
| 15 | | | |
| 16 | | | |

165434

CONS. AFFAIRS #0902062

RECEIVED BY:



# \NHATTAN COLOR LABS

WEST 20th STREET, NEW YORK, N.Y. 10011
(212) 807.7373 FAX (212) 807.8666

INVOICE # 9204

☐ WILL P.U. ☐ DELIVER DATE ____

ADDRESS 2 Sutton Place S. NYC 10022

PO/JOB # SUBJECT USHC '05 JUL 20 AM 12:53

| 120/220 | CLIP | OTHER | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| | | | (1) 8X10 D.C Print | 12.00 |
| | | | (1) Adds | 6.00 |
| | | | (16) 8X10 D.C Print | 192.00 |
| | | | (32) Adds F/F | 192.00 |
| | | | (3) 8X10 D.C Print | 36.00 |
| | | | (9) Adds F/F | 54.00 |
| | | | (3) 11X14 D.C Print | 60.00 |
| | | | (3) Adds F/F | 30.00 |

K-14 B&W C-41 E-6 I.D. H.B. R.B. **RUSH**

☐ DEV ONLY ☐ DEV/CONT ☐ GLASS MOUNT ☐ PLAIN MOUNT ☐ MOUNTED ☐ DO NOT CUT

"FILM ART OR ANY OTHER ITEMS DAMAGED OR LOST WHILE IN OUR CUSTODY OF OUR PROCESSING OR AGENTS, WHETHER SUCH DAMAGE OR LOSS RESULTS FROM NEGLIGENCE OR OTHERWISE WILL BE REPLACED WITH EQUIVALENT UNEXPOSED FILM, EXCEPT FOR SUCH REPLACEMENT, SUCH ITEMS WILL BE ACCEPTED BY US AND DELIVERED BY YOU WITHOUT ANY OTHER LIABILITY, GUARANTEE OR WARRANTY OF ANY KIND, EITHER EXPRESSED OR IMPLIED." NOT RESPONSIBLE FOR MATERIALS LEFT LONGER THAN 30 DAYS.

SIGNATURE ____ ORDER BY ____

| | |
|---|---|
| SUB TOTAL | 582.00 |
| TAX | 50.19 |
| TOTAL | |
| DEPOSIT | 632.19 |
| BALANCE DUE | |

MANHATTAN COLOR LABS
WEST 20TH ST
JUL 20 2005
CREDIT CARD
SALE
THANK YOU
PLEASE COME AGAIN

   

B&H
PHOTO - VIDEO - PRO AUDIO

The Professional's Source

420 Ninth Avenue, New York, NY 10001 • Fax: 212.239.7770

PHOTO
1-212 444-6600
1-800 947-9950
DIGITAL PHOTO
1-212 444-6700
1-800 947-9978

VIDEO
1-212 444-5000
1-800 947-9910

PRO AUDIO
1-212 444-5070
1-800 947-1183

To Inquire About Your Order Tel: 212.239.7765 - 800.221.5743 • Fax: 212.239.7549 - 800.947.2215

www.bhphotovideo.com

**Control No.:** 147403640

Sold To: E VONHASSELL
2 SUTTON PLACE SOUTE
NEW YORK, NY 10022

Ship To: E.VONHASSELL
UPPER SALEM FARM RT. 723
BOYCE, VA 22620

Bill Phone: (212)832-2818

Ship Phone: (540)837-9957

| Invoice Date | Customer Code | Terms | Order Date | Purchase Order Number | Salesperson | Ship Via |
|---|---|---|---|---|---|---|
| 08/08/05 | 27755105 | | 08/08/05 | | AO | FED EX PRIORITY |

| Qty Ord | Qty Ship | Qty Bko | Item Description | SKU# | Item Price | Amount |
|---|---|---|---|---|---|---|
| 5 | 5 | | FUJI PROVIA-F 100 QUICK-LOAD 4X5/20 | FUPF100QL | 61.95 | 309.75 |
| 3 | 3 | | POLAROID #54 (POLAPAN 100) B/W 4X5/20 FILM | PO54 | 48.95 | 146.85 |
| 1 | 1 | | SAVAGE BKGRND PAPER 53"X12YD #SP-50 (WHITE) | SABGP53W | 13.95 | 13.95 |
| | | | *PLEASE NOTE:* | | | |
| | | | *WE WILL BE CLOSED SUNDAY 08/14/05* | | | |
| | | | *** WE WILL REOPEN MONDAY 08/15/05 *** | | | |

