50%

FOOD - HOTELS & TRAVEL

| Date | Description | Amount | Running total |
|---|---|---|---|
| 2.24 | Lisbon | 92.30 | |
| 5.2 | STV | 1000.00 | 1092.30 |
| 6.2 | London / Food £ 294.15 | 452.53 | 1544.83 |
| 8.29 | Chicago | 87.68 | 1632.51 |
| 9.5 | Chicago | 11.25 | |
| 9.18 | Lisbon / Food & Sat. | 545.20 | 2188.96 |
| 10.10 | Lisbon | 620.32 | |
| 11.5 | Lake / Travel Food | 33.77 | |
| 11.19 | K.C. Valhalla | 191.80 | 3034.85 |
| 12.9 | London | 1858.64 | |
| 12.9 | London Lisbon | 171.00 | |
| 12.9 | Lisbon | 44.50 | 5108.99 |

HOTELS - NO FOOD

| Item | Amount | Running total |
|---|---|---|
| 2 24 Lisbon | 1901 90 | |
| CREDIT VAT | -269 03 | 1632 87 |
| 6 1 London / CIT | 2290 76 | |
| 6 1 Hotel Res. Fee | 15 00 | 3938 63 |
| 7 7 Nassau / cancel 2x | 311 36 | 4249 99 |
| 7 28 Chicago | 194 89 | 4444 88 |
| ~~[illegible]~~ | | |
| 9 18 Lisbon | 1370 60 | 5815 48 |
| 10 10 Lisbon | 2068 00 | 7883 48 |
| 10 24 Waldorf / Toronto | 1131 00 | |
| 12 5 London | 1120 00 | |
| 12 8 Lisbon | 1429 40 | 10563 88 |

| | | |
|---|---|---|
| 5 27 → D.C. | 72 00 | 2812 00 |
| 6 05 → VA. | 72 00 | |
| 6 9 → D.C. | 72 00 | |
| 6 13 → VA | 72 00 | |
| 6 18 → D.C. | 72 00 | 3100 00 |
| 6 20 Meeti in D.C. → Va. | 141 00 | |
| 6 27 Meet/ Smith Brandon, Va. | 158 00 | |
| 7 7 → D.C. | 72 00 | 3471 00 |
| 7 12 D.C. Meeti, Va., Annapolis/ MD | 238 00 | |
| 7 14 DC | 72 00 | 3781 00 |
| 7 25 VA | 72 00 | |
| 7 26 Office Max/ Supplies | 18 00 | |
| 7 28 DC Chicago | 72 00 | |
| 8 1 DC/VA | 72 00 | |
| 8 3 DC/ VA | 72 00 | |
| 8 8 → VA/ + | 72 00 | |
| 8 11 DC | 72 00 | 4159 00 |
| 8 10 F.B: Supplies/ Millwood & Middleb. | 131 00 | |
| 8 17 D.C. | 72 00 | |
| 8 15 DC | 72 00 | 4506 00 |
| 8 22 → VA/ Supplies FB | 112 00 | |
| 8 23 F.B./ local | 31 00 | |
| 8 24 F.B./ local | 27 00 | |
| 8 25 F.B/ local | 41 00 | |
| 8 26 → D.C. | 72 00 | 4789 00 |
| 9 7 VA | 72 00 | |
| 9 9 DC | 72 00 | |
| 9 12 VA/ D.C. | 143 00 | |
| 9 15 DC | 72 00 | |
| 9 20 D.C./VA | 112 00 | 5260 00 |

2 00
10 00
71 00
81 00
59 00
506 00
789 00
1260 00

| Date / Entry | Amount | Total |
|---|---|---|
| 9 23 DC/SEC/VA | 114 00 | |
| 9 26 VA | 72 00 | |
| 9 29 D.C. | 72 00 | 5518 00 |
| 10 3 DC/State, Dob | 121 00 | |
| 10 6 → DC | 72 00 | |
| 10 11 VA | 72 00 | |
| 10 13 DC | 72 00 | 5855 00 |
| 10 17 D.C. Meetings | 112 00 | |
| 10 20 → D.C. (Marathon) | 76 00 | |
| 10 24 Va, F.B. Supply Runs | 139 00 | |
| 10 25 F.B. Supplies | 18 00 | |
| 10 26 F.B. Supplies | 12 00 | |
| 10 27 → D.C. | 72 00 | 6284 00 |
| 11 1 DC Meds, Va. | 115 00 | |
| 11 3 DC | 72 00 | |
| 11 8 DC/VA | 106 00 | 6577 00 |
| 11 10 DC | 72 00 | |
| 11 14 DC | 72 00 | |
| 11 17 DC | 72 00 | |
| 11 22 DC | 72 00 | 6865 00 |
| 11 30 DC | 72 00 | |
| 12 11 DC | 72 00 | |
| 12 15 DC | 72 00 | 7081 00 |
| 12 29 DC | 72 00 | |
| 12 31 DC | 72 00 | 7225 00 |

| | | | |
|---|---|---|---|
| 527 Delta | 85 00 | | 10 13 |
| 529 Delta | 186 75 | | 10 15 |
| 529 London | 6997 70 | 26118 85 | 10 16 |
| 5 17 Jose Caiado / Tap | 2278 27 | | 10 16 |
| 517 " " / Flight Ins. | 14 00 | | 10 16 |
| 517 K. Moore / Change | 85 00 | | 10 16 |
| 517 Trav. Fees / Ax | 110 00 | | 10 20 |
| 517 K. Moore / Flight Ins. | 14 00 | | 10 21 |
| 6 4 Balances re CIT | 631 70 | | 10 27 |
| 6 4 Balances re CIT | 523 30 | | 11 1 |
| 6 4 Trav. Ag. Fee | 30 0 | | 11 3 |
| 6 4 Trav. Ag. Fees / Ax | 245 00 | 30050 12 | 11 4 |
| 6 19 Delta / 3x | 1020 00 | | 11 10 |
| 7 7 Delta | 84 00 | 31154 12 | 11 13 |
| 7 14 Delta | 85 00 | 31239 12 | 11 12 |
| 7 27 United / Chicago | 1373 00 | | 11 12 |
| 8 7 Delta / 3x | 1020 00 | 33632 12 | 11 12 |
| 8 11 Delta | 85 00 | | 11 12 |
| 8 17 USAIR | 85 00 | 33802 12 | 11 12 |
| 9 9 Delta | 340 00 | | 11 17 |
| 9 5 Delta | 340 00 | | 11 17 |
| 9 6 Chicago | 2229 50 | 36711 62 | 11 17 |
| 9 7 D.C. | 83 50 | | 12 2 |
| 9 15 Lisbon / RT | 3815 90 | 40611 02 | 12 2 |
| 9 15 D.C. | 85 00 | | 11 30 |
| 9 26 Delta | 226 50 | | 12 15 |
| 9 29 Delta | 85 00 | | |
| 10 06 Lisbon | 3815 66 | 44823 12 | |
| 10 6 DC Delta | 85 00 | | |
| 10 10 DC | 1080 00 | | |

| | | | |
|---|---|---|---|
| | 10 13 Delta | 120 00 | 46108 12 |
| | 10 15 TAP/ T. Ramirez | 618 07 | |
| 8 85 | 10 16 Delta/ T. Ramirez | 256 50 | |
| | 10 16 Keith => Lisbon | 512 07 | |
| | 10 16 Leslie => Lisbon | 512 07 | |
| | 10 16 Harry McMahon | 512 07 | |
| | 10 20 US AIR | 85 00 | 48613 90 |
| | 10 21 Ticket Fedex => Portugal | 50 00 | |
| | 10 27 AA | 120 00 | 48773 90 |
| | 11 1 Chicago Trip Service Fee | 105 00 | |
| | 11 3 USAIR | 85 00 | 48963 90 |
| 0 12 | 11 4 Void Ticket Service Fee | 30 00 | |
| | 11 10 Delta | 85 00 | |
| 54 12 | 11 13 Delta | 1080 00 | |
| 39 12 | 11 12 USVI Service Fee | 30 00 | |
| | 11 12 USVI " " | 75 00 | |
| 32 12 | 11 12 USVI Delta Fee | 105 00 | |
| | 11 12 Dillon USVI | 966 80 | |
| 02 12 | 11 12 Dillon | 942 45 | 52203 15 |
| | 11 17 USAIR | 85 00 | |
| | 11 17 Ticket Cancellation | 30 00 | |
| 11 62 | 11 17 " " | 30 00 | 52348 15 |
| | 12 2 London | 3650 81 | |
| 11 02 | 12 2 Lisbon => NYC | 1749 74 | 57748 70 |
| | 11 30 Delta | 85 00 | |
| | 12 15 Delta | 85 00 | 57918 70 |
| 23 12 | | | |

**EXHIBIT T**

FILM & DEV. 2003

| Date | Item | Amount | Running total |
|---|---|---|---|
| 1 6 | F.B. Prints | 130 17 | |
| 1 21 | Tirpitz | 22 73 | |
| 1 22 | OSS | 32 00 | |
| 2 10 | F.B. Pix | 346 40 | |
| 2 24 | USMC | 125 57 | |
| 2 25 | USMC | 12 99 | |
| 3 3 | Baint | 294 44 | |
| 3 4 | USMC | 19 13 | 2154 43 |
| 4 29 | FUSION V | 36 61 | |
| 5 13 | Varieus, USMC & F.B. | 147 59 | |
| 5 28 | M. Age F.B. | 10 392 | |
| 5 28 | F.B. | 44 40 | |
| 6 2 | F.B. | 17 80 | |
| 6 10 | F.B. | 19 88 | |
| 6 17 | F.B. Murray Is | 130 30 | |
| 6 25 | IHOA | 36 74 | |
| 7 7 | F.B. | 41 82 | |
| 7 14 | Moseby | 127 38 | 2860 87 |
| 7 31 | F.B. | 150 45 | |
| 7 27 | Mosby | 41 80 | |
| 8 5 | Moseby | 187 36 | |
| 9 10 | F.B. & AVX | 221 81 | |
| 9 17 | F.B. | 26 72 | 3489 01 |
| 10 22 | Moseby | 34 19 | |
| 10 30 | Explorer | 29 17 | |
| 10 30 | Mosby | 16 29 | 3568 66 |
| 11 12 | Morley | 359 22 | |
| 11 18 | OSS | 100 48 | |
| 12 4 | P.V. Pix | 13 72 | 4042 02 |
| 12 17 | F.B. | 38 40 | |
| 12 30 | F.B. | 48 01 | 4128 43 |

Assistants 2003

| | | |
|---|---|---|
| Jan. 3. Leslie J-B/ Food Book | 2290.69 | |
| Jan. 5. Harry McMann | 2369.84 | |
| Jan 7. MM Consult BULGARIA | 625.00 | |
| 1 23. MM Consult | 1825.00 | 7110.53 |
| 4 9 Leslie J-B/Food Book | 300.00 | |
| 6 6 Leslie J-B/ Food Book | 589.21 | |
| 7 1 Leslie J-B/Monthly | 150.00 | |
| 9 3 Business Intel. | 5500.00 | |
| 9 16 K. Hoelen 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 | 300.00 | |
| 9 26 Simone | 8000.00 | |
| ~~9 26 S. Kalesh~~ | ~~500.00~~ | |
| 10 3 Teresa Cards #1128 | 3000.00 | 24949.74 |
| 10 5 Youlean 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 | 250.00 | |
| 11 5 K. Hoelen | 300.00 | |
| 11 5 Leslie J-B | 2000.00 | 27499.74 |
| 12 16 S. Kalesh #1267 | 350.00 | |
| 12 19 Leslie J-B | 500.00 | |
| 12 22 Yawson | 1000.00 | 29349.74 |
| 12 30 MM Consult | 1525.00 | |

**Military Food Book**

**Expenses 2003**

Film Developing
Printing
Scans

(Receipts attached)

Total: $4630.00

INVOICE NO. E501244

moadernage

Photographic Services Inc.
- 1150 Ave. of Americas, N.Y. 10036 • (212) 997-1800
- Eastside Office • (212) 752-3993
- Downtown Office • (212) 227-4767
- FAX NUMBER • (212) 869-4796

355161611880

MODERNAGE PHOTOGRAPHIC
649 LEXINGTON AVE
NEW YORK, NY 10022

TIME 10:11 AM DATE 11/12/03
371069693358000
EXP DATE 0106
CARD TYPE AX
TERMINAL # 0002VJ
TRAN TYPE SALE
AUTH CODE 595755
RECORD # 003

AMOUNT $ 359.22

SIGNATURE X [signature]

EV HASSELL

I AGREE TO PAY ABOVE TOTAL AMOUNT ACCORDING TO CARD ISSUER AGREEMENT

THANK YOU!
PLEASE COME AGAIN!

SHIP TO

C.W.R. MAIL FED-EX UPS

PROMISED DAY: Tues 11/11 TIME: 1:30 A.M. (P.M.)

| RC SEMI | RC GLOSSY | CUSTOM SEMI | CUSTOM MATTE | COLOR SEMI | COLOR GLOSSY | TOTAL | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| QP from Slide | | | | | X | 16 | .95 | 15 20 |
| Digital "C" | | | | X | | 5 | 21.00 | 105 00 |
| | | | | Addt. | | 13 | 11.00 | 143 00 |
| | | | | | | 5 | 12.50 | 62 50 |

- [ ] FULL PAPER SIZE
- [x] BORDER on all 8x10s
- [ ] BLACK EDGE

NEG. SIZE 35mm

MAT'L SUPPLIED:
CD'S
EMAIL/FTP
SLIDES 16 (21)
TRANS
NEGS
PRINTS

| DIGITAL | | PRODUCTION | RETOUCHING | | SET UP | |
|---|---|---|---|---|---|---|
| | | DUPES | DIGITAL TRANS | | COMM | PROF |
| | CONT | | SWG | SWM | POSTCARDS | |
| COPY NEGS | | CLR | B&W | 4x5 | 5x7 | 8x10 | 10x12 |
| LITHO NEGS. | | 4x5 | 8x10 | | | |
| STRIPPING | | | | SAVE TO CD | 1 | 5.00 | 5. 00 |
| HOTPRESS/TYPESET | | | | | | |
| MOUNTING | | | | | | |

* see post its for specifics

| | |
|---|---|
| RUSH 50% / 100% | |
| SUB-TOTAL | 330 70 |
| TRUCK / DELV / MAIL | |
| TAXABLE SUB-TOTAL | 330 70 |
| SALES TAX | 28 52 |
| TOTAL | 359 22 |
| DEPOSIT | |
| BAL. DUE | |

SPECIAL INSTRUCTIONS:
- [x] Return Negs.
- [ ] File Negs.

Job #

TOTAL PRINTS / ~~DUPES~~ 44 Checked ____
Total Negs / ~~Origs.~~ ____ Spotted ____ Paid in Advance
NOT RESPONSIBLE FOR WORK LEFT OVER 30 DAYS CS / CK / V-MC / AE

E501244

NOTE: MODERNAGE'S LIABILITY FOR THE MATERIAL FURNISHED BY YOU TO MODERNAGE IS LIMITED. WHILE MODERNAGE TAKES EVERY PRECAUTION WITH THE MATERIALS SUBMITTED BY YOU TO MODERNAGE, SUBMITTING ANY OF THESE TO MODERNAGE CONSTITUTES YOUR ACKNOWLEDGEMENT AND AGREEMENT THAT THE LIABILITY OF MODERNAGE, ITS SUBSIDIARIES OR AGENTS FOR ANY LOSS OF OR DAMAGE TO ANY OF THESE MATERIALS IS LIMITED TO THE LESSER OF (i) THE ACTUAL REPLACEMENT VALUE OF ALL SUCH MATERIALS LOST OR DAMAGED IN CONNECTION WITH THIS ORDER OR (ii) $100 FOR ALL SUCH MATERIALS SUBMITTED TO MODERNAGE IN CONNECTION WITH THIS ORDER. YOU SPECIFICALLY ACKNOWLEDGE AND AGREE THAT MODERNAGE HAS NO LIABILITY TO YOU FOR CONSEQUENTIAL, SPECIAL OR INCIDENTAL DAMAGES. MATERIALS SUBMITTED TO MODERNAGE WHICH YOU BELIEVE HAVE AN AGGREGATE VALUE TO YOU IN EXCESS OF $100 SHOULD BE INSURED BY YOU.

~~657~~ 74(

356161611880

MODERNAGE PHOTOGRAPHIC
649 LEXINGTON AVE
NEW YORK, NY 10022

TIME 10:29 AM DATE 10/30/03
5588009000027169
EXP DATE 0605
CARD TYPE MC
TERMINAL # 0002VJ
TRAN TYPE SALE
AUTH CODE 034026
RECORD # 003

AMOUNT $ 16.29

SIGNATURE X [signature]

HASSELL VON

I AGREE TO PAY ABOVE TOTAL AMOUNT ACCORDING TO CARD ISSUER AGREEMENT

THANK YOU!
PLEASE COME AGAIN!

