## CERTIFICATE OF SERVICE

DONALD E. WATNICK, being duly sworn, deposes and says:

1.    I am not a party to this action, am over 18 years of age and am admitted to the Bar of this Court.

2.    On the 1st day of April, 2008, I caused to be served a copy of Plaintiff Christian Augustin von Hassell a/k/a Agostino von Hassell's Affidavit, Declaration of Donald E. Watnick, Affidavit of Alexander Hoyt, and Inquest Memorandum of Law in Support of Plaintiff's Application for Damages person by first-class mail, postage pre-paid upon both defendants to the following addresses:

> Alain Saint-Saens
> 5500 Prytania Street, PMB 421
> New Orleans, LA 70115
>
> University Press of the South, Inc.
> 5500 Prytania Street, PMB 421
> New Orleans, LA 70115

Dated:  April 1, 2008

_Donald E. Watnick (DW-6019)_

1