Donald E. Watnick (DW 6019)
LAW OFFICES OF DONALD WATNICK
292 Madison Avenue, 17th Floor
New York, New York 10017
(212) 213-6886
*Attorneys for Plaintiff*
*Christian Augustin von Hassell*
*a/k/a Agostino von Hassell*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
CHRISTIAN AUGUSTIN VON HASSELL a/k/a       :
AGOSTINO VON HASSELL,                      :   07 Civ. 3477 (LAK)
                                           :
              Plaintiff,                   :
    - against -                            :
                                           :   Certificate of Service
ALAIN SAINT-SAËNS and UNIVERSITY           :
PRESS OF THE SOUTH, INC.,                  :
                                           :
              Defendants.                  :
                                           :
--------------------------------------------------------------- X

      Donald E. Watnick, an attorney duly admitted to practice law in the State of New York, declares under the penalty of perjury that on September 12, 2008 he caused to be served a Memorandum of Law of Plaintiff Von Hassell and Declaration of Donald E. Watnick, in support of Plaintiff's Objection to the Report and Recommendation of Magistrate Maas, upon the following person, via regular mail, postage pre-paid:

      Alain Saint-Saens
      5500 Prytania Street, PMB 421
      New Orleans, Louisiana 70115

      University Press of the South, Inc.
      5500 Prytania Street, PMB 421
      New Orleans, Louisiana 70115

Executed on September 12, 2008

      /s/ Donald E. Watnick
      Donald E. Watnick