UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
CHRISTIAN AUGUSTIN VAN HASSEL, etc.,

                Plaintiff,

                -against-                07 Civ. 3477 (LAK)

ALAIN SAINT-SAËNS, et ano.,

                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

        This is an action against Alain Saint-Saens and University Press of the South, Inc. ("UPSI").

        On September 6, 2007, I granted a default judgment against UPSI and referred the matter to Magistrate Judge Maas for an inquest. I entered a similar order against Saint-Saens on January 4, 2008.

        In a report and recommendation dated August 25, 2008, Magistrate Judge Maas recommended that judgment be entered against UPSI in the amount of $131,933.07 plus costs of $350 and prejudgment interest at the rate of 9.5 percent from May 1, 2007 to December 1, 2007 and at the rate of 8.5 percent from January 1, 2008 to the date of judgment. The report and recommendation, however, did not recommend any relief against Saint-Saens. Plaintiff objects to the report and recommendation only insofar as it failed to recommend such relief. Defendants have not objected at all.

        In the circumstances, I adopted the report and recommendation save that judgment shall enter against both defendants, jointly and severally, in the amount of $131,933.07 plus costs of $350 and prejudgment interest at the rate of 9.5 percent from May 1, 2007 to December 1, 2007 and at the rate of 8.5 percent from January 1, 2008 to the date of judgment. Upon entry of judgment, the Clerk shall close the case.

        SO ORDERED.

Dated:    September 15, 2008

                                                      Lewis A. Kaplan
                                                    United States District Judge

[Stamp: USDS SDNY / DOCUMENT / ELECTRONICALLY FILED / DOC #: / DATE FILED: 9/16/08]