| Payment Type | Card/Check Number | Exp Dt | Amount |
|---|---|---|---|
| AMERICAN EXPRESS | **********58000 | 0106 | 488.10 |
| AMERICAN EXPRESS | **********58000 | 0106 | 69.10 |

| | |
|---|---|
| Sub-Total: | 470.55 |
| Shipping & Handling: | 86.65 |
| Total Order: | 557.20 |
| Total Payment: | 557.20 |
| Balance: | .00 |

BNH_invoice-SHIP

Customer Copy



575 Lexington Avenue
New York, NY 10022
(212) 753-5128
(212) 753-5385
Fax: (212) 688-3782

CHAR

ST

TO Von Hassell

EET

Y

SALESMAN

SHIP VIA

-36
-36
-36

CONS. AFFAIRS #0902062

RECEIVED BY:

575 Lexington Avenue
New York, NY 10022
(212) 753-5128
(212) 753-5385
Fax: (212) 688-3782

SHIP TO: VON HASSEL

STREET

CITY

| SALESMAN | SHIP VIA |
| --- | --- |
| | |

| # | | | |
| --- | --- | --- | --- |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | | | |
| 15 | | | |
| 16 | | | |

162631

CONS. AFFAIRS #0902062

RECEIVED BY:

**EXHIBIT S**

EQUIPMENT

| | | | |
|---|---|---|---|
| 1 26 | COMPAQ 5430 US DESKTOP | 1230 00 | |
| 1 26 | NT FE 700 PLUS MONITOR | 225 00 | |
| 1 26 | SLC 10225045 SPEAKER | 25 00 | 1480 00 |
| 3 8 | Compaq Laptop 711 CL | 1149 49 | 2629 49 |
| 8 6 | Nikon WG5 + LENS | 441 67 | 3071 16 |
| 9 10 | Dell Computer 4500 | 1312 41 | 4383 57 |

ASSISTANT

| | | | |
|---|---|---|---|
| 1 28 | Business Intelligence Group | 3000 00 | |
| 5 20 | Teresa Card etc (3 clerks) | 2200 00 | 5200 00 |
| 6 25 | Leslie | 300 00 | |
| 7 17 | MH Consult / Bulgarian | 500 00 | |
| | WT | 25 00 | |
| 7 9 | Abby Daniels | 1000 00 | 7025 00 |
| 7 23 | Leslie / Food | 50 00 | |
| 7 23 | Harry McMann | 850 00 | |
| 8 7 | Leslie | 1000 00 | |
| 8 7 | Harry McMann | 600 00 | |
| 8 7 | Keith | 600 00 | |
| 8 12 | Teresa | 5000 00 | 15575 00 |
| 8 11 | Leslie Jean Bont | 500 00 | 16075 00 |

~~3800~~ 1300

2922 00

5922 00

ACCOUNTING FEES

| Date | Description | Amount | Total |
|---|---|---|---|
| | | 2500 00 | |
| 4 10 | Silverman | 150 00 | 2650 00 |
| 4 10 | Silverman | | |
| 8 25 | Harry McMann | 500 00 | |
| 8 27 | Harry McMann SS 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 | 1169 89 | |
| 8 27 | Leslie J-B # 9565 | 1132 03 | |
| 8 27 | Teresa/keith | 1000 00 | 19876 92 |
| 9 9 | Abby Daniels | 250 00 | 20126 92 |
| 10 16 | Leslie JB | 1044 99 | |
| 10 25 | Leslie | 4500 00 | |
| 10 25 | Harry McMann | 1000 00 | |
| 10 28 | Harry McMann | 3024 98 | |
| 10 28 | J. B. / PORT. | 6500 00 | 36196 89 |
| ~~10 31~~ | ~~Seth Nabors~~ | ~~1500 00~~ | |
| 11 16 | Leslie J-B | 300 00 | |
| 11 19 | Harry McMann # 9917 | 600 00 | |
| 11 19 | Abby Daniels # 9918 | 500 00 | |
| 11 19 | Leslie J-B UBS | 1500 00 | 40596 89 |
| | | | 39096 89 |