INVOICE NO E657894

ge modernage

Photographic Services Inc.

- (212) 997-1800
- (212) 752-3993
- (212) 227-4767
- (212) 869-4796

- 1150 Ave. of Americas, N.Y. 10036 — (212) 997-1800
- Eastside Office — (212) 752-3993
- Downtown Office — (212) 227-4767
- FAX NUMBER — (212) 869-4796

Hassell

SHIP TO

10/28 4:30

C.W.R. MAIL FED-EX UPS

PROMISED DAY: Tues — TIME: A.M. P.M.

| FILM SIZE | SIZE OR KIND | TOTAL | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 120 | PX TX TMX | | | |
| 35/24 Exp. | PX TX TMX | | | |
| 35/36 Exp. | PX TX TMX | | | |
| | | | | |
| Special Developing | 120 24 36 | | | |
| 4 x 5 / 8 x 10 | | | | |
| Cont. Sheet | B&W COLOR | | | |
| Over Size | 11 x 14 16 x 20 | | | |
| 120 24 36 E-6 | KODAK FUJI | 2 | 750 | 15 00 |
| | CLIP TEST PUSH | | | |
| 120 24 36 C-41 | KODAK FUJI | | | |
| QUICK PRINT ENLARGEMENTS | 5 x 7 6 x 8 | | | |
| | 8 x 10 8 x 12 | | | |
| | FUJI PHOTO CD | | | |
| 3½ x 5 4 x 6 | Glossy Matte | | | |

SPECIAL DEVELOPING

FILM WAS:
OVER
UNDER
FOGGED
BLANK

- [ ] Credit Stamp
- [ ] Return Negs.
- [ ] File Negs.
- [ ] Number Negs.

REMARKS:

NOT RESPONSIBLE FOR WORK LEFT OVER 30 DAYS

| | |
|---|---|
| RUSH 50%/100% | |
| SUB-TOTAL | |
| TRUCK/DELV/MAIL | |
| TAXABLE SUB-TOTAL | |
| SALES TAX | 1 29 |
| TOTAL | 16 29 |
| DEPOSIT | |
| BAL DUE | |

Dev. / Check — Paid in Advance — CS / CK / V-MC / AE

JOB # Roll #

NOTE: MODERNAGE'S LIABILITY FOR THE MATERIAL FURNISHED BY YO[U] ... THESE TO MODERNAGE CONSTITUTES YOUR ACKNOWLEDGEMENT AND AGREEMENT THA[T] THE ACTUAL REPLACEMENT VALUE OF ALL SUCH MATERIALS LOST OR DAMAGED SPECIFICALLY ACKNOWLEDGE AND AGREE THAT MODERNAGE HAS NO LIABILITY TO YOU F[OR] ...

WHILE MODERNAGE TAKES EVERY PRECAUTION WITH THE MATERIALS SUBMITTED BY YOU TO MODERNAGE, SUBMITTING ANY OF [ITS SU]BSIDIARIES OR AGENTS FOR ANY LOSS OF OR DAMAGE TO ANY OF THESE MATERIALS IS LIMITED TO THE LESSER OR (i) OR (ii) $100 FOR ALL SUCH MATERIALS SUBMITTED TO MODERNAGE IN CONNECTION WITH THIS ORDER. YOU [INCID]ENTAL DAMAGES. MATERIALS SUBMITTED TO MODERNAGE WHICH YOU BELIEVE HAVE AN AGGREGATE VALUE TO ...

E657894

INVOICE NO. E501347

# modernage

Photographic Services Inc.
- 1150 Ave. of Americas, N.Y. 10036 • (212) 997-1800
- Eastside Office • (212) 752-3993
- Downtown Office • (212) 227-4767
- FAX NUMBER • (212) 869-4796

BILL TO

ADDR

ATTE

PHO

PART

PIC

RE

356161611838

MODERNAGE PHOTOGRAPHIC
649 LEXINGTON AVE
NEW YORK, NY 10022

TIME 09:58 AM DATE 11/18/03
3718696955... [illegible]
EXP DATE 0106
CARD TYPE AX
TERMINAL # 6802UJ
TRAN TYPE SALE
AUTH CODE 546865
RECORD # 001

AMOUNT $ 100.48

SIGNATURE X [signature]

EV HASSELL

I AGREE TO PAY ABOVE TOTAL AMOUNT ACCORDING TO CARD ISSUER AGREEMENT

THANK YOU!
PLEASE COME AGAIN!

SHIP TO

NOV 12 2003 AM 10:06

C.W.R. MAIL FED-EX UPS

| PROMISED DAY | TIME |
|---|---|
| Tues 11/18 | 4:00 A.M. P.M. (circled) |

| | RC GLOSSY | CUSTOM SEMI | CUSTOM MATTE | COLOR SEMI | COLOR GLOSSY (circled) | TOTAL | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| Digital "C" | | | | | X | 1 | 21.00 | 21.00 |
| | | | | | addt. | 1 | 11.00 | 11.00 |
| Digital "C" | | | | | X | 1 | 21.00 | 21.00 |
| B&W Tone | | | | | Addt. | 2 | 11.00 | 22.00 |
| | | | | | | 1 | 12.50 | 12.50 |

| PRODUCTION | RETOUCHING | | SET UP | |
|---|---|---|---|---|
| TYPES | DIGITAL TRANS | | COMM | PROF |
| | SWG | | SWM | POSTCARDS |

| COPY NEGS | CLR | B&W | 4x5 | 5x7 | 8x10 | 10x12 |
|---|---|---|---|---|---|---|
| LITHO NEGS. | 4x5 | 8x10 | | | | |

| | | TOTAL | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| STRIPPING | SAVE TO CD (circled) | 1 | 5.00 | 5.00 |
| HOTPRESS/TYPESET | | | | |
| MOUNTING | | | | |

NEG. SIZE 35mm

MAT'L SUPPLIED:
- CD'S
- EMAIL/FTP
- SLIDES (1)
- TRANS
- NEGS
- PRINTS

SPECIAL INSTRUCTIONS:
- [X] Return Negs.
- [ ] File Negs.

Job #

* Brighten a bit for detail in Soldiers faces -> Best Density judgement
* in color brighten colors a bit

| | |
|---|---|
| RUSH 50% / 100% | |
| SUB-TOTAL | 92.50 |
| TRUCK / DELV / MAIL | |
| TAXABLE SUB-TOTAL | 92.50 |
| SALES TAX | 7.98 |
| TOTAL | 100.48 |
| DEPOSIT | |
| BAL. DUE | |

TOTAL PRINTS / DUPES 5 Checked ____
Total Negs./Origs. 1 Spotted ____
Paid in Advance CS / CK / V-MC / AE

NOT RESPONSIBLE FOR WORK LEFT OVER 30 DAYS

E501347

NOTE: MODERNAGE'S LIABILITY FOR THE MATERIAL FURNISHED BY YOU TO MODERNAGE IS LIMITED. WHILE MODERNAGE TAKES EVERY PRECAUTION WITH THE MATERIALS SUBMITTED BY YOU TO MODERNAGE, SUBMITTING ANY OF THESE TO MODERNAGE CONSTITUTES YOUR ACKNOWLEDGEMENT AND AGREEMENT THAT THE LIABILITY OF MODERNAGE, ITS SUBSIDIARIES OR AGENTS FOR ANY LOSS OF OR DAMAGE TO ANY OF THESE MATERIALS IS LIMITED TO THE LESSER OF (I) THE ACTUAL REPLACEMENT VALUE OF ALL SUCH MATERIALS LOST OR DAMAGED IN CONNECTION WITH THIS ORDER OR (II) $100 FOR ALL SUCH MATERIALS SUBMITTED TO MODERNAGE IN CONNECTION WITH THIS ORDER. YOU SPECIFICALLY ACKNOWLEDGE AND AGREE THAT MODERNAGE HAS NO LIABILITY TO YOU FOR CONSEQUENTIAL, SPECIAL, OR INCIDENTAL DAMAGES. MATERIALS SUBMITTED TO MODERNAGE WHICH YOU BELIEVE HAVE AN AGGREGATE VALUE TO YOU IN EXCESS OF $100 SHOULD BE INSURED BY YOU.

500560
500561
500562

**INVOICE NO.** E500562

# modernage

Photographic Services Inc.

- 1150 Ave. of Americas, N.Y. 10036 • (212) 997-1800
- Eastside Office • (212) 752-3993
- Downtown Office • (212) 227-4767
- FAX NUMBER • (212) 869-4796

356161611888

MODERNAGE PHOTOGRAPHIC
649 LEXINGTON AVE
NEW YORK, NY 10022

TIME 09:20 AM DATE 09/10/03
3710696933578002
EXP DATE 1104
CARD TYPE AX
TERMINAL # 0802VJ
TRAN TYPE SALE
AUTH CODE 582147
RECORD # 002

AMOUNT $ 221.81

SIGNATURE X [signature]

E VON HASSELL

I AGREE TO PAY ABOVE TOTAL AMOUNT ACCORDING TO CARD ISSUER AGREEMENT

THANK YOU!
PLEASE COME AGAIN!

...sell

SHIP TO

9/2/2003
1130

9/11 8:00

C.W.R. MAIL FED-EX UPS

PROMISED DAY: MON — TIME: A.M. (circled) P.M.

| RC SEMI | RC GLOSSY | CUSTOM SEMI | CUSTOM MATTE | COLOR SEMI | COLOR GLOSSY | TOTAL | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| Custom "C" Print | | | | | | 4 | 21.00 | 84.00 |
| | | | | | addl. | 4 | 11.00 | 44.00 |

- [ ] FULL PAPER SIZE
- [x] BORDER
- [x] BLACK EDGE

NEG. SIZE 35mm

MAT'L SUPPLIED:
CD'S ____
EMAIL/FTP ____
SLIDES ____
TRANS ____
NEGS 35mm
PRINTS ____

SPECIAL INSTRUCTIONS:
- [ ] Return Negs.
- [ ] File Negs.

Job # ____

| DIGITAL | | PRODUCTION | | RETOUCHING | | SET UP | |
|---|---|---|---|---|---|---|---|
| | | DUPES | DIGITAL TRANS | | | COMM | PROF |
| | CONT | | SWG | | SWM | POSTCARDS | |
| COPY NEGS | | CLR | B & W | 4x5 | 5x7 | 8x10 | 10x12 |
| LITHO NEGS. | | 4x5 | 8x10 | | | | |
| STRIPPING | | | | | SAVE TO CD | | |
| HOTPRESS/TYPESET | | | | | | | |
| MOUNTING | | | | | | | |

#22
29
20
13

| | |
|---|---|
| | 128.00 |
| RUSH 50% / 100% | 38.40 |
| SUB-TOTAL | 89.60 |
| TRUCK / DELV / MAIL | |
| TAXABLE SUB-TOTAL | |
| SALES TAX | 7.73 |
| **TOTAL** | 97.33 |
| DEPOSIT | |
| BAL. DUE | |

TOTAL PRINTS / DUPES ____ Checked ____
Total Negs./Origs. ____ Spotted ____ Paid in Advance
**NOT RESPONSIBLE FOR WORK LEFT OVER 30 DAYS** CS / CK / V-MC / AE

E500562

**NOTE: MODERNAGE'S LIABILITY FOR THE MATERIAL FURNISHED BY YOU TO MODERNAGE IS LIMITED.** WHILE MODERNAGE TAKES EVERY PRECAUTION WITH THE MATERIALS SUBMITTED BY YOU TO MODERNAGE, SUBMITTING ANY OF THESE TO MODERNAGE CONSTITUTES YOUR ACKNOWLEDGEMENT AND AGREEMENT THAT THE LIABILITY OF MODERNAGE, ITS SUBSIDIARIES OR AGENTS FOR ANY LOSS OF OR DAMAGE TO ANY OF THESE MATERIALS IS LIMITED TO THE LESSER OF (I) THE ACTUAL REPLACEMENT VALUE OF ALL SUCH MATERIALS LOST OR DAMAGED IN CONNECTION WITH THIS ORDER OR (II) $100 FOR ALL SUCH MATERIALS SUBMITTED TO MODERNAGE IN CONNECTION WITH THIS ORDER. YOU SPECIFICALLY ACKNOWLEDGE AND AGREE THAT MODERNAGE HAS NO LIABILITY TO YOU FOR CONSEQUENTIAL, SPECIAL, OR INCIDENTAL DAMAGES. MATERIALS SUBMITTED TO MODERNAGE WHICH YOU BELIEVE HAVE AN AGGREGATE VALUE TO YOU IN EXCESS OF $100 SHOULD BE INSURED BY YOU.

356161611880

MODERNAGE PHOTOGRAPHIC
649 LEXINGTON AVE
NEW YORK, NY 10022

TIME 09:11 AM DATE 07/14/03
371069693357002
EXP DATE 1104
CARD TYPE AX
TERMINAL # 0002VJ
TRAN TYPE SALE
AUTH CODE 501652
RECORD # 001

AMOUNT $ 127.58

SIGNATURE X E. v. H

E VON HASSELL

I AGREE TO PAY ABOVE TOTAL AMOUNT ACCORDING TO CARD ISSUER AGREEMENT

THANK YOU!
PLEASE COME AGAIN!

INVOICE NO. E500042

**modernage**

Photographic Services Inc.

- 1150 Ave. of Americas, N.Y. 10036 (212) 997-1800
- Eastside Office (212) 752-3993
- Downtown Office (212) 227-4767
- FAX NUMBER (212) 869-4796

SHIP TO

JUL 7 2003 PM 5:25

C.W.R. MAIL FED-EX UPS

PROMISED DAY: Thurs 7/10 TIME: 1:30 A.M. P.M.

| RC SEMI | RC GLOSSY | CUSTOM SEMI | CUSTOM MATTE | COLOR SEMI | COLOR GLOSSY | TOTAL | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| Type "C" | | | | X | | 2 | 34.00 | 68.00 |

FULL PAPER SIZE
☒ BORDER
☒ BLACK EDGE

NEG. SIZE 4x5

MAT'L SUPPLIED:
CD'S
EMAIL/FTP
SLIDES
TRANS
NEGS (2) 4x5
PRINTS

SPECIAL INSTRUCTIONS:
☒ Return Negs.
☐ File Negs.

Job #

| DIGITAL | | PRODUCTION | | RETOUCHING | | SET UP | |
|---|---|---|---|---|---|---|---|
| | | DUPES | DIGITAL TRANS | | | COMM | PROF |
| | CONT | | SWG | | SWM | POSTCARDS | |
| COPY NEGS | | CLR | B&W | 4x5 | 5x7 | 8x10 | 10x12 |
| LITHO NEGS. | | 4x5 | 8x10 | | | | |
| STRIPPING | | | | SAVE TO CD | | | |
| HOTPRESS/TYPESET | | | | | | | |
| MOUNTING | | | | | | | |

| | |
|---|---|
| RUSH 50% / 100% | |
| SUB-TOTAL | 68.00 |
| TRUCK / DELV / MAIL | |
| TAXABLE SUB-TOTAL | 68.00 |
| SALES TAX | 5.61 |
| TOTAL | 73.61 |
| DEPOSIT | |
| BAL. DUE | |

TOTAL PRINTS / DUPES 2 Checked
~~Total Negs./Origs.~~ 2 Spotted

Paid in Advance
CS / CK / V-MC / AE

NOT RESPONSIBLE FOR WORK LEFT OVER 30 DAYS

E500042

NOTE: MODERNAGE'S LIABILITY FOR THE MATERIAL FURNISHED BY YOU TO MODERNAGE IS LIMITED. WHILE MODERNAGE TAKES EVERY PRECAUTION WITH THE MATERIALS SUBMITTED BY YOU TO MODERNAGE, SUBMITTING ANY OF THESE TO MODERNAGE CONSTITUTES YOUR ACKNOWLEDGEMENT AND AGREEMENT THAT THE LIABILITY OF MODERNAGE, ITS SUBSIDIARIES OR AGENTS FOR ANY LOSS OF OR DAMAGE TO ANY OF THESE MATERIALS IS LIMITED TO THE LESSER OF (i) THE ACTUAL REPLACEMENT VALUE OF ALL SUCH MATERIALS LOST OR DAMAGED IN CONNECTION WITH THIS ORDER OR (ii) $100 FOR ALL SUCH MATERIALS SUBMITTED TO MODERNAGE IN CONNECTION WITH THIS ORDER. YOU SPECIFICALLY ACKNOWLEDGE AND AGREE THAT MODERNAGE HAS NO LIABILITY TO YOU FOR CONSEQUENTIAL, SPECIAL, OR INCIDENTAL DAMAGES. MATERIALS SUBMITTED TO MODERNAGE WHICH YOU BELIEVE HAVE AN AGGREGATE VALUE TO YOU IN EXCESS OF $100 SHOULD BE INSURED BY YOU.