880 00

BOOKS & RESEARCH

| | | | |
|---|---|---|---|
| | 2 5 Special OPS/G2/ OSS | 27 10 | |
| 8 33 | 2 20 Moseby | 35 99 | |
| | 2 11 Moseby Confederacy | 12 95 | 76 04 |
| | 3 5 Military Bookman, re OSS | 136 40 | 212 44 |
| | | 17 28 | |
| 7 62 | 3 19 Mil. Food | 64 95 | |
| | 4 1 Edeen | 21 59 | |
| | 4 1 Ankoo Bio | 18 95 | 335 21 |
| | 4 5 Imperial Bio | 116 36 | |
| | 4 20 Various | 32 42 | |
| | 4 29 Hitler | 14 26 | 498 25 |
| | 5 7 Solikow | 37 83 | |
| | 5 8 Abwehr/ Engman | 25 04 | 561 12 |
| | 5 13 Fall of Berlin | 22 00 | |
| | 5 8 Eult/Fey | 21 00 | |
| | 5 8 Fey | 17 00 | |
| | 5 20 Iva Lesser | 19 98 | 641 10 |
| | 5 31 Eva/ Blondie | 77 46 | 718 56 |
| | 7 6 F. Books | 10 99 | |
| | 8 13 Colonel's Table | 46 21 | |
| | 8 20 Tarawa/ Research | 135 91 | 911 67 |
| | 8 21 W.P & USMC Books ⇒ Teresa | 252 78 | 1164 45 |
| | 8 28 Books - Anbyal | 67 50 | |
| | 7 16 Das Diner | 47 90 | |
| | 9 2 F.B. | 36 80 | 1316 65 |
| | 9 3 Woman & Wine | 31 99 | |
| | 9 6 Bayeux | 99 94 | 1448 48 |
| | 9 24 Historic S. Force | 54 98 | |
| | 9 25 Amazon/ Jap. Food | 20 97 | 1524 43 |
| | 8 20 Tarawa Tape | 43 30 | |
| | 10 2 FB/China | | |

COPIES

| | | | |
|---|---|---|---|
| 1 14 | W.P. | 38 01 | |
| 1 22 | W.P. | 6 47 | |
| 1 28 | W.P. Paper | 19 38 | |
| 2 26 | USMC | 28 74 | 92 60 |
| 3 8 | Kinkos for OSS | 31 18 | |
| 4 1 | OSS | 18 09 | 141 87 |
| 4 17 | OSS | 16 31 | |
| 4 18 | USVI | 3 98 | 162 16 |
| 5 7 | OSS | 11 93 | |
| 5 9 | V. | 1 67 | |
| 5 20 | West Point | 19 38 | 195 14 |
| 6 20 | USMC & Exhibit | 41 31 | |
| 7 10 | Exhibit | 38 47 | 274 92 |
| 8 7 | W.P. | 3 18 | |
| 8 18 | F.B. Drawing | 18 39 | 296 49 |
| 9 11 | Maps/Printing F.B. | 31 32 | |
| 9 17 | Lisbon | 9 03 | 336 84 |
| 10 28 | Maps | 4 71 | |
| 11 4 | F.B. | 6 38 | |
| 11 5 | F.B. | 19 31 | 367 24 |
| 11 5 | F.B. | 13 93 | |
| 11 20 | Valhalla Maps | 25 92 | 407 09 |