S00205

356161611000

MODERNAGE PHOTOGRAPHIC
049 LEXINGTON AVE
NEW YORK, NY 10022

TIME 10:29 AM DATE 07/31/03
37..269693357002
EXP DATE 1104
CARD TYPE AX
TERMINAL # 0002VJ
TRAN TYPE SALE
AUTH CODE 521366
RECORD # 003

AMOUNT $ 150.45

SIGNATURE X E. Von

E VON HASSELL

I AGREE TO PAY ABOVE TOTAL AMOUNT ACCORDING TO CARD ISSUER AGREEMENT

THANK YOU!
PLEASE COME AGAIN!

INVOICE NO. E500205

# modernage

Photographic Services Inc.

- 1150 Ave. of Americas, N.Y. 10036 • (212) 997-1800
- Eastside Office • (212) 752-3993
- Downtown Office • (212) 227-4767
- FAX NUMBER • (212) 869-4796

SHIP TO

C.W.R. MAIL FED-EX UPS

PROMISED DAY 7/24 Thurs TIME 1:30 A.M. (P.M.)

| Description | RC SEMI | RC GLOSSY | CUSTOM SEMI | CUSTOM MATTE | COLOR SEMI | COLOR GLOSSY | TOTAL | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| Digital C" | | | | | | X | 3 | 21.00 | 63 00 |
| | | | | | Addt. | | 3 | 11.00 | 33 00 |
| ...ital Scan ea | | | | | | | 3 | 12.50 | 37 50 |
| ...e onto CD | | | | | | | 1 | 5.00 | 5 00 |

FULL PAPER SIZE
[X] BORDER
BLACK EDGE

NEG. SIZE 4x5

MAT'L SUPPLIED:
...'S
...MAIL/FTP
...DES
...ANS (4x5) = 3
...S
...NTS

...CIAL INSTRUCTIONS:
Return Negs.
File Negs.

SCAN | DIGITAL | PRODUCTION | RETOUCHING | SET UP
DUPES | DIGITAL TRANS | COMM | PROF
CONT | SWG | SWM | POSTCARDS
COPY NEGS | CLR | B&W | 4x5 | 5x7 | 8x10 | 10x12
LITHO NEGS. | 4x5 | 8x10
STRIPPING | SAVE TO CD
HOTPRESS/TYPESET
MOUNTING

| | |
|---|---|
| RUSH 50% / 100% | |
| SUB-TOTAL | 138 50 |
| TRUCK / DELV / MAIL | |
| TAXABLE SUB-TOTAL | 138 50 |
| SALES TAX | 11 95 |
| TOTAL | 150 45 |
| DEPOSIT | |
| BAL. DUE | |

TOTAL PRINTS / DUPES 6 Checked ____

Total Negs./Origs. 3 Spotted ____

NOT RESPONSIBLE FOR WORK LEFT OVER 30 DAYS

Paid in Advance CS / CK / V-MC / AE

00205

NOTE: MODERNAGE'S LIABILITY FOR THE MATERIAL FURNISHED BY YOU TO MODERNAGE IS LIMITED. WHILE MODERNAGE TAKES EVERY PRECAUTION WITH THE MATERIALS SUBMITTED BY YOU TO MODERNAGE, SUBMITTING ANY OF THESE TO MODERNAGE CONSTITUTES YOUR ACKNOWLEDGEMENT AND AGREEMENT THAT THE LIABILITY OF MODERNAGE, ITS SUBSIDIARIES OR AGENTS FOR ANY LOSS OF OR DAMAGE TO ANY OF THESE MATERIALS IS LIMITED TO THE LESSER OF (i) THE ACTUAL REPLACEMENT VALUE OF ALL SUCH MATERIALS LOST OR DAMAGED IN CONNECTION WITH THIS ORDER OR (ii) $100 FOR ALL SUCH MATERIALS SUBMITTED TO MODERNAGE IN CONNECTION WITH THIS ORDER. YOU SPECIFICALLY ACKNOWLEDGE AND AGREE THAT MODERNAGE HAS NO LIABILITY TO YOU FOR CONSEQUENTIAL, SPECIAL, OR INCIDENTAL DAMAGES. MATERIALS SUBMITTED TO MODERNAGE ... YOU IN EXCESS OF $100 SHOULD BE INSURED BY YOU.

INVOICE NO E657250

modernage

Photographic Services Inc.

- 1150 Ave. of Americas, N.Y. 10036 • (212) 997-1800
- Eastside Office • (212) 752-3993
- Downtown Office • (212) 227-4767
- FAX NUMBER • (212) 869-4796

67,250
Kim

3561611880

MODERNAGE PHOTOGRAPHIC
649 LEXINGTON AVE
NEW YORK, NY 10022

TIME 09:05 AM DATE 08/05/03
37 269673357202
EXP DATE 1104
CARD TYPE AX
TERMINAL # 0002VJ
TRAN TYPE SALE
AUTH CODE 521864
RECORD # 002

AMOUNT $ 202.35

SIGNATURE X

E VON HASSELL

AGREE TO PAY ABOVE TOTAL AMOUNT ACCORDING TO CARD ISSUER AGREEMENT

THANK YOU!
PLEASE COME AGAIN!

(N)

BILL TO: ...sell

SHIP TO: Q.P.

...24

C.W.R. MAIL FED-EX UPS

PROMISED DAY: Tues 8/5 TIME: 10:30 A.M.

| FILM SIZE | SIZE OR KIND | TOTAL | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 120 | PX TX TMX | | | |
| 35/24 Exp. | PX TX TMX | | | |
| 35/36 Exp. | PX TX TMX | | | |
| ...cial Developing | 120 24 36 | | | |
| 4x5 / 8x10 | | | | |
| Cont. Sheet | B&W COLOR | | | |
| Over Size | 11 x 14 16 x 20 | | | |
| ...0 24 36 E-6 | KODAK FUJI | | | |
| | CLIP TEST PUSH | | | |
| 100/200/400 120 (24) (36) (C-41) | (KODAK) FUJI | 14 | 2.75 | 38 50 |
| QUICK PRINT ENLARGEMENTS | 5 x 7 6 x 8 | | | |
| | 8 x 10 8 x 12 | | | |
| | FUJI PHOTO CD | | | |
| 1 3½ x 5 (4 x 6) | (Glossy) Matte | 378 | .55 | 207 90 |

FILM WAS:
OVER
UNDER
FOGGED
BLANK

| | |
|---|---|
| RUSH 50%/100% | 246 40 |
| SUB-TOTAL | -73 92 |
| TRUCK/DELV/MAIL | |
| TAXABLE SUB-TOTAL | 172 48 |
| SALES TAX | 14 88 |
| TOTAL | 187 36 |
| DEPOSIT | |
| BAL. DUE | |

☐ Credit Stamp
☒ Return Negs.
☐ File Negs.
☐ Number Negs.

REMARKS:

NOT RESPONSIBLE FOR WORK LEFT OVER 30 DAYS

Dev. Check

Paid in Advance

CS / CK / V-MC / AE

JOB # Roll #

NOTE: MODERNAGE'S LIABILITY FOR THE MATERIAL FURNISHED BY YOU TO MODERNAGE IS LIMITED... THESE TO MODERNAGE CONSTITUTES YOUR ACKNOWLEDGEMENT AND AGREEMENT THAT THE LIABILITY OF MODERNAGE... THE ACTUAL REPLACEMENT VALUE OF ALL SUCH MATERIALS LOST OR DAMAGED IN CONNECTION... WHILE MODERNAGE TAKES EVERY PRECAUTION WITH THE MATERIALS SUBMITTED BY YOU TO MODERNAGE, SUBMITTING ANY OF... SIDIARIES OR AGENTS FOR ANY LOSS OF OR DAMAGE TO ANY OF THESE MATERIALS IS LIMITED TO THE LESSER OF (I)... $100 FOR ALL SUCH MATERIALS SUBMITTED TO MODERNAGE IN CONNECTION WITH THIS ORDER. YOU... DAMAGES. MATERIALS SUBMITTED TO MODERNAGE WHICH YOU BELIEVE HAVE AN AGGREGATE VALUE TO...

E657250

**modernage** Photographic Services Inc.

- 1150 Ave. of Americas, N.Y. 10036
- Eastside Office
- Downtown Office
- FAX NUMBER

- (212) 997-1800
- (212) 752-3993
- (212) 227-4767
- (212) 869-4796

BILL TO Von Hassell, A

SHIP TO

ADDRESS

ATTENTION (212)

PHONE 750-0824 EXT. C.W.R. MAIL FED-

PARTIAL ON 2, 3, 4 PICK-UP MSNGR.

REP. Cybel

| HOW MANY EACH | SIZE | RC SEMI | RC GLOSSY | CUSTOM SEMI | CUSTOM MATTE | COLOR SEMI |
|---|---|---|---|---|---|---|
| 1 | ~~5X7~~ Scan for 8X10 / 11x | | | | | |
| | | | | | | |
| 1/4 | 8 X 10 | Digital "C" | | | | X |
| | | | | | | Ad |
| 1 | 11 X 14 | Digital "C" | | | | X |
| | | | | | | |
| | 16 X 20 | | | | | |
| 1 | Save onto CD | | | | | |

- [x] FULL NEGATIVE
- [ ] FLUSH
- [ ] EXACTLY
- [ ] APPROX.
- [ ] USE OWN JUDGMENT
- [ ] FOR SUBJECT
- [ ] FULL PAPER SIZE
- [x] BORDER
- [ ] BLACK EDGE

| | DUPES | | | | COMM |
|---|---|---|---|---|---|
| CONT | | SWG | | SWM | POSTCARDS |
| INTER NEGS. | 4 X 5 | | 8 X 10 | | |
| COPY NEGS. | 4 X 5 | 5 X 7 | 8 X 10 | 10 X 12 | 11 X 14 |
| B & W Negs. from Transp. or Color | | | 4 X 5 | 5 X 7 | 8 X 10 |
| LITHO NEGS. | 4 X 5 | 8 X 10 | | | |
| STRIPPING / OPAQUING / RETOUCHING | | | | | |
| HOTPRESS / TYPESET | | | | | |
| MOUNTING | | | | | |

NEG. SIZE 4X5

MAT'L SUPPLIED: (2) 4x5 Trans.

* Use trans. as Color Guides. For Portfolio

SPECIAL INSTRUCTIONS:

- [ ] Number Prints
- [ ] Credit Stamp
- [x] Return Negs.
- [ ] File Negs.

Job # ______

TOTAL PRINTS / DUPES 6 Checked 4

Total Negs./Origs. 2 Spotted +

NOT RESPONSIBLE FOR WORK LEFT OVER 30 DAYS

Paid in Advance CS / CK / V-MC / AE

| | |
|---|---|
| RUSH 50% / 100% | |
| SUB-TOTAL | 119.95 |
| TRUCK / DELV / MAIL | |
| TAXABLE SUB-TOTAL | 119.95 |
| SALES TAX | 10.35 |
| TOTAL | 130.30 |
| DEPOSIT | |
| BAL. DUE | |

NOTE: MODERNAGE'S LIABILITY FOR THE MATERIAL FURNISHED BY YOU TO MODERNAGE IS LIMITED. WHILE MODERNAGE TAKES EVERY PRECAUTION WITH THE MATERIALS SUBMITTED BY YOU TO MODERNAGE, SUBMITTING ANY OF THESE TO MODERNAGE CONSTITUTES YOUR ACKNOWLEDGEMENT AND AGREEMENT THAT THE LIABILITY OF MODERNAGE, ITS SUBSIDIARIES OR AGENTS FOR ANY LOSS OF OR DAMAGE TO ANY OF THESE MATERIALS IS LIMITED TO THE LESSER OF (i) THE ACTUAL REPLACEMENT VALUE OF ALL SUCH MATERIALS LOST OR DAMAGED IN CONNECTION WITH THIS ORDER OR (ii) $100 FOR ALL SUCH MATERIALS SUBMITTED TO MODERNAGE IN CONNECTION WITH THIS ORDER. YOU SPECIFICALLY ACKNOWLEDGE AND AGREE THAT MODERNAGE HAS NO LIABILITY TO YOU FOR CONSEQUENTIAL, SPECIAL, OR INCIDENTAL DAMAGES. MATERIALS SUBMITTED TO MODERNAGE WHICH YOU BELIEVE HAVE AN AGGREGATE VALUE TO YOU IN EXCESS OF $100 SHOULD BE INSURED BY YOU.

E 598996

---

35616161108

MODERNAGE PHOTOGRAPHIC
649 LEXINGTON AVE
NEW YORK, NY 10022

TIME 09:55 AM DATE 06/16/03
371869693357002
EXP DATE 1104
CARD TYPE AX
TERMINAL # 0062VJ
TRAN TYPE SALE
AUTH CODE 529995
RECORD # 001

AMOUNT $ 130.30

SIGNATURE X ______

E VON HASSELL

I AGREE TO PAY ABOVE TOTAL AMOUNT
ACCORDING TO CARD ISSUER AGREEMENT

THANK YOU!
PLEASE COME AGAIN!

INVOICE NO. E 598589

# modernage

Photographic Services Inc., • 1150 Ave. of Americas, N.Y. 10036 • (212) 997-1800
• Eastside Office • (212) 752-3993
• Downtown Office • (212) 227-4767
• FAX NUMBER • (212) 869-4796

BILL TO: Mr. Augustine Van Hassel

SHIP TO:

MAY 7 2002 PM 5:05

ADDRESS

ATTENTION (212)

PHONE EXT. C.W.R. MAIL FED-EX UPS

PROMISED DAY: 5/13 Tues — TIME 10:30 A.M.

PARTIAL ON 2, 3, 4

PICK-UP (circled) MSNGR.

REP. [signature]

- [X] FULL NEGATIVE
- [ ] FLUSH
- CROP: [ ] EXACTLY [ ] APPROX. [ ] USE OWN JUDGMENT
- [ ] FOR SUBJECT
- [ ] FULL PAPER SIZE
- [X] BORDER
- [ ] BLACK EDGE

| HOW MANY EACH | SIZE | RC SEMI | RC GLOSSY | CUSTOM SEMI | CUSTOM MATTE | COLOR SEMI | COLOR GLOSSY | TOTAL | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| | 5 X 7 | | | | | | | | | |
| 5 | 8 X 10 (circled) | Standard RC Glossy | | | | | | 10 | 7.50 | 75 00 |
| | 11 X 14 | | | | | | | | | |
| | 16 X 20 | | | | | | | | | |

| | | | | | | | | TOTAL | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| | | DUPES | | | | COMM | PROF | | | |
| | CONT | | SWG | | SWM | POSTCARDS | | | | |
| INTER NEGS. | | 4 X 5 | | 8 X 10 | | | – | | | |
| COPY NEGS. (circled) | | 4 X 5 (circled) | 5 X 7 | 8 X 10 | 10 X 12 | 11 X 14 | | 2 | 13.00 | 26 00 |
| B & W Negs. from Transp. or Color | | | | 4 X 5 | 5 X 7 | 8 X 10 | | | | |
| LITHO NEGS. | | 4 X 5 | 8 X 10 | | | | | | | |
| STRIPPING / OPAQUING / RETOUCHING | | | | | | | | | | |
| HOTPRESS / TYPESET | | | | | | | | | | |
| MOUNTING | | | | | | | | | | |

NEG. SIZE 4X5

MAT'L SUPPLIED: (2) original 8X10 Prints

SPECIAL INSTRUCTIONS:

- [ ] Number Prints
- [ ] Credit Stamp
- [X] Return Negs.
- [ ] File Negs.

11 21

*Same Size As original!! Try to Match original for tones/Density

| | |
|---|---|
| RUSH 50% / 100% | |
| SUB-TOTAL | 101 00 |
| TRUCK / DELV / MAIL | |
| TAXABLE SUB-TOTAL | 101 00 |
| SALES TAX | 8 33 |
| TOTAL | 109 33 |
| DEPOSIT | |
| BAL. DUE | |

TOTAL PRINTS / DUPES ______ Checked ______

Total Negs./Orig. ______ Spotted ______

Job # ______

NOT RESPONSIBLE FOR WORK LEFT OVER 30 DAYS

Paid in Advance CS / CK / V-MC / AE

NOTE: MODERNAGE'S LIABILITY FOR THE MATERIAL FURNISHED BY YOU TO MODERNAGE IS LIMITED. WHILE MODERNAGE TAKES EVERY PRECAUTION WITH THE MATERIALS SUBMITTED BY YOU TO MODERNAGE, SUBMITTING ANY OF THESE TO MODERNAGE CONSTITUTES YOUR ACKNOWLEDGEMENT AND AGREEMENT THAT THE LIABILITY OF MODERNAGE, ITS SUBSIDIARIES OR AGENTS FOR ANY LOSS OF OR DAMAGE TO ANY OF THESE MATERIALS IS LIMITED TO THE LESSER OF (1) THE ACTUAL REPLACEMENT VALUE OF ALL SUCH MATERIALS LOST OR DAMAGED IN CONNECTION WITH THIS ORDER OR (2) $100 FOR ALL SUCH MATERIALS SUBMITTED TO MODERNAGE IN CONNECTION WITH THIS ORDER. YOU SPECIFICALLY ACKNOWLEDGE AND AGREE THAT MODERNAGE HAS NO LIABILITY TO YOU FOR CONSEQUENTIAL, SPECIAL, OR INCIDENTAL DAMAGES. MATERIALS SUBMITTED TO MODERNAGE WHICH YOU BELIEVE HAVE AN AGGREGATE VALUE TO YOU IN EXCESS OF $100 SHOULD BE INSURED BY YOU.