# FILM / DEV / PRINTING

| | Date | Description | Amount | Running total |
|---|---|---|---|---|
| | 1 7 | West Point B/W | 25 66 | |
| | 2 5 | USMC B/W | 33 45 | |
| 36 19 | 2 20 | West Point. | 135 30 | 194 41 |
| | 3 19 | USMC | 123 1 | |
| | 4 2 | W.P. | 104 31 | 311 03 |
| | 5 29 | Exhibit I | 100 00 | |
| 27 52 | 6 3 | Exhibit II | 76 95 | |
| | 6 10 | Mod. Age | 61 78 | |
| | 6 12 | Mod. Age | 28 12 | 577 88 |
| | 6 19 | Studio 712 #117 | 967 50 | |
| | 7 8 | Exhibit | 287 95 | 1833 33 |
| | 7 15 | Exhibit Prints | 681 98 | |
| | 7 16 | Clone-a Chrome / Exhibit Co. Check + C. Card | 4511 00 | 7026 31 |
| | 7 23 | S. Flex / Frames I | 2500 00 | 9526 31 |
| | 7 30 | Mod Age WP | 106 42 | |
| | 7 30 | Harry McNamara / Food Stylist | 850 00 | |
| | 8 6 | F.B. Prints | 168 74 | |
| | 8 6 | F.B. Prints | 23 96 | |
| | 8 6 | F.B. Prints | 21 271 | 10888 20 |
| | 8 7 | B/W F.B. | 22 98 | |
| | 8 12 | F.B. Prints | 295 52 | |
| | 8 14 | F.B. Prints | 17 23 | 11223 93 |
| | 8 19 | Frames / S. Flex | 5390 85 | 16614 78 |
| | 8 28 | F.B. Prints | 42 19 | |
| | 8 28 | F.B. Prints | 1219 98 | 17876 95 |
| | 8 29 | C Prints / Exhibit | 147 22 | |
| | 9 6 | F.B. | 500 00 | |
| | 9 15 | Duggal 3x | 2901 10 | 21425 27 |
| | 9 24 | F.B. | 88 87 | |

| | | | |
|---|---|---|---|
| | | 22 73 | |
| 9 30 | F.B. | 126 19 | 21663 06 |
| 9 14 | U WP | 717 70 | |
| 10 21 | F.B. 8×10 | 994 82 | 23375 58 |
| 11 11 | Mod: Age | 273 32 | 23648 90 |
| 11 18 | Mod Age FB | | |

Mil Food Bank Supplies / Bags.

| | | | |
|---|---|---|---|
| 724 | OLD COINS | 200 27 | |
| 724 | Damian Food | 270 00 | |
| 724 | Roman Food | 378 87 | |
| 729 | McNally Bags | 9 08 | |
| 729 | Murray's | 216 19 | |
| 8 2 | Saber | 357 00 | 1421 41 |
| 8 12 | Russian Map | 80 00 | |
| 8 15 | Pan | 172 40 | |
| 8 16 | Candles / Wick | 19 20 | |
| 8 16 | F.B. | 280 49 | 1973 50 |
| 8 19 | Scully / Plates | 283 00 | |
| 8 20 | Prints / ARGOSY | 265 21 | |
| 8 20 | Spices / Bowl | 7 86 | |
| 8 20 | Double Smoked Bacon | 14 05 | |
| 8 19 | Murray's | 120 23 | |
| 8 22 | Whole Foods | 118 01 | |
| 8 23 | Costco | 260 58 | |
| 8 25 | Cucumber | 9 26 | 3051 70 |
| 9 18 | Books / F.B. / LIS. | 67 31 | |
| 9 18 | Books / F.B. / Lis | 62 55 | 3181 56 |
| 10 10 | Lisbon Supplies | 600 00 | 3781 56 |
| 10 11 | USMC Cufflinks | 83 50 | |
| 10 14 | Navy Plates | 14 88 | |
| 10 14 | D&D Supplies | 109 00 | |
| 10 14 | Mat Arbor | 270 63 | 4259 57 |
| 10 20 | China Town | 24 72 | |
| 10 20 | China Town | 5 40 | |
| 10 17 | DaVinci / Up. Banquet | 137 00 | 4426 69 |
| 10 21 | Bloom. Plates | 22 98 | |
| 10 21 | Swiss Guard Pins | 48 67 | |

CAR RENTAL

| | | | |
|---|---|---|---|
| 2.10 | Enterprise/D.C. | 162 00 | |
| 8.31 | Car Rental/Food | 338 35 | 500 35 |
| 10.27 | Car for food Alat | 379 02 | |
| 9.30 | Van => W.P. | 215 43 | 1094 80 |