E 598589

DATE: 02/10/03 TIME: 11:57 AM

MODERNAGE PHOTO SERVICE
649 LEXINGTON AVE
NEW YORK, NY 10022
(212) 752-3993

BATCH : 0229

TERM ID Z11E58#01
ACCOUNT # 5500009000027169
EXP DATE 0300
REF NO 01041003
AUTH NO 053691
TRAN TYPE SALE
CARD TYPE MC

TOTAL $346.40

SIGNATURE X

I AGREE TO PAY ABOVE TOTAL AMOUNT ACCORDING TO CARD ISSUER AGREEMENT (MERCHANT AGREEMENT IF CREDIT VOUCHER)

THANK YOU

TOP COPY-MERCHANT BOTTOM COPY-CUSTOMER

ge

modernage

Photographic Services Inc.

- 1150 Ave. of Americas, N.Y. 10036
- Eastside Office
- Downtown Office
- FAX NUMBER

- (212) 997-1800
- (212) 752-3993
- (212) 227-4767
- (212) 869-4796

Gossell

SHIP TO

#36

| C.W.R. | MAIL | FED-EX | UPS | PROMISED DAY: FRI 2/7 | TIME: A.M. / P.M. |
|---|---|---|---|---|---|

| RC SEMI | RC GLOSSY | CUSTOM SEMI | CUSTOM MATTE | COLOR SEMI | COLOR GLOSSY | TOTAL | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| Direct Digital | | | | | | 10 | 21 – | 210 |
| | | | | addl | | 10 | 11 – | 110 |

DUPES | COMM | PROF

SWG | SWM | POSTCARDS

4 X 5 | 8 X 10

BLACK EDGE

COPY NEGS. 4 X 5 | 5 X 7 | 8 X 10 | 10 X 12 | 11 X 14

B & W Negs. from Transp. or Color 4 X 5 | 5 X 7 | 8 X 10

NEG. SIZE

LITHO NEGS. 4 X 5 | 8 X 10

MAT'L SUPPLIED: 3 CD's

STRIPPING / OPAQUING / RETOUCHING

HOTPRESS / TYPESET

MOUNTING

RUSH 50% / 100%

SUB-TOTAL 320

TRUCK / DELV / MAIL

TAXABLE SUB-TOTAL

SALES TAX 26

TOTAL 346

DEPOSIT

BAL. DUE

SPECIAL INSTRUCTIONS:

- [ ] Number Prints
- [ ] Credit Stamp
- [ ] Return Negs.
- [ ] File Negs.

Job #

TOTAL PRINTS / DUPES 20 Checked ____

Total Negs./Origs. 10 Spotted ____

Paid in Advance CS / CK / V-MC / AE

NOT RESPONSIBLE FOR WORK LEFT OVER 30 DAYS

NOTE: MODERNAGE'S LIABILITY FOR THE MATERIAL FURNISHED BY YOU TO MODERNAGE IS LIMITED. WHILE MODERNAGE TAKES EVERY PRECAUTION WITH THE MATERIALS SUBMITTED BY YOU TO MODERNAGE, SUBMITTING ANY OF THESE TO MODERNAGE CONSTITUTES YOUR ACKNOWLEDGEMENT AND AGREEMENT THAT THE LIABILITY OF MODERNAGE, ITS SUBSIDIARIES OR AGENTS FOR ANY LOSS OF OR DAMAGE TO ANY OF THESE MATERIALS IS LIMITED TO THE LESSER OF (i) THE ACTUAL REPLACEMENT VALUE OF ALL SUCH MATERIALS LOST OR DAMAGED IN CONNECTION WITH THIS ORDER OR (ii) $100 FOR ALL SUCH MATERIALS SUBMITTED TO MODERNAGE IN CONNECTION WITH THIS ORDER. YOU SPECIFICALLY ACKNOWLEDGE AND AGREE THAT MODERNAGE HAS NO LIABILITY TO YOU FOR CONSEQUENTIAL, SPECIAL, OR INCIDENTAL DAMAGES. MATERIALS SUBMITTED TO MODERNAGE WHICH YOU BELIEVE HAVE AN AGGREGATE VALUE TO YOU IN EXCESS OF $100 SHOULD BE INSURED BY YOU.

E 597723

INVOICE NO. E 598123

# modernage

Photographic Services Inc.
- 1150 Ave. of Americas, N.Y. 10036 • (212) 997-1800
- Eastside Office • (212) 752-3993
- Downtown Office • (212) 227-4767
- FAX NUMBER • (212) 869-4796

DATE: 03/03/03 TIME: 11:56 AM

MODERNAGE PHOTO SERVICE
649 LEXINGTON AVE
NEW YORK, NY 10022
(212) 752-3993

BATCH : 0246

TERM ID ZJ1050461
ACCOUNT # 371069693357002
EXP DATE 0411
REF NO 01062003
AUTH NO 567253
TRAN TYPE SALE
CARD TYPE AMX

TOTAL $294.44

SIGNATURE X

I AGREE TO PAY ABOVE TOTAL AMOUNT ACCORDING TO CARD ISSUER AGREEMENT (MERCHANT AGREEMENT IF CREDIT VOUCHER)

THANK YOU

MERCHANT BOTTOM COPY-CUSTOMER

SHIP TO

2/28/03 4:30

PROMISED DAY | TIME A.M. P.M. (circled)

C.W.R. MAIL FED-EX UPS

FEB 2? 2003

| | RC SEMI | RC GLOSSY | CUSTOM SEMI | CUSTOM MATTE | COLOR SEMI | COLOR GLOSSY | TOTAL | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| Scan | | | | | | | 6 | 12.50 | 75.00 |
| Direct Digital | | | | | | | 6 | 21.00 | 126.00 |
| | | | | | | Add'l | 6 | 11.00 | 66.00 |
| ...ve To CD | | | | | | | 1 | 5.00 | 5.00 |

☐ FO.
☐ FULL F.
☑ BORDER
BLACK EDGE

DUPES | COMM | PROF
SWG | SWM | POSTCARDS
4 X 5 | 8 X 10

| | | | | | |
|---|---|---|---|---|---|
| COPY NEGS. | 4 X 5 | 5 X 7 | 8 X 10 | 10 X 12 | 11 X 14 |
| B & W Negs. from Transp. or Color | | | 4 X 5 | 5 X 7 | 8 X 10 |
| LITHO NEGS. | 4 X 5 | 8 X 10 | | | |

NEG. SIZE

MAT'L SUPPLIED: 6 35mm Slides

STRIPPING / OPAQUING / RETOUCHING
HOTPRESS / TYPESET
MOUNTING

| | |
|---|---|
| RUSH 50% / 100% | |
| SUB-TOTAL | 272.00 |
| TRUCK / DELV / MAIL | |
| TAXABLE SUB-TOTAL | |
| SALES TAX | 22.44 |
| TOTAL | 294.44 |
| DEPOSIT | |
| BAL. DUE | |

SPECIAL INSTRUCTIONS:
- ☐ Number Prints
- ☐ Credit Stamp
- ☐ Return Negs.
- ☐ File Negs.

Job # ________

TOTAL PRINTS / DUPES ________ Checked ____

Total Negs./Origs. ________ Spotted ____

Paid in Advance CS / CK / V-MC / AE

NOT RESPONSIBLE FOR WORK LEFT OVER 30 DAYS

NOTE: MODERNAGE'S LIABILITY FOR THE MATERIAL FURNISHED BY YOU TO MODERNAGE IS LIMITED. WHILE MODERNAGE TAKES EVERY PRECAUTION WITH THE MATERIALS SUBMITTED BY YOU TO MODERNAGE, SUBMITTING ANY OF THESE TO MODERNAGE CONSTITUTES YOUR ACKNOWLEDGEMENT AND AGREEMENT THAT THE LIABILITY OF MODERNAGE, ITS SUBSIDIARIES OR AGENTS FOR ANY LOSS OF OR DAMAGE TO ANY OF THESE MATERIALS IS LIMITED TO THE LESSER OF (i) THE ACTUAL REPLACEMENT VALUE OF ALL SUCH MATERIALS LOST OR DAMAGED IN CONNECTION WITH THIS ORDER OR (ii) $100 FOR ALL SUCH MATERIALS SUBMITTED TO MODERNAGE IN CONNECTION WITH THIS ORDER. YOU SPECIFICALLY ACKNOWLEDGE AND AGREE THAT MODERNAGE HAS NO LIABILITY TO YOU FOR CONSEQUENTIAL, SPECIAL OR INCIDENTAL DAMAGES. MATERIALS SUBMITTED TO MODERNAGE WHICH YOU BELIEVE HAVE AN ACCURATE VALUE TO YOU IN EXCESS OF $100 SHOULD BE INSURED BY YOU.

E 598123

597830

TE: 02/24/03 TIME: 10:14 AM

MODERNAGE PHOTO SERVICE
649 LEXINGTON AVE
NEW YORK, NY 10022
(212) 752-3993

BATCH : 0240

| | |
|---|---|
| ERM ID | ZJ1650$01 |
| CCOUNT # | 5466632039086166 |
| XP DATE | 1203 |
| EF NO | 01855081 |
| UTH NO | 024105 |
| RAN TYPE | SALE |
| ARD TYPE | MC |

TOTAL $125.57

SIGNATURE X

I AGREE TO PAY ABOVE TOTAL AMOUNT ACCORDING TO CARD ISSUER AGREEMENT (MERCHANT AGREEMENT IF CREDIT VOUCHER)

THANK YOU

TOP COPY-MERCHANT BOTTOM COPY-CUSTOMER

INVOICE NO. E 597830

**modernage** Photographic Services Inc.

- 1150 Ave. of Americas, N.Y. 10036 (212) 997-1800
- Eastside Office (212) 752-3993
- Downtown Office (212) 227-4767
- FAX NUMBER (212) 869-4796

SHIP TO

FEB 10 2003

130

C.W.R. MAIL FED-EX UPS

PROMISED DAY: Thurs 2/13 TIME: A.M. P.M.

| RC SEMI | RC GLOSSY | CUSTOM SEMI | CUSTOM MATTE | COLOR SEMI | COLOR GLOSSY | TOTAL | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| Scan | | | | | | | | |
| Direct Digital | | | | | | 2 | 12.50 | 25.00 |
| | | | | | | 2 | 21.00 | 42.00 |
| | | add'l | | | | 4 | 11.00 | 44.00 |
| ive to CD | | | | | | 1 | 5.00 | 5.00 |

ES — COMM — PROF

SWG — SWM — POSTCARDS

BLACK EDGE

SIZE 35 / 4x5

SUPPLIED: slide, 4x5 chrome

| | | | | | |
|---|---|---|---|---|---|
| INTER NEGS. | 4 X 5 | | 8 X 10 | | |
| COPY NEGS. | 4 X 5 | 5 X 7 | 8 X 10 | 10 X 12 | 11 X 14 |
| B & W Negs. from Transp. or Color | | | 4 X 5 | 5 X 7 | 8 X 10 |
| LITHO NEGS. | 4 X 5 | 8 X 10 | | | |
| STRIPPING / OPAQUING / RETOUCHING | | | | | |
| HOTPRESS / TYPESET | | | | | |
| MOUNTING | | | | | |

L INSTRUCTIONS:

From slide - F/N/B
From 4x5 - crop w/ border

Number Prints
Credit Stamp
Return Negs.
le Negs.

| | |
|---|---|
| RUSH 50% / 100% | |
| SUB-TOTAL | 116 — |
| TRUCK / DELV / MAIL | |
| TAXABLE SUB-TOTAL | |
| SALES TAX | 9 57 |
| TOTAL | 125 57 |
| DEPOSIT | |
| BAL. DUE | |

TOTAL PRINTS / DUPES 6 Checked A

Total Negs./Origs. 2 Spotted

Paid in Advance CS / CK / V-MC / AE

NOT RESPONSIBLE FOR WORK LEFT OVER 30 DAYS

NOTE: MODERNAGE'S LIABILITY FOR THE MATERIAL FURNISHED BY YOU TO MODERNAGE IS LIMITED. WHILE MODERNAGE TAKES EVERY PRECAUTION WITH THE MATERIALS SUBMITTED BY YOU TO MODERNAGE, SUBMITTING ANY OF THESE TO MODERNAGE CONSTITUTES YOUR ACKNOWLEDGEMENT AND AGREEMENT THAT THE LIABILITY OF MODERNAGE, ITS SUBSIDIARIES OR AGENTS FOR ANY LOSS OF OR DAMAGE TO ANY OF THESE MATERIALS IS LIMITED TO THE LESSER OF (I) THE ACTUAL REPLACEMENT VALUE OF ALL SUCH MATERIALS LOST OR DAMAGED IN CONNECTION WITH THIS ORDER OR (II) $100 FOR ALL SUCH MATERIALS SUBMITTED TO MODERNAGE IN CONNECTION WITH THIS ORDER. YOU SPECIFICALLY ACKNOWLEDGE AND AGREE THAT MODERNAGE HAS NO LIABILITY TO YOU FOR CONSEQUENTIAL, SPECIAL OR INCIDENTAL DAMAGES. MATERIALS SUBMITTED TO MODERNAGE WHICH YOU BELIEVE HAVE AN AGGREGATE VALUE TO YOU IN EXCESS OF $100 SHOULD BE INSURED BY YOU.

97830

DATE: 05/27/03 TIME: 09:29 AM

MODERNAGE PHOTO SERVICE
690 LEXINGTON AVE
NEW YORK NY 10022
212-752-3993

BATCH : 0316

TERM ID ZJ1058081
ACCOUNT # ************7002
REF NO 01147001
AUTH NO 504059
TRAN TYPE SALE
CARD TYPE AMX

TOTAL $103.92

NAME: VON HASSELL/E

SIGNATURE X E. [signature]

I AGREE TO PAY ABOVE TOTAL AMOUNT ACCORDING TO CARD ISSUER AGREEMENT (MERCHANT AGREEMENT IF CREDIT VOUCHER)

THANK YOU

TOP COPY-MERCHANT BOTTOM COPY-CUSTOMER

# modernage

Photographic Services Inc.

- 1150 Ave. of Americas, N.Y. 10036 • (212) 997-1800
- Eastside Office • (212) 752-3993
- Downtown Office • (212) 227-4767
- FAX NUMBER • (212) 869-4796

SHIP TO

PROMISED DAY: Fri 5/23 TIME: A.M. (P.M.) 430

C.W.R. MAIL FED-EX UPS

| | RC GLOSSY | CUSTOM SEMI | CUSTOM MATTE | COLOR SEMI (circled) | COLOR GLOSSY | TOTAL | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| Direct Digital | | | | | | 3 | 21— | 63 |
| | | | | | | 3 | 11— | 33 |
| thumbnail Printout | | | | | | 1 | N/c | |

COMM PROF

SWG SWM POSTCARDS

8 X 10

5 X 7 8 X 10 10 X 12 11 X 14

B & W Negs. from Transp. or Color 4 X 5 5 X 7 8 X 10

NEG. SIZE

LITHO NEGS. 4 X 5 8 X 10

MAT'L SUPPLIED: 1 CD

STRIPPING / OPAQUING / RETOUCHING

HOTPRESS / TYPESET

MOUNTING

RUSH 50% / 100%

SUB-TOTAL 96

TRUCK / DELV / MAIL

TAXABLE SUB-TOTAL

SALES TAX 7

TOTAL 103

DEPOSIT

BAL. DUE

*Please Print-out new clearer thumbnail cond

*Images are circled on old thumbnail

SPECIAL INSTRUCTIONS:

- [ ] Number Prints
- [ ] Credit Stamp
- [ ] Return Negs.
- [ ] File Negs.

TOTAL PRINTS / DUPES 6 Checked #

Total Negs./Origs. 3 Spotted

Paid in Advance CS / CK / V-MC / AE

Job #

NOT RESPONSIBLE FOR WORK LEFT OVER 30 DAYS

NOTE: MODERNAGE'S LIABILITY FOR THE MATERIAL FURNISHED BY YOU TO MODERNAGE IS LIMITED. WHILE MODERNAGE TAKES EVERY PRECAUTION WITH THE MATERIALS SUBMITTED BY YOU TO MODERNAGE, SUBMITTING ANY OF THESE TO MODERNAGE CONSTITUTES YOUR ACKNOWLEDGEMENT AND AGREEMENT THAT THE LIABILITY OF MODERNAGE, ITS SUBSIDIARIES OR AGENTS FOR ANY LOSS OF OR DAMAGE TO ANY OF THESE MATERIALS IS LIMITED TO THE LESSER OF (I) THE ACTUAL REPLACEMENT VALUE OF ALL SUCH MATERIALS LOST OR DAMAGED IN CONNECTION WITH THIS ORDER OR (II) $100 FOR ALL SUCH MATERIALS SUBMITTED TO MODERNAGE IN CONNECTION WITH THIS ORDER. YOU SPECIFICALLY ACKNOWLEDGE AND AGREE THAT MODERNAGE HAS NO LIABILITY TO YOU FOR CONSEQUENTIAL, SPECIAL OR INCIDENTAL DAMAGES. MATERIALS SUBMITTED TO MODERNAGE WHICH YOU BELIEVE HAVE AN AGGREGATE VALUE TO YOU IN EXCESS OF $100 SHOULD BE INSURED BY YOU.

E 598836

INVOICE NO E656577

# modernage

Photographic Services Inc.
• 1150 Ave. of Americas, N.Y. 10036 • (212) 997-1800
• Eastside Office • (212) 752-3993
• Downtown Office • (212) 227-4767
• FAX NUMBER • (212) 869-4796

BILL TO: Von Hassell

SHIP TO: QP

ADDRESS

ATTENTION

PHONE  EXT.  C.W.R.  MAIL  FED-EX  UPS

PROMISED DAY: Tues 5/27  TIME: A.M. (P.M.) 430

PARTIAL ON 2, 3, 4  PO #

(PICK-UP) SHIP MSNGR

REP. BS

D & C

Develop Only

Contact Only

(Quick Print)

MIGHT BE OVER ☐ UNDER ☐

SPECIAL DEVELOPING: N

FILM WAS: OVER / UNDER / FOGGED / BLANK

| ASA / QTY | FILM SIZE | SIZE OR KIND | TOTAL | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| | 120 | PX TX TMX | | | |
| | 35/24 Exp. | PX TX TMX | | | |
| | 35/36 Exp. | PX TX TMX | | | |
| | | | | | |
| | Special Developing | 120 24 36 | | | |
| | 4x5 / 8x10 | | | | |
| | Cont. Sheet | B&W COLOR | | | |
| | Over Size | 11 x 14 16 x 20 | | | |
| | | | | | |
| | 120 24 36 E-6 | KODAK FUJI | | | |
| | | CLIP TEST PUSH | | | |
| | 120 (24) (36) (C-41) | (KODAK) FUJI | 2 | 2.75 | 5 50 |
| | | | | | |
| | QUICK PRINT ENLARGEMENTS | 5 x 7 6 x 8 | | | |
| | | 8 x 10 8 x 12 | | | |
| | | FUJI PHOTO CD | | | |
| | | | 59 | .35 | 20 65 |
| 2X | 3½ x 5 (4 x 6) | (Glossy) Matte | 59 | .55 | 32 45 |

| | |
|---|---|
| RUSH 50%/100% | |
| SUB-TOTAL | 58 60 |
| ~~TRUCK/DELV/MAIL~~ | 17 58 |
| TAXABLE SUB-TOTAL | 41 02 |
| SALES TAX | 3 38 |
| TOTAL | 44 40 |
| DEPOSIT | |
| BAL DUE | |

☐ Credit Stamp

☒ Return Negs.

☐ File Negs.

☐ Number Negs.

REMARKS: 2 each -30%

NOT RESPONSIBLE FOR WORK LEFT OVER 30 DAYS

Dev. Check  Paid in Advance  CS / CK / V-MC / AE

JOB #  Roll #

E656577

NOTE: MODERNAGE'S LIABILITY FOR THE MATERIAL FURNISHED BY YOU TO MODERNAGE IS LIMITED. WHILE MODERNAGE TAKES EVERY PRECAUTION WITH THE MATERIALS SUBMITTED BY YOU TO MODERNAGE, SUBMITTING ANY OF THESE TO MODERNAGE CONSTITUTES YOUR ACKNOWLEDGEMENT AND AGREEMENT THAT THE LIABILITY OF MODERNAGE, ITS SUBSIDIARIES OR AGENTS FOR ANY LOSS OF OR DAMAGE TO ANY OF THESE MATERIALS IS LIMITED TO THE LESSER OF (I) THE ACTUAL REPLACEMENT VALUE OF ALL SUCH MATERIALS LOST OR DAMAGED IN CONNECTION WITH THIS ORDER OR (II) $100 FOR ALL SUCH MATERIALS SUBMITTED TO MODERNAGE IN CONNECTION WITH THIS ORDER. YOU SPECIFICALLY ACKNOWLEDGE AND AGREE THAT MODERNAGE HAS NO LIABILITY TO YOU FOR CONSEQUENTIAL, SPECIAL, OR INCIDENTAL DAMAGES. MATERIALS SUBMITTED TO MODERNAGE WHICH YOU BELIEVE HAVE AN AGGREGATE VALUE TO YOU IN EXCESS OF $100 SHOULD BE INSURED BY YOU.

597471
597499

DATE: 01/06/03 TIME: 04:05 PM

MODERNAGE PHOTO SERVICE
698 LEXINGTON AVE.
NEW YORK, NY 10022
(212) 752-3993

BATCH : 0199

TERM ID ZJ1050#01
ACCOUNT # 371069693357002
EXP DATE 0411
REF NO 01006007
AUTH NO 509075
TRAN TYPE SALE
CARD TYPE AMX

TOTAL $1301.17

SIGNATURE X

I AGREE TO PAY ABOVE TOTAL AMOUNT ACCORDING TO CARD ISSUER AGREEMENT (MERCHANT AGREEMENT IF CREDIT VOUCHER)

THANK YOU

TOP COPY-MERCHANT BOTTOM COPY-CUSTOMER

INVOICE NO. E 597471

modernage

Photographic Services Inc.

- 1150 Ave. of Americas, N.Y. 10036 • (212) 997-1800
- Eastside Office • (212) 752-3993
- Downtown Office • (212) 227-4787
- FAX NUMBER • (212) 869-4796

SHIP TO

PROMISED DAY: FRI | TIME: A.M. P.M.

C.W.R. | MAIL | FED-EX | UPS

| | RC SEMI | RC GLOSSY | CUSTOM SEMI | CUSTOM MATTE | COLOR SEMI | COLOR GLOSSY | TOTAL | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | X | 5 | | |
| DUPES | | | | | COMM | PROF | 2 | | |
| | | SWG | | SWM | POSTCARDS | | | | |
| INTER NEGS. | 4 X 5 | | 8 X 10 | | | | | | |
| COPY NEGS. | 4 X 5 | 5 X 7 | 8 X 10 | 10 X 12 | 11 X 14 | | | | |
| B & W Negs. from Transp. or Color | | | 4 X 5 | 5 X 7 | 8 X 10 | | | | |
| LITHO NEGS. | 4 X 5 | 8 X 10 | | | | | | | |
| STRIPPING / OPAQUING / RETOUCHING | | | | | | | | | |
| HOTPRESS / TYPESET | | | | | | | | | |
| MOUNTING | | | | | | | | | |

BLACK EDGE

NEG. SIZE

MAT'L SUPPLIED:

RUSH 50% / 100%

SUB-TOTAL

TRUCK / DELV / MAIL

TAXABLE SUB-TOTAL

SALES TAX

TOTAL

DEPOSIT

BAL. DUE

SPECIAL INSTRUCTIONS:

- Number Prints
- Credit Stamp
- Return Negs.
- File Negs.

Job #

TOTAL PRINTS / DUPES ______ Checked ______

Total Negs./Origs. ______ Spotted ______

JAN 2003
By

Paid In Advance
CS / CK / V-MC / AE

**NOT RESPONSIBLE FOR WORK LEFT OVER 30 DAYS**

NOTE: MODERNAGE'S LIABILITY FOR THE MATERIAL FURNISHED BY YOU TO MODERNAGE IS LIMITED. WHILE MODERNAGE TAKES EVERY PRECAUTION WITH THE MATERIALS SUBMITTED BY YOU TO MODERNAGE, SUBMITTING ANY OF THESE TO MODERNAGE CONSTITUTES YOUR ACKNOWLEDGEMENT AND AGREEMENT THAT THE LIABILITY OF MODERNAGE, ITS SUBSIDIARIES OR AGENTS FOR ANY LOSS OF OR DAMAGE TO ANY OF THESE MATERIALS IS LIMITED TO THE LESSER OF (i) THE ACTUAL REPLACEMENT VALUE OF ALL SUCH MATERIALS LOST OR DAMAGED IN CONNECTION WITH THIS ORDER OR (ii) $100 FOR ALL SUCH MATERIALS SUBMITTED TO MODERNAGE IN CONNECTION WITH THIS ORDER. YOU SPECIFICALLY ACKNOWLEDGE AND AGREE THAT MODERNAGE HAS NO LIABILITY TO YOU FOR CONSEQUENTIAL, SPECIAL OR INCIDENTAL DAMAGES. MATERIALS SUBMITTED TO MODERNAGE WHICH YOU BELIEVE HAVE AN AGGREGATE VALUE TO YOU IN EXCESS OF $100 SHOULD BE INSURED BY YOU.

E 597471

INVOICE NO. E 597499

# modernage

Photographic Services Inc.

• 1150 Ave. of Americas, N.Y. 10036 • (212) 997-1800
• Eastside Office • (212) 752-3993
• Downtown Office • (212) 227-4787
• FAX NUMBER • (212) 869-4796

DEC 30 2002 PM12:54

BILL TO: Mr. Von Hassell

SHIP TO:

ADDRESS:

ATTENTION:

PHONE: 750-0824 EXT.

C.W.R. (circled) MAIL FED-EX UPS

PROMISED DAY: Wed 1/8 TIME: 1:30 A.M. P.M. (circled)

PARTIAL ON 2, 3, 4

PICK-UP (circled) MSNGR.

REP. PS

| HOW MANY EACH | SIZE | RC SEMI | RC GLOSSY | CUSTOM SEMI | CUSTOM MATTE | COLOR SEMI | COLOR GLOSSY | TOTAL | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| | ~~5X7~~ | SCANS | | | | | | 21 | 15.00 | 315.00 |
| 1 | 8 X 10 (circled) | Direct Digital | | | | | | 5 | 21.00 | 105.00 |
| 1-2 | 11 X 14 (circled) | Direct Digital | | | | | | 16 | 34.00 | 544.00 |
| | | | | | Add'l | | | 6 | 18.00 | 108.00 |
| | 16 X 20 | | | | | | | | | |
| 3 | Save to CD (3 Disc's) | | | | | | | 3 | 5.00 | 15.00 |

DUPES — COMM — PROF

CONT — SWG — SWM — POSTCARDS

| | | | | | |
|---|---|---|---|---|---|
| INTER NEGS. | 4 X 5 | | 8 X 10 | | |
| COPY NEGS. | 4 X 5 | 5 X 7 | 8 X 10 | 10 X 12 | 11 X 14 |
| B & W Negs. from Transp. or Color | | | 4 X 5 | 5 X 7 | 8 X 10 |
| LITHO NEGS. | 4 X 5 | 8 X 10 | | | |

STRIPPING / OPAQUING / RETOUCHING

HOTPRESS / TYPESET

MOUNTING

☐ FULL NEGATIVE
☒ FLUSH
CROP:
☐ EXACTLY
☒ APPROX. on-1
☒ USE OWN JUDGMENT
☐ FOR SUBJECT
☒ FULL PAPER SIZE
☒ BORDER on-1
☐ BLACK EDGE

NEG. SIZE: 4X5

MAT'L SUPPLIED: 21 4x5 chromes.

| | |
|---|---|
| RUSH 50% / 100% | |
| SUB-TOTAL | 1,087.00 |
| TRUCK / DELV / MAIL | — |
| TAXABLE SUB-TOTAL | 1,087.00 |
| SALES TAX | 89.68 |
| TOTAL | 1,176.68 |
| DEPOSIT | |
| BAL. DUE | |

PAID JAN 2003 — Paid in Advance — CS / CK / V-MC / AE

SPECIAL INSTRUCTIONS:
☐ Number Prints
☐ Credit Stamp
☐ Return Negs.
☐ File Negs.

Job #

TOTAL PRINTS / DUPES 27 Checked ______

Total Negs./Origs. 21 Spotted ______

NOT RESPONSIBLE FOR WORK LEFT OVER 30 DAYS

NOTE: MODERNAGE'S LIABILITY FOR THE MATERIAL FURNISHED BY YOU TO MODERNAGE IS LIMITED. WHILE MODERNAGE TAKES EVERY PRECAUTION WITH THE MATERIALS SUBMITTED BY YOU TO MODERNAGE, SUBMITTING ANY OF THESE TO MODERNAGE CONSTITUTES YOUR ACKNOWLEDGEMENT AND AGREEMENT THAT THE LIABILITY OF MODERNAGE, ITS SUBSIDIARIES OR AGENTS FOR ANY LOSS OF OR DAMAGE TO ANY OF THESE MATERIALS IS LIMITED TO THE LESSER OF (i) THE ACTUAL REPLACEMENT VALUE OF ALL SUCH MATERIALS LOST OR DAMAGED IN CONNECTION WITH THIS ORDER OR (ii) $100 FOR ALL SUCH MATERIALS SUBMITTED TO MODERNAGE IN CONNECTION WITH THIS ORDER. YOU SPECIFICALLY ACKNOWLEDGE AND AGREE THAT MODERNAGE HAS NO LIABILITY TO YOU FOR CONSEQUENTIAL, SPECIAL, OR INCIDENTAL DAMAGES. MATERIALS SUBMITTED TO MODERNAGE WHICH YOU BELIEVE HAVE AN AGGREGATE VALUE TO YOU IN EXCESS OF $100 SHOULD BE INSURED BY YOU.

597499

# modernage

Photographic Services Inc.
• 1150 Ave. of Americas, N.Y. 10036 • (212) 997-1800
• Eastside Office • (212) 752-3993
• Downtown Office • (212) 227-4767
• FAX NUMBER • (212) 869-4796

DEC 30 2002 PM12:54

Mr. Von Hasselt

SHIP TO

ADDRESS

PROMISED DAY: Wed 1/8 TIME A.M.

ATTENTION — C.W.R. MAIL FED-EX UPS

PHONE 750-0824 EXT.

PARTIAL ON 2, 3, 4
PICK-UP MSNGR.
REP. PS

| HOW MANY EACH | SIZE | RC SEMI | RC GLOSSY | CUSTOM SEMI | CUSTOM MATTE | COLOR SEMI | COLOR GLOSSY | TOTAL | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| | 5 X 7 | | SCANS | | | | | 21 | 15.00 | 315 |
| | | | | | | | | 5 | 21.00 | 105 |
| 1 | 8 X 10 | Direct Digital | | | | | | 16 | 34.00 | 544 |
| 1-2 | 11 X 14 | Direct Digital Add'l | | | | | | 6 | 18.00 | 108 |
| | 16 X 20 | | | | | | | | | |
| 3 | Save to CD (3 Disc's) | | | | | | | 3 | 5.00 | 15 |

- [ ] FULL NEGATIVE
- [x] FLUSH
- CROP [ ] EXACTLY
- [x] APPROX. on-1
- [ ] USE OWN JUDGMENT
- [ ] FOR SUBJECT
- [x] FULL PAPER SIZE
- [x] BORDER on-1
- [ ] BLACK EDGE

NEG. SIZE 4X5

MAT'L SUPPLIED: 21 4x5 chromes

| | DUPES | | SWG | | SWM | COMM | PROF | POSTCARDS |
|---|---|---|---|---|---|---|---|---|
| | CONT | | | 8 X 10 | | | | |
| INTER NEGS. | 4 X 5 | | | | | 11 X 14 | | |
| COPY NEGS. | 4 X 5 | 5 X 7 | 8 X 10 | 10 X 12 | 11 X 14 | | | |
| B & W Negs. from Transp. or Color | 4 X 5 | 5 X 7 | 8 X 10 | | | | | |
| LITHO NEGS. | 4 X 5 | 8 X 10 | | | | | | |

STRIPPING / OPAQUING / RETOUCHING
HOTPRESS / TYPESET
MOUNTING

RUSH 50% / 100%
SUB-TOTAL 10
TRUCK / DELV / MAIL
TAXABLE SUB-TOTAL 1,0
SALES TAX
TOTAL 1
DEPOSIT
BAL. DUE

SPECIAL INSTRUCTIONS:
- [ ] Number Prints
- [ ] Credit Stamp
- [ ] Return Negs.
- [ ] File Negs.

JAN 06 2003

TOTAL PRINTS / DUPES 27 Checked
Total Negs./Origs. 21 Spotted
Paid in Advance CS / CK / V-MC / AE

Job #

NOT RESPONSIBLE FOR WORK LEFT OVER 30 DAYS

NOTE: MODERNAGE'S LIABILITY FOR THE MATERIAL FURNISHED BY YOU TO MODERNAGE IS LIMITED. WHILE MODERNAGE TAKES EVERY PRECAUTION WITH THE MATERIALS SUBMITTED BY YOU TO MODERNAGE, SUBMITTING ANY OF THESE TO MODERNAGE CONSTITUTES YOUR ACKNOWLEDGEMENT AND AGREEMENT THAT THE LIABILITY OF MODERNAGE, ITS SUBSIDIARIES OR AGENTS FOR ANY LOSS OF OR DAMAGE TO ANY OF THESE MATERIALS IS LIMITED TO THE LESSER OF (i) THE ACTUAL REPLACEMENT VALUE OF ALL SUCH MATERIALS LOST OR DAMAGED IN CONNECTION WITH THIS ORDER OR (ii) $100 FOR ALL SUCH MATERIALS SUBMITTED TO MODERNAGE IN CONNECTION WITH THIS ORDER. YOU SPECIFICALLY ACKNOWLEDGE AND AGREE THAT MODERNAGE HAS NO LIABILITY TO YOU FOR CONSEQUENTIAL, SPECIAL, OR INCIDENTAL DAMAGES. MATERIALS SUBMITTED TO MODERNAGE WHICH YOU BELIEVE HAVE AN AGGREGATE VALUE TO YOU IN EXCESS OF $100 SHOULD BE INSURED BY YOU.

E 597499

**EXHIBIT U**

**Detailed Listing of Expenses for 2004**

| | | |
|---|---|---|
| 7-Aug-04 | Copies/Promo Materials | $669.43 |

**Photo Prints 2004**

| | |
|---|---|
| 16-Dec-04 | $56.30 |
| 4-Nov-04 | $35.81 |
| 10-Nov-04 | $115.14 |
| 5-Nov-04 | $39.41 |
| 3-Nov-04 | $17.10 |
| 29-Nov-04 | $47.74 |
| 13-Oct-04 | $41.52 |
| 19-Oct-04 | $30.94 |
| 28-Apr-04 | $161.24 |
| 4-Mar-04 | $376.39 |
| | $921.59 |

INVOICE NO. E504924

**modernage** Photographic Services Inc.

- 1150 Ave. of Americas, N.Y. 10036 (212) 997-1800
- Eastside Office (212) 752-3993
- Downtown Office (212) 227-4767
- FAX NUMBER (212) 869-4796

**modernage** Photographic Services Inc.

- 1150 Ave. of Americas, N.Y. 10036 (212) 997-1800
- Eastside Office (212) 752-3993
- Downtown Office (212) 227-4767
- FAX NUMBER (212) 869-4796

BILL TO: Mr Von Hassell

SHIP TO:

ADDRESS:

ATTENTION:

PHONE: EXT. C.W.R. MAIL FED-EX UPS

PROMISED DAY: 12/16 Thurs — TIME: 4:30 A.M. (P.M.)

PARTIAL ON 2, 3, 4 — (PICK-UP) MSNGR.

REP. Caroly

- [ ] FULL NEGATIVE
- [x] FLUSH
- CROP: [ ] EXACTLY [ ] APPROX. [ ] USE OWN JUDGMENT
- [ ] FOR SUBJECT
- [ ] FULL PAPER SIZE
- [ ] BORDER
- [ ] BLACK EDGE

| HOW MANY EACH | SIZE | RC SEMI | RC GLOSSY | CUSTOM SEMI | CUSTOM MATTE | COLOR SEMI | COLOR GLOSSY | TOTAL | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 10 | 5 X 7 | | Glossy | | | Q1 | | 10 | 250 | 25 00 |
| 3 | 8 X 10 | | Glossy | | | Q1 | | 3 | 895ea | 26 85 |
| | 11 X 14 | | | | | | | | | |
| | 16 X 20 | | | | | | | | | |
| | SCAN | | | | | | | | | |

DIGITAL — PRODUCTION — RETOUCHING — SET UP

DUPES — DIGITAL TRANS — COMM — PROF

CONT — SWG — SWM — POSTCARDS

COPY NEGS: CLR, B&W, 4x5, 5x7, 8x10, 10x12

LITHO NEGS.: 4x5, 8x10

STRIPPING — SAVE TO CD

HOTPRESS/TYPESET

MOUNTING

NEG. SIZE

MAT'L SUPPLIED:
CD'S
EMAIL/FTP
SLIDES
TRANS
NEGS
PRINTS

3 8x10 #10
10 5x7 #18

SPECIAL INSTRUCTIONS:
- [ ] Return Negs.
- [ ] File Negs.

Job #

RUSH 50% / 100%
SUB-TOTAL: 51 8[illegible]
TRUCK / DELV / MAIL
TAXABLE SUB-TOTAL
SALES TAX: 4 4[illegible]
TOTAL: 56 3[illegible]
DEPOSIT
BAL. DUE

TOTAL PRINTS / DUPES ________ Checked ________

Total Negs./Origs. ________ Spotted ________

Paid in Advance CS / CK / V-MC / AE

**NOT RESPONSIBLE FOR WORK LEFT OVER 30 DAYS**

E504924

NOTE: MODERNAGE'S LIABILITY FOR THE MATERIAL FURNISHED BY YOU TO MODERNAGE IS LIMITED. WHILE MODERNAGE TAKES EVERY PRECAUTION WITH THE MATERIALS SUBMITTED BY YOU TO MODERNAGE, SUBMITTING ANY OF THESE TO MODERNAGE CONSTITUTES YOUR ACKNOWLEDGEMENT AND AGREEMENT THAT THE LIABILITY OF MODERNAGE, ITS SUBSIDIARIES OR AGENTS FOR ANY LOSS OF OR DAMAGE TO ANY OF THESE MATERIALS IS LIMITED TO THE LESSER OF (i) THE ACTUAL REPLACEMENT VALUE OF ALL SUCH MATERIALS LOST OR DAMAGED IN CONNECTION WITH THIS ORDER OR (ii) $100 FOR ALL SUCH MATERIALS SUBMITTED TO MODERNAGE IN CONNECTION WITH THIS ORDER. YOU SPECIFICALLY ACKNOWLEDGE AND AGREE THAT MODERNAGE HAS NO LIABILITY TO YOU FOR CONSEQUENTIAL, SPECIAL, OR INCIDENTAL DAMAGES. MATERIALS SUBMITTED TO MODERNAGE WHICH YOU BELIEVE HAVE AN ACCURATE VALUE TO YOU IN EXCESS OF $100 SHOULD BE INSURED BY YOU.

MODERNAGE
649 LEXINGTON AVE

11-10-04 09:34
C01 27079

| | | |
|---|---|---|
| PRINTS | T | $15.74 |
| PRINTS | T | $36.65 |
| PRINTS | T | $106.00 |
| PRINTS | T | $32.97 |
| TA1 | | |
| TX1 | | $191.36 |
| | | $16.50 |
| AMEX | | $207.86 |

iage
10036 • (212) 997-1800 • (212) 752-3993 • (212) 227-4787 • (212) 869-4796

Tassell

**INVOICE NO.** E504530

# modernage

Photographic Services Inc.. • 1150 Ave. of Americas, N.Y. 10036 • Eastside Office • Downtown Office • FAX NUMBER • (212) 997-1800 • (212) 752-3993 • (212) 227-4787 • (212) 869-4796

SHIP TO

11/4 1030

EXT. C.W.R. MAIL FED-EX UPS

PROMISED DAY: Thur TIME: (A.M.) P.M.

| HOW MANY EACH | SIZE | RC SEMI | RC GLOSSY | CUSTOM SEMI | CUSTOM MATTE | COLOR SEMI | COLOR GLOSSY | TOTAL | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| | 5 X 7 | | | | | | | | | |
| | | | | | | | | | | |
| | 8 X 10 | | Kimp | | | | | 2 | 12 99 | 25 98 |
| | | | | | | | | 1 | 6 99 | 6 99 |
| | 11 X 14 | | | | | | | | | |
| | | | | | | | | | | |
| | 16 X 20 | | | | | | | | | |
| | | | | | | | | | | |
| | SCAN | | | | | | | | | |

DIGITAL | PRODUCTION | RETOUCHING | SET UP
DUPES | DIGITAL TRANS | COMM | PROF
CONT | SWG | SWM | POSTCARDS
COPY NEGS | CLR | B&W | 4x5 | 5x7 | 8x10 | 10x12
LITHO NEGS. | 4x5 | 8x10
STRIPPING | SAVE TO CD
HOTPRESS/TYPESET
MOUNTING

☐ APPROX.
☐ USE OWN JUDGMENT
☐ FOR SUBJECT
☐ FULL PAPER SIZE
☐ BORDER
☐ BLACK EDGE

NEG. SIZE

MAT'L SUPPLIED:
CD'S ____
EMAIL/FTP ____
SLIDES ____
TRANS ____
NEGS ____
PRINTS ____

SPECIAL INSTRUCTIONS:
☐ Return Negs.
☐ File Negs.

Job # ____

| | |
|---|---|
| RUSH 50% / 100% | |
| SUB-TOTAL | 32 97 |
| TRUCK / DELV / MAIL | |
| TAXABLE SUB-TOTAL | |
| SALES TAX | 2 84 |
| **TOTAL** | 35 81 |
| DEPOSIT | |
| BAL. DUE | |

TOTAL PRINTS / DUPES ____ Checked ____
Total Negs./Origs. ____ Spotted ____
Paid in Advance
CS / CK / V-MC / AE

**NOT RESPONSIBLE FOR WORK LEFT OVER 30 DAYS**

E504530

**NOTE: MODERNAGE'S LIABILITY FOR THE MATERIAL FURNISHED BY YOU TO MODERNAGE IS LIMITED.** THESE TO MODERNAGE CONSTITUTES YOUR ACKNOWLEDGEMENT AND AGREEMENT THAT THE LI[illegible] OF MODERNAGE, ITS SUBSIDIARIES OR AGENTS FOR ANY LOSS OF OR DAMAGE TO ANY OF THESE MATERIALS IS LIMITED TO THE LESSER OF (I) THE ACTUAL REPLACEMENT VALUE OF ALL SUCH MATERIALS LOST OR DAMAGED IN CO[illegible] $100 FOR ALL SUCH MATERIALS SUBMITTED TO MODERNAGE IN CONNECTION WITH THIS ORDER. YOU SPECIFICALLY ACKNOWLEDGE AND AGREE THAT MODERNAGE HAS NO LIABILITY TO YOU FOR CO[illegible] DAMAGES. WHILE MODERNAGE TAKES EVERY PRECAUTION WITH THE MATERIALS SUBMITTED BY YOU TO MODERNAGE, SUBMITTING ANY OF MATERIALS SUBMITTED TO MODERNAGE WHICH YOU BELIEVE HAVE AN AGGREGATE VALUE TO YOU IN EXCESS OF $100 SHOULD BE INSURED BY YOU.

dernage

graphic Services Inc.. • 1150 Ave. of Americas, N.Y. 10036 • Eastside Office • Downtown Office • FAX NUMBER • (212) 997-1800 • (212) 752-3993 • (212) 227-4767 • (212) 869-4796

INVOICE NO. E504532

modernage

Photographic Services Inc.. • 1150 Ave. of Americas, N.Y. 10036 • Eastside Office • Downtown Office • FAX NUMBER • (212) 997-1800 • (212) 752-3993 • (212) 227-4767 • (212) 869-4796

BILL TO Mr Jon Hassell

SHIP TO

ADDRESS

ATTENTION

8:00 11/10

PHONE EXT. C.W.R. MAIL FED-EX UPS

PROMISED DAY Tues TIME (A.M.) P.M.

PARTIAL ON 2, 3, 4 (PICK-UP) MSNGR.

REP. Carolyn

- [x] FULL NEGATIVE
- [ ] FLUSH
- [ ] EXACTLY
- [ ] APPROX.
- [ ] USE OWN JUDGMENT
- [ ] FOR SUBJECT
- [ ] FULL PAPER SIZE
- [x] BORDER
- [ ] BLACK EDGE

| HOW MANY EACH | SIZE | RC SEMI | (RC GLOSSY) | CUSTOM SEMI | CUSTOM MATTE | COLOR SEMI | COLOR GLOSSY | TOTAL | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| | 5 X 7 | | | | | | | | | |
| 1 | 8 X 10 | | ✓ | | | | | 2 | 1000 | 20 00 |
| | | | | | | | | 6 | 1000 | 60 00 |
| | 11 X 14 | | | | | | | | | |
| | 16 X 20 | | | | | | | | | |
| | SCAN | | | | | | | | | |
| DIGITAL | | PRODUCTION | RETOUCHING | | SET UP | | | | | |
| | | DUPES | DIGITAL TRANS | | COMM | PROF | | | | |
| | CONT | | SWG | | SWM | POSTCARDS. | | | | |
| (COPY NEGS) | | CLR | (B&W) | (4x5) | 5x7 | 8x10 | 10x12 | 2 | 13 each | 26 00 |
| LITHO NEGS. | | 4x5 | 8x10 | | | | | | | |
| STRIPPING | | | | | SAVE TO CD | | | | | |
| HOTPRESS/TYPESET | | | | | | | | | | |
| MOUNTING | | | | | | | | | | |

NEG. SIZE 4X5

MAT'L SUPPLIED:

D'S

MAIL/FTP

LIDES

RANS

EGS

RINTS (2)

Print Image only

| | |
|---|---|
| RUSH 50% / 100% | |
| SUB-TOTAL | 106 00 |
| TRUCK / DELV / MAIL | |
| TAXABLE SUB-TOTAL | |
| SALES TAX | 9 14 |
| TOTAL | 115 14 |
| DEPOSIT | |
| BAL. DUE | |

SPECIAL INSTRUCTIONS:

- [ ] Return Negs.
- [ ] File Negs.

Job #

TOTAL PRINTS / DUPES ________ Checked ______

Total Negs./Origs. ________ Spotted ______

Paid in Advance CS / CK / V-MC / AE

NOT RESPONSIBLE FOR WORK LEFT OVER 30 DAYS

504532

NOTE: MODERNAGE'S LIABILITY FOR THE MATERIAL FURNISHED BY YOU TO MODERNAGE IS LIMITED. WHILE MODERNAGE TAKES EVERY PRECAUTION WITH THE MATERIALS SUBMITTED BY YOU TO MODERNAGE, SUBMITTING ANY OF THESE TO MODERNAGE CONSTITUTES YOUR ACKNOWLEDGEMENT AND AGREEMENT THAT THE LIABILITY OF MODERNAGE, ITS SUBSIDIARIES OR AGENTS FOR ANY LOSS OF OR DAMAGE TO ANY OF THESE MATERIALS IS LIMITED TO THE LESSER OF (I) THE ACTUAL REPLACEMENT VALUE OF ALL SUCH MATERIALS LOST OR DAMAGED IN CONNECTION WITH THIS ORDER OR (II) $100 FOR ALL SUCH MATERIALS SUBMITTED TO MODERNAGE IN CONNECTION WITH THIS ORDER. YOU SPECIFICALLY ACKNOWLEDGE AND AGREE THAT MODERNAGE HAS NO LIABILITY TO YOU FOR CONSEQUENTIAL, SPECIAL, OR INCIDENTAL DAMAGES. MATERIALS SUBMITTED TO MODERNAGE WHICH YOU BELIEVE HAVE AN AGGREGATE VALUE TO YOU IN EXCESS OF $100 SHOULD BE INSURED BY YOU.

INVOICE NO. E504531

ernage

1150 Ave. of Americas, N.Y. 10036 • (212) 997-1800
Eastside Office • (212) 752-3993
Downtown Office • (212) 227-4767
FAX NUMBER • (212) 869-4796

modernage

Photographic Services Inc.
1150 Ave. of Americas, N.Y. 10036 • (212) 997-1800
Eastside Office • (212) 752-3993
Downtown Office • (212) 227-4767
FAX NUMBER • (212) 869-4796

BILL TO: Mr Von Hassell

SHIP TO:

ADDRESS: Mr Von Hassell

ATTENTION

11/5 4:30

PROMISED DAY: 7/21 | TIME: A.M. P.M.

EXT. C.W.R. MAIL FED-EX UPS

| HOW MANY EACH | SIZE | RC SEMI | RC GLOSSY | CUSTOM SEMI | CUSTOM MATTE | COLOR SEMI | COLOR GLOSSY | TOTAL | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 5 | 5 X 7 | | | | QP | Glossy | | 5 | 375 ea | 18 75 |
| | | | | | | | | | | |
| 1 | 8 X 10 | | | | QP | Glossy | | 2 | 895 | 17 90 |
| | | | | | | | | | | |
| | 11 X 14 | | | | | | | | | |
| | | | | | | | | | | |
| | 16 X 20 | | | | | | | | | |
| | | | | | | | | | | |
| | SCAN | | | | | | | | | |

| PRODUCTION | RETOUCHING | SET UP | |
|---|---|---|---|
| DUPES | DIGITAL TRANS | COMM | PROF |
| | SWG | SWM | POSTCARDS |
| CLR | B&W | 4x5 | 5x7 | 8x10 | 10x12 |
| 4x5 | 8x10 | | | | |
| | | SAVE TO CD | |

TYPESET

2 8x10 Glossy
5 5x7

| | |
|---|---|
| RUSH 50% / 100% | |
| SUB-TOTAL | 36 65 |
| TRUCK / DELV / MAIL | |
| TAXABLE SUB-TOTAL | |
| SALES TAX | 3 16 |
| TOTAL | 39 81 |
| DEPOSIT | |
| BAL. DUE | |

/ DUPES ________ Checked ______

________ Spotted ______ Paid in Advance

...BLE FOR WORK LEFT OVER 30 DAYS CS / CK / V-MC / AE

...FURNISHED BY YOU TO MODERNAGE IS LIMITED. WHILE MODERNAGE TAKES EVERY PRECAUTION WITH THE MATERIALS SUBMITTED BY YOU TO MODERNAGE, SUBMITTING ANY OF ... AND AGREEMENT THAT THE LIABILITY OF MODERNAGE, ITS SUBSIDIARIES OR AGENTS FOR ANY LOSS OF OR DAMAGE TO ANY OF THESE MATERIALS IS LIMITED TO THE LESSER OF (i) ... LOST OR DAMAGED IN CONNECTION WITH THIS ORDER OR (ii) $100 FOR ALL SUCH MATERIALS SUBMITTED TO MODERNAGE IN CONNECTION WITH THIS ORDER. YOU ... HAS NO LIABILITY TO YOU FOR CONSEQUENTIAL, SPECIAL, OR INCIDENTAL DAMAGES. MATERIALS SUBMITTED TO MODERNAGE WHICH YOU BELIEVE HAVE AN AGGREGATE VALUE TO ... BY YOU.

Case 1:07-cv-03477-LAK Document 20-5 Filed 04/11/2008 Page 35 of 50

**INVOICE NO.** E640926

# modernage

Photographic Services Inc.,
- 1150 Ave. of Americas, N.Y. 10036 (212) 997-1800
- Eastside Office (212) 752-3993
- Downtown Office (212) 227-4767
- FAX NUMBER (212) 869-4796

modernage

Photographic Services Inc.,
- 1150 Ave. of Americas, N.Y. 10036 (212) 997-1800
- Eastside Office (212) 752-3993
- Downtown Office (212) 227-4767
- FAX NUMBER (212) 869-4796

Mr VonHassell

SHIP TO

PHONE EXT. C.W.R. MAIL / UPS / FEDX 11/3 [illegible]

| PARTIAL ON 2 | PO # | TITLE | ORDERED BY: | PROMISED DAY Wed | TIME A.M. P.M. 6 |
|---|---|---|---|---|---|

R. PICK UP REP Cary

D & C ....
Develop Only ....
Contact Only ....
Quick Print ....

MIGHT BE OVER ☐ UNDER ☐

SPECIAL DEVELOPING
2eA

FILM WAS:
OVER
UNDER
FOGGED
BLANK

| ASA / QTY | FILM SIZE | SIZE OR KIND | TOTAL | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| | 120 | PX TX TMX | | | |
| | 35/24 Exp. | PX TX TMX | | | |
| | 35/36 Exp. | PX TX TMX | | | |
| | | | | | |
| | Special Developing | 120 24 36 | | | |
| | 4 x 5 / 8 x 10 | | | | |
| | Cont. Sheet | B&W COLOR | | | |
| | Over Size | 11 x 14 16 x 20 | | | |
| | | | | | |
| | | EKTACHROME – | | | |
| | | CLIP TEST PUSH | | | |
| | | KODACOLOR 36C4 | | | 2 75 |
| | QUICK PRINT ENLARGEMENTS | 5 x 7 6 x 8 | | | |
| | | 8 x 10 8 x 12 | | | |
| | | 2nd | | | N C |
| | 3½ x 5 4 x 6 (circled) | Glossy (circled) Matte | | | 12 99 |

REMARKS:

☐ Credit Stamp
☐ Return Negs.
☐ File Negs.
☐ Number Negs.

| | |
|---|---|
| RUSH 50%/100% | |
| SUB-TOTAL | 15 74 |
| TRUCK/DELV/MAIL | |
| TAXABLE SUB-TOTAL | |
| SALES TAX | 1 36 |
| TOTAL | 17 10 |

JOB # .... Roll # Dev. Check

NOT RESPONSIBLE FOR WORK LEFT OVER 30 DAYS

E640926

NOTE: MODERNAGE'S LIABILITY FOR THE MATERIAL FURNISHED BY YOU TO MODERNAGE IS LIMITED. WHILE MODERNAGE TAKES EVERY PRECAUTION WITH THE MATERIALS SUBMITTED BY YOU TO MODERNAGE SUBMITTING ANY OF THESE TO MODERNAGE CONSTITUTES YOUR ACKNOWLEDGEMENT AND AGREEMENT THAT THE LIABILITY OF MODERNAGE, ITS SUBSIDIARIES OR AGENTS FOR ANY LOSS OF OR DAMAGE TO ANY OF THESE MATERIALS IS LIMITED TO THE LESSER OR (i) THE ACTUAL REPLACEMENT VALUE OF ALL SUCH MATERIALS LOST OR DAMAGED IN CONNECTION WITH THIS ORDER OR (ii) $100 FOR ALL SUCH MATERIALS SUBMITTED TO MODERNAGE IN CONNECTION WITH THIS ORDER. YOU SPECIFICALLY ACKNOWLEDGE AND AGREE THAT MODERNAGE HAS NO LIABILITY TO YOU FOR CONSEQUENTIAL, SPECIAL OR [illegible] MATERIAL [illegible] SUBMITTED TO MODERNAGE WHICH YOU BELIEVE HAVE AN AGGREGATE VALUE TO YOU IN EXCESS OF $100 SHOULD BE INSURED BY YOU.

TERMS: NET 10 DAYS

**THIS IS YOUR INVOICE PLEASE MAIL CHECKS TO [illegible] AMERICAS, NEW YORK, N. Y. 10036**

INVOICE NO. E640333

nage

# modernage

N.Y. 10036
• (212) 997-1800
• (212) 752-3993
• (212) 227-4767
• (212) 869-4796

Photographic Services Inc.
• 1150 Ave. of Americas, N.Y. 10036 • (212) 997-1
• Eastside Office • (212) 752-3
• Downtown Office • (212) 227-4
• FAX NUMBER • (212) 869-4

AMEX
#xxxx/xxxxxxxx8000
SALE

TOTAL $47.24

CUSTOMER COPY

von Hassell

SHIP TO

PHONE EXT. C.W.R. MAIL / UPS / FEDX

PARTIAL ON 2 | PO # | TITLE | ORDERED BY: Von Hassell | PROMISED DAY 11/29 Mon | TIME A.M.

R. PICK UP | REP.

| ASA / QTY | FILM SIZE | SIZE OR KIND | TOTAL | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| | 120 | PX TX TMX | | | |
| | 35/24 Exp. | PX TX TMX | | | |
| | 35/36 Exp. | PX TX TMX | | | |
| | | | | | |
| | Special Developing | 120 24 36 | | | |
| | 4 x 5 / 8 x 10 | | | | |
| | Cont. Sheet | B&W COLOR | | | |
| | Over Size | 11 x 14 16 x 20 | | | |
| | | | | | |
| | | EKTACHROME | | | |
| | | CLIP TEST PUSH | | | |
| 200/400 | 24 Exp | KODACOLOR | 3 | 2.75 | 8 |
| | QUICK PRINT ENLARGEMENTS | 5 x 7 6 x 8 | | | |
| | | 8 x 10 8 x 12 | | | |
| | | 2nd set | 3 | N/C | N/ |
| 0 | 3½ x 5 4 x 6 | Glossy Matte | 85 | .42 | 35 |

D & C
Develop Only
Contact Only
Quick Print

MIGHT BE OVER ☐
UNDER ☐

SPECIAL DEVELOPING (N)
Lea

FILM WAS:
OVER
UNDER
FOGGED
BLANK

☐ Credit Stamp
☒ Return Negs.
☐ File Negs.
☐ Number Negs.

REMARKS:
Lea

RUSH 50%/100%
SUB-TOTAL
TRUCK/DELV/MAIL
TAXABLE SUB-TOTAL 43
SALES TAX 3
TOTAL 47

JOB # Roll # Dev. Check

NOT RESPONSIBLE FOR WORK LEFT OVER 30 DAYS

E640333

NOTE: MODERNAGE'S LIABILITY FOR THE MATERIAL FURNISHED BY YOU TO MODERNAGE IS LIMITED. WHILE MODERNAGE TAKES EVERY PRECAUTION WITH THE MATERIALS SUBMITTED BY YOU TO MODERNAGE, SUBMITTING ANY OF THESE TO MODERNAGE CONSTITUTES YOUR ACKNOWLEDGEMENT AND AGREEMENT THAT THE LIABILITY OF MODERNAGE, ITS SUBSIDIARIES OR AGENTS FOR ANY LOSS OF OR DAMAGE TO ANY OF THESE MATERIALS IS LIMITED TO THE LESSER OF (i) THE ACTUAL REPLACEMENT VALUE OF ALL SUCH MATERIALS LOST OR DAMAGED IN CONNECTION WITH THIS ORDER OR (ii) $100 FOR ALL SUCH MATERIALS SUBMITTED TO MODERNAGE IN CONNECTION WITH THIS ORDER. YOU SPECIFICALLY ACKNOWLEDGE AND AGREE THAT MODERNAGE HAS NO LIABILITY TO YOU FOR CONSEQUENTIAL, SPECIAL OR INCIDENTAL DAMAGES. MATERIALS SUBMITTED TO MODERNAGE WHICH YOU BELIEVE HAVE AN AGGREGATE VALUE TO YOU IN EXCESS OF $100 SHOULD BE INSURED BY YOU.

TERMS: NET 10 DAYS

THIS IS YOUR INVOICE PLEASE MAIL CHECKS TO 1150 AVE. OF AMERICAS. NEW YORK. N. Y. 100

MODERNAGE PHOTOGRAPHIC
649 LEXINGTON AVE
NEW YORK, NY 10022

TERMINAL I.D.: 009033085
MERCHANT #: 7516773385

VISA
#XXXXXXXXXXXXX027
SALE

TOTAL $41.52

CUSTOMER COPY

INVOICE NO. EG40702

# modernage

Photographic Services Inc.

- 1150 Ave. of Americas, N.Y. 10036
- Eastside Office
- Downtown Office
- FAX NUMBER

- (212) 997-1800
- (212) 752-3993
- (212) 227-4767
- (212) 869-4796

Yassell

SHIP TO

PHONE | EXT. | C.W.R. | MAIL / UPS / FEDX 10/13 8/11

PARTIAL | PO # | TITLE | ORDERED BY: | PROMISED DAY Wed | TIME A.M. P.M.

R. PICK UP (circled) REP Carolyn

| ASA / QTY | FILM SIZE | SIZE OR KIND | TOTAL | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| | 120 | PX TX TMX | | | |
| | 35/24 Exp. | PX TX TMX | | | |
| | 35/36 Exp. | PX TX TMX | | | |
| | | | | | |
| | Special Developing | 120 24 36 | | | |
| | 4 x 5 / 8 x 10 | | | | |
| | Cont. Sheet | B&W COLOR | | | |
| | Over Size | 11 x 14 16 x 20 | | | |
| | | | | | |
| | 24 Exp | ~~EKTACHROME~~ Fuji | 2 | 275 ea | 5 50 |
| | 24 Exp | ~~CLIP TEST~~ Kodak ~~PUSH~~ | 1 | 275 ea | 2 75 |
| | | KODACOLOR | | | |
| | QUICK PRINT ENLARGEMENTS | 5 x 7 6 x 8 | | | |
| | | 8 x 10 8 x 12 | | | |
| | | | | | |
| | 3½ x 5 4 x 6 (circled) | Glossy (circled) Matte | 3 | 999 | 29 97 |

& C ....
Develop Only ....
Contact Only ....
Quick Print (circled) ....

MIGHT BE OVER ☐ UNDER ☐

SPECIAL DEVELOPING
2ea

FILM WAS:
OVER
UNDER
FOGGED
BLANK

REMARKS:

☐ Credit Stamp
☐ Return Negs.
☐ File Negs.
☐ Number Negs.

| | |
|---|---|
| RUSH 50%/100% | |
| SUB-TOTAL | 38 22 |
| TRUCK/DELV/MAIL | |
| TAXABLE SUB-TOTAL | |
| SALES TAX | 3 30 |
| TOTAL | 41 52 |

JOB # ....... Roll # | Dev. | Check

NOT RESPONSIBLE FOR WORK LEFT OVER 30 DAYS

EG40702

NOTE: MODERNAGE'S LIABILITY FOR THE MATERIAL FURNISHED BY YOU TO MODERNAGE IS LIMITED... THESE TO MODERNAGE CONSTITUTES YOUR ACKNOWLEDGEMENT AND AGREEMENT THAT THE LIABILITY OF MODERNAGE... THE ACTUAL REPLACEMENT VALUE OF ALL SUCH MATERIALS LOST OR DAMAGED IN CONNECTION WITH THE... SPECIFICALLY ACKNOWLEDGE AND AGREE THAT MODERNAGE HAS NO LIABILITY TO YOU FOR CONSEQUENTIAL, SPECIAL... YOU IN EXCESS OF $100 SHOULD BE INSURED BY YOU. ...PRECAUTION WITH THE MATERIALS SUBMITTED BY YOU TO MODERNAGE. SUBMITTING ANY OF... LOSS OF OR DAMAGE TO ANY OF THESE MATERIALS IS LIMITED TO THE LESSER OF... MATERIALS SUBMITTED TO MODERNAGE IN CONNECTION WITH THIS ORDER. YOU... SUBMITTED TO MODERNAGE WHICH YOU BELIEVE HAVE AN AGGREGATE VALUE TO...

TERMS: NET 10 DAYS

THIS IS YOUR INVOICE PLEASE MAIL CHECKS TO 1150 AVE. OF AMERICAS, NEW YORK, N. Y. 10036

INVOICE NO. 640741

MODERNAGE PHOTOGRAPHIC
649 LEXINGTON AVE
NEW YORK, NY 10022

TERMINAL I.D.: 00907305
MERCHANT #: 4311940084

AMEX
#xxxxxxxxxxxx8000
SALE

TOTAL $30.94

CUSTOMER COPY

TX1 $2.46
AMEX $30.94

**modernage**

N.Y. 10036 • (212) 997-1800 • (212) 752-3993 • (212) 227-4767 • (212) 869-4796

**modernage**

Photographic Services Inc.

- 1150 Ave. of Americas, N.Y. 10036 • (212) 997-1800
- Eastside Office • (212) 752-3993
- Downtown Office • (212) 227-4767
- FAX NUMBER • (212) 869-4796

Von Hossell

.0824

SHIP TO

PHO EXT. C.W.R. MAIL / UPS / FEDX

PARTI

ON

R.

TITLE

ORDERED BY: Von Hassell

PROMISED DAY 10/19 Tues

TIME 4:00 A.M. (P.M.)

| | ASA QTY | FILM SIZE | SIZE OR KIND | TOTAL | UNIT PRICE | AMOUNT | |
|---|---|---|---|---|---|---|---|
| D & C ........ MIGHT BE OVER | | 120 | PX TX TMX | | | | |
| Develop Only ........ | | 35/24 Exp. | PX TX TMX | | | | |
| Contact Only ........ UNDER | | 35/36 Exp. | PX TX TMX | | | | |
| (Quick Print) ........ | | Special Developing | 120 24 36 | | | | |
| SPECIAL DEVELOPING (N) Lea | | 4 x 5 / 8 x 10 | | | | | |
| | | Cont. Sheet | B&W COLOR | | | | |
| | | Over Size | 11 x 14 16 x 20 | | | | |
| | | | EKTACHROME | | | | |
| FILM WAS: | | | CLIP TEST PUSH | | | | |
| OVER | 29/40 | 2 4 exp 56 | (KODACOLOR) | 2 | 2.75 | 5 | 50 |
| UNDER | | QUICK PRINT ENLARGEMENTS | 5 x 7 6 x 8 | | | | |
| FOGGED | | | 8 x 10 8 x 12 | 1 | 12.99 | 12 | 99 |
| BLANK | | | Indiset | | | | |
| | 2 | 3½ x 5 (4 x 6) | (Glossy) Matte | 1 | 9.99 | 9 | 99 |

☐ Credit Stamp

☒ Return Negs.

☐ File Negs.

☐ Number Negs.

REMARKS: Lea

| | | |
|---|---|---|
| RUSH 50%/100% | | |
| SUB-TOTAL | 28 | 48 |
| TRUCK/DELV/MAIL | | |
| TAXABLE SUB-TOTAL | 28 | 48 |
| SALES TAX | 2 | 46 |
| **TOTAL** | 30 | 94 |

JOB # ........ Roll # Dev. Check

NOT RESPONSIBLE FOR WORK LEFT OVER 30 DAYS

640741

NOTE: MODERNAGE'S LIABILITY FOR THE MATERIAL FURNISHED BY YOU TO MODERNAGE IS LIMITED. WHILE MODERNAGE TAKES EVERY PRECAUTION WITH THE MATERIALS SUBMITTED BY YOU TO MODERNAGE, SUBMITTING ANY OF THESE TO MODERNAGE CONSTITUTES YOUR ACKNOWLEDGEMENT AND AGREEMENT THAT THE LIABILITY OF MODERNAGE, ITS SUBSIDIARIES OR AGENTS FOR ANY LOSS OF OR DAMAGE TO ANY OF THESE MATERIALS IS LIMITED TO THE LESSER OF (i) THE ACTUAL REPLACEMENT VALUE OF ALL SUCH MATERIALS LOST OR DAMAGED IN CONNECTION WITH THIS ORDER OR (ii) $100 FOR ALL SUCH MATERIALS SUBMITTED TO MODERNAGE IN CONNECTION WITH THIS ORDER. YOU SPECIFICALLY ACKNOWLEDGE AND AGREE THAT MODERNAGE HAS NO LIABILITY TO YOU FOR CONSEQUENTIAL, SPECIAL OR INCIDENTAL DAMAGES. MATERIALS SUBMITTED TO MODERNAGE WHICH YOU BELIEVE HAVE AN AGGREGATE VALUE TO YOU IN EXCESS OF $100 SHOULD BE INSURED BY YOU.

TERMS: NET 10 DAYS

**THIS IS YOUR INVOICE PLEASE MAIL CHECKS TO 1150 AVE. OF AMERICAS, NEW YORK, N.Y. 10036**

# modernage

Photographic Services Inc.

- 1150 Ave. of Americas, N.Y. 10036 (212) 997-1800
- Eastside Office (212) 752-3993
- Downtown Office (212) 227-4767
- FAX NUMBER (212) 869-4796

(Receipt overlay:)
MODERNAGE PHOTOGRAPHIC
649 LEXINGTON AVE
NEW YORK, NY 10022

SALE

$148.65
$12.82
TOTAL $161.47

CUSTOMER COPY

BILL TO: LL

ADDRESS:

ATTENTION: 1824

SHIP TO: APR 28 2004 AM10:57

PROMISED DAY: Wed 4/28 A.M.

PHONE | EXT. | C.W.R. | MAIL | FED-EX | UPS

PARTIAL ON 2, 3, 4

PICK-UP (circled) MSNGR.

REP. Cybele

| HOW MANY EACH | SIZE | RC SEMI | RC GLOSSY | CUSTOM SEMI | CUSTOM MATTE | COLOR SEMI | COLOR GLOSSY | TOTAL | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 3 | 5 X 7 | Q.P. Reprint | | | | | X | 6 | 5.95 | 35 |
| 3 | 5X7 | Q.P. Reprint | | | | | X | 15 | 3.75 | 56 |
| 2 | 8 X 10 | Q.P. Reprint | | | | | X | 6 | 8.95 | 53 |
| | | crop fee | | | | | | 1 | 3.00 | 3 |
| | 11 X 14 | | | | | | | | | |
| | 16 X 20 | | | | | | | | | |

- [ ] FULL NEGATIVE
- [x] FLUSH
- CROP: [ ] EXACTLY [ ] APPROX. [ ] USE OWN JUDGMENT [ ] FOR SUBJECT
- [x] FULL PAPER SIZE
- [ ] BORDER
- [ ] BLACK EDGE

SCAN | DIGITAL | PRODUCTION | RETOUCHING | SET UP | DUPES | DIGITAL TRANS | COMM | PROF | CONT | SWG | SWM | POSTCARDS

COPY NEGS | CLR | B&W | 4x5 | 5x7 | 8x10 | 10x12

LITHO NEGS. | 4x5 | 8x10

STRIPPING | SAVE TO CD

HOTPRESS/TYPESET

MOUNTING

NEG. SIZE 35mm

MAT'L SUPPLIED:
CD'S
EMAIL/FTP
SLIDES
TRANS
NEGS (1) Roll
PRINTS (1) index

*See Q.P. enevolope for framas.

RUSH 50% / 100%
SUB-TOTAL 14
TRUCK / DELV / MAIL
TAXABLE SUB-TOTAL 14
SALES TAX 1
TOTAL 16
DEPOSIT
BAL. DUE

SPECIAL INSTRUCTIONS:
- [x] Return Negs.
- [ ] File Negs.

Job #

TOTAL PRINTS / DUPES 28 Checked

Total Negs/Origs. Spotted

Paid in Advance CS / CK / V-MC / AE

NOT RESPONSIBLE FOR WORK LEFT OVER 30 DAYS

NOTE: MODERNAGE'S LIABILITY FOR THE MATERIAL FURNISHED BY YOU TO MODERNAGE IS LIMITED. WHILE MODERNAGE TAKES EVERY PRECAUTION WITH THE MATERIALS SUBMITTED BY YOU TO MODERNAGE, SUBMITTING ANY OF THESE TO MODERNAGE CONSTITUTES YOUR ACKNOWLEDGEMENT AND AGREEMENT THAT THE LIABILITY OF MODERNAGE, ITS SUBSIDIARIES OR AGENTS FOR ANY LOSS OF OR DAMAGE TO ANY OF THESE MATERIALS IS LIMITED TO THE LESSER OF (i) THE ACTUAL REPLACEMENT VALUE OF ALL SUCH MATERIALS LOST OR DAMAGED IN CONNECTION WITH THIS ORDER OR (ii) $100 FOR ALL SUCH MATERIALS SUBMITTED TO MODERNAGE IN CONNECTION WITH THIS ORDER. YOU SPECIFICALLY ACKNOWLEDGE AND AGREE THAT MODERNAGE HAS NO LIABILITY TO YOU FOR CONSEQUENTIAL, SPECIAL, OR INCIDENTAL DAMAGES. MATERIALS SUBMITTED TO MODERNAGE WHICH YOU BELIEVE HAVE AN AGGREGATE VALUE TO YOU IN EXCESS OF $100 SHOULD BE INSURED BY YOU.

E502868

3561616111880

MODERNAGE PHOTOGRAPHIC
649 LEXINGTON AVE
NEW YORK, NY 10022

TIME 09:06 AM DATE 03/04/04
5113750011128322
EXP DATE 0605
CARD TYPE MC
TERMINAL # 0002VJ
TRAN TYPE SALE
AUTH CODE 004839
RECORD # 001

AMOUNT $ 376.39

SIGNATURE X

C AGOSTINO HASSELL

I AGREE TO PAY ABOVE TOTAL AMOUNT ACCORDING TO CARD ISSUER AGREEMENT

THANK YOU!
PLEASE COME AGAIN!

INVOICE NO. E502380

ge
(212) 997-1800
(212) 752-3993
(212) 227-4787
(212) 869-4796

modernage
Photographic Services Inc.
- 1150 Ave. of Americas, N.Y. 10036 — (212) 997-1800
- Eastside Office — (212) 752-3993
- Downtown Office — (212) 227-4787
- FAX NUMBER — (212) 869-4796

Hassel

SHIP TO

FEB 24 2004 3/1 10:30

C.W.R. MAIL FED-EX UPS

PROMISED DAY: Mon — TIME: A.M. (circled) P.M.

| RC SEMI | RC GLOSSY | CUSTOM SEMI | CUSTOM MATTE | COLOR SEMI | COLOR GLOSSY | TOTAL | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| Digital | | | matte | | | 2 | 21.00 | 42.00 |
| | | | | | Add. | 1 | 11.00 | 11.00 |
| Digital | | | matte | | | 1 | 34.00 | 34.00 |
| | | | | | | 1 | ~~12.50~~ 15.00 | 27.50 |

- [ ] FULL PAPER SIZE
- [x] BORDER
- [x] BLACK EDGE

NEG. SIZE

MAT'L SUPPLIED:
CD'S
EMAIL/FTP
SLIDES (2)
TRANS
NEGS
PRINTS

SPECIAL INSTRUCTIONS:
- [ ] Return Negs.
- [ ] File Negs.

Job #

| DIGITAL | | PRODUCTION | RETOUCHING | | SET UP | |
|---|---|---|---|---|---|---|
| | | DUPES | DIGITAL TRANS | | COMM | PROF |
| | CONT | | SWG | | SWM | POSTCARDS |
| COPY NEGS | | CLR | B&W | 4x5 | 5x7 | 8x10 | 10x12 |
| LITHO NEGS. | | 4x5 | 8x10 | | | |
| STRIPPING | | | | | SAVE TO CD (circled) | |
| HOTPRESS/TYPESET | | | | | | |
| MOUNTING | | | | | | |

SAVE TO CD: 5.00

RUSH 50% / 100%
SUB-TOTAL 119.50
TRUCK / DELV / MAIL
TAXABLE SUB-TOTAL
SALES TAX 10.31
TOTAL 129.81
DEPOSIT
BAL. DUE

TOTAL PRINTS / DUPES ________ Checked ____
Total Negs./Origs. ________ Spotted ____
Paid in Advance
CS / CK / V-MC / AE

NOT RESPONSIBLE FOR WORK LEFT OVER 30 DAYS

E502380

NOTE: MODERNAGE'S LIABILITY FOR THE MATERIAL FURNISHED BY YOU TO MODERNAGE IS LIMITED. WHILE MODERNAGE TAKES EVERY PRECAUTION WITH THE MATERIALS SUBMITTED BY YOU TO MODERNAGE, SUBMITTING ANY OF THESE TO MODERNAGE CONSTITUTES YOUR ACKNOWLEDGEMENT AND AGREEMENT THAT THE LIABILITY OF MODERNAGE, ITS SUBSIDIARIES OR AGENTS FOR ANY LOSS OF OR DAMAGE TO ANY OF THESE MATERIALS IS LIMITED TO THE LESSER OF (I) THE ACTUAL REPLACEMENT VALUE OF ALL SUCH MATERIALS LOST OR DAMAGED IN CONNECTION WITH THIS ORDER OR (II) $100 FOR ALL SUCH MATERIALS SUBMITTED TO MODERNAGE IN CONNECTION WITH THIS ORDER. YOU SPECIFICALLY ACKNOWLEDGE AND AGREE THAT MODERNAGE HAS NO LIABILITY TO YOU FOR CONSEQUENTIAL, SPECIAL, OR INCIDENTAL DAMAGES. MATERIALS SUBMITTED TO MODERNAGE WHICH YOU BELIEVE HAVE AN AGGREGATE VALUE TO YOU IN EXCESS OF $100 SHOULD BE INSURED BY YOU.

**EXHIBIT V**

| Date | Item | Amount | Total |
|---|---|---|---|
| | SUPPLIES 2005 | 48.49 | |
| 1 7 | Kroll Various | 119.90 | |
| 1 7 | LD Laser | 9.95 | |
| 1 5 | Kroll | 32.53 | |
| 1 13 | Norton | 119.30 | |
| 1 12 | Intelfx | 100.79 | |
| 1 20 | Dell RAM | 6.09 | |
| 2 3 | Env. | 66.73 | |
| 2 3 | Lexmark | 33.67 | |
| 2 10 | Station. | 16.84 | |
| 2 11 | S.FL. Ø | 238.04 | |
| 2 12 | Copies Ø | 41.14 | |
| 2 22 | F Drive | 860.86 | |
| 2 21 | Staples - Comp | 17.86 | |
| 2 17 | Env. | 12.04 | |
| 3 9 | Env. | 300.00 | |
| 3 27 | P. Lenbau | 101.85 | 2126.78 |
| 3 23 | HP Polls | 98 | |
| 3 31 | Sleet | 56.96 | |
| 4 17 | Sylvedec | 8.52 | |
| 4 12 | Presentation | ~~335.50~~ | |
| 4 18 | Roman Com → | 320.49 | |
| 5 18 | Typhoon Ø | 61.29 | |
| 4 15 | Tech Team | 163.35 | |
| 6 1 | Kroll Env. | 21.07 | |
| 5 27 | Howell | 835.05 | |
| 6 20 | Lawn Set | 128.67 | |
| 6 26 | Cal - Conference | 595.00 | 5792.11 |
| 6 29 | V - Hall / PC-201 | 38.48 | |
| 7 7 | V - Comms | 89.95 | |

29

FILM 2005

| Date | Item | Amount | Total |
|---|---|---|---|
| 3.16 | DEV. | 27 68 | |
| 4.14 | Dev | 33 11 | |
| 5.19 | Film | 49 94 | |
| 6.14 | Film | 25 64 | 367 19 |
| 7.6 | Dev | 140 94 | |
| 7.10 | DEC | 32 50 | |
| 7.13 | Dev. | 55 03 | |
| 7.27 | Slides | 19 40 | |
| 7.30 | Prints | 71 80 | |
| 8.2 | Prints | 25 87 | |
| 8.2 | Prints | 54 86 | |
| 8.8 | Bat | 57 20 | |
| 8.15 | Photo Frame | 217 83 | |
| 8.23 | V - Prints | 12 05 | |
| 8.28 | V - Dev. | 39 96 | |
| 8.29 | V - Dev. | 38 15 | |
| 9.6 | Prints | 37 79 | |
| 9.7 | " | | |
| 10.11 | V - Prints | 56 29 | |
| 10.25 | Polaroid | 250 80 | 2623 76 |
| 10.25 | Provia | 1207 80 | |
| 11.10 | Focus Camera | 1209 07 | 5035 63 |
| 11.16 | V Prints | 409 58 | |
| 11.30 | Dev | 132 00 | |
| 11.31 | Dev | 45 97 | |
| 12.5 | V | 65 47 | |
| 12.12 | Water | 51 60 | |
| 12.19 | Print | 136 39 | |
| | | ~~10 40~~ | |
| | | 17 30 | 5893 94 |

(Entries 3.16 through 8.8 are bracketed and marked "Ø".)

**EXHIBIT W**

**Military Food Book**

**Expenses 2006**

Copies of Entries in Ledger

**Military Food Book**

**Expenses 2006**

Expenses not elsewhere listed and documented in attached

$6,267.21

September 14, 2006

Teresa Ramirez
Portugal

$1,000.00

Check #3128

Book Expenses

# THE **REPTON** GROUP, LLC

October 6, 2006

# 3165

$175.00

Alan J. Kaufman, Esq.
1212 Avenue of the Americas
18th Floor
New York, NY 10036

Dear Alan:

Enclosed is a check for $175.00 as per your e-mail of today.

Kind Regards,

Agostino von Hassell

Enclosures

399 Park Avenue, 26th Floor
New York, N.Y. 10022 Tel (212) 750-0824
www.thereptongroup.com Fax (212) 750-0831

REPTON OFFICES
Washington, D.C. □ New Jersey □ London, U.K. □ Estoril Portugal □ Sofia, Bulgaria □ Amman, Jordan

Subj: **RE: Fw: Weight and shipping IMPORTANT**
Date: 10/6/2006 12:27:31 PM Eastern Standard Time
From: alan@kaufmanpublaw.com
To: AVonhassel@aol.com

Agostino: The agreement bases your royalty on net cash receipts and the cost of freight is a legitimate deduction in calculating net receipts. Call me if you need to discuss. Best, Alan. P. S. Please send a check for $175. which is one half hour of my discounted rate of $350. per hour.

Alan J. Kaufman, Esq.
1212 Avenue of the Americas
18th Floor
New York, NY 10036

Telephone: 212 391-2800
Fax: 212 944-6600
E-mail: alan@kaufmanpublaw.com
Website: http://www.kaufmanpublaw.com/

---

**From:** AVonhassel@aol.com [mailto:AVonhassel@aol.com]
**Sent:** Friday, October 06, 2006 11:45 AM
**To:** alan@kaufmanpublaw.com
**Subject:** Re: Fw: Weight and shipping IMPORTANT

I sent the agreement earlier but the contract is attached again

By the way...this book was reviwed this past weekend in THE WALL STREET JOURNAL...copy of the review is attached

---

Agostino von Hassell
The Repton Group LLC
399 Park Avenue
26th Floor
New York, New York 10022

http://www.thereptongroup.com/

Telephone: 212-750-0824
Telephone: 212-318-7700 Extension 56604
Fax: 212-750-0831
CELL: 917-589-8009

**Camera Land, Inc.**
The Picture People

575 Lexington Avenue
New York, NY 10022
(212) 753-5128
(212) 753-5385
Fax: (212) 688-3782

| CHARGE TO: Visa | SHIP TO: [illegible] |
|---|---|
| STREET | STREET |
| CITY | CITY |

| DATE OF ORDER | CUST. PURCHASE ORDER NO. | SALESMAN | SHIP VIA |
|---|---|---|---|
| 5/30/06 | | [illegible] | |

| | | | |
|---|---|---|---|
| 1 | 5??? | [illegible] | [illegible] |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | | | |
| 15 | | | |
| 16 | | | |

CONS. AFFAIRS #0902062

179901

RECEIVED BY: ____________

CAMERA LAND
575 LEXINGTON AVENUE
NE[illegible]

TERMINAL ID: 009286732
MERCHANT #: 192771165599897

VISA
#xxxxxxxxxxxx6627
SALE
BATCH: 000021 INVOICE: 021880
DATE: MAY 30, 06 TIME: 10:34
SO: 007 AUTH NO: 03582A

TOTAL $58.49